Edward Phillip McKennAT-52447
Name and Prisoner/Booking Number

CMF-VACAVILLE PRISON
Place of Confinement

PO Box 2000
Mailing Address

VACAVILLE, CA, 95696
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# FILED

**JUL 1 4 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

Edward Phillip McKenna )
(Full Name of Plaintiff)          )
              Plaintiff,          )
                                  )
         v.                       )   CASE NO. 2:22 CV 1294 CKD
                                  )        (To be supplied by the Clerk)
(1) T. CISNEROS, WARDEN, CSOTF/,  )
(Full Name of Defendant)          )
(2)   "AND OTHERS",            ,  )
                                  )   **CIVIL RIGHTS COMPLAINT**
(3)                            ,  )   **BY A PRISONER**
                                  )      JURY DEMAND
(4)                            ,  )   ☒ Original Complaint
              Defendant(s).       )   ☐ First Amended Complaint
☒ Check if there are additional Defendants and attach page 1-A listing them. )   ☐ Second Amended Complaint
                                  )   "JURY TRIAL DEMANDED"

### A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____.

2.  Institution/city where violation occurred: CSOTF/CORCORAN, ALSO CSP-CORCORAN
    MULE CREEK STATE PRISON, ALSO CMF-VACAVILLE PRISON
    JURISDICTION FOR THESE PRISONS: EASTERN DISTRICT OF CALIFORNIA:

2) WARDEN, CSP-CORCORAN PRISON, (JOHN DOE, OR JANE DOE) UNTIL I LEARN WHO IT IS —
                    DEFENDANT'S

3) WARDEN, MULE CREEK STATE PRISON, (JOHN DOE OR JANE DOE) UNTIL I LEARN WHO IT IS —
                    DEFENDANT'S

4) WARDEN, CMF-VACAVILLE, STATE PRISON, (JOHN DOE, OR JANE DOE) UNTIL I LEARN WHO IT IS —
                    DEFENDANT'S

5) OFFICER MILLER, MULE CREEK PRISON, B6.
                    DEFENDANT'S

6) OFFICER MISS B, MULE CREEK PRISON B6.
                    DEFENDANT'S

7) OFFICERS AT CSATF/CORCORAN PRISON, (JOHN DOE OR JANE DOE) RESPONSIBLE FOR PUTTING ME ND.5&6. OCT 25, 2020.
                    I-A



8) OFFICERS AT CSATF/CORCORAN, WHO CELL
extracted me, ON orders of worden
T. Cisneros! in ad. seg cell #1-85-
(John Doe's or Jane Doe's) until learn
of official Names
                    defendants


9) PRISON OFFICIALS RESPONSIBLE, AT CSP-
CORCORAN, FOR SETTING ME UP, IN Level
2 ECP, TO be attacked on orders of
Worden! Till I learn of official Names
          defendants
denied classification hearing, TO SET ME
UP & possibly killed! PERSON RESPONSIBLE
FOR SAFTY ISSUE'S!
     (JOHN DOE OR JANE DOE'S)


10) (Lady sargent) who Fabracated, I
Told her I'm mexican mafia, TO
cover up, what I Really Told her,
her OFFICERS SET ME UP TO be att-
acked, possibly Killed by gang
members & RIGHT NOW (Jane Doe)
AT CSP-STATE PRISON CORCORAN?
          1-B

(EACH DEFENDANTS did the following)
these, defendants are responsible, for the
acts did to me, to cover-up for warden
T. CISNEROS, T. CISNEROS WARDEN IS RESPON-
sible for 'all' acts in 3. SUPPORTING FACTS!
(she is defendant number 1), NO ①-⑧

(the defendant Number 2) is warden
of CSP-CORCORAN PRISON (Jane, Doe or
John Doe), responsible for officers at
there, prison! see page 14-27, FIRST 6
LINES! this warden knew what happen
to me, know about my safty issues, also
see pages, everything knew I would be
attacked, let his or her officers try
to kill me, denied me classification in
level 2, FOR, active yard! this warden,
knew fellow warden T. CISNEROS, cover
up for her, protective there own! code
of silence! (REALITY OF PRISON LIFE)!
—THREAT TO SAFTY—

(defendant number 3.) I sent (TRO), per
mont injunction, for protection! (copy,
of some ones) I sent your court and
NINTH CIRCUIT, NO# 22-70009, NEW
1-C

his or her OFFICERS INSTIGATED VIOLENCE
TO ME! have act gang, members, get me!
didn't protect me FROM, his or her OFFICERS,
OR PRISONERS! ITS IN all my GRIEVANCES,
also (TRO), INJUCTION! COVERED UP FOR FELLOW
wordens, OFFICERS! START ON page 27-
35! LINES 1-13! B. SUPPORTING FACTS! did,
STILL COVERING UP FOR FELLOW WORDENS,
OFFICERS, CODE OF SILENCE! protect each
OTHER! all DEFENDANT CO KNEW about,
everything did TO ME! denied me Cross-
IFICATION! also see pages            !

(DEFENDANT 4) WORDEN CMF-VACOUIlle, PRISON),
I SENT CO COPY OF CASE NO! 22-70009!
TO ACCESS COURTS, GET PROTECTION, NEVER
GIVEN CLASSIFICATION, SAFETY ISSUES, by
SOME OF these active PRISONERS! pages
35-        ! also pages            !

(DEFENDANT 5) OFFICER miller, OF mule creek
STATE PRISON, B6, ECO, REGULAR OFFICER,
TRIED TO SET ME UP, TO KEEP GETTING INTO
IT, WITH active gang members! see pages
1-10

31-33 § 3. SUPPORTING FACTS, did, repeatedly, try to set me up! to be attacked, possibly, killed! even shot! because I grievenced misconduct of officers!

(defendant 6) Miss B. Mule Creek State prison, run building, 6. ECP - Kept setting me up! see pages 30-31

(defendants 7) officers responsible for fabricating misconduct of me, Oct 25, 2020 to destroy evidence to suit, claims, law suit! on orders, to protect warren T. Cisneros! responsible for false imprisonment, further deprivent of liberty, to destroy evidence! at CSOTF/corcoran prison 6-2-24, to place ad. seg separation, ad. seg V855 protect there own! see pages 4-line 8, page 15 § of 3. supporting facts!

(defendants 8) officers at CSOTF/corcoran prison, ad. seg, V855, responsible for cell extraction, torture, to protect V-E

WORDEN T. CISNEROS! THROWING GRENADES,
GAS, HITTING ME IN FACE, CHEST, STOMACH,
REPEOTCY! THOUGHT I WOULD CHE! WITH
STEEL OBJECT! EXCESSIVE FORCE by OFFICERS
TO PROTECT THESE CUN, WORDEN CISNEROS!
SEE PAGE 13-15, SEE 3. SUPPORTING FACTS.

(DEFENDONTS 9) PRISON OFFICIALS RE-
SPONSIBLE FER SETTING ME UP AT CSP-
CORCORAN, 2 LEVEL, EOP, THREW ME OUT
TO ACTIVE GANG MEMBERS, TO be POSS-
Ibly KILLED! RESPONSIBLE FER DENYING
ME CLASSIFICATION, PER TITLE 15, 3375
CLASSIFICATION, SOFTY ISSUES, DELIBERATE
ACTS OF bEING SETUP! FER FELLOW
WORDEN T. CISNEROS, FELLOW OFFICERS
ACROSS STREET AT CSATF/CORCERAN!
(PROTECT EACH OTHER! CODE OF SILENCE)
(MY NOME WILL bE A NO REFUSAL SLIP!)
PAGES 17-20 OF (3. SUPPORTING FACTS)

1-F

(defendant 10) LACY SORGENT, AT CSP-
CORCORAN PRISON, who Fabricated, lied,
To Protect FELLOW OFFICERS, OF setting
me up to be possibly killed, ON level 2,
EOP, building, & lied, Fabricated I told her,
I was MEXICAN MOFIA, active, IN which
she knows these prisoners will kill
me, ON sight! For being a known
(debriefer/RNT) on commitment
offense (Rape), I'm innocent OF!
Proces IN My Property!
* Protect each other, at all costs! Code
OF silence! * FACTS are, IF you're on
active prisoner, you always have to
sign safty threads, go back to yard,
take care of busness! IF you refuse,
you'll be known as a coward! a hit will
be put out on you! FACTS OF prison LIFE!
(see pages 21-24 OF 3, supporting FACTS)

      (All defendant's)
All harmed me! did deliberate want
To harm! with malice intent, To
break me! Give up! All intentional acts!
        1-6

## B. DEFENDANTS

1. Name of first Defendant: T. CISNEROS . The first Defendant is employed as: WARDEN at CSATF/CORCORAN PRISON .
   (Position and Title)                              (Institution)

2. Name of second Defendant: (JOHN OR JANE DOE) . The second Defendant is employed as: WARDEN at CSP-CORCORAN PRISON .
   (Position and Title)                              (Institution)

3. Name of third Defendant: (JOHN OR JANE DOE) . The third Defendant is employed as: WARDEN at MULE CREEK PRISON .
   (Position and Title)                              (Institution)

4. Name of fourth Defendant: (JOHN OR JANE DOE) . The fourth Defendant is employed as: WARDEN at CMF-VACAVILLE PRISON .
   (Position and Title)                              (Institution)

   *These 4 defendants (OFFICIAL COPACITY FOR INJUNCTION; INDIVIDUAL FOR
   **If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**
   MONEY damages.)   B. defendants continued.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? 7 . Describe the previous lawsuits: ?

   a. First prior lawsuit:
      1. Parties: Edward MCKENNA v. GARY STEWART, LARRY Balderama
      2. Court and case number: USDC, CENTRAL, NO# UNKNOWN
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) dismissed, dicNT
      KNOW WhAT I WAS doing! KEPT REFILLING, STRUCK OUT, APPROX 5 times
      PLRA-3 STRIKES: STRUCK OUT.
   b. Second prior lawsuit:
      1. Parties: Edward MCKENNA v. ORANGE COUNTY
      2. Court and case number: USDC-CENTRAL, UNKNOWN NO#
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) I NEVER RECEIVED
      AN ANSWER FROM the COURTS OVER This!

   c. Third prior lawsuit:
      1. Parties: Edward MCKENNA v. micheal Ramos, J. mcmohon
      2. Court and case number: SAN BERNARDINO JUSTICE CENTER, NO# UNKNOWN.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) pending, its IN
      MY PROPERTY, All documentation IN MY PROPERTY!
   *OUT OF PAPER, TO LIST SEPERATY: PLRA applies TO me!
   **If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**
   * DENIED PROPERTY OVER 6 MONThS NOW! TO PUT dates, NO# etc!

2

B. Defendants

5) Officer Miller, Correctional Officers, at Mule Creek State Prison B6.
   (Sued individual capacity)

6) Officers Miss B. (Jane Doe), Correctional Officer, Mule Creek Prison B6.
   (Sued individual capacity)

7) Officers at CSATF/Corcoran Prison, (John Doe or Jane Doe) responsible for placing me ad. seg. (C/6 per Warden) T. Cisneros? Oct 25, 2020. destroy evidence
   (Sued individual capacity)

8) Officers at CSATF/Corcoran Prison, who cell extracted me, on orders of Warden T. Cisneros in ad. seg. 1836. (John Doe or Jane Doe) until I learn of names?
   (Sued individual capacity)

9) Prison officials responsible at CSP-Corcoran Prison, for setting me up! in level 2 EOP. To be attacked on orders of Warden! (John or Jane Doe) till I learn of official names! denied class-ification hearing, to be set up! possibly killed!    (Sued individual capacity)
   2-A

B. defendant's

10) (Lady sorgent), (Jane Doe), until I
Learn of real name, at (CSP-corcoran)
who fobracoted, I told her, I'm mex-
ican mafia, to cover up, who really
told her, her officers set-me up!
to be ottacked, possibly killed!
by gang members! I'm sny. PC!
(sued individual capacity)


( FACTS! )
STATEMENT OF PLEADING'S, OF
CIVIL COMPLAINT by
PRISONER—
Edward Phillip McKENNA
(Nortfully pleaded, stated,
I'm no lawyer! all causes of
action, all claims, all suppor-
ting facts, to all defendants,
to be tooken to gether, to all
defendants! all issues are
related! show mercy, ask
lawyer to represent me,
retaliation will keep happening!
2-B

B. Defendants

(All defendant's)

deliberatly, malice intent, did deliberatly intend to hurt me! break me! to shut me up! knowingly they were violating my constitutional rights! blantant, deliberate, intentions to harm, even as far as setting me up! continuousy! keep doing it! possibly killed! (Deliberate, intentional acts!)

**Knowing they were wrong! knowingly violated (all) my constitutional rights to 'all' issues in this complaint, in there minds, to hurt! harm me! Intentional acts! to do it! *shut my ass up! protect each other!

Totality of abuses, amount to all defendants, violate the Eighth amendment, US constitution ban of cruel and unusual punishment, to me, plaintiff, deliberate, intentional acts!

2-C

## D. CAUSE OF ACTION

**CLAIM I**                     BEING SET UP!

1. State the constitutional or other federal civil right that was violated: bad living conditions, cruel unusual punishment, under Eighth Amendment, serious deprivation of "minimal civilized measures of life necessities" my personal safety, acted with deliberate indifference

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities          ☐ Mail              ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion       ☒ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments (violated clearly established rights) being set up!

① It started when covid hit, it had my case dismissed for fraud-deceit for arrest, judicial proceeding at San Bernardino court, with proof of it in petition, I had alot to have, law libraries open in prison at CSATF/state prison at Corcoran. (I do not have property, with clothes, proof) (with held by mule creek prison and this prison) (retaliation be cause I won it, stop accessing courts) officers at CSATF/Corcoran would stop race stuff, trying to make me roll it up, go to ad-seg, be cause gov. claims program gave me permission to see the (CDCR), so officers play clest row that evidence mainly 5 pages of fraud, I had about worse open, cisverts of the prison grievance system, in which she tried to make me file on other grievance, to stall lawsuit! gov. claims program
CONTINUED

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Falsly imprison oct 2020 ad-seg! grenaded, burnt arm, hit with pipe in face, chest, stomach, gassed, thought I would die! suffer bodily injuries, psychological distress, harm, mental harm: maliciously and sadistically to cause harm! AT: CSP-COR, gassed, burnt eyes, stomped on, hit, etc?

5. **Administrative Remedies:** CONTINUED GRIEVANCES)
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                    ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?                 ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?       ☒ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Prison officials, officers, took all documents, by force, at CSP-Corcoran, even the grievance judicial officer Jennifere Sullivan told me to finish to habeas corpus, filed dec 2020! Log No# and clothes in property, clerk acts to have, on computer system, by prison officials I need a lawyer to get! I can prove this!

3

1 proved, destruction of my grievances, told
2 me, go to court!
3      KINGS COUNTY SUPERIOR COURT
4      1640 KINGS COUNTY drive
5      HANFORD, CALIF
6 *Had copies of gov. claims, I submitted,
7 new I had this evidence, prior to, Oct.
② 25, 2020. Oct 25, 2020 officers come to cell, told
9 me, I have knife, I told them, your here
10 to destroy "all the evidence," to lawsuit,
11 I'll find away to get property before a
12 Judicial officer, to inspect it, to prove,
13 destruction of evidence! cell 6-2-24°
14 They cuffed me, put me in cage, in pro-
15 gram office, oriental male nurse, came
16 with "body chart" told me, he, has to
17 mark, me, for (injuries) I told him, I'm
18 not going to let you mark (fake in-
19 juries) to place me adverse, destroy
20 evidence! he told 'LT', hours later, 'LT'
21 tells me, (Oh McKenna), somebody els-
22 es not like you can you read, put a med-
23 ical slip in, saying, your going to
24 stab cop, you told someone, can you read,
25 your going to stab cop, sign, I told
26 him, I'm not signing fake slip! your
27 destroying evidence! I'll find away
28 to get it before Judicial officers to

                    P. 4

INSPECT! They brought 4 boxes of my property, told me to sign, I REFUSED, I'm not PARTICIPATING in this FAKE STUFF!

③ *I would be FALSELY IMPRISONED in ad. seg. cell # 135 TO destroy evidence, to lawsuit, for months! NO PROPERTY, GIVEN NO COPIE OF FAKE medical slip, STABBING COP ETC, NO PROPERTY RECEIPT, even though I REQUESTED these RECEIPTS, *I would be MENTALLY, AND PSYCHICALLY TORTURED by OFFICERS, TRYING TO FORCE me back to yard, FORCE PROPERTY ON me, STATING NOTHING TOOKEN! Skipped on Food, Showers, told active GANG members, I'm 'SNY' piece of shit, don't help me! They TALKED shit to me! I would be ad. seg, months! (NEVER) went TO FAKE hearing to deny, KNIFE, stab cop, ETC, yet they still tried to force me back! (FORCE PROPERTY ON me,) STATING NOTHING TOOKEN. *FACTS! ARE, IF YOU didn't defend these kinds of charges, you will get 'SHU' term!

I would submit GRIEVANCE, TITLE 15, ART. B, appeals, 3084 thru 3084.9, Tell them, I'm Falsely imprison in ad. seg, to destroy evidence, to lawsuit! Title!

