FROM:
EDWARD PHILLIP MCKENNA T-52447
    CMF
PO BOX 2000
VACAVILLE, CA, 95696
    PRISONER-

FILED
OCT 06 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

CASE NUMBER: 2:22-CV-01294-KJM-CKD
CASE TITLE: Edward Phillip McKenna V T. Cisneros et al:

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edward Phillip McKenna<br>PLAINTIFF<br><br>VS.<br><br>T. Cisneros et al:<br>DEFENDANT(S) | DATE: OCT 3, 2022<br>"SUPPLEMENTAL PLEADINGS"<br>MOTION, WITH DECLARATION, FOR COURT RULING, TO SEEK PERMISSION TO ADD ON ADDITIONAL PLAINTIFF, TO MY CIVIL RIGHT'S CAUSE.<br>CLAIM'S DISCIPLINARY PROCEEDINGS<br>      PROPERTY<br>      THREAT TO SAFETY<br>      RETALIATION<br>AND A COURT ORDER TO PRISON OFFICIALS, TO LET ME CALL YOUR COURT HOUSE, AND FOR THE COURTS, TO TELL ME, IF YOU RECEIVED MY LEGAL CORRESPONDENCE'S, |

FIRST, THE PLAINTIFF SEEKS PERMISSION TO ADD THE FOLLOWING PRISONER, NAME: DENNIS PARMENTER, P15178 CURRENTLY AT CMF PRISON. HIS DISCIPLINARY PROCEEDINGS, WAS IN FRONT OF A BIAS HEARING OFFICER, WHO DISREGARDED (ALL) HIS RIGHTS, OF DUE PROCESS, A FAIR HEARING. DENIED HIM, ADMISSIBLE EVIDENCE, TO AID THE TRIER OF FACT, IN DECIDING THE MERITS OF HIS CASE. DENIED HIM WITNESS'ES HE REQUESTED, THAT WOULD SUPPORT HIS INNOCENCE TO THESE FALSE CHARGES. THEN PRISON OFFICIAL WOULD LIE ABOUT IT IN HIS RVR REPORT! DIDN'T

PAGE 1 OF 13

ACKNOWLEDGE HIS BINARY AND NON BINARY STATUS IN RVR REPORT AND HEARING! DIDN'T MENTION THAT DENNIS PARMENTER IS A LEVEL IS __2__ AND THE PRISONER THEY TRIED TO CELL HIM UP WITH IS A LEVEL 4 BINARY PRISONER, SEX OFFENDER. LEVEL 4 ARE PRISONERS WITH HIGHEST SECURITY LEVEL, ONLY THE SHU IS A HIGHER LEVEL OF SECURITY. PUTTING DENNIS PARMENTER IN WITH A PRISONER WHO IS A HIGHER LEVEL OF SECURITY FOR A REASON, MAYBY VIOLENCE ETC. DIDN'T MENTION THAT __SB132__ ALSO __CALIF PENAL CODE__ __2605__ AND __2606__ AND AS FAR AS THE WITNESSES HE REQUESTED, C/O MARTINEZ WAS WEARING A CAMERA AND C/O HARO NEVER MEET WITH HIM 24 HOURS BEFORE HEARING, AND LT ROMERO USED FRAUD, DECEIT, TO MISSTATE DENNIS STATEMENTS AT HEARING! TO CONVICT DENNIS!

DENNIS PARMENTER WAS GIVEN A KANGAROO COURT ~~AND~~ PROCEEDINGS. THE TRIER OF FACT WAS BIAS, AND RENDERED AN UNFAIR HEARING! WHICH IN TURN, GAVE HIM PUNISHMENT. WHICH IS IN VIOLATION OF THE US CONSTITUTIONS, EIGHTH AMENDMENT BAN ON CRUEL AND UNUSUAL PUNISHMENT. HIS PUNISHMENT WAS GROSSLY DISPROPORTIONATE TO THE SEVERITY OF THE CRIME! NO RULES OR REG'S WERE BROKEN! YET THIS WAS HIS FIRST, SECOND RVR IN PRISON! __25__ YEARS IN PRISON. HE WAS GIVEN A DIVISION D OFFENSE, 1ST OCCURRENCE, HE WAS GIVEN A CRUEL AND UNUSUAL PUNISHMENT IN THE FORM OF.
1. PRIVILEGE GROUP C    90 DAYS
2. CANTEEN LOSS         90 DAYS
3. DAY ROOM LOSS        90 DAYS
4. PACKAGES LOSS        90 DAYS
5. PROPERTY LOSS        90 DAYS
6. PHONE LOSS           90 DAYS