P. 5

Edward mckenna v. Cdcr: for property inspection, to prove destruction of all evidence, wasent acknowledge by prison officials for months! While in ad. seg, I would recieved, copies of gov. claims, from: Michelle S. Martinez

(clerk of court)
Kings county superior
court,
1640 kings county drive
Hanford Calif

we would correspond through, I told her, something bad is going to happen to me, they can't justify this! her, mona chavorra deputy clerk, of criminal division, can verify these facts! X I would only go to '2' classification hearings, first one, lady counselor, speaking, said, they new nothing about knife claims by officers, I told them, I'm in here, because officers destroyed 'all' evidence, to lawsuit, going to kings county superior court, I told classification committee, why I'm doing, what I'm doing, the lawsuit, is over, photo copys envolopes, paper, accessing the courts, that is being denied to me, at csatf/

P. 6

STATE PRISON AT CORCORAN, I TOLD committe members, that the TRUTH was covered up at (both) my TRIALS, TO GIVE me (2) LIFE SEATENCES. I told committee, I got out of prison, PELICAN BAY STATE PRISON, 'SHU' ASSOCIATED MEXICAN MAFIA, I,) I told committee, I cut ties with all GANG'S, paroled TO BLOOMINGTON CALIF, went to college, computer Techni- cian, graduated, got hired by ARROW head mountain spring water company, worked Blow mold, past test to be plant mechanic, 45 dollars an hour, did 4 years clean, discharged paro- le, living the american dream, never are went to Los angeles, NO gang STUFF PERIOD! bought own place, own cars, Property, NO crime involv- ement period! this SHERIFF PER SON BERNARDINO County (GORY STEWART) would come to my home, Look at my TOTOOS, place me in his car, tell me TO RAT, I said NO, I'M NO RAT, he would call me again banging wet- back, I told him, FUCK you, he told me, he would, see I do time, he would make up evidence, injuries, to care, (ROSIE GARCIA) (GORY STEWART) would

P. 7



1. destroy evidence, (INSTONT pictures),
2. place me IN COUNTY, PROSECUTOR (LORRY
3. BOIDERDMX) WOULD IS FROUD decet FER
4. JUdiCiOl proceedings, TRY TU moke me
5. ON UNDER COVER INFORMONT AGOINST
6. the MEXICON moFIA, I told him NO!
7. they were, Really big down South ot
8. this time! both, WOULD IllegOlly hold
9. me IN JOIL, 2½ MONTHS, ON FROUD,
10. deceIT, AGOINST one ROSIE GORCIO,
11. WhO WOS NEVER OCCUSSING me OF ONY-
12. thING, WhO's NOTORIZe STOTEMENT IS
13. IN the documents, this is oll OVER ot
14. this PRISON! the TRONSCRIPTS ORE IN
15. this LOWSUIT, ★STOTE COlld evidence OF
16. FROUD, deceIT FER ORREST / JUdiciol pre-
17. oceedings, IS IN the petition this IS
18. oll OVER! (PROOF): I told committee
19. hOW I WOS denied 'Oll' WITNESSES ot
20. RiversiDE SUPERIOR COURT, the proof IS
21. IN the TRONSCRIPTS! I WOS Given 116 to
22. Life! I shoulDof hod (Oll) STRIKES STRI-
23. CKEN! US CONSTITUTIONAL VIOlOtion! I
24. hOve the proof IN MY PROPERTY! I TOld
25. committee, ot ORONGE COUNTY, ROCCRO,
26. the DISTRICT OTTORNEY (MOEK SACK) TOld
27. thOT LOdy to testifY! SOY It WOS me,
28. she told public defenders IT WOSENT!

                    ? P. 83



I was there when CERCILIA was terminated for corruption, that all 'DIDN'T', some were falsified, everybody taken back, but me! That in my property, I have proof, MARK SACKS, intercepted my evidence, discovery, destroyed it, to convict me, gave me 61 to LIFE! (PROOF TO everything.) IN PROPERTY!!

I told committee, this is why I'm doing what I'm doing, to expose the TRUTH! (FACTS)

These 3 cases, are, in my property, that Mule Creek State Prison and CMF-Vacaville are going to deliberately lose, because I refuse to give up my right to access the courts, grievance prison officials misconduct, be FREE FROM retaliation! IN the miserable STUFF ACCUSING OF IN ORANGE COUNTY, CENTRAL JUSTICE CENTER, I'm INNOCENT! And have PROOF! Orange County, CENTRAL JUSTICE CENTER, sent me a letter, to pay for postage, or destroying in 30 days, my brother, tried to get it, but they didn't even wait 30 days! I have the ONLY copies, COURT FILED documents, PROOF IN MY PROPERTY! (irreplaceable, legal STUFF!) There is alot more, these 3 cases, but

P.G

This is the nuts and bolts of it! I told committee, I will refuse, all fake proceeding, to cover up why I'm really here, to destroy that evidence!
(Edward McKenns V CDCR!)
Prior to this hearing, I filed, CDCR grievance for inspection of property, to prove destruction of evidence, while in CSATF/Corcoran, ad.seg, 185:
I would leave committee, go to cell, 4 hours later, officers tried to force me back to yard, force property on me, stating nothing taken?
I refused, given violation report, stating sargent behind me, said I refuse to leave, go back to yard, until property inspected (but I wouldn't state why)!
(FACTS ( ))
I never talked to The sargent, only committee members, and why would I grievance it, prior to this claim, and I state, I never said why? This write-up was fabricated to cover for fellow officers, on why I was really in Ad.seg.
X Falsly imprisoned to destroy evidence!
X I refused, all kangaroo court hearings!
while in Ad.seg, cell 185, I would re-

P. 10

FILE, FAKE hEARING, AND RECEIVE GOV. CLAIMS
ORIGINAL, WITH SUPPLEMENTAL PLEADINGS,
AMENDED, FROM: MICHELLE S. MARTINEZ
CLERK OF COURT
1640 KINGS COUNTY CR.
HANFORD, CALIF.
WE WOULD CORRESPOND, I TOLD HER, ALL THIS!
I TOLD HER, SOMETHING IS GOING TO TAKE
PLACE, TO ME, BY OFFICERS. THEY CANT JUST
IFY THIS! ALOT hAPPEN TO ME, MENTAL ‡
PHYSICAL ABUSE, TORTURE, BY OFFICERS, TO
TAKE PROPERTY, GO BACK TO YARD! IT IS RE-
CORDED IN THE WRIT OF HABEAS CORPUS,
IN RE, EDWARD PHILLIP MCKENNA, FILED
DEC 2020, BY MONA CHAVARRA, DEPUTY
CLERK, CRIMINAL DIVISION, KINGS COUNTY
SUPERIOR COURT. IT HAS EVERYTHING, IN DE-
TAIL, EXCEPT THE LAST MONTH! OF MY FAKE
IMPRISONMENT! TO DESTROY THE EVIDENCE!
XI WOULD GO TO CAC. MORE COMMITTEE,
I WOULD WALK IN, SPEAKER PHONE, IN FRONT
OF ME, THIS LADIES VIOCES, SAYS **IM** WARDEN
CISNEROS, ME AND HER, HAD IT OUT, **AS** SOON
AS I TOLD HER, I TOLD KINGS COUNTY, THAT
ALL EVIDENTE IS GONE, DESTROYED. SHE WENT
OFF ON ME, TALKED ShIT TO ME, I TOLD HER,
I WASENT GOING TO LET HER GET AWAY WITH
POll

This, she, told me, FUCK IT, ITS OVER, LEAVE, I
did, The SATERDAY, PRIOR TO This DAY, They
did A FAKE PROPERTY INSPECTION OF MY PRO-
PERTY, They lied, OFFICERS, sold I Told
Them ITS All THERE. WARDEN CISNEROS IS
The ONLY ONE WHO SPOKE, THIS DAY!
                    (FACTS)
These, ARE, The, ONLY '2' committe, hear-
INg, I WENT TO, WHILE, Ad.seg, CELL 135.
I Also Told WARDEN CISNEROS, I WOULDNT
ATTEND, ANY FAKE hEARINg, TO COVER UP, WHY
IM REALLY hear, TO destRoy evidence!
                    (FACTS)
COUNSELOR LOPEZ, WOULD come WITH, ALL
602'S, GRIEVANCES I FILED, THAT WARDEN
CISNEROS PRISON ALWAYS, They WOULDNT,
(NEVER GOINg TO RESPOND TO, ANY) NEVER did!
he, THROUGH Them, UNder my door, Told me, I
BETTER GO bACK TO YARD, OR ELSE, I SAID,
TAKE, These, bACK, I'M GOINg NO WHERE, he,
LEFT, he, IS NOT EVEN The, COUNSELOR FOR Ad.
SEg, ITS, (DE LA CRUZ) IN The FIRST 602,
FOR PHOTO COPIES, ENVELOPES, PAPER TO AC-
CESS The COURTS, WAS The LETTER, T. CISNEROS,
TITLE CAW, IN WHICH SHE Added SQUARE, ON
TO PAGE, SHE ALTERED IT, It WAS STAPLED TO
FIRST 602, ANOTHER WORDS, FOR The 602 ONLY!

P.12

ON REVERSE SIDE, though, IT HAD,
(INTERVIEW, ITEM OR SERVICE)
(FACTS!)
THIS IS FOR A: ARTICLE 8.5 WRITTEN REQUEST PROCE-
S: 3086 INMATE/PAROLE, FOR INTER-
VIEW, ITEM OR SERVICE
FROM the TITLE 15, DEPT OF CDCR. AND REHAB.
X which is STILL FRAUD OF THE PRISONER
GRIEVANCE SYSTEM, by T. CISNEROS!
          These GRIEVANCES ARE, IN
THE WRIT OF habeas CORPUS, IN RE Edward
Phillip MCKENNA FILED DEC 2020
     KINGS COUNTY SUPERIOR COURT
     -CRIMINAL DIVISION-
     MARIA CHAVARRIA, DEPUTY CLERK.
THIS WRIT, HAS EVERYTHING, ALL CLAIM NO#
TO gov. CLAIMS, ALL FACTS, EXCEPT LAST 30
DAYS OF MY FALSE IMPRISONMENT! To
destroy all EVIDENCE! TO LAWSUIT! I
participated IN NO FAKE, KANGAROO hear-
ING!
(11)  the LAST 30 days, OFFICERS banged ON
door, did IT, when, NO WITNESSES around,
NURSES, doctors, TOLD me, I'm bitch, were
going to KILL YOU, YOU better go to YARD!
TAKE PROPERTY, THAT LEAD TO CELL EXTRACTION,
FORCE ME ACROSS STREET, CSP-CORCORAN,
          P. 13

TO active, (real?)(gangs)(violences), there
was a threat in door, CDCR 128-G with
T. Cisneros on it, it stated, I agreed to
go across street! (all lies!), she had
me forced there, to shut me up! she has
long fingers there! I would be attack-
ed, possibly killed on those words! it
started at breakfast, I was told I'm
going across street, I said (no), I
put paper on windows, so they couldn't
see me, I put mattress in front of tray
slot, I wash it with some kind of bat-
tering ram, in face, chest, stomach,
repeatedly, I felt like I was going to
die! I was hit with grenades, that
blew up on my left arm, gassed, I felt
like I was going to die! I was finally
cuffed, forced across street, it was
night-time, when I was thrown in van!
Taken from CSATF/State Prison Corcoran to
CSP-Corcoran, my hands, arms burnt,
face, chest, stomach hurt, while in cell,
I told nurse, my chest hurt, taken by
ambulance to CTC, at CSP-Corcoran, old
Corcoran,

(FACTS)

while at T. Cisneros prison, CSAF/Corcoran,

Pollit

1
2  IF YOU MAKE A FALSE ALLEGATIONS AGAINST
3  PRISON OFFICIALS, X DESTROYING EVIDENCE, ETC,
4  YOU WILL GET WRITTEN UP, A RULES VIOLATION
5  REPORT. X THE JUDICIAL OFFICER WHO DID
6  HABEAS CORPUS AT KINGS COUNTY CRIMINAL,
7  (JENNIFER GUOLINI) X I DONT KNOW HOW TO SPELL
8  HER NAME, CITED I HAD TO EXHAUST THAT GA
9  GRIEVANCE, X THAT GOV CLAIMS, INVESTIGATED
10 GAVE PERMISSION TO SUE, PROVED DESTRUCT-
11 ION, NOT ANSWERING GRIEVANCES! FUTILE,
12 AND CITED, WRIT OF MANDATE, WAS PROPER
13 COURSE OF REMEDY, IT WAS MICHELLE S. MAR-
14 TINEZ, AND MAN CHAVARRA, WHO SENT IT
15 TO ME, STATING I MIGHT WANT TO FILE, I
16 TOLD THEM, I DIDNT KNOW WHAT TO DO
17 (NO LEGAL ADVICE BY THEM!) I HONESTLY DID
18 NT KNOW WHAT TO DO AT THAT TIME.
19 (X FACTS, THEY BOTH CAN VERIFY THESE FACTS)
20               (FACTS)
21  THE LAST 30 DAYS IN AD.SEG. CELL 135,
22 WHEN COPS STARTED BANGING ON DOOR,
23 SAYING THEY WOULD KILL ME, ETC, GO BACK
24 TO YARD, TAKE PROPERTY, I WAS SCARED,
25 FEARED FOR MY LIFE, PEOPLE FROM MY PAST
26 STARTED SPEAKING TO ME, FROM WORK,
27 I WAS HEARING VOICES, STILL DO! COULDNT
28 SLEEP! IM STILL DEALING WITH INSANITY,
              P.15

ISSUE's, FOP, all I wanted was photo, cop-
ies, envelopes, paper, to access the cases,
get evidence, covered up at my trials!
*at CSOTF/CORCORAN, officers, retaliated
for gov. claims, broke my radio, fan, threw
on floor, gave away my package food,
canteen, and websters dictionary's, I had
3 of them! back to CTC, CSP-CORCORAN,
page 14, lines 21-26? tooken by ambulance
to hospital, doctors, mental health, told
me whats wrong, a sorgent, mexican,
present, I told sorgent, you might not
like what I say, you should leave, he
spoke, I told doctors what happen to
me, the sorgent got mad at me, said,
your going back to yord, doctors said
(no) he's staying here, CTC, sorgent
got mad, left, the officer who was in
ambulance with me, when it was just
us(2), he told me, its good your staying
here, some of these officers have it out
for you! I said thank you, while CTC,
worden cisneros had alot of my 20 plus
years wiped out! in prison, I was sent
to EOP, level 2, cell, I was told it was
not active yard by counselor, mental
health works, *also while at CTC, nurse

seen my bruises, on chest, stomach, told
me, he was going to get medical chart, mark
them, he left, never came back!

The first day in cell, EOP, prisoners talked
to me, next day, everything changed, no
one messed with me, skipped me on food,
toilt paper, quarantine, locked down,
until I got to custody classification, for
safty issue's, assignned a mental health
helper, a lady, 1 week there, this mexican,
black, prisoners, were in open cell (door,
open) waiting for me, to pass, to attack
me, (I dont know if they had weapon or
not), instead of passing, I went to
there door, told them, whats up, they
both backed down, (that cell was not
in use) officer let them in, to ambush
me, from behind ((the reason all prison-
ers disrespected me, was officers tell-
ing them I'm a rat, child molester etc)
so cops could let prisoners do there
dirty work, play dumb, they know no-
thing, no one knew me, only cops! prison
life, just the facts of it! way it is! my
food was spit in, I told my mental healt
th worker, she went to program office,
told higher ups, also told them, I have

P. 17

one, sheet only. it didn't help, but she did
try to help me, I was in this building, 2
weeks, went store, canteen, I woke up one
morning, coming from pill call, there
was a sign on my door, it stated your
actions brought you here, the cops put
it there, at night, my mental health
worker told me I go to (IDTT) Wednesday,
someone high up at this prison is going to
be there, tell him everything, on that day,
I told him, that cell extraction, by force, is
kidnapping of state prisoner, under color
of authority, also the false imprisonment,
in adl. seq. 1855 to destroy that evidence,
he never stated his name, just recorded
it on his phone, I told committee, force-
ing me, on this yard, is attempted mur-
der of myself! by these active gang mem-
bers, the counselor, male, told me, he'll
put me up for mulecreek, only place I
can go, I'll go to custody classification
tommorrow, softy issues, I told, a u present
sent here, if forced on this yard, I'll
do what I have to do, before its, 2, 3, 4
on one, against me, I'll attack first, I
told them, not be a victim! because of
warden cisneros, her officers, accross

P. 18

The STREET, her LONG FINGERS TO THIS PRISON!
he PUT IT ALL DOWN, ON his phONe, NEXT day,
NEVER TOOKEN TO CUSTODY CLASSIFICATION,
AS STATED IM SUPPOSE TO IN THE TITLE 15, 3375,
ARTICLE 10 CLASSIFICATION, PRISON OFFICIALS SET
ME UP, FER ACTIVE PRISONERS TO GET ME, FRI-
DAY, I WAS LAST ONE, LET OUT FER MORNING
MEDICATIONS, I COME OUT, THE SOME PRISON-
ER, MEXICAN, COME BACK FER PILL CALL, START-
ED TO GO IN his CELL, SEEN ME, COME OUT,
STOPPED, WAITED FER ME TO PASS, FOLLOW-
ED ME, THE SOME BLACK PRISONER, SEEN
ME PASS, STOPPED PUTTING TRAYS IN CART
WENT UP TO TOP TIER, he WAS WAITING FER
ME, TO COME BACK, FER 2 ON ONE, IF THEY
had WEAPON, I DIDN'T SEE, I WAS IN PILL
LINE, FER 15, TO 20 MINUTES, MEXICAN PRISON-
ER, STAY ENTIRE, TIME, ACTING LIKE he WAS DRINK-
ING WATER, I FINALLY GOT MY MEDICATIONS,
WHEN he SEEN ME, START TO GO BACK, he ST-
OOD UP, TO FOLLOW ME, I SAID FUCK THAT, IM
NOT GOING TO LET IT BE, '2' ON ONE, I AT-
TACKED him FIRST, JUST HIT him ONCE,
I WOULD GET MACED IN EYES, COULDN'T
SEE, WE BOTH DID, THE COPS SET THIS UP!
TOLD ACTIVE PRISONERS, GANG MEMBERS, IM
A PIECE, OF SHIT, ETC, DEAL WITH ME, I TOLD

P.19

IOTT, I wouldn't be a victim, never took-
en to custody classification, per Title 15,
3375 article 10 classification, for softy
issue's, & this is attempted murder, by
prison officials, under color of authority,
because I refused to give up my right to
access the courts, be free of retaliation,
by officers, warden Cisneros, who off-
icers access the street did this! I
would cuffed up, &in my back pocket, I
had grievance, for property inspection,
with log number, ducates for committee,
while act.seg ves, showing, I only went
twice, legal mail logging, showing, wh-
ile I was act-seg, I never received legal
mail, from inspector general, ruling,
from judge, Jennifer Gullon on filed,
Dec 2020, writ of habeas corpus, telling
me, to exhaust grievance, for property
inspection, warden Cisneros cleared, wh-
ere she lied, stated I agreed to come
access street to active yard! The
rules violation reports, that were shared
in my door, premade, every time, they
seen me writing the courts! The officers
would take these, from me by force! never
give back! I was placed in holding cell,

P.20

(6) IN PROGRAM OFFICE, A LADY SARGENT ASK-
ed WHAT HAPPEN, I TOLD HER, HER OFFICERS
IN THERE TOLD ACTIVE PRISONERS, I'M 'SNY'
RAT, CHILD MOLESTER, GET ME, I TOLD HER,
WHAT THE MEXICAN, BLACK WHERE WANTING
FOR ME TO GO BACK, UP STAIRS, I HAD NO
CHOICE, BUT TO ATTACK FIRST, BEFORE ITS
(2) ON ONE, SHE TOLD ME TO SIGN SAFTY
CHRONO, GO BACK IN THERE, I TOLD HER,
I'M SIGNING NOTHING, CONCERNING ANY
OF THIS SHIT, SHE GOT MAD, A MALE OFFICER
WITH BLACK PATCH, WOULD COME WITH LOCK-
UP ORDER, TELL ME TO SIGN, IT SAID, I WAS
STARTING STUFF IN THERE, I TOLD HIM, I'M
NOT SIGNING THIS FAKE STUFF, HE GOT MAD,
LEFT, THEY COME WITH PROPERTY SLIP, TOLD
ME TO SIGN, IT SAID, I HAD NO PROPERTY,
I TOLD THEM, I HAVE CANTEEN IN CELL, +
RULES VIOLATION REPORT, I REFUSED TO SIGN,
OH THIS TOOK PLACE ON A FRIDAY, TOOKEN TO
AD. SEG. MONDAY WOULD COME AROUND, THIS
COP, WOULD OPEN TRAY SLOT, TO SIGN LOCK-
UP ORDER, I SAID LET ME READ IT, IT STATED
THAT I TOLD THAT LADY SARGENT, I SAID I
WAS MEXICAN MAFIA, ACTIVE GANG MEMBER,
I TOLD COP, I'M NOT SIGNING THIS FAKE STUFF,
HE LAUGHED, THEN LEFT, THE LADY SARGENT

P. 21

did this, to cover up, that her cops set me
up to be, killed, in that building!
(FACTS!)    (FACT'S)
being a known debriefer, it means 'RAT', be-
ing with RAPE shit as commitment offense,
on my record, is an atomatic death sen-
tence by these people! known by these cops!
I don't even have my property, to do my ap-
peal, to prove innocence, in the Rape shit!
being withheld, destroyed by Mule creek
CMF-Vacaville, because, I want shut up!