PRIVILEGE GROUP C, IS A PUNISHMENT, WHERE DENNIS HAS

to send home, his TV, his RADIO, his FAN, his HOT POT, ONY, AND APPLIANCES! he has NO MONEY to REBUY this STUFF! PRIVILEGE GROUP C, IS A PUNISHMENT, GIVEN TO REPEAT OFFENDER'S! SERIOUS OFFENDER'S! NOT THIS KIND OF FABRICATED VIOLATIONS! he was GIVEN THIS KIND OF PUNISHMENT, because he STOOD UP FOR his RIGHTS, TO BE TREATED FAIRLY! NOT be GIVEN FALSE RULES VIOLATIONS! SO they Gave him PUNISHMENT, TO TORTURE him! MAKE him SHUT UP AND STOP! THROW IN THE TOWEL!

DISCIPLINARY PROCEEDING'S WERE IN FRONT OF A BIAS HEARING OFFICIAL! IT COSTS him, his PROPERTY, it FORCED him, OR TRIED TO FORCE him, WITH A HIGHER LEVEL OF SECURITY PRISONER, WHICH IS A THREAT TO HIS SAFETY! AND he was RETALIATED AGAINST, GIVEN A CRUEL PUNISHMENT, FOR STANDING UP FOR HIMSELF! TO BE TREATED FAIRLY!

CONSTITUTIONAL RIGHTS VIOLATED WERE, IORE, DUE PROCESS, he was GIVEN A UNFAIR HEARING, A KANGAROO COURT PROCEEDINGS! IT WAS NOT FAIR! WHICH TOOK his PROPERTY! TRIED TO CELL him UP, WHICH IS A THREAT TO his SAFETY! RETALIATED AGAINST, FOR STANDING UP FOR HIMSELF! EIGHTH AMENDMENT VIOLATION. GAVE him PUNISHMENT, WHICH IS CRUEL!

ADMINISTRATIVE REMEDIES, FILED GRIEVANCE CDCR-602-1 8-16-2022, PRISON OFFICIALS STAMPED IT AUG 17, 2022: GRIEVANCE NO# 293867, WE ASK THAT YOU LED PRISONER, DENNIS PARMENTER PROCEED IN THIS COMPLAINT, BECAUSE OF THE PRIVILEGE GROUP C STATUS, he WILL LOSE HIS PROPERTY! AND NOT BE ABLE TO REPLACE IT! MAKE THIS A CLASS ACTION OF MYSELF AND DENNIS PARMENTER ON THE GROUNDS, OF KANGAROO COURT PROCEEDINGS, ONE TO BOTH OF US! IN

PAGE 3 OF 13

my case, I had a bias trier of fact, on Sept 28, 2022 in S2 interview room, I had my Rules Violation Report hearing! LT ARNOLD did the hearing, in which his IS, was bias against me in the hearing! Gave me KANGAROO COURT PROCEEDINGS! He was bias, always intended to find me GUILTY, & deny me a fair hearing! To back up! cover up, for his people, fellow prison guards! COVER UP! EXCESSIVE FORCE, ASSAULT-BATTERY, PHYSICAL BRUTALITY by his FELLOW OFFICERS! To what they did to me in cell # S2-221, may 28, 2022! Prison officials do have a CODE OF SILENCE! cover up, back up, each other, no matter what! I told him what happen, that day, that my water off in cell, 6 days, that Nurse Y. has told me to weigh myself, I refused, as all prisoners have a right to do, with no retaliation, per title 15, D.O.M., that at 10 pm my neighbor, knocked on door, told me, I'm not going to yard, I told him yes, tell C/O to bed me out, he did, C/O told him, no, till I weigh myself, so he went to yard. my neighbor will swear out a declaration to this fact, that I have possession of and will show it to LT ARNOLD. Showing his people, lied about what did truely took place! That day, I told him I banged on door, covered windows, told officers I want yard and water in cell, they got (5 SGTS), I took window covering off.' I told them, a nurse can't take my yard for not weighing myself, no water in cell, title 15, your D.O.M. cite a prisoner can refuse, with no retaliation! This violates
P, 4 of 13