Later on in this day, a male counselor
came, he told me, McKenna, you said you
not 'SNY' anymore, I told him, (I never
said that) these cops are just covering up
what they did to me, I told him what
happen to me, he told me, he'll make sure
im still 'SNY', he told me, the only place
I can go is Mule Creek prison, but that
I had to sign chrono, stated I'll go to
non-designated yard, or I'll have to stay
here Corcoran; SNY level 3, in fear for
my life, by these cops, I signed, to get
out of these Corcoran's prisons! he
told me, I'll go to committee, while ad.
seg. at CSP-Corcoran, a black 'LT' and
P. 22

Mexican Lady officer, told me to plead
guilty to not cuffing up in Ad. seg. 185,
Access street or he was going to C-
status me, that if I plead guilty, he
would only take 90 days credit, 10 loss
of yard, he said if he C-status me, I
have to send my property home, I had
No choice but to plead guilty or lose
all my property! (Facts are) Title 15;
There officers, D.O.M. state you can tell
what they did to me, kidnap me, set me
up to be killed on active yard! Title 15
cites if it's a legit move, they can write
me up for refusing assigned housing and
not obeying orders: (thats it!) they
cant justify this stuff! My signature
will only be on (2) things; that rule vio-
lation report(not cuffing up) and chrono
for Mule Creek. Non-designated! I was
forced into signing these documents!
In fear for my safty, life, I signed!
To get out of these CDCR DCRAN's prisons!
* I would go to comm-tte at Ad. seg.
The same counsler, he turned on me, st-
ated I'm making stuff about cops, prison of-
ficials, what they did to me, Im living,
This lady voice come up, From Computer

P. 23

moniter, tells me, my officers are lieing,
I tell her, I never told her that stuff!
she talked shit to me, she asks counselor
if I signed chrono to go to non-design-
ted EOP yord, He says yes, I was sent
to the level 3 'SNY' yord, waiting for
transfer to mule creek prison.
    X FACTS are (my debriefing)(law enforce-
ment, FBI)(cleared me of all gang-
ties) said I was not involved period!
I been incarcerated 20 plus years, no
trouble, no violation of rules, mind my
own bussiness, File gov. claims, supplemen
tal, and in a spon of a couple of months,
I have 7 rules violation reports! and
all of them are lies, to cover up, for
what is really taking place!
    X Im out of legal paper, even though
I requested it for 2 weeks straight,
I have no choice, but to use this paper,
given to me, by neighbor?
I would go to level 3 'SNY', while there,
I submitted grievances over what took
place to me, about my lost property,
log numbers, clotes, are in my property!
                P. 24

I would GRIEVANCE FER PROTECTIVE CUST-
ody, SAFETY CONCERNS ON THESE WORDS!
I was INTERVIEWED ON 4 OF THEM,
PRISON OFFICIALS, NEVER RETURNED THEM
TO ME! I was WITHOUT PROPERTY FOR
OVER 6 MONTHS! 1 WEEK BEFORE I
was SHIPPED TO MULE CREEK, I was
ISSUED PROPERTY, THE EVIDENCE was
gone to gov. CLAIMS, so was all CORR-
espondence, between me, (CLERKS,)
(michelle S. mortinez) (mario chaverra,)
but THEY can veRIFY, TESTIFY THIS CRAZY
STUFF hoppen to me! we CORResponded!
the WRIT OF Habeas CORpus, FILed DEC 2020
was the PROOF OF what took place, and
STILL PROOF OF PRISONER GRIEVANCE SYSTEM
(I have an WORDEN CISNEROS!)
Tutts IN Re EdwaRd Phillip McKenno
all dates, Times, LOG NUmbers aRe IN
WRIT and my PROPERTY, being, with-
held, destroyed, to RETALIATE on me,
because I want SHUT Up! PROOF OF being
deny Low Library, ACCESSING COURTS! Log-
ged by MENTAL health WORKER! because
I WAS gRENADED, gASed, hiT WITH SOME
P. 25



KIND OF METAL OBJECT IN FACE, CHEST, STOMACH, FORCED ACCROSS STREET, ON ORDERS OF WARDEN T. CISNEROS, IT IS SIMPLY KIDNAPPING ME, BY FORCE, FORCED TO TAKE PROPERTY ACCROSS STREET, AT CSP-CORCORAN, BEFORE THEY DELIBERATLY LOSE IT, PROVES DESTRUCT-ION OF EVIDENCE FOR LAW SUIT,

* MAKING FAKE COMPLAINTS AGAINST OFFICERS, (DESTROYING EVIDENCE) IS A WRITE UP, RULES VIOLATION REPORT! WHICH THEY DIDN'T DO, BECAUSE IT WOULD OF BEEN RECORDED! (PROVES DESTRUCTION OF EVIDENCE, FASLY IMPRISONMENT OCT 25, 2020 TO DO IT!) * THEY WOULD WRITE ME UP FOR REFUSING TO CUFF UP THAT DAY, AND THEN THREATEN ME WITH SENDING PROPERTY HOME, IF I DON'T PLEA GUILTY! LOSE EVERYTHING! I DID SIGN IT, SO I DON'T LOSE EVERYTHING! HOW THERE GOING TO SPIN THE ISSUE OF DOING? ALL THIS? TO JUSTIFY IT? THEY CANT! THERE D.O.M. AND TITLE 15, CITE, THEY CAN'T DO WHAT THEY DID, AS STATED by me, ALREADY! THE DAY I WAS

P. 26



TOOKEN by ambulance to hospital,
here, at CSP-CORCORAN, while in
hospital, about 7 cops come in my
cell, closed door, so nurses, medical,
couldn't here, they threaten me, to
STOP WRITING the courts, or else!

(7)    around march of 2021 I was
TOOKEN TO:   MULE CREEK STATE PRISON
                  B6-135
             PO BOX 409040
             LONE, CA, 95640

* I would write kings county superior
court (2 times)? and the FBI, FRESNO,
tell them what took place to me, by
prison officials at (BOTH) CORCORAN'S,
it would start again✗ NO one there
new me, yet they called me, RAT,
child molester, RAPIST, I called out
everybody! It's the OFFICERS in the
building who do this, so they can
sit back, play dumb, Like they knew
NOTHING, It's the FACTS OF PRISON LIFE!
These officers are JUDGE, JURY, ex-
cutioner in here! They would shut
door on me, catch me, in between,
        P. 27

hit my balls, lower back, I would grievance it, medical seen me, 2 sargents seen me, over grievance, the log number is in my property. I was let into law library "1" time, when I first got there, then I would never be allowed again, I grievanced, sargent seen me, log number in property, mental health log it for me. They would mess with my cellies, because of me, I grievance, log numbers in property, they would take my radio, lamp, just take it, in R+R, not let me send it home, the same radio, officers threw on floor, broke, at CSATF/CORCORAN, for filing gov. claims. They stated it had alarm, I grievanced, told it was the only radio you could buy, 17 years ago at CORCORAN, I had no choice, that the alarm interfers with nothing in the prisons, that it broken, because it was thrown on floor, the grievance, had wordens name, denied, citing no alarms.

P.28

I WASNT even allowed to send home!
The active gang members, MEXICANS,
FROM claw south, started shit with
me, I would grievance, saftey issues,
house me protective custody, log
numbers in proper in/o * FACTS, FIRST
week, at mule creek prison, I was
on quarantine, '2' weeks, my coun-
sler talked to me, told me, committe,
next week, custody, saftey issues,
but I cant go, Im on quarantine,
cant go, sign chrono not going, so
I believed him, signed it, his name,
was counselor sharpe, I would wait,
committe comes, the rest of prisoners,
tooken on quarantine, except me!
* I was lied to by counselor sharpe,
so, to keep me quit, on whats been
happening to me! keep my saftey
issues quit! off record! I was warn-
ed by a fellow prisoner to watch
my back, these southern mexicans,
are talking, of doing something to
you! active gang members? I would
start writing united states district
P. 29

COURT, EASTERN DISTRICT, (YOUR COURT!)
WITH HAND WRITTEN COPIES OF GRIEVANCES,
I FILED, OF BEING SET-UP by OFFICERS,
YOU WOULD SEND BACK TO ME, MARK
X REPLY, TO; RE: PLEADING AND/OR CORRES-
PONDENCE RECEIVED ON; THE LAST COR-
RESPONDENCE YOU RETURNED TO ME,
WAS LATE DECEMBER 2021 (I THINK?)
X IT WAS WHEN OFFICER IN TOWER, POP-
ED MY CELL DOOR, X IN WHICH I WAS
NOT TO BE OUT PERIOD! IN WHICH OFFICERS
DISAPPEARED, ABANDONED THERE POST,
LEFT, LEFT ME, ACTIVE PRISONERS THERE,
AND TOWER HAD HIS RIFLE, READY TO
SHOOT ME, X HE WAS LOOKING AT ME!
I SAID, FUCK THIS SHIT, I TOLD ALL
ACTIVE GANG MEMBERS, I'M HERE,
FUCK YOU ALL! AND OFFICER, MISS B,
WAS WATCHING, FROM NURSES STATION.
I WOULD GRIEVANCE THIS, I WOULD WRITE
YOUR COURT HOUSE, ABOUT THIS, ITS ALL
IN MY PROPERTY! THESE ARE THE MAIN
REASONS PRISON OFFICIALS ARE DESTROY-
ING, REFUSING ME PROPERTY, TO STOP
ME! BUT MY CASE'S! IRREPLACEABLE STUFF!
P. 30

This would lead to Late Dec 2021, where c/o miller, c/o miss B, would move me, from (B6-1354), to upper tier, I went in that cell, the guy, is an active gang member from down south, he told me, we can't cell (up) we have to get into it! I went, I told miller, miss B, other officers, they said, so what, cell up, get into it, we will roll your property up, send it to ad.seg with you! I refused, went to nurses station, told them, miller, miss B, come, cuffed me, threw beanie on floor, threw my medications in trash, all my property was on floor, in front of cell, B6-135, all the cops said, fuck your property, when they were taking me out, I seen prisoners grab some of my property, tooken to program office, I told officers, you lose my legal stuff, I swear, I'll come after one, of you, go to death row, mule creek prison, lets other prisoners have your property,

P. 31

They go all out, RETALIATION, when you put them on blast for there PRISON OFFICIALS MISCONDUCT6 IV been with-out PROPERTY FOR, 6 months, give or take, deliberatly destroyed, denied, because I wont give up my RIGHT to ACCESS COURTS, be FREE OF RETOLATION. I would be placed, CRISIS bed, CTC, INF cell 4 (with nothing) (Till this very date, nothing 6) deliberate acts! by PRISON OFFICIALS! PRIOR TO being set up, to get into it, while housed B6-135 mule creek? I wrote, mailed to, wardens of mule creek, CSP-CORCORAN, CSOTF/CORCORAN T.CISNEROS PRISONS? and To you? EASTERN district COURT, 501 I STREET #4-200, SACRAMENTO, CA, 95814 and also? US COURT OF APPEALS FOR NINTH CIRCUIT PO BOX 193939, SAN FRANCISCO, CA, 94119-3939?

*MOTION FOR TEMPORARY RESTAINING ORDER, PERMANT INJUCTION, SAFTY, M INES, to be placed PROTECTIVE CUSTODY, STOP all RETOLIOTION,

the NINTH CIRCUIT REPLY, FOR mandate,
P. 32



TO EXCUSE E-FILING, CASE NO# 22-70009
FILED FEB 28, 2022.
    *FACTS ARE, I HAD NO PROPERTY!
    TO PUT FACTS IN MANDAMUS, TO
    EXCUSE E-FILING! (THESE PRISON
OFFICIALS WILL READ IT, MAKE EVIDENCE
DISSAPPER, TO COVER UP THE CRIMINALS
ACTS DONE TO ME! TO TRY AND JUST-
IFY THESE ACTS! THEY WILL FABRICATE
THINGS! I'M LIVING THRU IT.) I COULD
NOT SUPPORT MY ISSUES TO THIS CASE,
NO PROPERTY, EVER SINCE I FILED GOV.
CLAIMS, TO PRESENT, IV BEEN ISOLATED,
WITHOUT PROPERTY, FOR ABOUT A YEAR!
    * AND PRIOR TO BEING SET UP THAT
DAY, I WENT TO COUNSELOR SHARP, TOLD
HIM OFFICERS ARE SETTING ME UP, HELP!
HE SAID PRISONERS TO SAY THIS ALOT, ABOUT
YOUR BUILDING, BUT NOTHING I CAN DO!
COUNSELOR SHARP DOES NOT HELP PRIS-
ONERS! HE DOESENT DO HIS JOB! I HAVE
WRITTEN YOUR COURT AND NINTH CIRCUIT,
ABOUT THIS STUFF. YOU'VE REPLYED, BUT
THOSE DOCUMENTS ARE IN MY PROPERTY,
EVEN NOTICE OF (TRO) + PERMANT IN-
                    P. 33

JUNCTION'S, SENT TO WARDENS OF MULE CREEK, PRISON, BOTH CSATF/CORCORAN, AND CSP/CORCORAN PRISONS! TO BE PLACED PROTECTIVE CUSTODY! TO STOP (ALL) RETALIATION by OFFICERS! because I REFUSE TO BE BROKEN, STOP ACCESSING COURTS! (ALL) LOG# NUMBERS, DATES, TO GRIEVANCES, FILED AT CSP-CORCORAN, FOR PROTECTION FROM GANGS! PROPERTY FUCKED OFF, STAFF MISCONDUCT TO ALL THIS! EVEN FABRACATED lies, by COUNSELORS about ME, MENTAL HEALTH, ETC, IS ALL IN MY PROPERTY! KNOWN by MULE CREEK PRISON OFFICIALS, SO THERE DESTROYING, GETTING RID OF MY PROPERTY, IN PROPERTY, I have DOCUMENTS TO PROVE FRAUD by PRISON OFFICIALS KNOWN by MULE CREEK, AND THIS PRISON CMF-VACA-VILLE. I WILL DIE IN PRISON, NOT BE able TO PROVE ANYTHING IN CRIMINAL CONVICTIONS! I WILL SIMPLY GO TO death ROW! TITLE 15, 3341.1 protect-ive HOUSING UNIT, STATES THEY ARE TO help, PRISON OFFICIALS, THEY REFUSE TO

P. 34



ACKNOWLEDGE MY SAFETY ISSUE'S, be-
CAUSE IF They do, Then ITS ADMISS-
ION OF GUILT, ThAT PRISON OFFICIALS,
ARE SETTING ME UP, TO COVER UP FOR oll
The CRAZY STUFF, did TO ME, SINCE
FILING GRN. CLAIMS, (Feb 8, 2022) AT
(IDTT) SERGENT, AND COUNSELOR, (CCII,)
ABOUT 10 people PRESENT, TOLD ME,
AT MULE CREEK PRISON, CTC, INF 4,
(ThAT PROPERTY IN R+R) (WOULD COME TO
VACAVILLE WITH ME, Feb 15, 2022, PUT
ON VAN, ALONE, NO PROPERTY) GRIEVANCE
LOG NO #209181, brought TO

CMF-S2-221
PO BOX 2000
VACAVILLE, CA, 95696
(CURRENT LOCATION)

*THIS IS WARDEN T. CISNERO AT CSATF/
CORCORAN doing! (ALL) WARDENS
RESPONSIBLE, I HAVE, THEIRE NAMES,
ON PAPER RETURNED TO ME!
B. STACY (STBRO17) CDW   12/24/21
LOG# 182385, STAFF MISCONDUCT, denying
LEGAL SUPPLIES COPIES?
P. 35

This appeal was answered by worden, in
which it cited, gave me, deliberatly,
wrong official documents! I cited,
mental health med! at night! worden
deliberatly presented false paperwork,
with location list! B ma clinic medical,
which is
~~is this~~ yard hospital, worden knows,
we get our ECP meds, in our build-
ing, B6 nurses window, in which nurses
log us, either getting it or not!
X deliberatly left nurses record off
grievance! it will show Oct 28, 2021 I
didn't receive 6 medications! B6-135!
worden is covering up, the prison
officers setting me up! with active
gang members! protecting there own!
worden put Log No # 112468, This is
the grievance taken by feree, at CSP-
corcoran for property inspection, in
which Jennifer Gullion said to exhaust!
writ filed Dec 2020, Kings County!