basic necessities. This is cruel and unusual punishment. 8th amendment unnecessary punishment. To US Constitution. They told me so what, I told them, I'm going to cover windows till I get water in cell and vape! Officer with shield open door, Sgt's take off paper, I told them, I'm going to keep doing it, I did it again, this time, officer with shield opens door, comes in cell, I get bum rushed, turn my head for protection, I get slammed face first on floor. Sgt with tattoos punching me in back of head till he runs out of gas, I'm pinned, can't move! Some one kicking me, stomping on me, tells me I like to tell on cops, they brutally beat me till they ran out of gas! They cuff me, chain my legs, take me to overroom, nurse Y who's states I have no injuries. They talked shit to me, take property, put me back in cell, max-custody. I keep telling nurses, some-thing is really wrong with me, I spit up blood, some-thing stabbing me in my side, it make noise's, I'm refused treatment, to cover up injuries, broken to (iott), I tell them all this again, put it in the open. They order doctor to see me, McAllister see's me, I tell him what happen, he tells me, I probably have fractured rib, order x-rays, did following week, McAllister tells me, twice, I have 4 broken ribs. Give me pain pills, still on them,

p. 5 of 13

I tore it, threw the Rule Violations Report, show him, and tell him, when people lie, they make inconsistance statements, they contradict each other, like this Rule states! I tell him, Co Aguilar first states, sweetan landed on my left side P.20. Then on P.15 change story, SGT Troth left side. Then on page 1cf4 landed in prone position. Then in narrative he pushed me to right side and against the wall! P.19. Keeps changing story's.

I told him Co Rotas, slipped up. Put a little of the truth, put I wanted to go to yard. Then he, put water restrictions. I told him, there is NO rule or regulation, Title 15, D.O.M. Is there going to be, my yard taken, because of water restrictions! I told him, NO Nurse, or doctor going to come forward, state they took my yard, because of water restrictions! & because they can't do that!! Title 15, DOM. State I can refuse, No retaliations! I told him, my water off in cell, for 6 days, officers, medical, mental, workers logged me going to yard for 6 days! It will be logged, I was going to yard! He would state I landed on floor in prone position P. 1cf4. Then on P. 13, state he didn't see anything! Changing his entire Story to SGT Troth, would be the cause to state, I tripped over toilet, and change story, SGT Heath help me to my feet. SGT Heath would lie, state he arrived to put on leg restraints, he was there the whole time!

P. 6 OF 13

SGT SWEETEN STATED I LANDED ON STOMACH P.14!
IN NARRATIVE P.12, BY RUSSELL, IT STATES, DURING THERE
CONVERSATION, MCKEAND BEGAN TO COVER WINCHES, AND
SGT TROTH ENTERED CELL AT THE END. THEN HOW IS SGT
TROTH STATING I TRIPPED OVER TOILET! AND EVERYBODY
STATING THEY ARRIVED. I WAS UNRESPONSIVE? IT STATES
RIGHT HERE, WE HAD A CONVERSATION, EVERYONE LIED,
ON WHAT REALLY TOOK PLACE THAT DAY, TO COVER UP FOR
THERE EXCESSIVE FORCE, ASSAULT-BATTERY TO ME! I TOLD HIM,
D. TORRANT FABRICATED I'M IN THE FEDERAL SYSTEM AS
MEXICAN MAFIA, TO SET ME UP FOR A SHU TEAM, BE
PUT WITH THEM! I TOLD HIM CONTACT THE LOCAL FBI, THEY
WELL TELL YOU THIS IS FAKE! THEY ARE THE FEDERAL SYSTEM!
I TOLD HIM 17 YEARS AGO THE FBI STATED, I WAS NOT IN-
VOLVED WITH THEM PEOPLE! THIS IS ALL FRAUD-DECEIT!
I TELL HIM, HIS OFFICERS ALL STATING, I LANDED ON STOMACH,
AGAINST WALL, TRIPPED OVER TOILET, 3 DIFFERENT VERSIONS!
THIS IS FRAUD OF RUR I TOLD HIM! I TOLD HIM NURSE
YUMAS INSTIGATED THIS THAT DAY! I CAN'T GO TO WORK,
TILL I WEIGH MYSELF! I TOLD HIM, EVERYONE COVERED
UP FOR HIM! BECAUSE THEY CAN'T DO WHAT THEY DID!
I TOLD HIM, SOME ARE NAMED, NURSE K. SEJIN, STATED I
I HAD NO INJURIES. I TOLD HIM, WHAS WAS ON DUTY
THAT DAY. I DON'T EVEN KNOW WHO K. SEJIN IS! I TOLD
WHO EVER KICKED, STOMPED ON ME, STATED, I LIKE TO
FELL ON COPS, BROKE MY 4 RIBS! THE LT ORNOLO COULDN'T
EXPLAIN THIS! THESE PEOPLE ARE GOING TO TRY TO COVER
THIS UP DISTRICT COURT! I, WE, NEED HELP! WHEN PEOPLE