Another grievance mailed to! Office
of appeals! PO Box 942883, with worden
name, B. Stacy (St8R017) cdw, 2/14/22
P. 36

Log #201481, sub-Law Library, STAFF MISCONDUCT, WORDEN CITED I didn't try to use Law Library, OFFICER didn't tell me, to get the FUCK OUT OF here, states 6 other people used it in my building, I didn't, there are 4 people who are on court orders to go, that mule creek does turn prisoners away, its for INJUNCTION, TRO, emergency relief, it why denied Law Library, 2 misconduct GRIEVANCES, AGAINST OFFICERS, sunday, 12/12/21 SET UP TO GET ASSAULTED! OR worse, shot! killed! Log NO #201481 TO DATE, NO reply by OFFICE OF appeals! note by WORDEN) 2/14/22 —


grievance FILED by me, Log # 202311, (NO OFFICIALS NAMES IN IT!) PRISON COP abuse! denied Law Library to access COURTS! OFFICER SHUT DOOR ON me, caught me in balls, my back, it hurt! FOR GRIEVANCing MISCONDUCT! SET UP 12-12-21 to be assaulted by active prisoners! or SHOT! killed, because I won't SHUT UP! to be placed 'SNY', PROTECTIVE HOUSING!
                    P. 37

PRISONER GRIEVANCE, LOG NO#205116° SIGN-
ed by WARDEN PATRICK COVELLO, date
2/18/22° the WARDEN deliberatly misstotes,
oll allegistions, stoting I soid, counseler,
stoff, telling me to get into it over, LAW
LIBRARY! (it dont store this!), I'm keep-
ing this, to add to LAW suit, section
1983, to show wardens using Froud,
deceit of my claims, grewances! to
cover up misconduct! if I would of
given to officers to put in mail bag,
it will not come back! OFFICERS will
come for me, like, what happen to
me, at CSATF/CORCORAN, when I
put T. CISNEROS WARDEN ON NOTICE
of FRAUD OF PRISONER GRIEVANCES!
* I'm telling you they will to cover
  up this STUFF!
* FURTHER GRIEVANCES disappear,
  deadline expired to PROTECTIVE
  CUSTODY, to find PROPERTY, is-
  sue to me, prison officers set-
  ting me up c/o MILLER, C/O MISS B,
  MULE CREEK, B6°

        P.38

(ADMINISTRATIVE REMEDIES)
it has been proven by gov. claims, pro-
gram analyst that prison officials,
destroy/lose them or simply de-
stroy grievances! I was given per-
mission to go to court by them!
once I was physically, mentally
tortured, forced from CSATF/CCR.
to CSP-CCR. officers physically
took them from me, by FORCE!
Then at mule creek, grievances
there, I submitted, then would mail
to:        OFFICE OF APPEALS
     DEPT. OF CORR. and Rehab.
        PO BOX 942883
    SACRAMENTO CALIF  95811
In which I gave to officers, because it
goes thru the postal service—
     they either destroy them, or
OFFICE OF APPEALS doesn't respond!
    I can prove this! here my last I
did, here at CMF-Vacaville, log. no#
228773: Log no#229818, one case, 5/1/22:
the other 5/25/22: both expired, yet
I haven't gotten a response! when

P. 39

(ADMINISTRATIVE REMEDIES)
ITS SERIOUS ISSUES LIKE MINES! THE STUFF
HAPPENING TO ME! EVERYTHING IN THIS
COMPLAINT IS REALLY HAPPENING, DID HAP
PEN! WILL CONTINUE IF YOU DONT HELP!
GRANT ALL RELIEF REQUESTED! PLEASE!
X THESE 2 GRIEVANCES AND LOG WI# I
HAVE IN CELL, MY COPIES! THEY EXPIRED!
NO RESPONSE! ISSUES, PROPERTY, PROTECT-
ION FROM ACTIVES, PROTECTIVE HOUSING,
ETC! PRISON OFFICIALS DO COVER UP THEIR
MISCONDUCT! AND WILL MAKE UP ALL
KINDS OF EXCUSES! PLEASE HELP!
   ADMINISTRATIVE REMEDIES
         EXHUSTED!
CDCR = WONT RESPOND, COVER UP FOR
EACH OTHER, PROTECT THERE OWN!
IM JUST A LOWLY PIECE OF SHIT PRISON
ER!

P. 40

VIOLATING my clearly establish RIGHTS!
VIOLATING all CLaims, RIGHTS! all to
put me in danger, even killed! typical,
significant hard ship to me!
          acting with malicious,
deliberate indifference to all my
claims!

          All claims are to (All)
defendants! I'm NO Lawyer!
Need help! these are Sadistic,
malicous ACTS!
          TOTALITY of these
ACTS, are violating my const-
itutional RIGHTS to be Free of
cruel and unusual punishments
violating the Eighth amendment
     US CONSTITUTION!

          P.41

(RETALIATION)
APPLIES TO ALL defendants! they are
abusing there power! because I wont
give up my right to access the courts!
be FREE OF RETALIATION FOR doing! it!
  thats why there, VIOLATING all my
CONSTITUTIONAL RIGHTS! AND (all)
CLAIMS! (1-7)! to PROTECT each other!
      CODE OF SILENCE!
  TOTALITY OF these FACTS, claims,
amount to Eighth amendment pro-
hibition to CRUEL and UNUSUAL punch-
ment used against me! FOR SIMPLY TRY-
ING TO get petition to SUN BERNARDINO
JUSTICE CENTER, FOR evidence covered
up at my TRIALS, (photo, copies,
envelopes, paper), thats what it is
about!
  SINCE OCT 25, 2020, every thing has
been fabracated, made up, ~~tate~~ lied,
about me! TO COVER UP destruction
of evidence to gov. claims, and cover
up, corrupt, acts did to me, by PRISON
OFFICIALS! all defendants! plus more!

        P. 42

ALL ACTS have been MALICIOUSLY AND
SADISTICALLY done to harm me, shut my
ASS UP! STOP me(OFFICIALS ACTED TO harm
me!

They, (ALL) DEFENDANTS KNOW
they are VIOLATING MY US
CONSTITUTIONAL Rights!
deliberate ACTS!

★These are to go to ALL 3. SUPPORTING
FACTS! ALL (7) CLAIMS! All defend-
ANTS6

(SUPPLEMENTAL FACTS)
ON MAY 28, 2022, MY WATER WAS
SHUT OFF IN CELL FOR 6 days, PRIOR
TO this day, I FELT dizzy, SO I
Told doctor, I THINK MY SOD-
IUM IS LOW, I NEED BLOOD
TEST TO FIND OUT, SO I CAN CUT
BACK ON WATER CONSUMPTION,
AND BLOOD TEST WOULD CONFIRM,
LOW SODIUM, They WOULD JUST
CUT OFF MY WATER, ON MAY 28,
2022, NURSE, mole, Told ME TO
P. 43

weigh my self, I said NO, he then
told me I cou't go to yorol, I
would TRY to get out, my neigh-
bor, 52-222 would TRY to get
me out, was told no, so I board-
ed on door, told officers I'm
boarding up, which simply means,
to cover all windows, all kinds
of people would come, I wouldn't
un-cover windows, 5 sorgeants
come, I uncovered windows, told
them, prisoners can refuse to
weigh them selves, your D.O.M.
and title 15 state, a prisoner
can refuse to weigh them-
selves, with no retoliotion,
a nurse can't take my yorol, no
woter, 6 days, then no yorol,
violotes the ban on cruel and
unusual punishment, eighth,
amendment, your deliberotly
inclifference to my depriuotions?
Lifes necessities, no woter, no
yorol! I told them, your octing
in violotion of these constitutions!
P. 44

RIGHTS OF MINE! THEY SAID SO WHAT,
I TOLD THEM, IM BOARDING UP TILL
YOU LET ME HAVE WATER AND YARD!
THEY WOULD OPEN CELL DOOR,
A OFFICER, NO STRIPES, WITH SHEILD,
AS BIG AS DOOR, STANDS AT ENTRANCE,
SO DEPUTS TAKE PAPER DOWN,
THEN SHUT DOOR, I TELL THEM IM
GOING TO KEEP DOING IT, TILL I
GET WATER, YARD! I COVER UP
WINDOW, THEY OPEN AGAIN, THIS
TIME, OFFICER WITH SHEILD RUSHES
ME, WITH SORGENTS! SLAMS ME
FACE DOWN, I CANT MOVE AT ALL!
SORGENT WITH TATOOS ON ARMS,
PUNCHES ME REPEATDLY APPROX 35
TIMES IN BACK OF HEAD, SOME ONE
WOULD SAY, YOU LIKE TO TELL ON COPS,
KICKS, STOMPS, APPROX 50 TIMES, IN
BACK, RIBS, BRUTAL, HARD KICKS, I
WAS FACE DOWN, UNABLE TO MOVE,
THEY WOULD BEAT ME, TIM THEY
GOT TIRED, PULL MY ARMS TO BACK,
CUFF ME, CHAIN MY LEGS, TAKE
ME TO DAYROOM, 5 SORGENTS,
P. 45

the NURSE, MALE, who TOOK MY YARD,
the SARGENT WOULD STATE, I heard
him SAY, he REFUSES medical TREAT-
MENT, he said that, NOT me, they
WOULD TAKE all PROPERTY, place me
MAX CUSTODY, tell me, I'm getting
RULE VIOLATION REPORT, ASSAULT OF
PEACE OFFICER, READ me MIRANDA
RIGHTS, FOR DISTRICT ATTORNEY SUB-
MISSION.

I WOULD complain TO NURSES,
that SOMETHING IS WRONG, WITH me,
my SIDE IS REALLY MESSED UP, I
NEED TO SEE doctor, EMERGENCY,
the FIRST WEEK WAS a BITCH, I
COULDN'T move, my head, BACK of
BODY WAS all BRUISED UP, LUMPS,
I TOLD all KINDS OF NURSES, I NEED
help, I WENT TO (IDTT) MENTAL health
committee, APPROX 10 people PRESENT,
I TOLD them, SOMETHING REALLY
WRONG WITH me, MY SIDE ESPECIALLY,
they said they would tell doctor,
6-8-22 I WOULD SEE doctor, his
NAME, MCALLISTER, I TOLD him, WHAT
P. 46

happens. he said, I probaly have
FRACTURE RIbs. he would order x-
Rays. I told him, I was spitting
up blood, my side clicks, That,
I move, something is stabbing
me on my side! FIRST week. I
told him to get me something fer
the pain, he never would! 6-13-22,
I would finoly get x-Rays, 6-14-22,
McAllister tells me, I have 4 broken
Ribs & up, down Ribs, he told me, I
could only get these injuries, by
hard, repeated kicks! for long
period! I would ask fer pain meds,
never given! until a week later,
        FACTS!
The Reason nurses, prison officials
refused to get me treatment, take
to medical, they wanted injuries
to heal, head, back, legs! so no
one would see what they did to
me! all injuries I had! I'm still
hurting though! when I went to
(IOTT) the docter told me, he seen
that it was over water being
        P. 47



TURNED OFF, he READ IT, ITS ON THE
COMPUTER, FOR MENTAL HEALTH!
CUSTODY, PRISON COPS DON'T KNOW
THIS!

ON MONDAY, JUNE 5, 2022 I
WOULD RECEIVE RULES VIOLATION REPORT,
IN WHICH CORRECTIONAL OFFICER,
C. AGUILAR, FALSLY, FABRACTED, USED
FRAUD, DECEIT TO VIOLATIONS OF
RULES, TO FALSLY, MALICIOUSLY FAB-
RACTED TO ACCUSE ME OF BATTERY
ON PEACE OFFICER. THESE COPS,
DELIBERATLY FALSIFIED THIS REPORT,
TO JUSTIFY AN EXCUSE ON WHY IT
WAS NOT, AUDIO/VIDEO TAPED! TO
COVER UP POLICE BRUTALITY ON A
PRISONER! IT BASICLY STATES, THEY
COME TO MY CELL, WINDOW S COVERED,
I WAS NOT RESPONSIVE, EMERGENCY
ENTERANCE, TO UN-COVER WINDOWS,
THEY OPENED DOOR, I JUST ATTACK-
ED! THAT WHAT IT STATES! TO JUSTIFY
NOT VIDEO TAPPING IT! IN WHICH IT
IS TO BE VIDEO TAPED!
(BOTH)
P. 48

PRISONERS HEAR, HEARD, SEEN THIS
STUFF! BUT ARE SCARED TO SAY ANY-
THING, RETALIATION IS REAL IN HERE,
THEY WANT PROTECTION, I NEED A
LAWYER! AND MENTAL health has
IT LOGGED, AND KNOW THE TRUTH!
THEY CAN VERIFY WHAT IM STATING!
 I NEED A LAWYER! IM IN OVER
MY HEAD! I FEAR FER MY LIFE!
 THE 4 BROKEN RIBS, CONTRADICT
THE RULES VIOLATION REPORT! HARD
MEDICAL PROOF! THEY CANT EXPLAIN THIS!
 IM FILING ADMINISTRATIVE APPEAL
602 NOW! AND ORDERING GOV-
CLAIMS, STATE TORT, ASSAULT BATTERY
ON MY SELF, by OFFICERS!
 FURTHER FRAUD DECEIT OF THIS REPORT,
REG. NURSE K. SEJIN STATES I HAD NO
INJURIES, * I have 4 BROKEN RIBS,
THIS SOME NURSE WHO SAID I
COULDNT GO TO YARD! STARTED ALL
THIS STUFF! * FURTHER FRAUD OF
THIS REPORT, OFFICER A. TORRONT,
FEDERAL SYSTEM STATES IM MEX-
ICAN MAFIA! THAT MEANS THE (FBI)
P. 49



17 years ago, I went to my debriefing, OFFICER who did it from law enforcement, stated, the (FBI) cleared me of any involvement with them, all gangs, I was NOT involved period! If you call the local FBI office, they will tell you this is false! My commitment offense (rape) I'm innocent of, debriefed (FBI) is an automatic death sentence by these people! These people will kill me! I'm being set up! Get me a lawyer, grant all I'm asking! bad shit is going to happen to me! They would lie, state sergeant landed on right side, then change story, state left side, * then how did I get 4 broken ribs, up, down right side! They would state I refused medical treatment, yet I kept telling nurses I do!

and they would deliberately leave out, nurse, refusing to let me go to yard! but prisoners can verify!

P. 56

They are JUST SCARED! RETALIATION
is a real ISSUE HERE! I need a
Lawyer!

These acts are both STATE/FEDERAL
VIOLATIONS! EXCESSIVE FORCE, VIOLATING
the eight amendment PROHIBITION
against CRUEL and UNUSUAL PUNISHMENT!
NOT USED IN GOOD FAITH, but MALICIOUSLY
with sole purpose to HURT ME! then
LIE about it! FEDERAL VIOLATION!

The STATE VIOLATIONS, They KNEW
They were WRONG! To ASSAULT and
BATTERY to MY PERSON! There mind
SET was TO HURT ME! PUNISH ME! It
was both INTENTIONAL and NEGLIGENT!
# They KNEW about my GRIEVANCES
at both CORCORAN PRISONS, mule
CREEK and HERE! To CUSTODY'S there
people!

and TO INTENTIONAL LIE IN THE
RULES VIOLATION REPORT! OF what happen!
KICK the SHIT OUT OF ME, broke 4 RIBS!
and deny me MEDICAL TREATMENT!
SO NO ONE would see, bumps, bruises!
I had TO GET MEDICAL TREATMENT THREW
P. 51

mental health (IDTT), is how I got
X-Rays! These FACTS go with Claim II
excessive force by OFFICERS! and
3. SUPPORTING FACTS!

They go with Claim III, threat to
SAFTY, PUTTING FALSE gang ties, mex-
ican mafia, with all issues on me!
Its going to get me set up, killed!

They go with Claim 4, basic needs
essitives, no water, no yard!

They go with Claim 5, disciplinary
proceedings! To falsify what happen!

To EASTERN DISTRICT COURT, I'm
out of paper! please do what is
RIGHT! GRANT MY ISSUES! I beg
and pray that you do! before I
get killed! this is all real!

I will add these defendants, when
I finish administrative remedy,
and my claims program is adjudi-
cated, finished! You just have to
help! this MEXICAN MAFIA STUFF! is
a LIFE threatning issue with me!
                    P. 52



THIS WAS NOTHING MORE THAN AN
OTHER (GEORGE FLOYD + RODNEY
KING) BEAT DOWN by
PRISON OFFICIALS FOR
GRIEVANCING THERE MIS-
CONDUCT!
✗ THAT WHY THEY DIDN'T VIDEO
TAPE IT! TO COVER IT UP!
THEY LIED ON WHAT REALLY
HAPPEN TO ME!