P. 7 OF 13

Lie, they state different things & inconsistance statements! Contradict each other!

Lt Sendow told me, he knows about the grievance and the courts ign. claims. Issues. He tells me I'm Riding with my people, guilty! I tell him, I'll see you in court over this, knowing you found me guilty, when it is all fraud, proven by there own words in the RVR, I told him, this clearly violates due process, it was not fair! Your bios, your just finding me guilty to punish me, for taking court action, coverup for his people! He stated so what. I further state, to wait for exhaustion of state remedies, for both me, and Dennis, would be ineffective, for both of us! They might try to give me a SHU term, based on fraud of RVR, proven by there own words, in both, my RVR, and Dennis. I was told by states to, send home, my property! We both, have no money to replace the property we lose! Prison officials know this! In my grievance for excessive force, assault and battery, is what really happen to me! It's exhausted! It's the truth! Known by prison officials! So there for, it's exhausted on my part! Please allow, for both of us! On my part, did you receive these documents from me? (5 page) motion/declaration from me 8-1-2022, (10 pages) supplemental pleadings 8-18-2022 & 8-19-2022 emergency relief & (5 pages) motion declaration, plus supplemental pleading 10 total in one envelope, supplemental pleadings (10 pgs) 9-1-2022 & 9-5-2022 supplemental pleadings (6 pgs) total 5 all mailed for me (4 pgs) 9-11-2022 & all mailed (3 pgs) 9-14-2022 & did you get these legal docs & cdcr mail from me to you??

DENNIS FORMENTER P15178

AT CMF VACAVILLE, DEFENDANTS, WILL BE WARDEN OF CMF, I WROTE HIM, ABOUT THESE ISSUES, FOR DENNIS, HE NEVER RESPONDED TO DENNIS ISSUES! ON THE CRUEL PUNISHMENT, HE WAS GIVEN! EIGTH AMENDMENT VIOLATION! I TOLD HIM, WHAT IS IN THIS SUPPLEMENTAL PLEADINGS, HE REFUSES TO TAKE DENNIS TO COMMITTE, TO CORRECT THE CRUEL PUNISHMENT HANDED OUT TO DENNIS! FOR STANDING UP FOR HIMSELF! WAITING FOR THE ADMINISTRATIVE REMEDIES, EXHAUSTION REQUIREMENTS. IS DENNIS LOSES HIS PROPERTY, AND All PRIVELEDGES TOOKEN, FOR STANDING UP FOR HIS RIGHTS, FOR WHAT HE HAS COMING PER TITLE 15, DOM, AND CALIFORNIA PENAL CODES, THE LAWS OF THE STATE OF CALIFERNIA. WE SHARE THE SAME DEFENDANT, IN WARDEN OF CMF-VACAVILLE PRISON, JOHN OR JANE DOE TILL WE LEARN OF OFFICIAL NAME!