ON 6/7/2022 I WOULD GO TO (ICC)
CUSTODY CLASSIFICATION, PRESENT
ASSOCIATE WORDEN OF CMF, MENTAL
HEALTH WORKER, CORRECTIONAL COU-
NSELOR CCII, S. MALONE:
I WAS TOLD STAYING HERE, PENDING
RVR RESULTS, (COMMITTE ORDERD ME
TO STAY HERE) ✗ I TOLD THEM WHAT
REALLY HAPPEN: p 43-53, SUPPLEMENT
AL PLEADINGS: I TOLD THEM ORDER
PROPERTY TO BE SENT TO ME! INNOCENE
IN ONE CONVICTION, STRIKES STRICKEN
IN OTHER, PETITION FOR FRAUD DECEIT
ARREST/JUDICIAL PROCEEDING I HAVE
P. 53

TO GET BACK TO SAN BERNARDINO
JUSTICE CENTER, ALL ACTIVE! I
TOLD COMMITTE I WANT, NEED
PROTECTIVE CUSTODY, BE PROTECTED
FROM YOUR COPS, ACTIVE PRISONERS!
S. MALONE TOLD ME, WE WILL
THINK ABOUT IT! TOLD TO LEAVE!
TOLD 10 MONTH SHU TERM FOR
RVR WHEN FOUND GUILTY, IN
WHICH I DID NOTHING WRONG!
AND WHY IT WAS NOT REALLY
AUDIO/VIDEO TAPED!
X ON THE PROTECTIVE CUSTODY ISSUE,
DENIED DUE PROCESS AS STATED BY
TITLE 15, TO REVIEW COMMITTE ACTIONS
FOR PROTECTIVE HOUSING 3376.1
DEPARTMENTAL REVIEW BOARD!
MY SAFTY ISSUES, BEING SET UP BY
COPS IS IN ALL, COUNTLESS, GRIEVANCES,
WHY PROPERTY IS DENIED! WITH HELD,
7 months now! WHY FABRACATION OF
MEXICAN MOFIA SHIT, TO SHUT ME
UP! I'LL BE KILLED BY THEM! BEING
DELIBERATLY SET-UP! ON LIES! TO
COVER UP ALL THE CRAZY AS SHIT I
P. 54

I been threw, over law suit ot worden T. Cisneros, CSOTF/COR-CORAN prison! It will never end till your court helps me!

page 49, I never talked to, or know who Nurse K. Sein is, I made mistake on that! Its Nurse (Yuhas), who fabricated this! instigated this, stright out week!

retaliation goes to oll defendants, ①, ②, ③, ④, ⑤, ⑥, ⑦, ⑧, ⑨, and ⑩

P. 55

## CLAIM II

1. State the constitutional or other federal civil right that was violated: USE OF EXCESSIVE FORCE by PRISON STAFF, VIOLATION OF EIGHTH AMENDMENT, CRUEL AND UNUSUAL PUNISHMENT, AP- APLIED "MALICIOUSLY AND SADISTICALLY TO CAUSE HARM!" TO ME!

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

- [ ] Basic necessities
- [ ] Mail
- [ ] Access to the court
- [ ] Medical care
- [ ] Disciplinary proceedings
- [ ] Property
- [ ] Exercise of religion
- [ ] Retaliation
- [x] Excessive force by an officer
- [ ] Threat to safety
- [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments (VIOLATED CLEARLY ESTABLISHED RIGHT)

* CELL EXTRACTED, HIT WITH BATTERING RAM, TO FORCE ME ACCROSS STREET, TO ACTIVE YARD, HIT IN FACE, CHEST, STOMACH, GRENADES BURNT MY ARMS, CHOKED OUT WITH GASSES! THOUGHT I WOULD DIE! ALL VIDEO TAPED! TITLE 15, AND D.O.M. C. ETC, PRISON OFFICIALS CANT DO THIS! THIS TOOK PLACE, IN AD. SEG, IB5, FALSLY IMPRISON TO DESTROY EVIDENCE! ORDERED DONE BY WARDEN T. CISNEROS. FORCED ACCROSS STREET TO CSP-CORCORAN TO ACTIVE YARD, WHERE I WILL BE ATTACKED, POSSIBLE KILLED! 30 DAYS PRIOR TO THIS CELL EXTRACTION, OFFICERS BANGED ON DOOR, ALL HOURS TELLING ME GO BACK TO YARD, TAKE PROPERTY OR THEY WOULD KILL ME! I FEARED FOR MY LIFE! VIOCES, PEOPLE FROM PAST STARTED TO SPEAK TO ME! OFFICERS ON VIDEO WHO DID IT, (JOHN, JANE DOES) UNTIL I LEARN OFFICIAL NAMES! NO PROPERTY FOR 6 MONTHS NOW! COUR DE REPPENSE, DOES NOT RESPOND FOR ME TO GET NAMES! THIS TOOK PLACE (FEB OR MAR. OF 2021) THE CELL EXTRACTION, KIDNAP PING BY FORCE! UNDER COLOR OF AUTHORITY!
* WARDEN T. CISNEROS HAD THIS DONE!
* THIS TO BE TAKEN WITH CLAIM II, 3 SUPPORTING FACTS AND MOTION FOR EMERGENCY RELIEF, TRO, IMMINENT DANGER, AND MOTION DECLARATION FOR LEGAL REPRESENTATION —      (CONTINUED)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). FALSLY IMPRISON AD. SEG IB5 TO DESTROY EVIDENCE! 'GRENADED, BURNT ARMS, GASSED, CHOKED OUT! THOUGHT I WOULD DIE! HIT IN FACE, CHEST, STOMACH REPEATDLY! WITH BATTERING RAM! SUFFERED BODILY INJURIES! PSYCHOLOGICAL DISTRESS, HARM! MENTAL HARM! CSP-COR, GASSED, STOMPED ON, HIT. BY OFFICERS, BEING SET-UP!

5. **Administrative Remedies** (CONTINUED!)

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No

   b. Did you submit a request for administrative relief on Claim II? [x] Yes [ ] No

   c. Did you appeal your request for relief on Claim II to the highest level? [x] Yes [x] No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I GOT TO MULE CREEK, I GOT CHRONO FROM COUNSEL AT CSP-COR-CORAN, STATING I HAD NO CLAIMS AGAINST OFFICERS, I DONT KNOW WHO THE COUNSELOR IS, ITS IN PROPERTY, I CLAIMED TO HAVE, SO IS DATES AND LOG NUMBERS, OFFICERS KNOW THIS, ARE KEEPING PROPERTY FROM ME!

4

CONTINUED



*Claim II, 3. SUPPORTING FACTS, (CONTINUED)
PRISON OFFICIALS deliberatly set me up,
at CSP-CORCORAN! To be assaulted,
or possibly killed! IN EOP, Level 2,
active yard! deliberatly denied me
custody classification, safety issues!
OFFICIALS INTENTIONS were to have
active gang members deal with
me, so they could play dumb, that
they had NO knowledge! my mental
health worker can verify this took
place, at this yard! I was forced to
attack first, before it was done,
possibly killed! (See, based also on
pages 18-21, claim I, 3 of SUPPORTING
FACTS). I would be kicked, stomped
on, gassed in face, burnt eyes, by
prison officials, and all documentat-
ion was taken by force, by officers
this day! I.A. by SORGENT, defendant
10, also defendants 9, defendants
9, deliberatly denied classification,
To set me up! For CASUALTES, OFFICERS
across street! showed deliberate
indifference to deprivations of safety
issues! personal safty of my self!
P. 2 (EXCESSIVE FORCE)

*Claim II, 3 SUPPORTING FACTS (CONTINUED)
did set me up! defendant 10, Lady sarg, et.,
chose to cover it up! choose inaction! to cover
up fer her officers in building, of setting
me up! did fabricate, I told her I'm
mexican mafia, in which them people,
ance (011) southern mexicans and gen-
eral population prisoners will (kill
me) on site! debriefer (rat), rape shit!
I'm innocent of! is death sentence,
by active gang members, known by
her! she did fabricate this to cover
up what I really told her, that her
officers in that building set me up!
*this was all excessive force by officers!
being set up, gased, stomped on, kicked by
them! by officers!
*acts by defendants 1, 2, 7, 8, 9, 10:
   APPROXIMATE OF THIS Feb, MAR, 2021!

These OFFICIAls did it MALICIOUSly
and sadistically! NOT done in good
FAITH, but to PURPOSly harm me!
   *to shut me up! break me!
*never received copie OF THIS grievance,
Filed AT CSP-CORCORAN, destroyed!
         P. 3 (excessive force)

(CONTINUE)

CLAIM II

5. ADMINISTRATIVE REMEDIES.

* THEY KNOW I HAVE THIS IN PROPERTY,
PROOF OF DESTRUCTION OF GRIEVANCES!
THE GOV. CLAIMS PROGRAM, OFFICE OF
RISK AND INSURANCE MANAGEMENT
DEPT OF GENERAL SERVICES
        PO BOX 989052, MS 414
            WEST SACRAMENTO, CA 95798-9052
PROGRAM ANALYST JOVE PERMISSION TO
SUE, THEY PROVED IT! ITS WHY ALL THIS
CRAZY STUFF IS HAPPENING TO ME!
                FACTS!
YOU GRIEVANCE PRISON OFFICIALS MISCON-
DUCT, IT GOES BACK TO SOME OFFICIALS. WHO
COVER UP THIS! THEN I NEVER RECEIVED
THEM BACK, BUT THERE IN THE COMPUTER
SYSTEM, MY MENTAL HEALTH WORKER TOLD
ME THERE ALL LOG IN IT! ONCE SHE PUT THAT
IM CLEARED LOW LIBRARY, SHE PUT THIS IN
THE SYSTEM! THEY PUT RACE BLOCKS AFTER
RACE BLOCKS NOW I DONT EVEN HAVE PROP-
ERTY, TO RETALIATE! STOP ME! NO PROPERTY
FOR 6 MONTHS NOW! (A LAWYER CAN GET THESE!)
            P. 4    (EXCESSIVE FORCE)

(CONTINUE)
Claim II

The EXCESSIVE FORCE by OFFICERS on
May 28, 2022, and ASSAULT and battery
To myself by them, will be address, once
I FINISH administrative remedies!
4 broken ribs etc!

P. 5 (EXCESSIVE FORCE)

## CLAIM III

1. State the constitutional or other federal civil right that was violated: Bad living conditions, cruel + unusual punishment, Eight Amendment, conditions amount to serious basic needs, deprived safty concerns! Violated 8th Amend. Acted deliberate indifferent to deprivation!

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities      ☐ Mail            ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings  ☐ Property      ☐ Exercise of religion      ☐ Retaliation
☐ Excessive force by an officer  ☒ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. Warden CSP-Corcoran, set me up, client protect, I was cell extracted from Ad.seg. LPU (to CSP-Corcoran prison) to active yard, officers told prisoner in RDT, child molester, rapist, I'm innocent of! I had to get off first, before it was 2 can! "See claim I, 3 supporting facts, pages 19-20! Officers in level 2, EOP, did this, denied classification, custody, safty issues! To keep me quit, on what is happening to me! This took place at CSP-Corcoran, level 2, EOP, building. ×I'm known debriefer (RDT), commitment offense (rape), I'm innocent of (denied) classification hearing, safty issues, my name, will be denied forms! Violated clearly established right! per Title 15, 3375 art. 10 classification! Officers sprayed me in eyes, face, burnt my eyes, skin! stomped on me, hit me! took all documentation, by force! LTS, classification updates, legal mail log ins, habeas corpus ruling, by Judge Jennifer Guilan, telling me to exhaust 602, and officers took that 602 to too! Took all my proof! by force! took in legal approx. date, 08/26/2021, CSP-Corcoran! & I would of been attacked here, at this yard! Mental health helper (mine), can verify these facts! To be taken with claim I, 3 supporting facts! and injunction, lawyer appointment! All as a whole!

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Gased in face, stomped on by officers, physically took documents! physical-emotional, mental injuries! done maliciously and sadistically to harm me, shut my ass up on orders of! Cisneros warden! Officer, other prisons! To date, safty issues, threat to safty of myself! by actives! continued

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Never got back, all grievances of this stuff, CSP-Corcoran didn't return! I would get chrono, counsel I don't know, cited! I had no grievances against officers (lies)! Log no# in property! all log

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page. On computer! administrative grievances, never returned! I need lawyer to get these! They want give me them! 5 I need help! Chrono by counselor in property! Iv been without property 6 months now! help me!

5

CONT: CLAIM III

3. SUPPORTING FACTS

TRANSFERRED TO MULE CREEK STATE PRISON,
B6-135% OFFICERS IN THAT BUILDING TOLD
ACTIVE GANG MEMBERS, I'M (RAT), CHILD
MOLESTER, RAPIST (NOT TRUE.!) I WOULD
GRIEVANCE, REPEATDLY, PRISON OFFICIAL
MISCONDUCTS! LIED TO ABOUT CLASSIFI-
CATION BY COUNSELOR SHARPE! I WOULD
REPEATDLY GRIEVANCE, FOR PROTECTION!
WOULD MAIL TO OFFICE OF GRIEVANCES!
THE HIGHEST LEVEL! NEVER RETURNED!
LOG IN?! IN PROPERTY, AND ON COMPUTER,
(WARDEN OF MULE CREEK, DEFENDANT 3)
I WOULD SEND INJUNCTION, TRO, TO BE
HOUSED PROTECTIVE HOUSING, SAFTY,
PER TITLE 15 3341.1, WARDEN REFUSED
MY RIGHTS! CLEARLY ESTABLISHED BY
TITLE 15! TO PROTECT FELLOW WARDENS,
PRISONERS, CSP-CORCORAN WARDEN,
AND ALL FELLOW OFFICERS, WHO DID
THESE SHOCKING ACTS TO ME AT THOSE
2 PRISONS! (CODE OF SILENCE!) PRO-
TECTIVE THERE CLAIM WERE JUST PIECE OF
SHIT PRISONERS! THE INJUNCTION, TRO, WAS
          P. 2
     X THREAT TO SAFTY

Claim III, 3. supporting facts mailed to Eastern district court and ninth circuit, case no # 22-70009 is my is in property, I have no property, for 6 months now, deliberatly lost, or withheld to stop me! I have all login # in property known by mule creek warden! warden mule creek, knew these cops in B6 were setting me up! approximatly 6 months ago, officers miller, miss B, would deliberatly set me up with active gang member, to be assaulted, possibly killed, he said we have to get into it! I would tell officer miller, miss B, (defendants 5,6) that he was going to get off on me, they said, go get off, fight, whatever, will roll your property, take adl sego, I refused! went told nurse, officer miller, miss B, cuffed me, threw beanie on floor, took my glaucoma medications, threw in trash, took me crisis bed, CTC, INF cell 4, been without property since then & violated clearly established rights, to be protected from violence! They did

P. 3

x threat to safty

Claim III, 3. SUPPRETTING FACTS

This maliciously and sadistically to cause me harm, with malice intent, denied me personal safty, all because, I grien-anced prisan officials misconduct.

* They let other prisoners deliberatly toke some of my property, that did me harm because, I grievanced, fellow off-icers, warden an crew, are denying, or destroying my property, because I put them on blast, twice the courts.

(defendant 4) warden ~~miss free~~ VACA-ville, CMF PRISON, I sent, TRO, Injunc-tion, for protection, court action. (personal safty issue's) on april 7,2022, I wrote your court, next day it storted again, prisoners an yard, called me rat, child molester, rapist, not true, I called out everyone! now everyone stays away from me, I grievanced, for safty issue's, protection, property, what C/O miller, miss B, click log no# 204,621, to highest level, to protective housing place-ment, property, deadline 5/25/2022.

P. 4

× threat to safty

CLAIM III, 3, SUPPORTING FACTS

these administrotive remedies were token
to highest level! I do have these in cell!
unless officers come in here, take them!
it wont be the first time! New, no one
has excuses!

cruel, unusual conditions, safty, issue's!
violated by prison officials, deliberate
indifference to my safty deprivations!

All violated clearly establushed rights, intent-
ional, deliberate acts! setting me up, to
shut my ass up! deliberate indefference
to my safety concerns!

× threat to safty claims applies to the follow
in defendants!

defendant 1, worden. cisnesros
defendant 2, worden, CSP-corcoran
defendant 3, worden, mule creek
defendant 4, worden, CMF-vacouille
defendant 5, officer miller, mule creek, B6.
defendant 6, officer miss B, mule creek B6.
defendant 7 officers CSATF/corcoran
defendant 8 officers CSATF/corccran
defendants 9, 10, CSP-corcoran, sorgent
defendant P. 5

    × threat to safty



Claim III, 3. Supporting Facts
per Title 15, dept of Corr. and Rehab.
Adult institutions, programs, parole,
3341.1 protective housing unit, the
(DRB) departmental review board,
*States protective housing unit, is
soety concerns, its clacne, ou classific-
ation committee, and annual review,
and cant have,
affliate of an STG-1 gang, thats
why (sorgent at CSP-corcoran, lied,)
stated I said I was mexican mofia,
Facts are,
my commitment offense Rape, Im
innocent of, proofs in my property,
went thru Debrief processing unit,
(DPU), 18 or so years ago, that simply
means (RAT), informant, in prison,
is on,
(automatic death sentence) to mexican
mafia, southern gangs, all general
population prisoners! known by
all prison officials and prisoners!
this is why,
prison officials, officers, counselors,
medical, mental health workers are
x threat to safety   P. 6



Claim III, 3 supporting facts
denying me, my committee hearings!
* To cover up fer fellow wardens,
OFFICERS! To keep the cruel acts done
to me!          (011-)

I ever wanted, was photo copies,
paper, envelopes, to access the courts!
(evidence covered up at my trials)

(code of silence, protect each others)
        (PROTECTION)
    (SAFTY ISSUE'S)
        (PROPERTY)
* Its in all my prisoner grievances!
I'm not even required to appeal this,
its suppose to be done! upon request!
    (I'm not required to appeal this!)
* its to be done, automatically, upon
request!
* prison officials fabracate technical-
ity, excuses, to cover up this stuff,
yet don't even follow there own
rules! to cover up, what all people,
prison officials did, are still
doing to me!
        P. 7
    * threat to safety

Claim III, 3 SUPPORTING FACTS
AND IT'S done by-
3375 CLASSIFICATION, per TITLE 15, IM
TO be TOOKEN TO!

CUSTODY does NOT WANT
ME TO PUT THIS STUFF, OUT IN the open!
denied CLASSIFICATION here!!

* I declare TO the EASTERN DISTRICT
COURT, iF These PRISON OFFICIALS TELL
ME, PROPERTY LOST, I WILL go ALL
OUT ON them, TO GO TO death ROW!
I WILL NOT die SLOWLY IN PRISON, be-
CAUSE They, PRISON OFFICIALS delib-
ERATLY LOST MY (LEGAL STUFF), FOR
GRIEVINCING THERE MISCONDUCT!
RETALIATION!