× SUED FOR MONEY DAMAGES IN INDIVIDUAL CAPACITY
COMPENSATORY DAMAGES

THIS IS THE SECOND TIME, DENNIS FORMENTER, P15178, HAS STARVED HIMSELF, HUNGER STRIKE, FOR PRISON OFFICIALS DOING HIM WRONG, HE HAS NOT EATEN, SINCE OCT 2, 2022   TILL THEY CORRECT THIS INJUSTICE, HE LOSES All PRIVILEDGES, BY THE TIME THE ADMINISTRATIVE REMEDIES GET EXHAUSTED, IT SIMPLY TO LATE/ HE IS AN EDUCATED, AN OLDER PERSON, AGE OF 53 ; BY NOT EATING, TO CORRECT THESE ISSUES, IS CRUEL AND UNUSAL PUNISHMENT, VIOLATING THE EIGTH AMENDMENT! HE IS NOT DOING IT ON HIS OWN ACCORD, BECAUSE AYYALS STARVEING HIMSELF. HE JUST HAS NO OTHER REMEDIES, THAT BRING BACK THE LOSES OF PRIVILEDGES! THESE ARE NOT PRIVILEDGES, BUT RIGHTS All PRISONERS HAVE IN THE STATE/

P. 9 OF 13

he seeks punitive damages for stabbing himself, because he really has no other options! To bring these injustices, out in the open!

Injuction against warden of CMF, to correct these abuses. Take to committee to correct!

<u>Official Capacity</u> - Injuction:
<u>Punitive</u> - Individual Capacity

<u>In the interests of justice and fairness, the United States Supreme Court</u>

cites, that judicial officers can do whatever justice requires. We ask, seek her court help in these issues, to do what is right and just and fair!

We both, were given kangaroo court hearings, in front of a bias trier of fact, we were denied a fair hearing. We both ask, seek for the court <u>you</u> to order this prison to take us to committee to correct these abuses!

Can you please tell me if you received the 7 legal mail coorespondence from me to you, cited on the buttom of page 8 of this legal mail to you! And I'v received nothing from you, concerning anything, with this complaint! They are denying me the right to send legal mail to you, not sealing it and not signing it! This did happen to me at Ducinvenes prison too! And Mule Creek did this to! Proof is in that writ at Kings County Superior court, writ of habeas corpus, case number: <u>20W-0224A</u>, Criminal division's issue me a court order, to call your court house, and my brother Joe McKenna Jr., has

page 10 of 13

YOUR phone number, and is trying to contact you on my behalf, he tells me, you want respond to him, why? Prison's in California, wont let prisoners call the courts, they are suppose to do this! Order Prison's, to let me, and other prisoners in California, contact the courts in California! for emergency issue's! I was given permission to sue the CDCR by Gov. Claim Program, this was one of the issues!

No access to paper, I traded my state food for this paper, I'm denied paper, and envolopes to access the courts by CMF, Iv grievanced this prison, over it! No# 310587 stomped by prison Sept 29, 2022 & in which I have to wait 2 months for CMF to respond to it. Please ask clerk to make extra copy for court purposes, please's Dennis is mailing this to you, they are not doing my legal mail, there destroying my documents! I have legal mail logging, showing, proving this fact!

I don't have paper, or envolopes to write, mail you, an amended complaint, to do this before defendants respond! Please us you power, to add this to complaint, you can have my cell searched, it will show, I have no paper, envolopes! Order these prison officials to stop destroying, not sending or giving me my legal mail!

The next page 12 of 13, is Dennis Parmenter grievance verbatim & Log# 293867 & I copie it on this page 12 of 13 &

Page 11 of 13

# VERBATIM OF DENNIS PARMENTER GRIEVANCE
## LOG NUMBER 293867

ON 3-28-22 I WAS ASKED TO TAKE A CELLMATE THAT WAS A LEVEL 4 SEX OFFENDER AND WAS BINARY. SO I TOLD OFFICER J. LOPEZ TO SPEAK TO CCI GIBSON BECAUSE I DID NOT WANT TO REVEAL MY NON-BINARY STATUS. AFTER 14 DAY I RECEIVED A RVR AND 31 DAYS LATER, 1 DAY PAST TIME FRAME FOR HEARING I RECEIVED MY HEARING ON 5-12-22 LT REMERO REFUSED TO LET ME CALL WITNESSES 3, I HAD LISTED I TOLD LT THAT

I'M NON-BINARY AND HAD REQUESTED NON-BINARY HOUSING, HOUSING FOR PAST YEAR. I ALSO TOLD THE LT THAT INMATE WILSON WAS LEVEL FOUR SEX OFFENDER AND BINARY. I TOLD THE LT. THAT AB 132 STATES I CAN ONLY BE HOUSED NON BINARY I RECEIVED "C" STATUS FOR MY FIRST CONVICTION.