IM, THIS PRISON, CMF-VACAVILle,
does NOT LET US GO TO LAW LIBRARY, THEY
DON'T EVEN RESPOND TO MOST REQUEST,
I SEND them! I NEED LEGAL REPRESEN-
TATION! AN ATTORNEY! PLEASE!
(CDCR 602-602-A)
ADMINISTRATIVE REMEDIES EXHAUSTED, I
have it, expired 8/25/2021, highest LEVEL!
P. 8
X THREAT TO SAFTY

CLAIM 4

## D. CAUSE OF ACTION

### CLAIM 4

1. State the constitutional or other federal civil right that was violated: Eighth amendment, serious deprivation of minimal necessities, basic needs, personal safety, deliberate indifference to my safety, legal property, innocence-strikes, striken!

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☒ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. TOTALITY OF EVENTS!
   property, necessities to me, legal document to win conviction, have strikes striken in other legal case in San Bern appellate justice center, fraud! deceit! if lost, I die in prison! (its my life, I appeal) deliberaty with held, or lost! because I will Shut up! Eighth amendment violated, prison officials, deliberate indifference to my deprivations! safety issues, denied! a typical and suignificant hardship! in relation to ordinary prison life! retaliation for grieveanting prison officials misconduct! my personal safety! deliberate indifference to my safety! (to be token) with whole civil rights complaint! isolated, with out basic necessities to life, in prison, for grieveanting prison official misconduct, telling the courts! they, prison officials knew its all in my property! *(all in civil complaint to be token as a whole) apply to defendants 1, 2, 3, 4, 5, 6, 7, 8, 9, 10

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). greneded, burnt arms, g.s.s.c.y hit with battering ram, face, chest, stumach, at CSOTF, corcoran, stomped on, hit, beat up by cops at CSP-corcoran! maliciously, sadistally, denied physical, emorional mental harm to me!

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim (Claim 4) to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

6

## CLAIM 5

**CLAIM 5**

1. State the constitutional or other federal civil right that was violated: DUE PROCESS, (NOT FAIR), FOURTH AMENDMENT VIOLATED. KANGAROO COURT!

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - [ ] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [X] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I'M INNOCENT OF all DISCIPLINARY ACCUSATIONS, THE FIRST ONE, I DIDN'T FIGHT, I NEW IT WAS FUTILE, all THE REST, WERE ON ME BEING FALSLY IMPRISON OCT 25, 2020 TO DESTROY all EVIDENCE TO ga/CLAIMS. Which THEY DID ACCOMPLISH/ all ISSUES, FACTS, all FABRICATIONS AGAINST ME, WERE FABRACATED! I WENT TO 2 CLASSIFICATION HEARING AT CSATF/STATE PRISON CORCORAN, EXPLAINED IN CLAIM I, 3, SUPPORTING FACTS, SEE PAGES 6-13, FIRST CLASSIFICATION I TALKED TO COMMITTE MEMBERS ONLY, NO SORT OF FABRACATED MISCONDUCT AGAINST ME! REST OF RULES VIOLATIONS REPORTS WERE SHOVED IN MY DOOR, IN MY CELL, WHEN CDCR SEEN ME A RITUAL COURT, OFFICER RODRIGUEZ DID THIS, STATING, I AGREED WITH EVERYTHING IN/ MY SIGNATURE WILL BE ON A WAR, EXCEPT REFUSING TO CLIFFORD! I WAS THREATEN WITH CO STATE, LOSING MY STUFF IF I DIDN'T SIGN! ACCROSS STREET AT CSP-CORCORAN, OFFICER IN BLOCK/LT, LADY OFFICER, I ONLY SIGNED, SO I DON'T LOSE MY STUFF! HOW PRISON OFFICIALS OUT THERE, SPIN ON THAT FOR EXCUSE FOR KICK WOPPAN, CELL EXTRACTION, IN WITH TITLE 15, STATE PRISON OFFICIALS HAVE TO WRITE YOU UP FOR REFUSING ASSIGNED HOUSING/ REFUSING ASSIGNMENT HOUSING, ONLY IF
   (CONTINUED)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   FALSLY IMPRISON, AREA/ DECKED, BLOATED ARMS, GASSED, CHOKED OUT, HIT, FACE, CHEST, STOMACH, WITH PIPE/ AT CSATF/CORCORAN, ACCROSS STREET AT, GASSED, BURNT EYES, STOMPED ON, WITH BOOTS, SET UP TO BE KILLED! CSP-CORCORAN! PHYSICAL, MENTAL, EMOTIONAL HARM! INTENTIONAL, DELIBERATE, ACTS!

~~5.~~ Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [X] Yes [ ] No
   b. Did you submit a request for administrative relief on Claim II? [X] Yes [ ] No
   c. Did you appeal your request for relief on Claim II to the highest level? [X] Yes [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. MAILED TO OFFICE OF APPEALS, WERE ACKNOWLEDGE, GIVEN TO OFFICER IN ECP, B6-135, MULE CREEK.

7

(claim5)3 SUPPORTING FACTS (cont)
its a legit move, NOT IF YOUR' SNY! pro-
tective yard! KNOWN debriefer (RAT) AND
committment offense (ROPE) IM INNOCENT
OF, IN my property is the PROOF! NOT
FORCE you to active yard, where I
would be attacked! possibly killed!
non-designated yards are active
yards, PRISONERS like me, WILL GET
attacked, possibly killed! these
are the FACTS OF PRISON! WARDEN T.
CISNEROS had this clave! and con-
tinues to this very day! I told
'both' committees at bch seg vsp I
wouldn't participate in Fake hearing!
to cover up why Im really here, to de-
stroy evidence to a civil claims/LAWSUIT!
✗ FAKE STUFF!
✗ OFFICERS would take them AT CSP-
CORCORAN!
✗ I would go to MULE CREEK, COUNSELOR
SHARP charged me 16 dollars for
copies! and there was no Fake write
up! OCT 25, 2020, to stab cep me tell
ing some crap on yard I was!
            (claim5.)3 SUPPORTING FACTS
                    P. 2

(claim 5?) 3 SUPPORTING FACTS (CONT)
I JUST REFUSED TO TAKE, PARTICIPATE IN
FAKE, FORCE SHAM! ISSUES, ALLEGATIONS!
* I PUT THIS IN WRIT OF HABEAS CORPUS
FILED DEC 2020, KING COUNTY COURT
CRIMINAL DIVISION! I TOLD CLERK
MICHELLE S. MARTINEZ AND MARIA
CHAVARRIA CRIMINAL DIVISION I WOULDN'T
PARTICIPATE IN FAKE STUFF!
     I CITED IN WRITS IN RE EDWARD PHILLIP
MCKENNA FILED DEC 2020
               KING COUNTY SUPERIOR COURT
                  CRIMINAL DIVISION
            1640 KINGS COUNTY DRIVE
             HANFORD CALIF
CLERKS MICHELLE S. MARTINEZ
          MARIA CHAVARRIA
CAN VERIFY (ALL) THESE FACTS! they
did TRY TO help me! do the RIGHT THINGS!
I CAN'T PUT ANY NAMES, DATES, NO PROPERTY,
FOR OVER 6 months NOW! deliberately
WITHHELD OR DESTROYED! PRISON OFFICIALS
KNOW 'ALL' NAMES, DATES, LOG NO #'S ARE IN
PROPERTY! CLEARLY ESTABLISHED rights
VIOLATED! TO NOT BE FALSELY ACCUSED
(claim 5? 3. SUPPORTING FACTS
          P.3

(Claim 5.) 3. Supporting Facts cont's
of prisoner misconduct, to cover up
destruction of evidence, to Edward
McKenna V CDCR. to protect there
boss Worden T. Cisneros. violated
clearly established right, NOT to be
Framed, on trumped up charges,
to cover up for there boss. The
Worden T. Cisneros.

Last Writeup, Rules Violation Report,
I had to attack first, before I ended
up stabs, and it was '2' on '1'
by active prisoners, gang mem-
bers. possibly killed. (see pages 17-
21 of claim I, 3. Supporting Facts)
set up by prison officials, denied custody
classification 3375 article 10, safty
issues. set up at CSP-Corcoran.
I would of been killed on that yard.
date 3/26/2021.

* Fabracated misconduct against me,
by prison officials, to cover up the
truth. (violated due process)
        NOT   FAIR.

(Claim 5.) 3. Supporting Facts
        p. 4

Claim 6

## CLAIM 6

1. State the constitutional or other federal civil right that was violated: NEGLIGENT DESTRUCTION, INTENTIONAL destruction of property, deliberate, intentional ACTS! RETALIATION!
I DONT KNOW CONSTITUTIONS OLISS OS FOR PROPERTY, WEED LAWYER!

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

- [ ] Basic necessities
- [ ] Mail
- [ ] Access to the court
- [ ] Medical care
- [ ] Disciplinary proceedings
- [x] Property
- [ ] Exercise of religion
- [ ] Retaliation
- [ ] Excessive force by an officer
- [ ] Threat to safety
- [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

PROPERTY DESTRUCTION, blANTANT, deliberate ACTS, ALL RETATIATION FOR FILING CIVIL CLAIMS, GETTING READY TO FILE LAWSUIT AT KINGS COUNTY SUPERIOR COURT. destroyed PURSUANT A established STATE POLICY, PROCEDURE. There is a UNWRITTEN POLICY, PROCEDURE by PRISON OFFICIALS TO RETALIATE AGAINST PRISONERS FOR PUTTING PRISON OFFICIALS ON BLAST FOR THERE MISCONDUCT. its a MYTH IF PEOPLE DONT THINK THESE OFFICIALS dont have AN UN-WRITTEN TO GO AFTER PRISONERS, WHO SUE THEM! PUT THEM ON BLAST!
* RADIO, FAN dESTROYED, DICTIONARYS 2, WESTBSTERS, CANTEEN, LEGAL, PACKAGE ITEMS TOKEN, All dOCUMENTS dEALING WITH ME, KING COUNTY MICHELLE S. MARTINEZ, IONA CHAVARRA CLERKS, TOKEN, all EVID-ENCE FOR LAWSUIT (DESTROYED) dENIED LAW LIBRARY, HERE, TO RESEARCH, All MY ISSUES, PLT FORTH IN MOTION FOR LAWYERS TO ASSIGNNE/CARE TO ME! TO PROTECT ME & MY LIFE! MY RIGHTS! TO PUT PROPER CONSTITUTIONAL ISSUES, VIOLATIONS! PLEASE!
* CLEARLY ESTABLISHED RIGHT TO NOT LOSE, DESTROY PROPERTY, FOR GRIEVANCE! IN PRISON OFFICIALS MISCONDUCT! SIMPLY RE-TOLIATE! DENIED PROPERTY, TO GET JUDICIAL REVIEW OF LEGALITY OF CONFINMEAT, INNOCENT IN OAE! STRIKES STRIKE AT IN).
OTHER! NO LIFE SENTENCE!

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

HIT WITH BATTERING RAM, FACE, CHEST, STOMACH, GRENADEED, BEATDORM, GASSED, CHOKED OUT, FELT LIKE dEING! AT CSP CORCORAN TRIED TO HAVE ME KILLED, GASSED EYES, STOMPED ON, HIT by OFFICERS, SET UP by THEM! PHYSICAL, EMOTIONAL, MENTAL INJURIES! dELIBERATE ACTS!

5. **Administrative Remedies.** CONTINUED?

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   [x] Yes  [ ] No

b. Did you submit a request for administrative relief on Claim II?   [x] Yes  [ ] No

c. Did you appeal your request for relief on Claim II to the highest level?   [x] Yes  [ ] No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. PS. MAILED TO OFFICE OF APPEAL, NEVER RESPONDED! SOME TOKEN by FEROE by OFFICERS! NO PROPERTY GMO, NTW & LOG. NO# dOTES IN PROPERTY! KNOWN by PRISON OFFICIALS!

8

ADMINISTRATIVE REMEDIES (CONTINUED) CLAIM 6?

3. SUPPORTING FACTS, CONTINUED

AND TO LITIGATE THE FRAUD DECENT FOR DECENT
JUDICIAL PROCEEDINGS, THAT HAS TO BE SENT
BACK TO SAN BERNARDINO SUPERIOR COURT!
ALL PRISONERS HERE HAVE THERE
PROPERTY HERE! EXCEPT ME!

P. 1

CLAIM 7

**CLAIM # 7**

1. State the constitutional or other federal civil right that was violated: CONSTITUTIONAL RIGHTS
TO ACCESS COURTS VIOLATED! NO LAW LIBRARY TO RESEARCH, COVID OUT—
BREAKS ASSIGN LAWYER TO PROTECT ME!

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - [ ] Basic necessities
   - [ ] Mail
   - [X] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

GOV. CLAIMS PROGRAM DENYING ACCESS TO COURTS! TOLD, GIVEN PERMISSION
TO SUE, GO TO COURT! PROVED DESTRUCTION OF GRIEVANCES! ALL DOCUM-
ENTED! WRITE OF HABEAS CORPUS, FILE DEC 2020, KING COUNTY SUPERIOR
COURT, DOCUMENTED BY KING COUNTY, BY CLERK MICHELLE S. MARTINEZ,
AT MULE CREEK, TURNED AWAY THERE, BY OFFICER, DOCUMENTED BY
MENTAL HEALTH ON COMPUTER! PROPERTY DESTROYED, EITHER DESTROYED
WITH HELP BY PRISON OFFICIALS TO RETALIATE, SHUT ME UP! HERE AT
CMF—LAW LIBRARY TAKES WEEKS TO RESPOND, OR THEY DON'T AT ALL!
THEY KEEP USING COVID AS EXCUSE! MENTAL HEALTH DOCUMENTED!
IT ALL STARTED AT CSATF/CORCORAN, WARDEN T. CISNEROS PRISON
HAD MY PETITION CLAIMS SPED, BECAUSE I COULDN'T GET PHOTO COPIES,
ENVELOPES, PAPER, TO MAIL TO SOW BEZNER AND JUSTICE CENTER,
AND ITS BEEN ROADBLOCK AFTER ROADBLOCK BY PRISON OFFICIALS,
BECAUSE I REFUSE TO GIVE UP MY RIGHT TO ACCESS THE COURTS! GET
EVIDENCE COLLECTED AT MY TRIALS! NOT PARALEGAL, BUT PRISONERS
RIGHTS! IT CONTINUES TO THIS DAY! NEED LAWYER HELP FIND, GET ME
MY PROPERTY! PROTECT ME FROM OFFICIALS!    CONTINUED!

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
HIT WITH BATTERY IN RIBS, FACE, CHEST, STOMACH, GREW SICK, BURNT ARMS,
GASSED, CHOKED OUT, THAT TIME I DIED AT CSP-CORCORAN, BURNT EYES,
STOMPED ON, HIT BY OFFICERS! PHYSICAL, EMOTIONAL, MENTAL SUFFERING!

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [X] Yes [ ] No
   b. Did you submit a request for administrative relief on Claim III? [X] Yes [ ] No
   c. Did you appeal your request for relief on Claim III to the highest level? [X] Yes [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. GOV. CLAIMS PROGRAM DENIED DESTRUCTION OF GRIEVANCES,
   GIVEN PERMISSION TO GO TO COURT! AND DENIED PROPERTY 6 MONTHS NOW!
PRISON OFFICIALS KNEW I HAVE LEGAL NO# CLAIMS, NOTMES IN I/O DELIBERATE.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

DENIAL OF PROPERTY POSSION DESTRUCTION OF PROPERTY!

9

The CDCR won't let me finish hobeas corpus
to overturn both lifes sentences! No
property 7 months now!

(FACTS)

I'm short on paper, I have to squeeze
sentences together, use space I'm not
suppose to! I get 10 pieces of paper,
it takes CMF-Low Library to kite to
2 weeks, just to get me some! They
don't even give the right orders!
The state of California are intentionally
interfering with me, to prove legolty of
confinement! innocexce in one! strikes
striken in other! Fraud decent for arrest
Judicial proceedings, at son Bernordino
superior court! 3 cases!
once to prove claims in this section 83,
intentional acts!

P.1 (claim 7)

## E. REQUEST FOR RELIEF

State the relief you are seeking:

(TEMPORARY RESTRAINING ORDER), DECLARATORY AND INJUNCTIVE
RELIEF! PERTMANT INJUNCTION, PLACE PROTECTIVE CUSTODY!
PERSON OFFICIALS AND ACTIVE PRISONERS, STOP ABUSES!
        COMPENSATORY DAMAGES
        PUNITIVE DAMAGES

PROPERTY OT MULE CREEK, FOUND, ISSUED TO ME! LEGAL STUFF!

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 9, 2022___          _Edward McKenna_
                    DATE                           SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

*155 TOTAL PAGES, MAILED TO YOU!

TO CLERK, CAN YOU FILE THIS, GET
IT BEFORE A JUDICIAL OFFICER!
    I NEED HELP!
  EMERGENCY HELP!
    155 PAGES TOTAL SENT TO
YOU! NOTHING IS MISSING!
    IF ANYTHING IS MISSING,
ITS THESE PRISON OFFICIALS DO-
IT!

    IM GOING THRU CONSCIENCE
SCHOCKING ACTS! DELIBERATLY DID
TO ME!
    READ IT IN ITS ENTIRLY, IT
EXPLAINS ITSELF! I HAVE
GLAUCOMA IN BOTH EYES, SO
ITS BAD, BLURRE VISION!
    TELL THE JUDICIAL OFFICER,
TO HELP! ME!

        1 OF 2

That to accept this complaint!

Please,

include the correspondence I
I had to you with complaint!
Please!

I swear, everything is
true in this complaint!