I FINALLY RECEIVED MY DISCIPLINARY HEARING RESULTS ON 8-15-22 (DATED 8-11-22) LOG# CCWO 000717009B. THERE IS FALSE INFORMATION IN THEM.

FIRST I ASKED FOR WITNESSES WHEN I WAS SERVED MY RVR. FIRST OFFICER V MORTINEZ WAS WEARING A CAMERA. SECOND OFFICER U HORO NEVER MEET WITH ME 24 HOURS PRIOR TO HEARING. THIRD I WAS REFUSED MY WITNESSES AT HEARING. OFFICER U HORO WAS WEARING A CAMERA AT HEARING. LASTLY LT ROMERO MISS REPRESENTED MY STATEMENTS PLEASE CHECK THE FILM.

AT PROGRAM OFFICER ON D-YARD CSP-LAC.
LT ROMERO AND V. HORO AND V. MORTINEZ

BOTH CCI GIBSON AND CCI RUIZ, I ASKED THEM BOTH FOR NON-BINARY HOUSING.

AB 132 (CAL PENAL CODE 2605 AND 2606) STATE I CAN ONLY BE HOUSED ONE OF THREE WAYS. SINGLE CELL OR NON-BINARY OR A CELLMATE OF MY CHOICE.

NO DOCUMENTS (IN HOSPITAL)

OVER TURN MY RVR CONVICTION AND RESTORE MY RIGHTS. AND I ASK FOR INVESTIGATION INTO FALLACY IN THE DOCUMENTS. PAGE 12 OF 13

We pray that you do what is just and fair. We have no other options! Please help and address these issues. Thank you.

I swear under penalty of perjury this is true and correct! Executed on OCT 3, 2022, CMF-Vacaville Prison!

Sincerely

_Edward Phillip McKenna_
PLAINTIFF-PRISONER

OCT 3, 2022
DATE:

Page 13 of 13

Case Name: ___EDWARD Phillip MCKENNA v. T. CISNEROS ET AL'S___
Case Number: ___2:22-CV-01294-KJM-CKD___
Court: ___USDC - EASTERN DISTRICT OF CALIFORNIA___

# PROOF OF SERVICE BY MAIL

I, ___EDWARD Phillip MCKENNA___ declare:
I, ___DENNIS PARMENTER___ declare:

That I am over the age of eighteen years of age and am not a party to the above entitled cause of action. That I reside in Solano County, California at the California Medical Facility, at 1600 California Drive, P.O. Box 2500, Vacaville, California, 95696-2500.

That on ___OCT 3, 2022___ I served the attached: a true copy of the attached:
"SUPPLEMENTAL PLEADINGS" MOTION, WITH DECLARATION, FOR COURT RULING TO SEEK PERMISSION TO ADD/ON ADDITIONAL PLAINTIFF TO MY CIVIL RIGHTS CAUSE CLAIMS: DISCIPLINARY PROCEEDINGS, 2 PROPERTY, THREAT TO SAFTY, RETALIATION
(13 PAGES, PLUS 1 PAGE TO CLERKS)
(1 PROOF OF SERVICE)

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal legal mail collection system at the California Medical Facility, Vacaville, California, addressed as follows:

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
501 "I" STREET, SUITE 4-200
SACRAMENTO, CA, 95814

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct. That this proof of service was executed on ___OCT 3, 2022___ at the California Medical Facility, Vacaville, California.

___Edward Phillip McKenna___   ___Edward Phillip McKenna___
Declarant                      Declarant's Signature

___Dennis Parmenter___         ___Dennis Parmenter___
Declarant                      Declarant's Signature