Sincerely

Edward McKenna

JULY 9, 2022
DATE

Edward phillip McKenna
CDC# T-52447
PO BOX 2000
VACOUILLE, CA, 95696
CALIL STATE PRISON
2CF2

TO: CLERK                    DATE: JUNE 23, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIF
501 1 STREET, SUITE 4-200
SACRAMENTO CAL 95814-2322

FROM: EDWARD P. MCKENNA T-52447
     CMF - S2-221
     PO BOX 2000
     VACAVILLE, CALIF, 95696
          PRISONER —

RE: Im being abused here at CMF, because
   I REFUSE TO GIVE UP MY RIGHT TO ACCESS
   the courts, be FREE of RETALIATION!
   Im cont get PHOTO copies at LAW LIBRARY
   here, I GRIEVENCED, REQUESTED IT! to
   NO AVAIL! CAN YOU GIVE ME PERMISSION
   to File section 1983 at YOUR COURT, FOR
   TRO, INJUNCTION, YOUR COURT make copy,
   send to me, beFORE I GET KILLED by
   these PRISON OFFICIALS!

                    ①

                              (other
                               side)

its being specied header, by wheelers, from T. Cisneros at corcoran. both cor-corom prison once mule creek once here? I need help? please allow me to do this!

I'm in imminent danger of more serious physical injury

I pray to allow me to do that!

SINCERELY

Edward P. McKenna, T-52447

- STATE PRISONER-

DATE 6-23-2022

STATE OF CALIFORNIA                                                                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION

**GRIEVANCE**

CDCR 602-1 (03/20)                                                                                                                    Page 1 of 2

| | |
|---|---|
| **STAFF USE ONLY** | Grievance #:_____ Date Received:_____ |
| | Date Due:_____ |
| | Categories:_____ |

_This is the process to ask for help with a complaint._                 T-52447

Claimant Name: EDWORD MCKENNA        CDCR #: T-52447  Current Housing/Parole Unit: S2-221

Institution/Facility/Parole Region: CMF-VACAVILLE

**In order for the Department to understand your complaint, make sure you have answered the following questions:**

- *What is the nature of your complaint?*
- *When and where did the complaint occur?*
- *Who was involved?*
- *Which specific people can support your complaint?*
- *Did you try to informally resolve the complaint?*
- *What rule or policy are you relying on to make your complaint?*
- *Are there documents that would be helpful to support your position? List the documents if you do not have them. Please note that documents submitted with this form will not be returned.*
- *What specific action would resolve your complaint?*

PRISON OFFICIALS, 5 SARGENTS, 1 OFFICER WITH SHIELD, DIDI USE UNNECESSARY, EXCESSIVE FORCE, DIDI ASSOULT AND BOTTERY TO ME, ON SATERDAY, MAY 28, 2022, IN CELL # S2-221, DIDI FAB-RACATE WHAT REALLY HAPPEN, TO COVER UP THE TRUTH, OF WHAT REALLY TRANSPIRED THAT DAY, ON MAY 28, 2022, MY WATER OFF PER 6 CLOCK, IN MORNING, TO MOVE NURSE, COME TO MY CELL, TOLD ME TO WEIGH MYSELF, IT REFUSED AS ALL PRISNERS HAVE A RIGHT TO DO, NURSE WOULD STOPE, IT CANT GO TO YARD, NO MORE, YARD OFFICERS WOULDN'T LET ME GO, TO YARD, NO MORE, IT HAVE A CLOG, TOLD OFFICERS, ITM COVERING WIN CREWS, ITM IF GET YARD, WATER, IN CELL, OFFICERS WOULD COME, IT TOLD THEM, YAR DAM, TITLE 15 STATE IT CAN RE- FUSE, WITH NO RETOLIATION, 5 SARGENTS WOULD COME TO OUR, IT TAKE OFF UMCLEAN COVERING, IT TOLD THEM INCAR DAM, TITLE 15, STATE TO PRISONER, CAN REFUSE THIS, AND A NURSE, COULD TAKE MY YARD, AS WATER, IT TOLD THEM, THIS VIOLATES BASIC NECESSATIVES, 8 EIGHT, AMENDMENT BAN, PREMIBITION ON CRUEL AND UNUSUAL PUNISHMENT, NO WATER, NO YARD, YAR DAM, TITLE 15 STATE IT CAN REFUSE, NO RETALIATION, THEY TOLD ME, SO WHAT! IT TOLD THEM, IT WAS GOING TO COVER WINDOWS, ITM IF GET

**DISTRIBUTION    Original: Offender's File    Copies: DAI, DAPO, and Offender**

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

yord, water, I covered window, officer with shield opens door, sargents take paper off windows, I tell them, I'm going to keep doing it! they shut door, I did it again! this time officer with shield, comes in cell, rushes me, I get him rushed, face down on floor, they pin me, I don't move, sargent with robocup, punches me, in back of head! I'm he plastic cuffs, officers kick me, all in back & kick! stomp on me! forever this goes on, till they run out of gas! they cuff me, chain my legs, take me to chow room, take property, shoe laces, put me max custody, who ever was kicking me, said I like to tell on cops! put back in cell, read miranda rights, I made no comments, given RVR 2½ weeks later, fabricated what really happen! to justify not video recording it! put mexican mafia bullshit in RVR, my commitment offense, being SNY, known riot, is a death sentence by them people! they want kill me! prison officials are setting me up, to cover up the truth! — I would complain to nurses, something is really wrong with me! my side is killing me, I spit out blood, my side makes noises, I wanted go to hospital, I am put this in open, they told doctor, who ordered x-rays, 4 broken ribs, up, down rib cage! who ever was kicking me, stomping on me, did this! I would go to ICC committee, ross, warden, mental health, S. McCue, CCII, 6-7-22, I told them all of this, told so what! told them I want to be protective custody, told so what! told them about my property at mule creek, need to get appeal done, to court! told them prisoner in cell 82-228, has my run number, phone, cancel it, we gave it out, over there, they said so what, told story at CME, pending RVR, told so what by custody committee

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

**Claimant Signature:** _Edward Mckenna_          **Date Signed:** 6-28-2022

**DISTRIBUTION     Original:** Offender's File     **Copies:** DAI, DAPO, and Offender

**CALIFORNIA DEPARTMENT** *of*
**Corrections and Rehabilitation**

# CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** MCKENNA, EDWARD P.          **CDC#:** T52447

**Date:** 06/27/2022

**Current Location:** CMF-Facility A          **Current Area/Bed:** A S 2221001L

**From:** Office of Grievances at California Medical Facility

**Re:** Log # 000000272366

The California Department of Corrections and Rehabilitation Office of Grievances at California Medical Facility received your grievance on 06/27/2022. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 08/27/2022.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**GRIEVANCE**
CDCR 602-1 (03/20)                                                                                                    OOG          Page 1 of 2

| **STAFF USE ONLY** | Grievance #: _272366_ | Date Received: JUN 2 7 2022 |
|---|---|---|
| | Date Due: _____ | |
| | Categories: _____ | |

RECEIVED
OOG CMF
JUN 27 2022
RECEIVED

_This is the process to ask for help with a complaint._

T-52447

Claimant Name: EDWARD MCKENNA        CDCR #: T-52447  Current Housing/Parole Unit: S2-221

Institution/Facility/Parole Region: CMF-VACAVILLE

In order for the Department to understand your complaint, make sure you have answered the
following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- Are there documents that would be helpful to support your position? List the documents if you do not have them.
  Please note that documents submitted with this form will not be returned.
- What specific action would resolve your complaint?

PRISON OFFICIALS, 5 SARGENTS, 1 OFFICER WITH SHIELD, DID
USE UNNECESSARY, EXCESSIVE FORCE, DID ASSAULT AND BATTERY
TO ME, ON SOTERDAY MAY 28, 2022, IN CELL # S2-221, DID
FABRACATE WHAT REALLY HAPPEN, TO COVER UP THE TRUTH, OF
WHAT REALLY TOOK PLACE! WOULD ISSUE ME, A RVR, LIEING ABOUT
WHAT REALLY TRANSPIRED THAT DAY. ON MAY 28, 2022, MY
WATER OFF FOR 6 DAYS, IN THE MORNING, A MALE NURSE,
COME TO MY CELL, TOLD ME TO WIEGH MY SELF, I REFUSED,
AS ALL PRISONERS HAVE A RIGHT TO DO. NURSE WOULD STATE,
I CANT GO TO YARD NO MORE, YARD, OFFICERS WOULDNT LET
ME GO, I BANGED ON DOOR, TOLD OFFICERS, IM COVERING
WINDOWS, TILL I GET YARD, WATER IN CELL, OFFICERS
WOULD COME, I TOLD THEM YOUR D.O.M AND TITLE 15, STATE
I CAN REFUSE, WITH RETALIATION, 5 SARGENTS COME TO
DOS'T TAKE WINDOW COVERING OFF, I TOLD THEM,
YOUR D.O.M, TITLE 15, STATE A PRISONER CAN REFUSE THIS, AND
A NURSE CAN'T TAKE MY YARD! NO WATER! I TOLD THEM,
THIS VIOLATES BASIC NECESSITIES, EIGHTH AMENDMENT BAN,
PROHIBITION ON CRUEL AND UNUSUAL PUNISHMENT, NO WATER, NO
YARD, YOUR D.O.M, TITLE 15, STATE I CAN REFUSE, NO RETALIATION!

**DISTRIBUTION**    **Original:** Offender's File    **Copies:** DAI, DAPO, and Offender

STATE OF CALIFORNIA
**GRIEVANCE**
DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 602-1 (03/20)

Page 2 of 2

They told me (So what), I told them, I was going to cover win-
dows, till I get voice, water, I covered window, officers with
shield opens door, sargeints toke pepper cell windows, I tell
them, Im going to keep doing it! They shot door, I do it again!
This time officer with shield, comes in cell, rushes me, I
get pull rushed, face down on floor, they pin me, I cont
move, sargent with tatoos, punches me, in back of head!
till he runs out of gas! officers kick me, oil in back!
kick, stomp on me! forever this goes on, till they run
out of gas! they cuff me, chain my legs, toke me to clay
room, toke property, shoe laces, put me max custody, who
ever was kicking me, said I like to tell on cops, put back
in cell, reand miranda rights, I made no comments, given
rur 2½ weeks later, fabracatel what really happen, to just-
ify not video according it! put mexican mafia bullshit in
rur, my committ ment of offense, being 'SNY', knowin roll is a
death sentence by them people, they will kill me! prison
officials are stopping me up to coverup the truth!
    I would complain to nurses, something is really wrong
with me, my stole is killing me, I spit out blood, my stole
makes noises, I would go to jott, put this in open, they
told doctor, who ordered x-rays, 4 broken rib, no clown
rib cage, who ever was kicking me, stomping on me, did
this! I would go to icc, committe, ass. worden, mental health
S. malone CCII, 6-7-22, I told them all of this, (I also
what) told them I wont to be protective custory, (I told
So what,) told them about my property at mule creek,
never to get appear to court, told them officer in cell
S2-223, has my own number, phone, cancel IT, he gave
it out over river, (they said so what) told is found at CMF,
pending rur, told so what by custory, committee!

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

Claimant Signature: _Solomon Macre r_      Date Signed: _6-23-2022_

DISTRIBUTION    **Original:** Offender's File    **Copies:** DAI, DAPO, and Offender

TO 8 NINTh CIRCUIT AND      DATE: 4-10-2022
EASTERN DISTRICT

FROM: EDWARD MCKENNA T-52447
CMF- S2-221
PO BOX 2000
VACOUIHE, COLIF, 95696
PRISONER-

RE: ON APRIL 7, 2022 I WROTE TO US DISTRICT COURT
EASTERN DISTRICT, THEN FOLLOWING GUY PERSONE
ON VIDEO, STREETED TALKING SHIT TO ME, RIOT,
CHILD MOLESTER, RAPIST, TOLD THEM by GOURDS,
PRISON OFFICIALS, SO THEY COULD TAKE CARE OF
ME, SO THAT GOURDS COM SIT bOCK, PLOU IT OFF,
THEY KNOW NOTHING! NOT DUMB! THIS HOPPEN
TO ME 10T, CSP-CORCORON THEN MULE CREEK PRISU
beCOUSE I REFUSE TO GIVE UP MY RIGHT TO ACCESS
THE COURTS, TO be FREE OF RETOLINTION.' by GOURDS
FOR GRIEVONING THREE MISCONDUCT! TO TAKE
THEM TO COURT FOR DOING IT! MULE CREEK PRISO
GOURDS.'hOLE MY PROPERTY ARE GOING TO LOSE
IT beCOUSE I GRIEVONCED THEM.' IN IT IS MYE
COURT DOCUMENTS TO PROVE INNOCENCE IN ONE
CONVICTION AND TO hAVE ROLL STRIKES STRUKEN IN
OTHERS TO EXPOSE THE TRUTH.' WHEN THEY FIND IT,
TELL ME ITS LOST, I WILL GO ROLL OUT TO GO TO
DEATH RUW THAN DIE SLOWLY IN PRISON I
TRIED TO GET hELP by YOU COURTS, but YOU
                    LOF 2

other side-

didn't care, let prison officials do what ever they wanted to me, you helped them!

✱ attached is my grievances I submitted here!

Dated: 4-10-2022        Edward P. McKenna
                        Cal State Prisoner

No: 22-70009
Short title: Edward McKenna v. USDC-SAC.

2of2

DATE: 12-20-2021

TO: UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF CALIFORNIA

FROM: Edward P. MCKENNA T-52447
      MULE CREEK STATE PRISON
      B6-135L
      PO BOX 409040
      IONE CALIF  95640
      — STATE PRISONERS —

RE: CLERK OF COURT, JUDICIAL OFFICER,
              SERIOUS
    IM IN SERIOUS TROUBLE BY THIS PRISON!
    IM UNDER IMMINENT DANGER OF SERIOUS
    PHYSICAL INJURY' BY PRISON OFFICIALS, KNOWN
    BY WARDEN OF THIS PRISON, WHO I PUT ON
    NOTICE OF PRELIMINARY INJUNCTION, MOTION FOR
    EMERGENCY RELIEF, TRO, WHO HAS ALL OFFICERS
    DENYING, ME TO MAKE COPIES, TO GET TO YOU
    THE US DISTRICT COURT.' WHO I SENT? ORDER
    TO SHOW CAUSE FOR A, INJUNCTION AND
    TEMPORARY RESTRAINING ORDER' WHO I AM

    ①

Im trying to get to you, in which Iv been thru conscience shocking acts by prison officials, per warden DiSuerts of CSTATE/ State prison of Corcoran who mentally, physically tortured me to cover up destroying evidence to a lawsuit, I had her per fraud! Kidnapping me, sent me to Yorel, prison address street CSP-Corcoran State prison'; in which Warden there, their ceps set me up to be killed! mental health sent me here, before I got killed by ceps, active prisoners! new ceps here, with warden knowledge, are setting me up to be attacked, possibly killed, once clear, me me law library to get copies, send to you! mental health logged this stuff! I need court intervention to get this to you! they are going all out to stop me! cover up there illegal actions! I need help! bad stuff is going to happen to me! please help! Do something!

Edward A McKenna T-52447
Mule Creek State Prison
B6-135L   ②       Date: 12-20-21

DATE: APR 7, 2022

TO: UNITED STATES DISTRICT COURT
EASTERN DISTICT OF CALIF

FROM: EDWARD MCKENNA T-52447
CMF-S2-221
VACAVILLE, CA, 95696
STATE PRISONER-

RE: ON Feb 15, 2022 I WAS TRANSFERD
TO CMF-VACAVILLE STATE PRISON.
ON FEB 8, 2022 AT IDTT COMMITTEE,
AT MULE CREEK STATE PRISON, CTC,
SINF CELL 4, I WAS TOLD by COUNSELER,
SORGENT, APPROX 8 people AT THAT IDTT,
2-8-22 PROPERTY IN R+R, WOULD COME
WITH ME TO VACAVILLE STATE PRISON, ON
2-15-22 IT DID NOT! LIED TO AGAIN, by
PRISON OFFICIALS, THEY ARE GOING TO DE-
LIBERATLY LOSE MY PROPERTY FOR GRIEVANC-
ING PRISON OFFICIALS MISCONDUCT! AND
FILING SECTION 1983 AGAINST THEM! I
GRIEVONDED THEM HERE FER PROPERTY, THIS
PRISON SENT IT TO MULE CREEK PRISON,
PRISON LOG NUMBER 22G-B1B, 228-773,
I THEN MAILED IT TO OFFICE OF APPEALS,
CHPT OF CORR AND REHAB, PO BOX 942883
SACROMENTO CA, 95811. NO RESPONSE by
THEM! FROM THIS POINT ON, I WILL REFUSE
TO MOVE, I WILL FORCE THEM TO CELL EXTRACT
ME! EVERYTHING WILL BE by FORCES! I RATHER

1 OF 3           OTHER SIDE

go to death row, than die in prison slowly!
in that property, I have evidence of in-
nocents in one life sentence, and to have
10/1 strikes striken in other/ no life sentences
once my lawsuit for fraud deceit for
arrest and judicial proceedings! at
San Bernardino Justice Center! active!
with evidence to prove everything!
X I rather die now, than slowly in prison.!
prison officials are deliberatly destroying
loosing my property, for grievancing
prison officials corrupt acts to me!! and
there is proof to this in my property.!

X I tried to tell you to let me file
   my section 1983, without the E-filing
program, it goes to three litigation coord,
who gives copies to warden and cdcr at
there prison, in which, they will cover
up evidence, falsify evidence to coverup,
mentaly pushical torture to my my self!
for simply trying to access the courts!
and to exceed the 25 pgs limit, but
you cannot care, and basicaly helping
fellow gov. entities cover up what
they did to me, and are still doing
to me!

X it has not stopped! these officers
   here, are continueing it! because I
refuse to give up my right, to grievance
               2OF3

PRISON OFFICIALS MISCONDUCT! AND NOT GIVE UP MY RIGHT TO ACCESS THE COURTS! TO GOV. CLAIMS, AND SUPPLEMENTAL FILED GIVEN PERMISSION TO GO TO COURT, 4 FEB, 2020, TO WRIT OF HABEAS CORPUS, DEC 2020 AT KING'S COUNTY SUPERIOR COURT, CRIMINAL DIVISION, 1640 KINGS COUNTY CLERK HANFORD CA, MICHELLE S. MARTINEZ CLERK OF COURT, MCNA CHANDRARA, DEPUTY CLERK. I HAVE NO PROPERTY, TO PUT OFFICIAL DOCUMENT NUMBERS! I WOULD BE PSYCHOLLY, MENTALLY TORTURED, I WOULD BE SET UP TO BE KILLED! IT WOULD CONTINUE AT MULE CREEK, TO HERE NOW! FROM THIS POINT ON, EVERYTHING WILL BE BY FORCE! WHEN THESE COPS CAME TO GET ME, I WILL DEFEND MYSELF & TRY TO GO TO DEATH ROW! THAN DIE SLOWLY IN PRISON! BECAUSE THEY DESTROYED ALL MY PROPERTY!

X, I TRIED TO TELL YOU! BUT YOU DIDN'T CARE! I TRIED TO GET COURT HELP, BUT YOU DIDN'T CARE! AND TODAY, ON YARD, I WAS TOLD I WAS A PIECE SHIT, BY ACTIVE GANG MEMBERS, ONLY THE OFFICERS NEW I WAS SNY PC, THEY TOLD PRISONERS THIS! ITS WILL GET BAD, WATCH!

DATE: 4-7-2022        Edward P. McKerney
                        STATE PRISONER

3 OF 3

TO8 CLERK US DISTRICT COURT            2-6-2022
    EASTERN DISTRICT OF CALIF
    501 "I" STREET, SUITE 4200
    SACROMENTO CALIF 95814


FROM8
EdwORd Phillip MCKENNA T-52447
MULE CREEK STATE PRISCN
 CRISIS BED CELL #4
 PO BOX 409040
 IONE CAL 95640
  PRISONER

REf IN been AT CRISIS bed, CELL 4, FER
    OVER 6 MONTHs. OFFICERS IN building
    BG-135 SET ME Up, TO be ATTACKed.
    TRIed TO FERCE ME IN CELL, WITH ACTIVE
    GANG MEMBERS, TO FIGHT OR WERSE!
    OFFICERS MILLER, MISS B, OTHER OFFICERS
    TOLD ME TO GET INTO, THEY WILL ROLL MY
    PROPERTY Up, MAKE SURE it GOES TO ADISEG
    WITH ME. I REFUSED. THE DOCTER here
    KEEPS TELLING ME DIFFERENT STUFF EVERY
    TIME I SEE HIM. I GRIEVANCED IT here,
    OFFICE OF GRIEVANCES OT MULE CREEK TO TE
    PRISON, LCG NUMBER #209181 EMERGENCY
    APPEAL, TO dote NOTHING, OVER beING SET Up
    by MILLER, MISS B, OTHERS, THERE SUPERVISORS
    KNOW THIS IS HOPPENING! but COVER It Up!
    WORDEN ON DOWN! Here THERE TELLING ME
    I have TO GO BACK THERE, I TOLD THEM OF THIS,
    THEY STATE, SO WHAT. I WILL GO BACK, ON
                P. 1 OF 2

The day this took place, They kept peizcovers hole my property, I'm going to go back, And get my property, I'll have to get into with everybody, but no one seems to care! I refuse to bow down, I did nothing wrong!

please help in any way possible!
This is all True!
I told IDTT committee here, They say so what, you have to go back, I will, I'll probly get jumped, because I'm going to go get my property back by officers too, who sed this off in that building!

DATE: 2-6-2022                    Edward Mckinney
                                   SINCERELY

P. 2 OF 2

FROM8
Edword Phillip MCKENNA T-52447
BG-136L
MULE CREEK STOTE PRISON
PO BOX 409040
IONE CAL 95640
- STOTE PRISONER -

DOTE: JAN 1, 2022

UNITED STOTES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RE: IM ASKING TO EXCUSE THE E-FILING PRO-
ROM : TO ALSO EXCEED 66 PAGES. IM IN
IMMINENT DANGER OF SERICUS PHYSICAL
INJURY OR UNLESS! TO GIVE TO PRISON OFF-
ICIALS IN ADVANCE, VIOLATES THE ADVER-
SARIAL PROCESS! ITS GIVEN TO PRISON OFF-
ICIALS, THESE LITIGATION DEPT.! WHO WILL GET
RICI OF EVICLENCE, WILL FABROCATE THEY DID
NO WRONGS! THEY ARE SETTING ME UP HERE!
THESE GRIEVANCE, ATTACHED ARE NOT BEING
ANSWERED! THEY TELLING ME TO ATTACH OR
BE ATTACKED BY ACTIVE, GANG BANGERS, AND
THE E-FILING LETS THEM COVER UP 'BLANTANT'
ACTS OF SETTING ME UP! IM SENDING COPIE
TO NINTH CIRCUIT ASK FER THERE HELP.! YOUR
COURT E-FILING IS CLEARLY FAVORING ON
OTHER BRANCH OF THE STOTE OF CALIF.!
JAN 1, 2022                   EDWARD P MCKENNA
    DOTE                      - PETITIONER -

TO 8 Clerk of the US DISTRICT COURT

FROM:
Edward Phillip MCKENNA T-52447
MULE CREEK STATE PRISON
   CTC-Cell 4
PO BOX 409040
IONE CALIF 95640
- PRISONER -

RE: PRISON OFFICIALS SET ME UP, TO FIGHT, OR
   WORSE by active gang members, APPROX.
3 1/2 weeks AGO, IN B6-135, OFFICERS MILLER,
AND MISS B, AND OTHER OFFICERS, TOLD ME
TO MOVE TO B6-242, ACTIVE PRISONER, HE TOLD
ME, WE CANT CELL UP, WE GOT TO GET INTO IT,
I TOLD OFFICERS THIS, THEY SOID GO INTO
CELL, GET INTO IT, WE WILL PACK YOUR PROPERTY
THEY DID THIS ON PURPOSE, MY PROPERTY WAS
IN FRONT OF CELL 135, THEY WOULD ROLL ME
UP, PUT IN CRISIS bed 4. I SEEN PRISONERS
GET MY PROPERTY, COPS GAVE ACTIVE
PRISONERS MY LEGAL STUFF, before I
COULD FINISH OPPED habeas CORPUS,
I DONT KNOW WHAT DATE THIS IS, BUT
ITS WEDSDAY, AND DOCTERS SOID I
GO BACK TO B6-242 FRIDAY, 2 DAYS

FROM NOW. I will REFUSE, and
something bad is going to happen
to me Friday, by Cops! All because
I grievanced them, FOR prison
official MISconduct. I wrote you
3 times, telling you this. I need
some kind of help (I will die IN
prison, because, I can't prove any-
thing in my unit of hobekos corpus
now!

Please help
Edward P. McBenny
Wecasko/
UNKNOWN dates,

STATE OF CAL...                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**GRIEVANCE**
CDCR 602-1 (...

Page 1 of 2

| STA... | | Date Received:_____ |

_This is_ the ...

Claimant Name: _Edward McKenna_  CDCR #: _T-52447_  Current Housing/Parole Unit: _S2-221_

Institution ...: _CMF-VACAVILLE_

In order for the Department to ... your complaint, make sure you have **answered** the following questions:

- What is ... ?
- When and where ...?
- Who was involved?
- Which specific ... your ... plaint?
- Did you try to in ... ?
- What ... or policy ... your complaint?
- Are there docum ... the ... support your position? List the documents if you do not have them. Please note that ... ... this form will not be returned.
- What specific action ... you ... plaint?

ON APRIL 7, 2022, I WROTE THE DISTRICT COURT, EASTERN DIS-
TRICT OF CAL. THEN ON APRIL 8, 2022 YARD, EVERYBODY TURNED ON
ME, SAYING CHILD MOLESTER, RAPIST, RAT, THIS HAPPEN TO ME, AT
CSP-CORCORAN, THEN MULE CREEK STATE PRISON BECAUSE I REFUSE
TO GIVE UP MY RIGHT TO ACCESS THE COURTS, AND GRIEVANCE,
PRISON OFFICIALS MISCONDUCT, TO BE FREE FROM PRISON OFFICIALS
RETALIATION & ONLY THE COPS TELL THIS STUFF TO PRISONERS, SO
THEY CAN SIT BACK, LET PRISONERS COME AFTER ME, ACT LIKE,
THEY DON'T KNOW WHATS GOING ON & ANS MULE CREEK PRISON
OFFICERS HAVE MY PROPERTY AND ARE GOING TO MAKE IT DIS-
APPEAR, BECAUSE I PUT THEM ON BLAST FOR DOING THIS TO
ME. I HAVE LEGAL DOCUMENTS TO INNOCENCE IN ONE CONVICTION,
TO HAVE ALL STRIKES STRIKEN IN OTHER, AND WHEN THEY DO FIN-
ALLY TELL ME THEY LOST IT, I WILL GO ALL OUT ON THEM & TRY TO
GO TO DEATH ROW, THAN DIE SLOWLY IN PRISON & UNTIL THEN
I WANT TO BE HOUSED IN PROTECTIVE CUSTODY & SENDING COPYS
TO EASTERN DISTRICT COURT AND NINTH CIRCUIT, OF THIS
APPEAL, NINTH CIRCUIT NO. 22-70009 ∘ EDWARD MCKENNA
V. USDC-SAC ∘ SUNDAY APRIL 10, 2022 LEGAL MAIL—
NO CONTRABAND IN CELL! HAVENT HAD PROPERTY FOR

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**GRIEVANCE**
CDCR 602-1 (03/20)

_5 months now!_

**Reminder:** Please attach all documents in your possession that s   yo        h.

Please note that this form and supporting documents will not be r

Claimant Signature: _Deluomel P. McRenno_                      te                4-10-2022

# UNITED STATES DISTRICT COURT
Eastern District Court of California
Keith Holland, Clerk
Jenna Nelson, Chief Deputy

## CLERK'S NOTICE

☐ **REPLY TO:**
Divisional Office
2500 Tulare St. #1-500
Fresno, California 93721

☒ **REPLY TO:**
Office of the Clerk
501 I Street #4-200
Sacramento, CA 95814

TO:
Edward McKenna
CMF
P.O. Box 2000
Vacaville, CA 95696

Case Number: N/A

RE: Pleadings and/or Correspondence received on : 06/29/2022

☒ **CASE NUMBER:** The Eastern District case number could not be identified for the attached filing. You must write your case number on all documents submitted to the court.

☐ **FILING FEE:** The filing fee of $402.00 was not received ($5.00 for habeas petitions), nor was an application to proceed In Forma Pauperis. Enclosed is an Application to Proceed In Forma Pauperis along with your original documents. Please resubmit your documents with the completed application or filing fee.

☐ **COPYWORK:** The Clerk's Office will provide copies of documents and of the docket sheet at $0.50 per page. Checks in the exact amount are made payable to "Clerk, USDC." Please Note: In Forma Pauperis status does not include the cost of copies. Copies of documents in cases may also be obtained by printing from the public terminals at the Clerk's Office or by contacting Cal Legal Support Group at: 3104 "O" Street, Suite 291, Sacramento, CA 95816, phone 916-822-2030, fax 916-400-4948.

☐ **NAME SEARCHES:** The Office of the Clerk requires a $31.00 charge, per name, to perform a records/name search. This fee must be paid in advance by check or money order to "Clerk, USDC." The search covers 1976 to present and includes civil, criminal, miscellaneous, and magistrate cases.

☐ **CONFORMED COPIES:** The Court requires the original plus one copy of most pleadings. See Local Rule 133 (d) (2). If you wish to have a conformed copy returned to you, you must file an original plus two copies and provide the court with a self-addressed stamped envelope with the correct postage.

☐ **CASE STATUS INQUIRES:** The Court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRIES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case.

☐ **DISCOVERY DOCUMENTS:** Pursuant to Local Rule 250.2 (c), Interrogatories, responses and proofs of service shall not be filed with the clerk of court until there is a proceeding in which the interrogatories, production of documents or requests for admission are AT ISSUE.

☐ **LOCAL RULES:** The Eastern District of California Local Rules are available on the court website at www.caed.uscourts.gov.

☐ **LEGAL ADVICE:** The court can not give legal advice.

☐ **EVIDENCE SUBMITTED:** The court cannot serve as a repository for the parties' evidence. The parties may not file evidence with the court until the course of litigation brings the evidence into question.

☐ **CHECKS SUBMITTED TO THE COURT:** We are returning your check or money order for the following reason:

☐ We have no record of your case. Please return the funds with the appropriate case number, new complaint or petition.

☐ Your check or money order is not complete. Please return the check made payable to "Clerk, USDC" and the appropriate and exact amount for the item requested.

☐ The Clerk's office is not able to accept post-dated or altered checks. Please return payment made with an appropriately dated and/or unaltered check or money order.

☐ **REQUESTED FORMS:** Your requested forms are enclosed.

☐ **DOCUMENTS NOT SUBMITTED IN ENGLISH:** All documents submitted for filing must be written in English. Documents submitted in a language other than English cannot be translated.

☐ **E-FILING** : Pursuant to Standing Order of the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission of Prisoner Litigation filed by Plaintiffs Incarcerated at [Selected Institutions]", the document(s) can not be filed because your institution participates in the e-filing program with the court. Per the Standing Order, the document(s) is (are) returned unfiled and must be filed under E-Filing procedure with the Litigation Coordinator.

☒ **OTHER:**

If you wish to file a case with this court, complete the enclosed packet and mail it back to the clerk's office.

Thank you for your future attention to this matter.

| ER | 06/29/2022 |

Deputy Clerk        Date

Revised 01/06/2020

# UNITED STATES DISTRICT COURT

Eastern District of California
Keith Holland, Clerk
Jenna Nelson, Chief Deputy

## CLERK'S NOTICE

☐ **REPLY TO:**
Divisional Office
2500 Tulare St. #1-500
Fresno, California 93721

☒ **REPLY TO:**
Office of the Clerk
501 I Street #4-200
Sacramento, CA 95814

TO:
Edward McKenna T-52447
CMF
PO Box 2000
Vacaville CA 95696

Case Number:

RE: Pleadings and/or Correspondence received on : 4/15/2022

☒ **CASE NUMBER:** The Eastern District case number could not be identified for the attached filing. You must write your case number on all documents submitted to the court.

☐ **FILING FEE:** The filing fee of $402.00 was not received ($5.00 for habeas petitions), nor was an application to proceed In Forma Pauperis. Enclosed is an Application to Proceed In Forma Pauperis along with your original documents. Please resubmit your documents with the completed application or filing fee.

☐ **COPYWORK:** The Clerk's Office will provide copies of documents and of the docket sheet at $0.50 per page. Checks in the exact amount are made payable to "Clerk, USDC." Please Note: In Forma Pauperis status does not include the cost of copies. Copies of documents in cases may also be obtained by printing from the public terminals at the Clerk's Office or by contacting Cal Legal Support Group at: 3104 "O" Street, Suite 291, Sacramento, CA 95816, phone 916-822-2030, fax 916-400-4948.

☐ **NAME SEARCHES:** The Office of the Clerk requires a $31.00 charge, per name, to perform a records/name search. This fee must be paid in advance by check or money order to "Clerk, USDC." The search covers 1976 to present and includes civil, criminal, miscellaneous, and magistrate cases.

☐ **CONFORMED COPIES:** The Court requires the original plus one copy of most pleadings. See Local Rule 133 (d) (2). If you wish to have a conformed copy returned to you, you must file an original plus two copies and provide the court with a self-addressed stamped envelope with the correct postage.

☐ **CASE STATUS INQUIRES:** The Court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRIES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case.

☐ **DISCOVERY DOCUMENTS:** Pursuant to Local Rule 250.2 (c), Interrogatories, responses and proofs of service shall not be filed with the clerk of court until there is a proceeding in which the interrogatories, production of documents or requests for admission are AT ISSUE.

☐ **LOCAL RULES:** The Eastern District of California Local Rules are available on the court website at www.caed.uscourts.gov.

☐ **LEGAL ADVICE:** The court can not give legal advice.

☐ **EVIDENCE SUBMITTED:** The court cannot serve as a repository for the parties' evidence. The parties may not file evidence with the court until the course of litigation brings the evidence into question.

☐ **CHECKS SUBMITTED TO THE COURT:** We are returning your check or money order for the following reason:

    ☐ We have no record of your case. Please return the funds with the appropriate case number, new complaint or petition.

    ☐ Your check or money order is not complete. Please return the check made payable to "Clerk, USDC" and the appropriate and exact amount for the item requested.

    ☐ The Clerk's office is not able to accept post-dated or altered checks.  Please return payment made with an appropriately dated and/or unaltered check or money order.

☐ **REQUESTED FORMS:** Your requested forms are enclosed.

☐ **DOCUMENTS NOT SUBMITTED IN ENGLISH:** All documents submitted for filing must be written in English. Documents submitted in a language other than English cannot be translated.

☐ **E-FILING** : Pursuant to Standing Order of the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission of Prisoner Litigation filed by Plaintiffs Incarcerated at [Selected Institutions]", the document(s) can not be filed because your institution participates in the e-filing program with the court. Per the Standing Order, the document(s) is (are) returned unfiled and must be filed under E-Filing procedure with the Litigation Coordinator.

☒ **OTHER:**

A Prisoner Civil Rights Packet is enclosed if you wish to file a new case.

Thank you for your future attention to this matter.

| AMC | | 4/15/2022 |

Deputy Clerk       Date

Revised 01/06/2020

# UNITED STATES DISTRICT COURT
### Eastern District Court of California
### Keith Holland, Clerk
### Jenna Nelson, Chief Deputy

## CLERK'S NOTICE

☐ **REPLY TO:**
Divisional Office
2500 Tulare St. #1-500
Fresno, California 93721

☒ **REPLY TO:**
Office of the Clerk
501 I Street #4-200
Sacramento, CA 95814

TO:
Edward McKenna
T-52447
P.O. Box 409040
Ione, CA 95640

Case Number: n/a

RE: Pleadings and/or Correspondence received on : 2/9/22

☒ **E-FILING** : Pursuant to Standing Order of the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission of Prisoner Litigation filed by Plaintiffs Incarcerated", the document(s) can not be filed because your institution participates in the e-filing program with the court. Per the Standing Order, the document(s) is (are) returned unfiled and must be filed under E-Filing procedure with the Librarian/Litigation Coordinator. When filing documents under E-Filing procedures, please include this document (Clerk's Notice) with the e-filing documents.

Thank you for your future attention to this matter.

AK                2/9/22

Deputy Clerk        Date