Edward Phillip McKenna T-52447
Name and Prisoner/Booking Number

CMF
Place of Confinement

PO Box 2000
Mailing Address

Vacaville, CA, 95696
City, State, Zip Code

**FILED**

DEC 05 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Edward phillip McKenna ,
(Full Name of Plaintiff)                Plaintiff,

v.

(1) T. Cisneros Worden ,
(Full Name of Defendant)

(2) (and others) ,

(3) _____ ,

(4) _____ ,

                        Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO.** 2:22-CV-01294-KJM-CKD
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**
"JURY TRIAL DEMANDED"

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

    ☒ Other: The court has supplemental jurisdiction over plaintiff.
    State law claims, under 28 USC 1367: Assault and Battery to me

2.  Institution/city where violation occurred: CSATF/State Prison at Corcoran: CSP-
    Corcoran: Mule Creek State Prison and CMF Vacaville Prisons:
    4-Prisons, Jurisdiction Eastern District of California:

ADDITIONAL DEFENDANT(S) (cont):

1 x meaning, abbreviation(s): (RVR= Rules Violation Report): (C/O =
2 Correctional Officer): (LT= Lieutenant): (SGT=Sergeant): in com-
3 plaint, I'll be using these abbreviations, C/O, LT, SGT, RVR &
4 (2) (John Doe) LT, on G-Yard Oct 25, 2020, (who Fabracated) medical
5 slip, stating I'm going, to stab C/O, to (w) some care on yard), I'm go-
6 ing to stab C/O, until I learn of real name at, CSATF/CORCCRAN's
7 Fabracated) this to destroy, evidence, to Gov. Claims's
8 (3) SGT J. Leahy; SGT J. Garcia; LT N. Tyler; C/O J. Fagundes; C/O
9 D. Cronack; C/O T. Sayoma; C/O E. Diaz; LT C. Breunfaw; T. Dunn; C/O
10 M. Valdez; C/O D. Knix; Scan; on 2/18/2021 at CSATF/CORCCRAN, T.
11 Cisneres prison's
12 (4) SGT S. Medina; SGT (NO) C/O T. Sayoma 3/16/2021, at CSP-CORCCRAN
13 Warden of CSP/CCR's T. Campbell Cow's
14
15 (5) C/O miller; (Jane Doe), miss B. (who was B6-ECO, mixed) prisoners,
16 active gang's members, Say I like me, until I learn of her real
17 name's (warden) Mule Creek prison, Patrick (Covello) & B. Stack (
18 (STB-ROI) Cow's
19
20 (6) CMF-Vacaville, SGT Sweeten; SGT Truth; SGT Heath; C/O
21 C. Aguilor; C/O J. Rota; Official A. Torront, 5/28/2022, Cal
22 medical facility (CMF), (warden) CMF-Vacaville (John Doe)
23 until I learn of official name's
24
25
26
27
28
29
30 meaning of abbreviations, used in complaint:
31 C/O = Correctional Officer
32 LT = Lieutenant
33 SGT = Sergeant
34 AW = Associate Warden
35 RVR = Rules Violation Report
36
37
38
39
40
41
42 Po 1-A
43

## B. DEFENDANTS (CONTINUED)

1. Name of first Defendant: _T. CISNEROS_. The first Defendant is employed as: _WORDEN_ at _CSOTIF/CORCORAN_.
   (Position and Title)    (Institution)

2. Name of second Defendant: _(JOHN DOE) GET HIS NAME UNTIL I_. The second Defendant is employed as: _LIEUTENANT (LT)_ at _CSOTF/CORCORAN_.
   (Position and Title)    (Institution)

3. Name of third Defendant: _J. Leahy_. The third Defendant is employed as: _SERGEANT_ at _CSOTF/CORCORAN_.
   (Position and Title)    (Institution)

4. Name of fourth Defendant: _J. GARCIA_. The fourth Defendant is employed as: _SERGEANT_ at _CSOTIF/CORCORAN_.
   (Position and Title)    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? _7_. Describe the previous lawsuits (?)

   a. First prior lawsuit:
      1. Parties: _Edward P. MCKENNA_ v. _GARY STEWART, LORA, BAKERSMAN_
      2. Court and case number: _USDC - CENTRAL, NO# UNKNOWN_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _DISMISSED, DIDNT KNEW WHAT I WAS DOING & KEPT REFILING, 5 times, PLRA - 3 strikes_

   b. Second prior lawsuit:
      1. Parties: _Edward MCKENNA_ v. _ORANGE COUNTY_
      2. Court and case number: _USDC - CENTRAL, UNKNOWN NUMBER_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _I NEVER RECEIVED ANY ANSWER TO THAT COMPLAINT_

   c. Third prior lawsuit:
      1. Parties: _Edward MCKENNA_ v. _Michael RAMOS, J. McMahon_
      2. Court and case number: _SAN BERNARDINO JUSTICE CENTER, CIV052005&635_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _PENDING, LAW LIBRARY WONT RESPOND TO ME, OT CME, THEY GIVE INCOMPLETE COPIES, IN ORDERED TO!_

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**
_SINCE OCT 25, 2022, IN BEEN WITHOUT PROPERTY, FOR APPROX 1 YEAR!_

(5) Nome, N. Tyler, employed as Lieutenant at CSOTF/CORCORAN?
(6) Nome, J. Fagundes, employed as Correctional Officer, at CSOTF/CO?
(7) Nome, R. Goves, employed as Correctional Officer at CSOTF/CORCORAN?
(8) Nome, L. Jinap"vo, employed as Correctional Officer at CSOTF/CORCORAN?
(9) Nome, S. Ti maccrel, employed as Lieutenant at CSOTF/CORCORAN?
(10) Nome, D. Coronado, employed as Correctional Officer at CSOTF/CCR?
(11) Nome, Isa /oma, employed as Correctional Officer at CSOTF/CORE
(12) Nome, E. Diaz, employed as Correctional Officer at CSOTF/CORCORAN?
(13) Nome, C. Brown, employed as Lieutenant at CSOTF/COLEERANS
(14) Nome, T. Dunn, employed as Associate Warden at CSOTF/CCR?
(15) Nome, M. Voldez, employed as Correctional Officer, at CSOTF/CORE?
(16) Nome, D. Knudsen, employed as Correctional Officer, at CSOTF?

(17) Nome, S. Medina, employed as Sergeant at CSP-Corcoran?
(18) Nome, T. Soyoma, employed as Correctional Officer, CSP-CORS
(19) Nome, Miller, employed as Correctional Officer at Mule creek
     State prison?
(20) Nome (Jane Doe), employed as Correctional Officer at
     Mule creek prison's mixed yards, until I get her real name.
(21) Nome, Patrick Covello; B. Stacy (stbruit) COW?
     employed as Warden mule creek state prison?

(22) Nome, Worden, employed as Warden at CMF-Vacouiile prison?
(23) Nome, Sweeten, employed as Sergeant at CMF-Vacouiile prison?
(24) Nome, Truth, employed as Sergeant at CMF-Vacouiile prison?
(25) Nome, Heath, employed as Sergeant at CMF-Vacouiile prison?
(26) Nome, C. Asuior, employed as Correctional Officer at CMF-Vacouiile?
(27) Nome, J. Roto, employed as Correctional Officer at CMF-Vacouiile?
(28) Nome, D. Torront, employed as prison Official at CMF-Vacouiile?

* Defendant (22) (worden) at CMF, (John Doe), until I get Official
Nome? Defendant (20) (Jane Doe) until I get Official Nome?
CSP-COR; Warden T. campbell CDW? Defendant (29)
* All Defendant(s), sued in (individual capacity) for,
money damages?
* Warden(s) sued Official capacity, for injunction, at CMF,
Mule creek, CSOTF/Corcoran, on) appropriate prison Official
for injunctions?

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: RETALIATION VIOLATED MY FIRST AMENDMENT RIGHT TO ACCESS THE COURT! TO PETITION THE GOVERNMENT FOR REDRESS OF GRIEVANCES. CONSTITUTION OF THE UNITED STATES.'

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☒ Retaliation
   ☐ Excessive force by an officer     ☐ Threat to safety     ☒ Other: (CAMPAIN OF HARASSMENT).

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   COVID HIT PRISON CSATF/CORCORAN, IN EARLY 2020, LAW LIBRARY SHUT DOWN, WE WERE IN QUARANTINE, I HAVE ACTIVE CASE AT SAN BERNARDINO JUSTICE CENTER, CASE N# CIVDS 2005383 ? STILL PENDING, I WANTD FILE (3) 602'S, GREIVANCES THERE, PLUS CDCR 22, ITEM, SERVICE AND REQUESTS, CSATF/ WXXD NEVER RESPOND TO ANY 602'S, ALL CLAIM, ADMINISTRATIVE REMEDIES, I WANTD WRITE, SENT PRI-SCANED COMPLAINTS TO ? PRISON LAW OFFICE SQ ? OFFICE OF OMBUDSMAN ? CDCR INTERNAL OFFAIRS ? OFFICE OF INSPECTOR GENERAL ? PRISON LAW OFFICE BERKLY ? CDCR DIRECTOR- SACROMENTO ? LEGAL MAIL OUT- FOUND, DID BY CSATF/ PRISON MAILROOM, LOG DATES ON ALL, PUTTING IN US POSTAL SERVICE (6/29/2020) I HAVE THIS LOGGING, DID BY MAIL ROOM OFFICERS, I WANTD HAVE, FILE, STATE/ FEDRAL VIOLATIONS TO GOVERNMENT CLAIMS PROGRAM, CLAIM# 20007300, FINALLY GIVEN PERMISSION TO SUE THE CDCR, BY KELLI MAY STA PROGRAM ANALYST, I WANTD GO THRASH ALOT OF ABUSE'S (NOT CORREC), TRYING TO DO THIS IN 25 PAGES, IT WOULD LEAD TO OCT 25, 2020 ? I HAD WENT TO 6-YARD LAW LIBRARY, GOT FORMS, TO SUE THE CDCR, IT WAS ON A TUESDAY, THEN 2 DAYS LATER, THURSDAY, I WANTD GET THRU THE MAIL (5 PAGES) STAFF.
   (CONTINUED) P. 3-23

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). DELIBERATE ACTS,' CHEMICALS SPRAYED IN EYES, BODY (,3- TIMES, HIT WITH BATTERING RAM IN FACE, STOMACH, CHEST, GRENADES EXPLODING ON MY RIGHT ARM, BURNT LIKE HELL, BEATEN IN CELL, ALL OVER BODY, 4 BROKEN RIBS, GASED BRUTALITY. EXCESSIVE FORCE, ASSAULT BATTERY, BEATEN ALL OVER, MALICIOUSLY SADISTICALLY DID CRUELTY, KNAWING DID, PHYSICAL, MENTAL TURTURE.'

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes ☐ No

   b. Did you submit a request for administrative relief on Claim I?    ☒ Yes ☐ No

   c. Did you appeal your request for relief on Claim I to the highest level?    ☒ Yes ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. REPEATEDLY GRIEVANCE RETALIATION, BY PRISON OFFICIALS (AT CSATF/CORCORAN, CSP-CORCORAN, MULE CREEK, CMF PRISON'S'. W6 5598 I. I HAVE REPEATLY ALOT OF MY STUFF IS MISSING FROM MULE CREEK, I SEEN A PRISONER, GRAB MY PROPERTY!

3. SUPPORTING FACTS, CLAIM I, (CONTINUED)

1  T. CISNEROS (CIM-ACO4) TITLE C.O.W. OOR. 8/24/2020. IT WAS TRYING TO MAKE
2  ME, FILE MORE GRIEVANCES, TO STALL LAW SUIT.' IT WAS NOTHING BUT FRAUD/CE
3  PRISONER GRIEVANCES.' I TOOK THESE 5 PAGES, TO OFFICERS, ON BOTH SHIFTS, I
4  ASKED, WHO IS T. CISNEROS? WHAT DOES C.O.W. MEAN? THEY ALL TOLD ME, THEY DON'T
5  KNOW WHO THIS IS! SO I HONESTLY THOUGHT IT WAS MADE UP, TO MAKE ME FILE
6  ANOTHER GRIEVANCE, TO STALL LAWSUIT.' I WOULD THEN FILE ANOTHER, SUPPLE-
7  MENTAL, AMENDED COMPLAINT, TO GOV. CLAIMS PROGRAM, SACRAMENTA IRAN #
8  2000 BX XX.' RECEIVED 9/14/2020, MAIL ROOM LOGGED) PUTTING IN THE MAIL THAT
9  DAY. ALL KINDS OF CRAZY STUFF, STARTED TO HAPPEN TO ME, COPS STARTED,
10  RARE RUMORS ABOUT ME, I WOULD GET INTO APPROX. 7 FIGHTS.' THEY WANTED
11  ME, TO GET SCORED, GO TO AD.SEG. SO THEY COULD GET MY PROPERTY, DESTROY
12  EVIDENCE.' I WON'T GO INTO DETAIL, TRYING TO KEEP THIS 25 PAGES! GOV. CLAIMS
13  CONFIRMED DESTRUCTION OF MY GRIEVANCES AT CSATF/CORCORON.' IT WOULD
14  LEAD TO CDR 25, 2020. I WAS IN DAY ROOM, WRITING GOV. CLAIMS OFFICE,
15  OFFICER WATCHED ME, FOR A LONG TIME, HE THOUGHT I WAS WRITING PEN-
16  DING LAWSUIT, TO KINGS COUNTY SUPERIOR COURT, FRAUD.' I WOULD GO TO
17  CELL #62-24. LAY DOWN, ALOT OF OFFICERS COME TO MY CELL, TELL ME,
18  MCKENNA YOU HAVE KNIFE, I TELL THEM, YOUR HERE, TO DESTROY EVIDENCE
19  TO GOV. CLAIMS, CUFF ME, TAKE TO PROGRAM OFFICE, IN CAGE, ALONG TIME,
20  ORIENTAL MALE NURSE, TELLS ME TO STRIP, I REFUSE, TELL HIM, IM NOT
21  GOING TO LET YOU MARK FAKE INJURIES, TO PLACE ME AD.SEG. HE TELLS
22  (LT) (LT) OR FENDANT (2) (JOHN DOE), I WILL DISCOVER, TO KNOW REAL NAME, & TELLS
23  ME, MCKENNA SOMEONE DESEAT LIKE YOU CAN YOUR, PUT MEDICAL SLIP IN, SAY-
24  ING IM GOING TO STOB COP, I TOLD HIM, YOUR DESTROYING EVIDENCE.' HE TELLS
25  ME, I TOLD SOMEONE AS YOUR, IM GOING TO STOB COP! THEY BEING PROPERTY,
26  4 BOXES (LT) RETALIATED, FALSELY IMPRISONED ME IN AD.SEG. TO DESTROY EVIDENCE
27  FOR HIS BOSS WARDEN) T. CISNEROS! IT WAS SOMETHING I HAD A RIGHT TO DO! I RE-
28  FUSE TO SIGN BOTH, I DID ASK, FOR COPIES 'I TOLD HIM, YOUR DESTROYING THAT
29  EVIDENCE, I'LL FIND OUT, TO GET IT BEFORE A JUDICIAL OFFICERS, TO PROVE THAT!
30  PRIOR TO THIS DAY, I DID WRITE THE CALIFS. SUPREME COURT AND KINGS COUNTY
31  SUPERIOR COURT, TELLING THEM, I HAVE THIS EVIDENCE, TO BOTH CLAIMS, PRISON
32  MAILROOM, HAS IT LOGGED PUTTING IN MAIL 10/06/2020; 10/6/2020; 10/7/
33  2020.' I DO HAVE THIS FROM THEM! I HAVE COPIES OF THE LETTERS TO/I ALSO
34  SENT THEM, COPIES OF GOV. CLAIMS (BOTH) CLAIMS, 20XX73XX; CLAIM 20XX
35  BXX.' TELLING THEM, I DO HAVE THIS EVIDENCE! WHEN I SUBMITTED AMENDED
36  CLAIM 20XX BXX, ALL KINDS OF STUFF HAPPEN TO ME! IT STATES, I SUBMITTED
37  ON 9/14/20, BUT LEGAL MAIL, (OUT-GOING, CITES IT WAS PUT IN THE MAIL THAT
38  DAY! THEY TIPPED WARDEN T. CISNEROS OFF! THEY TOLD HER! TOO KEN)
39  TO AD.SEG. OCT 25, 2020 TO 2/18/21 'NO PROPERTY.' I TOLD COMMITTEE
40  ON 11/2/2020 WHAT HAPPEN THAT DAY, AS STATED to THIS POINT, I TOLD

P. 4

them, Case, Judge Rogers cited, I was guilty of what's in it, then she
would five motion to exclude all my witnesses, to cover it up! I won't
of had all strikes stricken! No Life, I won't get Life to Life! I have
this motion, its in my transcripts! I can prove this! I told them in
Orange County, how evidence was destroyed by prosecutor Mark
Sacks! To convict! I told them how I was there when sheriff Cor-
onos was there, he got fired for corruption, how Bocro told what
lies, to say it was me! he admitted it in my transcripts! she
told public defender it was on me! how everyone was to-
cover back, but no! Corono ran to Clarke sheriffs, Lab, I was the only
one, not taken back! that Orange County Central Justice Center
destroyed the 6 years I went through there, I have the only act-
ion motion to everything! To prove my innocence! case N# CN472628
I told them you're here to destroy evidence going to Kings County! they
didn't know about fake knife! Oct 25, 2020 62 ÷ I told them, I won't
participate in any fake hearing, to cover up obstruction of evidence!
or why I'm really hear in A D seg! I can't, folked to committe! I partic-
ipated in no fake hearing! I never relied on anything, yet right after,
this, they try to force me back to York, force property on me, stop-
ing nothing taken! before this day, I wrote, submitted grievance,
to inspect property, for destruction of evidence, to claim N#
20007800, 20008746, CSotf/Coreron officer was it# 55981, before
this committe! the (Sgt) who escorted me in, I never talked to him!
he would issue me a rules violation report, RVR, want, he states I told
him, I won't leave, till property inspected, but I won't be to safe, why,
I never talked to him! I told committe, K. Juong (Sgt) out of york,
I five grievance, #20 55981, citing why, then tell him, I won't stop,
why, this is fraud! lies! my counsele was Dela Cruz, who did try,
to help me at first, he would fabricate a chrono, later on, I was
in AD seg, cell 186, after first committe of 11/12/20, I would, out
of the blue, get Legal mail, incoming, from Michelle Martinez
clerk, with correct address, E-Law Library, had out dated address
Kings County superior court, 1640 Kings County Drive, Hanford, Cal,
93230, phone. #559-582-1010, ext G2, I'd be mail Room 11/17/2020.
she would return (both) Gov. Claims, I wrote, submitted to Gov. Claims
program N#20007800 and 20008746 in which I told her what, I
have this evidence! we would correspond, to date it, the lost month
of this false imprisonment, to destroy the evidence, (I use to have)!
I told her something bad is going to happen to me, sooner or later!

1  They can't justify this! I will go to one more criminal cmte, on 12/3/2020,
2  I walked in there, was a speaker phone in front of my seat, the little
3  voices comes on, states I'm warden Cisneros, I was in complete shock!
4  I honestly thought that woman was mad deep! as soon as I told her, I
5  told Michelle S Martinez, the evidence is fake, destroyed! She, want
6  office me! at the end, she said fuck it over, leave! on Nov 28, 2020,
7  prior to this committe, with warden Cisneros, it was a soterchal,
8  a fake property officer into name tag, pulled me out, to holding cage,
9  brought 4 boxes of my property, told me, he is property officer,
10 he was on vacation, told me, he is here, to inspect property,
11 602, Log # 55981, we went through it, all evidence, gone he told
12 him, its all gone, he said o(LT), would tell everybody, it said it
13 was all there! lies, fraud of my statement! I said, all gone! de-
14 stroyed! when I told warden Cisneros I did this, she got very
15 mad at me, told me, Fuck it, its over, leave! these, well, the,
16 only (2) committes I went to? the whole time, I was in ad.seg,
17 I never been ruled, stab cop staff, yet they kept trying to force me,
18 to leave, take property! if you don't defend these allegations,
19 stab cop e tc, it's o(SHU) therm. to this very day, not one, repeat-
20 ed requests by me, to get copy of fake note, stab cop etc, it
21 does not exist! But when they filed this complaint, 2:22-cv-01294-
22 KJM-CKD? there going to have to produce, write one, wrote one!
23 as of now, there is no fake note! I told Michelle S Martinez
24 something bad is going to happen to me, they can't justify this!
25 her, Mono Chavarria of criminal division, would send me, a
26 writ of habeas corpus, tell me, I might would to file this, I
27 told her, I honestly didn't know what to do! they did try to do
28 the right thing! filed Dec 24, 2020, No # 20W07224, criminal divi-
29 sion of that court, plus supplemental documents, dates Jan 13, 2021
30 and Jan 28, 2021, in supplemental Jan 28, 2021, it has the (602's)
31 grievances, warden Cisneros always had, was never going to
32 answer, to this day, they haven't been answered, counselor Lopez,
33 threw them under my door, threatened me, saying I better go back
34 to yard, take property! all claims repeat am proved destruction
35 of them, told me to sue, CDCR's did not take place to me, while
36 I was in ad.seg, VP58, Michelle S Martinez, mono chavarria can
37 verify okay! the criminal writ, habeas corpus with (both) supple-
38 mental pleadings, goes into detail! after classification with warden,
39 warden Cisneros, I never seen or talked to counselor de La Cruz!
40 who was my assigned counselor there, the last 30 days, I had me to

P. 6

them across street to CSP-Corcoran, the
gaurds would bang on door, tell me, I better go back to yard, or they
were going to kill me! I feared for my life! people from my past,
started talking to me! they also told me to take my property!
defendant(s), CF (3) of additional defendant(s), SGT J. Leahy, SGT
J. Garcia, LT N. Tyler, C/O J. Faglances, C/O R. Gurea, C/O L. Silva, LT
S.T. Macedee, C/O D. Coronadez, C/O T. Sayomo, C/O E. Diaz, LT C. Brown,
C/O T. Dunn, C/O M. Valdez, C/O D. Knudson, ON (2/18/2021) DID RE-
Taliote (a) co deps of there boss worden Cisneros, Did use exsesive
force by officers, it started in the morning, I was told I'm
going across street to CSP-Corcoran, active yard, I told
them I'm not! they would repeatedly hit me in face, chest,
stomach with bottle in, Room, throw greinades in cell, blow
up on my left arm, burnt me! spray chemicals in cell, I
couldn't breath, thought I was going to die! wosest now CF
my life! when they drug me out, threw me in van, it was
night time! I told them, I'm not going to active yard, where
I'll be killed! they did this because, I utilize my rights
to access the courts "petition the government for redress of grie-
vances" rights based on First, Fifth and Fourteenth amendments
to the constitution (due process of law), I was doing something
I have a right to do, constitutional right to do (protected correct)!
they retaliated me that day! because I wouldn't give up those rights!
these prison officials name see in the (RVR) CF (2/18/2020) and speak
approximately 30 days prior to (2/18/2020) cell extraction, a threat
signed by a T. Cisneros (Worden, in it, she states I agreed to go
across street to active yard! CSP-Corcoran, she cited I par-
ticipated in pre-committee! this is false! I never participated
in any thing! I was in T.O (2), 11-12-20, 12-3-20! that's it! T. Cisneros
trying to have me killed! putting me in these yards, unlawfully,
corruptly, maliciously and knowingly did do this! all officers
who name see in the RVR, did go along, to help a warden T.
Cisneros do this! this is a "causal connection" all prison gaurds
this day, with Cisneros, did retaliate, because I wouldn't give up
my First amendment rights to access the courts! I was in a speg.
to destroy evidence and to stop me from filing lawsuit
against the CDCR! something I have a constitutional right to do
(protected right), I was transferred for filing lawsuit, put in ad-
seg. for filing lawsuit! in that habeas corpus in # 20W02244,
I told the superior court, I wouldn't go! I wouldn't participate
in any fake hearings, fake RVR hearings, force and showed
as US supreme court puts it! they wanted to get me hand cuffed

1  TO FORCE ME BACK TO 6-YARD, AT CSOTF/ FORCE PROPERTION me! Also in
2  that CRIMINAL WRIT #20UX22UA'S IS LEGAL MAIL LOGGING IN IT, THERE IS
3  LEGAL MAIL, I NEVER GOT! YOU HAVE TO SIGN FOR IT, MY SIGNATURE WENT
4  BE ON IT! I ALSO RECEIVED LEGAL MAIL IN AC2-SEG 165 THAT WAS OPEN IT
5  TOLD MICHELLE S. MARTINEZ WHAT WARDEN CISNEROS AND HER OFFICERS DID,
6  DID STOP ME FROM CONTINUING MY SUIT! THESE WERE ADVERSE ACTIONS,
7  TO MY PROTECTED CONDUCT! RETALIATION, EXCESSIVE FORCE by THESE OFFICERS!
8  DEFENDANT(S), SEE, B. DEFENDANTS (1) THRU (16) DID VIOLATE MY RIGHTS! BE
9  FREE OF RETALIATION, EXCESSIVE FORCE! IN MY BACK POCKET ON 2/18/21,
10  I HAD LEGAL MAIL LOGGING, SHOWING, PROVING, TAMPERING, DESTROYING LEGAL
11  MAIL! MY SIGNATURE WAS NOT BE ON IT! I HAD CLASSIFICATION DUCODES, PROVING
12  I WENT TO 2 COMMITTEE'S, WARDEN CISNEROS CHAIRED, COCR3VM5 FACILITY-
13  CLASSIFICATION COMMITTEE CHAIRED VOTE, by HER 12/18/20265 WHERE SHE LIED!
14  FABRICATED) I AGREED TO GO ACROSS STREET TO CSP-CORE I HAD WENT
15  OF BODIES CORPUS MS#20WC2240, by JUDGE JENNIFER GIULIANI, WHERE
16  SHE GIVED RAPE STREE, SHE (CONDONED) THE MENTAL, PHYSICAL TORTURE OF
17  ME! SHE'S SENDS US TO THESE PRISONS, SHE WOULD THROW ME TO THE
18  WOLVES, SHE PROTECTED) THE OTHER BRANCH OF THE STATE! ONE BRANCH
19  OF THE STATE, PROTECTING, THE OTHER! I TOLD HER IN A LETTER, WHEN
20  I CLEAR MY NAME, OF THE RAPE CREP, I'M GOING TO SEND HER A COPY,
21  THE 602, FOR PROPERTY INSPECTION, WG5583 L CSOTF/ CORCORAN. I
22  WOULD BE FORCED TO CSP-CORCORAN 2/18/21! THATS KIDNAPPING
23  by FORCE TO CSP-CORE UNDER COLOR OF AUTHORITY, ON THE STREETS,
24  US MEXICANS, BLACKS, WOULD GET LIFE! FOR KIDNAPPING! PRISON OF-
25  FICIALS CAN DO IT, AND ITS OKAY! IT WAS TAKEN TO CELL ACROSS
26  STREET, I WAS DENIED SHOWER TO GET CHEMICALS OFF, IT WAS SOME
27  TIME IN THE CELL, I TOOK COLD BIRD BATH, TO GET THE CHEMICALS OFF,
28  RELIEVE THE BURNING OF MY LEFT ARM! WHERE, THE GRENADES EX-
29  PLODED ON! MY CHEST HURT, WHERE THE BATTERED & HIT ME, BRUISES
30  ON STOMACH, CHEST, TOOK by AMBULANCE TO PRISON HOSPITAL, INSIDE
31  OF CSP-CORCORAN. THE OFFICER IN AMBULANCE TOLD ME, CC'S HAVE
32  WOULD FOR ME.! T. CISNEROS SENT ME HERE, SHE HAS LONG FINGERS
33  HERE! ALOT TOOK PLACE HERE, BUT I WONT COVER IT, 75 PAGES IS WHY,
34  SENT ME UP, TO ACTIVE YARD, CCR 3BC1, CELL 203, FIRST DAY, IT WAS
35  COOL, AFTER THAT, NO, PRISON GOWERS TOLD PRISONERS, IM A RAT,
36  CHILD MOLESTER, RAPE STREE, I HAD FEED SPIT ON, THIS MEXICAN
37  AND BLACK PRISONERS WERE WAITING TO JUMP ME OR WORSE, IN FRONT
38  OF WALKING by THERE CELL, I WENT TO BOTH OF THEM, TOLD THEM,
39  IM RIGHT HERE, THEY BOTH BACKED DOWN I HAD A LADY PSYCHOLOGIST
40  MENTAL HEALTH, I TOLD HER EVERYTHING, SHE DID TRY TO HELP ME,
41  I WAS THERE 2 WEEKS, I WENT TO MENTAL HEALTH COMMITTEE (IDTT) SHE
42  TOLD ME, SOMEONE HIGH UP IN CORCORAN WILL BE THERE, TELL HIM EVERYTHING

1 × I TOLD him everything, as stated in this complaint, he will talked.
2 JUST TYPED ON his phone, I TOLD him, them, IF IM FORCED to stay here,
3 I'LL ATTACK FIRST, INSTEAD OF being a victim, I was TOLD I'LL GO TO
4 CLASSIFICATION committee (NEXT DAY) - (SAFETY CONCERNS) ISSUES, NEXT
5 DAY, NEVER TAKEN, That was thursday, on friday, (* MY SIGNATURE
6 will be, on a thing, stating I refused) also in light of babeas
7 corpus writ # 20W02248, I TOLD's police called, also in light in
8 that a writ, I'll attack FIRST, INSTEAD OF being a victim.' on friday,
9 morning, pill call, they open my door, I walk out, mexican pri-
10 soner, JUST come back from getting his pills, he, seen, me come
11 out, instead of going into his cell, he waited for me, to walk by,
12 he followed me back to pill line, black prisoner was putting
13 floor trash in cart, seen me, he stopped, he went to 2nd tier,
14 waited for me, to walk back, so him an a mexican prisoner,
15 can get me, 2 on 1, I don't know if they had knife, mexican
16 prisoner, went to drinking fountain, I was in pill line, (1)
17 to 15 minutes, mexican prisoner, stayed drinking water, the whole
18 time, I got my pills, mexican prisoner stop drinking, still, up to follow
19 me back up stairs, 2 on 1, I said fuck this, I attacked FIRST! this did
20 happen I would be sprayed with chemicals in eye's, I couldn't see,
21 officers took my face, the stuff I had in my back pocket see p. 9,
22 lines 26-41's in cell, I had contraband on cell, forced cell extraction at
23 CSOTF/ 1955 they will state, I had nothing in cell, I was put in
24 holding cage, in program office, I told locky (sgt's, med) was) de-
25 fendant B(17), that they were waiting for me, to go back up stairs,
26 so, they could get me, 2 on 1, CO T, soyama B, defendant's (18) I
27 told them, her officers in building, set me up! they told prisoners,
28 active prisoners im 'sny' rat, child molester, rape shit, they
29 set me up, for 2 on 1, I told her the black prisoner and mexican
30 prisoners were waiting for me, 2 on 1, she tells me, I was out
31 there, sign safety/ threat, go back in, I told her Im signing
32 nothing, concerns any of this' she got mad, left, a officer
33 with black patch, brings lock up orders, tells me to sign, I,
34 I read it, it states I was aggressor in this, I told him, I be-
35 ing see dip, im not signing this, it basically stating Im
36 starting all of this! he got mad, left, I was not given, lock
37 up orders, or property receipt.' this took place march 26, 2021
38 3rd floor, (S. med) was, T. soyama, did try to set me up, go back), they
39 retaliated, tried to get me killed.' for T. cisneros, officers at CSOTF/
40 Corcoran, access the street! CSP-Corcoran prison officials, did
41 deny me cstcc/ classification, for my threats to my safety/ safety

B.9

1 issues, concerns, the lady psychologist, assigned to me, break this
2 these, issues to cops attention, in the program office, to avoid
3 ✱ facts of prison life, between active prisoners, gang
4 members and 'sny' like me, active prisoners, gang
5 members, have to always sign safety chrono! go back,
6 take care of business, always state, no comment! you
7 aint, there get you for being a coward, rat, thats
8 reality of prison life, (an expert in prison politics)
9 will confirm this! I'm 'sny' I'll run! sign anything for
10 closing this!
11 I took it to ad.seg, the rvr's were taken by officers, in ad.seg
12 I seen (lt), over rvr at c.s.o.f (ccr les, he told me I better
13 plead guilty to rvr, cell extraction 7/16/2021 (incident
14 date) or he would c-status me, make me send home, tv,
15 radio, he would said, he would take everything from me!
16 I was forced, under duress, to plead guilty, I have no
17 money, to replace my stuff, all rvrs were taken from
18 me! by force, in medical, in ad.seg, a officer would come
19 to my door, tell me, to sign safety chrono (lock up cpper),
20 I read it, I refuse to sign! (lock (s.gt) s.mecins) stated,
21 I told her, I'm not 'sny' anymore! she fabricated this,
22 to cover up for her prison gangs in 3bc, for having prisoners
23 try to get me, kill me! he cld to say some cld this, to cover
24 up, for her officers, code of silence! further retaliation for
25 telling the truth! cover up these people! this threatens my safe-
26 ety, making up stuff like this will get me killed! on these
27 active yards! being a known rat, debriefer, that rope close,
28 im innocent of will get me killed! setting me up like
29 this! I'm in imminent danger of more serious physical
30 injury! all because I refuse to give up my rights to access
31 the courts, get evidence covered (p of my trials for the time,
32 I had none of the rvr's, I would have to pay, to get copies,
33 months later at mule creek, by cansecu sharound I currant
34 cd within time frame of 30 days! they would be denied
35 for these reasons! in ad.seg mcanno eхапеiоr comes,
36 to my door, tells me, mckenna you tol (sgt) yue not 'sny'
37 anymore, I told him, I never said that! I told him, all the
38 things that happen to me! he said, made me 'sny' again! sent
39 to 'sny' yard, he told me, I have to sign chrono, stating
40 I agree, to go to non-designated yards, ecp at mule creek, cl
41 I have to stay here, in fear, for my life, at these conditions,

P. 10

1  I SIGNED, TO GET AWAY FROM CORRECTONS. BEFORE THESE GUARDS DO
2  SOMETHING TO ME.' ONLY REASON I SIGNED!' I WENT TO 30/SHU!
3  GUARDS, TALKED SHIT TO ME.' ABOUT 3 TO 4 WEEKS, SENT TO MULE
4  CREEK, I WENT DID AD/MINISTRATIVE REMEDIES, CDCR 602(s),
5  FOR CELL EXTRACTION AT AD/SEG 185, BEING SET UP by OFFICERS,
6  ON BB, ACTIVE YARDS!' I WENT DID RECEIVES, CHRONO(s), ONE FROM
7  OP LOPEZ-CRUZ CCII, HE, MADE UP THIS CHRONO, TO COUNTER TELLING
8  ME, TO ACTIVE YARDS, AT CSP-CORCORAN, THIS CELL RESOTICA NEVER
9  TOOK PLACE!' ITS TO COUNTER, THE, TELLING ME TO ACTIVE YARDS!'
10  HE FABRICATED, THIS INTERVIEW, MY SIGNATURE IS NOT ON IT!' AN
11  OTHER CHRONO I GOT, J. MENDEZ CCII, HE, FABRICATED THIS.' I
12  DON'T EVEN, KNOW WHO THIS IS!' ITS TO COUNTER THE AD/MINISTRA-
13  TIVE REMEDIES I DID TO IT!' WHY WOULD I GRIEVANCE THIS, THEN
14  TURN AROUND, STATE GUARDS DIDN'T SET ME UP! THIS GRIEVANCE
15  WERE NEVER RETURNED TO ME!' BUT I HAVE LOG NUMBERS!' I WOULD
16  GET MY PROPERTY, 2 WEEKS, PRIOR TO BEING SENT TO MULE CREEK,
17  ALL CORRESPONDENCES WITH MICHELLE S. MARTINEZ, MENS CHAIR-
18  R.N.'S, THEY DIDN'T GET THE CARE SENT TO HER, ABOUT LEGAL PROPERTY
19  INSPECTION, TELLING HER, THERE CELL'D, ALL EVIDENCE, GONE!' DESTROY-
20  ED!' IT WAS IN ANOTHER PILE, GUARDS DIDN'T GET IT!' THEY WANT
21  DESTROY THE ENVELOPES, SENT FROM KINGS COUNTY SUPERIOR COURT
22  TO ME!' AT AD/SEG 185'S BOTH CLERKS CAN VERIFY OUR CORRESPOND-
23  ENCES!' THEY DID TRY TO HELP!' I HAVE THE, CELL'D ENVELOPES THAT SH!
24  THE, EVIDENCE, TO GOV. CLAIMS 2000000: 2000230!' DESTROYED!'
25  I HAD TO GET MY, PROPERTY BEFORE, THEY LOSE, IT!' MAKE IT DISAP-
26  PEAR, MY LEGAL DOCUMENTS TO (BOTH) LIFE SENTENCES GETS DE-
27  STROYED! LIST! CENTRAL JUSTICE CENTER, SANTA ANA, CA, DESTROYED
28  THE EVIDENCE, IT WAS GOING THRU THAT CASE, RAPE CASE, I HAD TO
29  GET IT! I HAVE THE ONLY DOCUMENTATION OF MY INNOCENCE!' OF-
30  FICERS TOOK BY FORCE, THE AD/MINISTRATIVE, REMEDIES, (602, LOG #
31  5593!: SEE PAGES 10 AND 11, DEFENDANT (4) (SGT. S. MEDINA) HAD, THE
32  MEXICAN MAFIA CROP PUT INTO IT, TO HELP HER, WITH HER FABRICAT-
33  ING, I TOLD HER, I'M NOT 'SNY', REQUESTED, DELIBERATELY, OR NOT
34  PUT TO WOMEN, RVR! SO I CALCULATE HOW, THEY LIABLE, FOR TRYING
35  TO PUT ME WITH THEM PEOPLE, SO THEY COULD KILL ME! NO BY VIOL-
36  ATE 3/26/2021'S PRISONER CEREBROS RF 5321 STATED NO COMMENT,
37  SIGNED SAFETY CHRONO (THAT IS WHAT ACTIVE PRISONERS, GANG MEMBERS
38  HAVE TO PLEAD, DO! GO BACK! TAKE CARE OF BUSINESS!), OR THEY
39  WILL BE LABLED TO ROT, CENSORED! EXPERTS IN PRISON POLITICS, REALITIES
40  OF PRISON LIFE, WILL TELL YOU THIS! (SGT. S. MEDINA) RETALIATED, PUT

P. 11

1 my life! + brought chaplin in because, I
2 told her, her officers set me up! tried to have active prisoners on
3 there dirty work! kill me, crazy! alot more took place, 25 page
4 limit is why I'm only covering this at CSP-Corcoran 5 Sgt. So
5 meeling did retaliate, fabricate, this stuff, to cover up what I
6 really told her! send to mule creek prison at mule creek wt wrote)
7 file, wrote, to, ellis esq, lawyer, 5/14/21'5 to kings county sup-
8 erior court, inform them of what (both) corcorans prison 5 did
9 to me (9/12/21'5 6/14/21'5 FBI, 450 orange grove, sac, 95841'
10 gournor state, of calif, capitol sac, ca, 95814, 6/14/2021,
11 6/14/21'5 6/14/21' informing them, of kidnapping me, at
12 CSOTF/ V6.5, CSP-Corcoran, attempted, murder, on the
13 active yard, not taking me to classification (for safety
14 issues), concerns, telling them, corcoran t. clawers did this!
15 officers in B6-135 (wrote) start retaliating (told) active
16 prisoners, I'm rat, child molester, rool crop! + repeatedly
17 did administrative, remedies, 602(5), I had) cellie, garcia
18 who watched) the officers, at B6, take my mail, (out of
19 out going mail by prisoners, I was allowed) into low
20 library cage, then they wouldn't allow me to go in, my
21 psychologist (ms Bailey), she did like this on that com-
22 puter, she tried to help me! the bodyes, on luses 5 up,
23 of this page, mule creek mailroom labeled these bodyes,
24 + have mailroom (logging with me wow), to recut, this!
25 dial by officers, only kings county superior court, got
26 back at me, they mailed) me a courtesy copie of hon:
27 Jennifer Giuliani ruling to case, nu#20W202240 shot
28 took place, at mule creek, between me, officers and
29 prisoners, I'm only covering 2, incidents though, 25
30 page limit is why, I had) a cellie, his name, garcia, he
31 told me to watch my back, active gang members, stated)
32 they were going to do something! to me! later they
33 would move him to B7, at mule creek, on 12-12-2021,
34 I was in pill line, a mexican gang member, yelled at
35 me, through his door, I'm piece of shit, + told him one
36 time, I'm right here, I go back to cell, at lunch, pill
37 call, they let his side, go to pill line, they would) open my
38 cell door, to go to, all officers in building would) prepper
39 my side, I was not supose to be out! miss R, (tonye dee)
40 c/o, went into nurses room, I seen her watching, she
41 set me up to get shot! I come out on ways, told) active

P. 12

1 PRISONERS I'M RIGHT HERE, he BACKED DOWN, I LOOKED AT GUARD, he was
2 only LOOKING AT me with his GUN READY to SHOOT me, IF that ACTIVE
3 PRISONER WOULDN'T OF BACKED DOWN, DOWN, he WOULD OF SHOT me, KILLED
4 me that DAY! IT was FURTHER RETALIATION FOR WRITING the FBI, (LT I,
5 SEE. P14, LINES 5-11) I WENT IN GRIEVANCE this, IT was NEVER ACKNOWLEDGED,
6 logged, I SENT WARDEN OF MULE CREEK, CLERK OF INJUNCTION, to PRO-
7 TECT me! PROTECTIVE CUSTODY! TOLD him, what his OFFICERS were
8 DOING to me, GOING to YOUR COURT he would NEVER ACKNOWLEDGE my
9 PRISONER COMPLAINTS, DIDN'T MORE HAPPEN to me, but I'LL ONLY CALL HER
10 THAT! OFFICER JOHN(S) (5) CO MILLER (19)! CO MISS B, (JANE DOE) (20), I'LL
11 I LEARN HER OFFICIAL NAME, REAL NAME, WOULD FREE TO A TRY TO
12 CELL me up with ACTIVE GANG MEMBER, I TALKED TO him, he SAID,
13 we CAN'T CELL UP, we HAVE TO GET INTO IT! FIGHT OR WORSE, I WENT
14 TOLD, CO MILLER, CO MISS B, (JANE DOE) THIS, they TOLD me, CELL UP,
15 WHEN we, GET INTO IT, they WILL ROLL my PROPERTY, SEND TO AD,
16 SEG. with me, because OF ALL THE FOLKS WRITE UPS, they would
17 OF AD. SEG. me, IF POSSIBLE (SHU) TERM ± to RELEASED, they TRIED
18 to FREE me, I RELEASED! my PROPERTY was on the FLOOR, I WOULD
19 GO TELL WORSE THIS, ON THE CO(S) COME, CUFFED me, CO MILLER,
20 THREW my GLAUCOMA EYE DROPS IN TRASH, THREW because ± was
21 WEARING ON FLOOR, TOLD me, ± DON'T NEED THAT! when CO
22 MILLER, CO MISS B were ESCORTING me, at I± SEEN PRISONER,
23 GRAB SOME OF my PROPERTY, ± TOLD them, SOLD SO WHY FUCK
24 W/ ± PROPERTY! ± was TAKEN to PROGRAM OFFICE, PUT IN CAGE,
25 ONE OFFICER WITH TORRES, TYLUS (LT) I SAW I was CUFFED, WOULD
26 SO I REFUSED to CELL UP, I YELLED YOU'RE BEING, YOU GUYS SET
27 me up to GET INTO IT, FIGHT OR WORSE! CO MILLER, MISS B, RE-
28 TALIATED to me, PUT my LIFE, W/ DANGER, THREAT to my SAFETY!
29 WORDEN NEW OF THESE ACTS, I TOLD him ! FAILED to PROTECT!
30 I REPEATEDLY GRIEVANCED STAFF MISCONDUCT TOWARDS me at MULE CREEK,
31 B6-135, NAMES ON GRIEVANCES, PATRICK COVELLO, WARDEN, B. STACY
32 (STB RU17) CRW; B. HOLMES (HUBRO18) CRW; PUTTING THEM ON
33 NOTICE OF RETALIATION, THREATS to my SAFETY! (when I WROTE THE
34 FBI, KINGS COUNTY SUPERIOR COURT, GOVERNOR OF CALIF, ELLIS ESQ,
35 ATTORNEY OF LAW, THEY STARTED RETALIATING to me, THE COPS TOLD
36 ACTIVE PRISONERS I'M RAT, CHILD MOLESTER, RAPE, I'M INNOCENCE!
37 my X CELLIE GARCIA, TOLD me, to WATCH my BACK! I NEW (NO)
38 ONE METHOD PRISON! THEN ALL OF A SUDDEN, ALL PRISONERS ARE
39 SAYING RAT, RAPE, CAUSE THE COPS KNEW THIS STUFF! THEY DO A
40 THIS IN PRISON SO THEY CAN SIT BACK, LET ACTIVE GANG MEMBERS DO

P. 13

1 there dirty work, this does happen in prison! experts in prison
2 realities will tell you, this does happen! it is a fact of prison
3 life! these officials at Mule Creek, do know what there fellow officers
4 at (both) corcorans did to me! trying to have me killed! failed to
5 active yard, thats why I was deceived by counselor Sharp at
6 Mule Creek, to not go to custody classification, so I couldn't
7 put this out in the open! IV repeatedly been denied my custody
8 classification (s), for retaliation, threats to my safety! mal-
9 iciously done!
10 I would be put in crisis bed at Mule Creek, sent to mental health
11 committe (IDTT), I wrote up orders of Mule Creek, repeatedly thru
12 institutional mail and grievance process, he did know his
13 officers were setting me up! worden(s) names are on my gri-
14 evances & of Staff misconduct, I have my handwritten cop-
15 ies, in my cell, S2-227 at CMF!
16
17 Taken to CMF-prison, Feb 15, 2022, in cell S2-221, I
18 would write your court, april 7, 2022, mailroom officer(s) log,
19 going out, 4/12/2022, then next day, it would start again,
20 prisoner(s) on yard calling me rat, child molester, rape, I'm
21 in need of! prison officials instigated this! (PS) I also
22 wrote, ninth circuit, april 7, 2022, officers log, putting in
23 US mail 4/12/2022! I went thru this at (both) corcorans,
24 prisons, Mule Creek, ninth circuit case, no # 22-7009! it was
25 a active case back then, it was just further retaliation for
26 accessing the courts, refusing to give up my rights to
27 grievance, be free of retaliation! its a myth, if you don't think
28 prison officials don't retaliate! it is not going to stop! I would
29 do a administrative remedies, grievances, cdcr 662-1 (03/20), not on
30 it, put by me, 4/10/2022, retaliation, it would give officers in
31 S2, ** I would never get a response on it! he destroyed it!
32 I have my handwritten copy, this happens to me, at (both) cor-
33 corans prisons, and Mule Creek, G.N. Claims program, no #
34 2007300, gave permission to use the cdcr# this a (complain
35 of harassment)! I would be cleared institutional classification,
36 personnel review, by counselor (Drummond CCI) and prison boards
37 in S2, so I couldn't state my safety issues! being attacked
38 by active prisoners, and prison guards, them setting me up!
39 having active prisoners do there dirty work, so they can sit

Pg 16

back too, they didn't know about this, plus, to my surprise, of a serious retaliation CCT, squished my grievance, a real safety issue's! Title 15 there, dum, cuz there's a purpose to protect me.' by these Jobs, they know IF they protect me, no these Jobs, they are submitting my claims, issues, in this civil rights complaint! This been to, may 28, 2022, in cell # S2-221u water off in cell, 6 days - prior, nurse, Yuhan, tells me to weigh myself, I refuse, till I water turned (on) in cell, title 15, states I can refuse, without retaliation.' 11am comes, my neighbor comes to door, tells me, your not going to yard, I tell him yes, tell officer, he cries, officer tells him, no, not till I weigh myself, I bowe on chir, cuz comes officer gets (5 sgt(s)), I counter (5 sgts), I take windown covering off, I tell them, A nurse can to take my yard for not weighing myself, title 15, your dum, state I can refuse, with (no retaliation) I told them, no water in cell, 6 days, you can not do that, it violates basic necessities, 8th amendment, cruel and unusual punishment, 14 constitution! you can not do this! (they told me, so what) I told them, I'm going to cover window, till I get yard, water in cell, officer with shield, opens chir, (sgt(s)) take windown covering off, I tell them, I'm going to keep doing it, till I get water, yard, they shut cloor, I cover windows, this time, officer with shield opens chir, comes in cell, they rum rush me, use (excessive force) and (assault and battery) to me, I turn my head, one, me on the floor, I used up, next, face down, on floor, over power me! *it was (5 sgt(s)), officer with shield, in rule, violation, report, log # 7139816, it doesn't state the truth! I'm putting comes in (RVR), Per (excessive force) and (assault and battery) of my person, officer on (s), sgt(s) sweeten; truth; health; officers, C. Aguilar, J. Rota; prison official D. Torrant; pinned me on floor, I couldn't move, they only one, I seen, was (sgt) with totas, he would keep punching me, in back of head, till he ran out of gas, someone, was kicking me, stomping on me, so, I like to tell (a) cops! he did this, till he ran out of gas! they pinned me, beat me, till they got tired! it went on for a while, all unnecessary force, not justified, it was done to hurt me, willfully, corrupt-

P. 15

1. W/, maliciously, knowingly, did to punish me, for grievancing,
2. prison officials misconduct, police brutality, to physically
3. hurt me, it was interaticasol, retaliation! to stop me from
4. accessing the courts! I was handcuffed, leg chains, taxken
5. to day room (SGT) with toiccs, was laughing at what they
6. did to me! nurse who STATES I have no injures, leave,
7. They take my property, put me back in cell, S2-22, max
8. custody me! I hurt like hell, whole body, I keep telling
9. nurses, something is really wrong with me, they didn't
10. do anything, they won't let nurcle to see me! hear my
11. injuries! I tell them, I'm spitting blccc, something is stab-
12. bing me, making noise, on my side, where I was kicked,
13. stomped on! They did nothing! I went to (IOTT) mental
14. health committee, I tell them, something is really wrong
15. with me, I spit blccc, my side makes noises, something
16. stabbing me there, they tell doctor, mcollister, I see
17. him next day, I tell him, what happen, someone kick-
18. ing me, stomping on me, I like to tell on cops, he tells
19. me, I probley, have, fracture, rib, he orders x-rays,
20. taxken following week, x-ray technican, black, does
21. x-rays, next day, dr mcollister, tells me it have 4-
22. broken ribs, gives, prescribes pain pills, next day, he
23. would see me, tells 4 broken ribs! I would recieve, rue
24. violation report violation date, may 28, 2022, Log #
25. 2189516, it was filled with frouduleant statements,
26. facts, on officer, stoting I tripped over toillet, etc,
27. I went against the rv11, on stoting I went to flcir,
28. no rv11, toillet! prison officials d. tarrant, would entre
29. a conspurocy, become, cocenspirator, fabracate, Im
30. in federal system as mexican mofia, crap! this will
31. get me killed! my commitment offense (rape) Im innoct
32. ent of! being a known debriefer, rat, will get me
33. killed by those people! its a set-up, to place me, in
34. the (SHU), put me with those people! its a set up, con
35. the local FBI field office, they are the federal system!
36. They will tell you, Im in no federal system as mexican
37. mofia, its froud, frouduleant statements! d. tarrant did

P. 16

1. FABRACATE THIS, to help his fellew officers, cover up the
2. (excessive force) and (assault and battery) they did to
3. me! in that cell! 52-221, may 28, 2022 'NURSE K, sey in
4. went inter as cocca spirator, state, I had no injuries,
5. it was (4 whos), I didn't even know who K. sey in is! yet
6. yet I keep telling nurses, sumething is really wrong with
7. me & no one cored, wanted no one to see my injuries'
8. here what really happen to me! also in (RVR), officer
9. put a little of the truth, stated, I couldn't Go to yard,
10. because of water restrictions '! (NO)! Nurse, ducter, medi
11. cal, or mental healty, will come, forward, state I couldn't
12. Go to yard, because of water restrictions! I will be
13. lugged going to yard, 6 days prior to water being turn
14. ed, turned off in cell! the whole (RVR) has fraudulent
15. statements, inconsistent, contradictions statements!
16. I was taken to C8-306, ad seg, for mental health,
17. I wrote you, Filed, civil rights complaint, Filed July
18. 14, 2022, I told you all of this, how to prove Fraud,
19. warden would let me out of max custody, or they
20. would of given me a (SHU) term! I would be given I.E.
21. investigating employee, I told him, all of this, he never went to
22. Find, if any medical, mental health doeters, going to state I couldnt
23. Go to yard, water restrictions, (LT) s, araid, would do my hearing
24. on RVR, of may 28, 2022, I told him, every thing stated in this com-
25. plaint, he told me, he knews about this complaint, my griev-
26. ance, he told me, he has to eate with his people! Guilty! he
27. become a cocca spirator, to cere up all the fraudlent statements,
28. the (excessive force) (assault and battery) did to me in that cell by
29. his people, he did remove the mexican mafia crosp. I told him,
30. he was Finding me guilty, becase if he finds me innocent,
31. it means I proved excessive force, assault, battery! I told
32. him, if I was in front of a judicial officer, who heard all
33. this, he or she would threw out the case! I submitted him,
34. a declaration of my next door neighbor, lozer mayinar
35. cdc #64000, who swore, that he tried to get me out for
36. yard that day, but officer said no, not till I weigh myself!
37. to show, prove, fraudulent statements, of what really took

P.17

1. place that day of may 26, 2022 IN CELL S2-221 U * I have sworn
2. declaration! in his hearing, results, it cites (SHU) term, com-
3. mittee, to this case, I haven't been called to committee, they
4. don't want me to state any of this! I did grievance this! in
5. progress, I did grievance to warden of CMF! with these
6. facts! he doesn't want to respond! for me, to say anything!
7. * Linkage, supervisory liability, warden T. Cisneros of
8. CSATF/CCR, in a classification chrono, committee, hear-
9. ing date, 12/3/2022, her name is on the chrono, I do
10. have, she would set me up to be killed, across street,
11. at CSP-CCR & Im innocent of what Im going to cover!
12. she removed the (R) from my custody issue's, the (R) is
13. for sex offenses, Im innocent of & means you have
14. to be housed for threat to safety issues.' prisoners
15. will attack, go all out to kill you for rape, Im innoc-
16. ent of, but that means nothing, she removed the (R)
17. so she could set me up at CSP-CCR & send me to new
18. designated yard! she removed it, so she could send me
19. to CSP-CCR, to be dealt with, fraudulent statements
20. by her, through out chrono, she fabricated, I said I
21. agreed to go access street.
22.  * if I agreed, then why was I forced, chemicals,
23.    grenades, hit with battering ram in face, chest,
24.    stomach! cell extracted! sent there by force, on
25.    2/18/2022, by her officers, on her orders! she,
26.    meant to have me killed! * at CSP-CCR CCR on,
27. linkage, supervisory liability, T. Campbell (CAT-III)
28. & the codes, which is warden, in classification commi-
29. ittee chrono, his or her name, on it * I do have, this
30. chrono to.' new of my committment offense, of
31. rape, who help T. Cisneros, removed the (R) from
32. prison status, more retaliation, threat to my safety!
33. backing up their, felicious officials, so to cover up, that
34. I would of been, attacked, or worse, killed or raped,
35. also, this shows, proves, warden on down at CSP-
36. CCR CCR on, knew what happen to me, at the hands of
37. felicious officers, warden T. Cisneros access the str-
38. eet at CSATF/CCR Coran! I also have T. Campbell,

P. 18

1  (COTA... CDCR 602,
2  Log Nu #112463, Filed) at COR-FAC-CRA, 3&C4#12 STAFF
3  MISCONDUCT, about what happen at (SOTF) (1858 log) be-
4  ing locked-up, 2/18/2021, 3/26/2021, I would never receive
5  these back, all grievances, Filed at (both) CORCORAN's are
6  never returned to me, but I do have log numbers,
7  names, witness names! (you) know its true, because,
8  how would I know personal information, there badge
9  numbers! or there names *at Mule Creek State Prison,
10 I have witness names on my administrative remedies,
11 grievances, CDCR 602-1, they will not put the (R), to
12 help both CORCORAN's set me up to be attacked or worse,
13 killed! witnesses, with committee members, not addressing
14 my safety, issue's, concerns, I would repeatedly write
15 to warden at Mule Creek prison, about officers, instigating, tell-
16 ing him, his officers in B6-135, told prisoners I'm rat, child
17 molester, rape crop, I have following prison official, there
18 title, CoW, which means warden B. Holmes (HOBROW6) (CoW),
19 log 130250 STAFF MISCONDUCT & also STAFF MISCONDUCT track-
20 ing System 200#148, PATRICK, CO Miller warden B. Holmes
21 CoW, Mule Creek, citing (not sustained) as FOR what CIO
22 Miller, Ms B. defendant(s) CF B. (19) (20), try to set me
23 up to fight or worse, with active gang members, Jan 5, 2022
24 I have all witness names on my grievances, showing, prov-
25 ing I told them, about the retaliations, threats to my safe-
26 ty! and no (R) in my custody classification committee
27 chrono's! I'll be attacked! FOR that rape stuff, I'm innocent
28 of and will prove it, they are clearing me my title (5), pro-
29 tective custody rights, I have coming.)
30  *at CMF-Vacaville, counselor J. Tennant CCII, with
31 prison guards, clearing me committee, my annual, review,
32 to put my safety issues on record, that was 3/22/2022,
33 warden here at CMF, with counselor S. Molcae CCII, on 6/7/
34 2022, I told them, I want protective custody! I told them
35 what really happen in S2-22! when his officers (see) exces-
36 sive force, assault battery to me, warden would state
37 his name, but he said he is the warden! I sent (2) grievances
38 to him, about his officers telling active prisoners, I'm rat,
39 child molester, rape, he knows this was happening to me,
40 he would retaliate, put my life in danger, will put the
41 (R) in my chrono, so prisoners can't deal with me! sent me

P. 1 G

1  To where I'll get killed! when they do move me, it will be to (yard)
2  where, I'll be attacked, because they removed the (R), where
3  I can be safe, will be bad for me! (a tell you the (C.O.'s) do some-
4  thing! place me protective custody! it will be by force, when
5  they do move me! it want be voluntary on my part!
6  wardens of these prisons, are cover-ups by setting
7  me up! not doing what they have to do by law, and rules,
8  regulations, protect me! they know if they do their jobs,
9  protect me, they are admitting these acts are true!
10  what's in this complaint! this is a (complaint of harass-
11  ment) retaliation ( threats to my safety!
12         Further facts, in these rules violations reports, the
13  2/18/22, cell extraction, from warden T. Cisneros prison
14  CSOTF/ correspond CSP-cor2 T. Cisneros and her officers
15  fabricate, in federal system of mexican mafia, page 26,
16  but the requester, blocked out the name, so I could
17  not hold, whoever put it, liable, for fraud of RVR?
18  Cisneros had this put in, to justify, sending me,
19  to active yard, she sent me, up to be attacked or worse,
20  killed! at CSP-cor, removing the (R) and in the rules violation
21  report of 3/16/2021, where I was denied custody comm-
22  ittee, safety issues, where I had to attack first, on page
23  14, it's there, to, federal system of mexican mafia, but re-
24  quester name, is not in it, so I can't hold them liable, so
25  they can clear involvement of fabricating this, to send
26  me up! to be attacked, or worse! killed! and the RVR of
27  the excessive force, assault battery to me in cell 52-224,
28  it's in there, to, requester, D. Torront. B. defendants
29  (2&3), at least he put his name, the FBI is the federal
30  system! call the local FBI field office, they will tell
31  you this is false! not true! I'm being set up by prison
32  officials! it called fraud and deceit! of the RVR(S)! by
33  these 4 prisons, removing the (R), wardens on down, of
34  both correrows and CMF, fabricating mexican mafia
35  crap, with these names in my grievances and of 4 prisons,
36  denying me protective custody, shows they are all con-
37  spirators, to set me up! have me attacked or worse!
38  shows they are all retaliating, put my life, in danger,

Pg 20

1 DANGER, THREATS TO MY SAFETY! FOR REFUSING TO GIVE UP MY
2 FIRST AMENDMENT RIGHTS TO ACCESS THE COURTS, PETITION THE
3 GOVERNMENT FOR REDRESS OF MY GRIEVANCES, US CONSTITUTION!
4 THIS IS A (CAMPAIN OF HARASSMENT), RETALIATION! FOR
5 REFUSING TO GIVE UP MY RIGHTS!

6      THIS HAS ME IN IMMINENT DANGER OF MORE
7      SERIOUS PHYSICAL INJURY!

8 IV BEEN PHYSICALLY ASSAULTED, EXCESSIVE FORCE BY
9 GUARDS ON 5/28/2022, I FINALLY RECIVED MEDICAL
10 REPORTS OF THE X-RAYS, FRIDAY 11-18-2022, FRACTURES
11 OF THE RIGHT, NINTH, 10th, 11th RIBS, EIGHTH RIBS,
12 SIGNED BY DAVID GOLLER, MD, 6/14/2022 1837pm,
13 PRIMARY CARE PROVIDER W. MCALLISTER, MD-CME,
14 (LT) S, BROWN IN DISCIPLINARY HEARING, WHERE,
15 HE COVERED UP THE FRAUDULENT STATEMENTS OF HIS
16 OFFICERS ON 5/28/22 IN CELL 52-221, HE COULD EX-
17 PLAIN THE 4 BROKEN RIBS AND CARE CANT!
18      AND ON THURSDAY AUGUST 4th, 2022, I WAS
19 ATTACKKED FROM BEHIND, BY ACTIVE GANG MEM-
20 BER, YET I WAS THE ONE SPRAYED IN EYES,
21 BODY! AND THEY GAVE HIM EXTRA FOOD THAT WASNT
22 FOR DOING IT! THIS IS WHY MY GLAUCOMA IS GET-
23 TING WORSE AND WORSE! I HAVE MEDICAL RECORDS
24 SHOWING, PREVIOUS GLAUCOMA!
25
26      ALL DEFENDANT(S), (I MEAN ALL DEFENDANT(S)) ARE
27 GUILTY OF RETALIATION, A CAMPAIN OF HARASSMENT! BE-
28 CAUSE I REFUSE TO GIVE UP MY FIRST AMENDMENT RIGHTS,
29 TO PETITION THE GOVERNMENT FOR REDRESS OF MY GRIEVANCE
30 (S)! AND BE FREE OF RETALIATION! THEY ALL RETALIATED!
31
32
33
34
35
36
37

(FEDERAL COURTS)

SPROU V COUGHLIN (1998) 977 F.SUPP 390: RIZZO V DOWSON (9th CIR 1995) 77B F.2d 257: BROOKLY V WOLL (9th CIR 1995) 64 F.3d 1276 (BORRE V ZLACHAWA (1990) 741 F.SUPP 436: LAWRENCE V COUGHLIN (1994) 862 F.SUPP 1040: "PRISONERS COERCED IN THREATING TO FILE A COMPLAINT AGAINST A PRISON OFFICIAL IS PROTECTED BY THE FIRST AMENDMENT GUAR-ANTEE OF THE RIGHT TO PETITION THE GOVERNMENT FOR THE RECLRESS OF GRIEVANCES" other cases to!

✗ All DEFENDANTS DID RETALIATE, VIOLATING THESE CASE'S 6

## RETALIATION6

✗ All DEFENDANTS), DID RETALIATE: VIOLATING THESE CASE'S!

## RETALIATION

PUT INTO AD.SEG. FOR FILING LAWSUIT, GOV.CLAIMS TO SUE THE CDCR'S OCT 25, 2020 TO OBSTRUEY EVIDENCE! VIOLATING* CRESET V POTE 229 F.SUPP 818 (ND 1111964) 6 I WAS TRANSFERD TO CSP-CORCERON TO ACTIVE YARD, TO PUNISH ME FOR FILING LAWSUIT' ✗ thROCKELS V BLOTTER 176 F.3d 37B (6th CIR 1989), IT VIOLATED That CASES IT All ADDED UP TO A "COMPOIN OF HARASSMENT" COLHOUN V HARGROVE 312 F.3d 730 (5th CIRZ4G2) 6 WITTEL WINCOASIN DEPT. OF CORRECTIONS 434 F.3d 1031 (7th CIR 2006), I WAS DUING Something I had RIGHT TO DO "PROTECTED CON-DUCT". I WAS DUING something I had a RIGHT TO DO! "PROTECTED CON-DUCT" FIRST AMENCIMEUT RIGHT! WHAT PRISON OFFICIALS DID TO ME, AN "ADVERS ACTION" IT STOP ME FROM CONTINUING LAWSUIT, DESTROYED THE EVIDENCE! PRISON OFFICIOIS DID THIS. BECAUSE OF WHAT I WAS DUINGI PRISON OFFICIOIS (ADVERSE ACTIONS), WERE DIRECTLY RELATED TO MY (PROTECTED CONDUCT) ✗ All DEFENDANTS VIOLATED ME FIRST AMENDMENT RIGHTS TO PETITION THE GOVERMENT FOR REDRESS OF MY GRIEVANCES 6

✗ All DEFENDANT(S) RETALIATED, VIOLATING "All" THESE CASE'S6

P. 22

( RETOLIATION )

I'm out of paper, this page goes with (threot to safety) pages 5A - 56 : its happening to me, for doing something I have a constitutional right to do! the retoliation violated my FIRST amendment rights! protected conduct! what prison officials did to me, stopped my lawsuit! what was done to me, prison officials whose action was directly related to my protected conduct!

The retoliation goes with excessive force, assoult and battery to me! and threats to safety! its all to be taken together!

Whenever I'm transfered, I'll only go protective custody or it will be by force! prison officials are not addressing my protective custody issues, is because if they do, and do something about it, then they are amitting this stuff has happaned to me! they are going to cover up everything! deny all my claims! they are going to set me up! snitch! and when I move, I'm only going, if all my property comes with me! I'm taking no chances of losing my legal documents until my appeals are not the callf.s.p. ct!

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: E16hTh AmenDmenT "Cruel AnD UnUSUAL PUNishmenT" US ConsTiTuTion) physical guard) brUTALiTy!

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: +AssoULt AnD boTTery TO'.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

ThursDay, FebrUAry 18, 2021, DEFenDonT(S)'(SGT'S) J.LeAhy? J.GARciA;(LT)N.Tyler? S.TUmAcDer?C.BrOWn? CID T.FAGUN)25?R.GoveA?L SiLVA? D.CoRonADo? T. SAyOmA?E.DiAZ; m.VALDeZ; D.KNUDSON?On OrDers OF There boss,(WorDen) I.CiSNeros, DID Use excessive FerCe, IN ADISTRAILI Yes hiT me IN FACE, chesT, STomAch WiTh boTTer, & G Rom, RepeATDLy Threw 9 RenADes, IN my CeLL, bLeW UP on my LEFT ARm, bURnT Like heLL, DID spRAy Chemicals INCeLLChokeD The heLL oUT OF me.' I ThoUGhT I WAS GoinG To DiE.TO FORCE me ACCROSS STREET.(SP-CORCORAN,(ACTUeLyoeD),(TO be ASSOULTeD) CR KUNeD on CReDers OF WorDen) beCAuse I WoULDnT GivE UP my RiGhTS TO ACCeSS COURTS, be Free OF ReToLUOTICA, To Cover Up why I WAS ReALLy IN ADISEG.TO DESTRoy eviDenCe I hAD AGAINST WorDen T.CiSNeros,I hAD her FeR FRANdiCE PRISoNG RUN hUXE SYSTem, GivEA PeRmission To SUE The CDCR, CLAim NoT 2007300? WenT CAY oN DAY/AISO bASeD on ClAim I, 3.SUPPERTiNG FACTS? A 7 , B , ReToLUOTICA ? ASSOUIOTe WorDen T.ANK IS A CO-CONSPiRATOR WhO DiD DisCPLUNAry heARING, To FORGE, LiKE iT WAS me IN The WRONG, I WoULD be ThReATen AT CSP-CORCORAN, To PLeAD GUILTY OR LoSE PRoPERTY! I hAD NO mOney To RePLACe & UNDER DURESS,I DiD PLeAD GUILTY, IT WAS NO LoSE my PRoPERTY, bUT TeChNiCALLy, I WAS TOLD To CUFFUP! IN ADISEG AND (ShU) The DOORS. (ConTiNUeD)4A-4D

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). DeLibeRATe ACTS 2/18/22, chemicaLS IN eyes, TWO GRenADeS bLeW IN & Upon my RIGhT ARm,& enD LiFe, WeLL! hiT FACE chesT,STR mACh W/boTTeRING Rom! BLAT ody! BROTen JoLIAEL boTY, FLeADD STUmPeD on, 4-beATen RiBS! Really This, They DiD mALiCiUSLy, SaDiSTicALLy bEAT me!. physicAL, emoTIcAL TEAUmA! ChemicALS IN eyes,2-Times, biN Give me BLoUTcona. boTh eyes! GoinG bLinD!

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I hAve LOG AND# RECEIPTS IM missinG PRoPERTY,& DID SEE PUISARPE GRAb A bAG OF my PROPERTY AT mUN.CORCE, CID'S TOLD me, FUK my PRoPERTY! LoG 272366? WenT To highesT Level FOR excessive FORCE, on) ASSOULT, boTTery! ALL APPeALLeD!

1 NEVER OPEN, TELL YOUR CI EFFES! TITLE 15, C. 1765, THIS IS FALSE. RLR FOR THAT VIOLATION

2 ITS REFUSING TO ACCEPT ASSIGNEE) BECAUSE OF THESE GREIVANCES WITH, WORDS)

3 CIS NAMES, who GAVE THE CREVES TO USE EXCESSIVE FORCE ON 5/28/2022 OF CME-

4 VACAVILLE S2-221 (S6TS) SWEEDEN, TRUTH, HEATHY(CIUS) C. AGUIOE, TIROTAY,

5 BID COME IN TO CELL, BULL RUSH ME, PIN ME ON FLOOR, FACE DOWN, COULD

6 NT MOVE, (S6T) WITH FORCES, PUNCHES ME IN BACK OF HEAD, WHILE I COULD-

7 NT MOVE, SOME ON KICKING ME, STOMPING ON ONE, SOIC) I LIKE TO TELL-

8 ON COPS, BREAKS 4 OF MY RIBS! THEY WILLFULLY, CORRUPTLY, MALICKLY-

9 SLY BEAT ME, TILL THEY RAN A TO OF GOS! THE POINT WAS TERRIBLE!

10 IT WAS (SSGTS), THESE, ARE, THE NAMES IN (RLR) OFFICIAL O. TORRANT,

11 WRITE) REPORT/TOTE, IM IN FEDERAL SYSTEM AS MEXICAN) MAFIA,

12 FBI, WILL TELL YOU, THIS IS FALSE! THEY WOULD USE FRAUD/READ

13 STATEMENTS TO CONCEAL EXCESSIVE FORCE, ASSAULT/ONE) BATTERY TO

14 ME! I TOLD) CME-V SO OPEN THIS! (who DID NOTHING! CONCEALING

15 IT UP! CME IS TRYING TO CURE UP THE 4 BROKEN RIBS! ALSO has

16 EEL ON REVSLVATION PAGES 14, 15.

17 TOKE TOGETHER. O (EM TRYING TO KEEP THIS PAGE LIMIT AS CLOSE TO

18                      25 AS POSSIBLE - TOKE ALL TOGETHER)

19 (SGT) J. LEAHY, J. GARCIA; (LT) N. TYLER; S. TUMACCRE; C. BROWN, (LT) J.

20 FAGUNDES; R. GONZO; S. SILVA; D. CORONADO; T. SAYOMA; E. DIAZ;

21 M. VOLVER; O. KNUDSON, (A) CROPES OF USROVER J. CKNEPES

22        (USED) EXCESSIVE FORCE by OFFICERS TO ME, (6)

23        (ON THURSDAY FEB 18, 2021)

24 THE USE OF EXCESSIVE FORCE DID VIOLATE THE 8 16TH AMENDMENT. IT WAS

25 NOT USED TO MAINTAIN DISCIPLINE, BUT TO SADISTICALLY MALICIOUSLY

26 TO HARM ME! FOR DOING SOMETHING TO HAVE A RIGHT TO DO! VIOLATING

27 THE FOLLOWING CASES BLUCKSON V MC MILLION 503 US 1(1992)? WILKINS

28 V GARCY 559 US 34 (2010)? ESTATE OF BOUS by OSTENFIELD V RYAN 11 S F 3CL

29 1388 (8TH CIR 1997)? BRUWN V CIPPARO 472 F3CL 384 (5TH CIR 2006)?

30 X THESE CASES, FOLLOWING OFFRAS BY JTS VIOLATED) THEM TO! (SGTS SWEEDEN,

31 TRUTH; HEATHY (CIUS) C. AGUIOR; J. ROTA; ON 5/28/22 OF CME-S2-221?

32 VIOLATING MY RIGHTS, 8 16TH OMEAS) MENT, CRUEL, WISELI PUNISHMENTS!

33 BE FREE OF EXCESSIVE FORCE, by OFFICERS, STATE VIOLATIONS, ASSAULT

34 AND) BATTERY, FOR DOING SOMETHING I HAVE A RIGHT TO DO! USE MY

35 FIRST AMENDMENT RIGHT, TO PETITION TO GOVERNMENT FOR REDRESS

36 OF MY GRIEVANCES! IT WAS DONE TO PUNISH ME! HARM ME! IT WAS

37 NOT USED IN GOO) FAITH! TO RESTORE ORDER, BUT TO HURT ME, WILL-

38 FULLY, MALICIOUSLY, KNOWINGLY, CORRUPTLY TO HARM ME! TO CAUSE ME.

39 POINT

        3. SUPPORTING FACTS (4-A)
        (EXCESSIVE FORCE by OFFICERS)

1  The court has supplemental jurisdiction over plaintiff
2  state law claims under 28 USC 1367's
3  assault and battery to me (N)
4  may 26, 2022, 52-221's
5
6  At California medical facility - CMF prison, prison guards,
7  brutality, did assault and battery, inflicting bodily in-
8  jury upon me the actual physical injuries me, (me), (N) set
9  (PCM), may 26, 2022, defendants, (SGT(s)) sweeden, troth,
10 heath, C(1)(s) C. aguiar, J. roto, did come in my cell 221, at
11 CMF, brush me, pin me, on floor, while I could not move, (set)
12 with totes, push hes me, repeatdly in back of head, till he run
13 and of God! and of them, kicking me, stomping on me, states
14 I like to tell on cops! breaks 4 of my ribs! the rest, beating me,
15 till they all get tired! they use force, except in incidents
16 report, to cover up there beatings, inflicting bodily injuries,
17 be mcollister, in 52, informing me, broke, results of x-rays,
18 took here at CMF, 4 broken ribs! (one) new CMF prison of-
19 ficials are trying to cover it up (x-ray), 4-broken ribs6 ) in
20 (RLR) and of them stating, I was against (all), other straight
21 to floor, one, few cell toilet's, torrent fabrications, in feet
22 oral system, mexican mafia, FBI is the federal system,
23 they will tell you this is false! one, of them putting a little
24 of the truth, so (I) I couldn't go to y are, (writer restrictions,
25 #no medical, mental health, doctors, going to come for-
26 ward), state I couldn't go to y are), seizure of water rest-
27 riction! they cover up for me, for we are (u hos), who instigot-
28 ed this! said I could cell was go to y are), till I weigh myself!
29 prisoner (urry) mean like cdc#g40040, did declarations,
30 sweering, he takes) to get me can, but office (r so u), did will
31 I weigh my self! hearing officer (LT) S, slave, covered up
32 all the lies! told me, he is riding with his people! he new
33 about this law, suit, 2:22-cv-0174-kjm-ckd's allegations
34 statements to be foto to his operation, he is bros, funne me,
35 guilty, covering up for his people, I told him, if to judicial
36 officer, seen all these, fraudulent statements, he would
37 throw out the entire case! he exact me, guilty, because of
38 lawsuit! known around court, he is biased! retrialed! win four verdict!

          (assault and battery, state violations)
               p. 1 of II

1  JUDGMENT (GRIEVANCE PROCEDURES OR INMINISTRATIVE APPEALS)
2  PRISONER FILLING PHILLIP MCKENNIE, PLAINTIFF (EXHAUSTED)
3  The CDCR GRIEVANCE PROCESS.
4                  NEXT -
5  MAILED TO GOVERNMENT CLAIMS PROGRAM, OFFICE OF RISK AND
6  INSURANCE MANAGEMENT, DEPT OF GENERAL SERVICES
7           PO BOX 989052, MS 414
8           WEST SACRAMENTO, CA, 95798-9052
9
10  MAILED GOV. CLAIMS, TO DEFENDANT(S) CMF-UNDERSEAN
11                              SGT SUPERTEAN
12                              SGT TROTH
13                              SGT heath
14                              C/O  C. AGUILAR
15                              C/O  J-ROTA
16                              OFFICIAL D. TORRANT
17  STATE VIOLATIONS, ASSAULT AND BATTERY TO MY PERSON ON, MAY.
18  26, 2022 IN 52-221's BASED ON P. I OF II: DOLLAR AMOUNT 4.5 MILLION
19  DOLLARS, DOLLAR AMOUNT EXPLANATION? because IT WAS DELIBERATELY AND
20  INTENTIONALLY DID! P&R GRIEVANCING PRISON OFFICIALS MISCONDUCT!
21  PRISON GUARD BRUTALITY! AND! FOR ALL THE FRAUDULENT STATEMENTS
22  ALL THE LIES! that's why I'm SEEKING SO MUCH FOR STATE VIOLA-
23  TIONS. To SEND A MESSAGE! TO INTRODUCE FOR SOMETHING I
24  have A RIGHT TO DO! GET EVIDENCE! the PAIN WAS UNBEARABLE
25  I COULDN'T EVER SLEEP! IT WAS MALICIOUSLY, SADISTICALLY AND
26  TO HURT CRUELLY! The MEXICAN MAFIA CRIP WILL GET ME KILL-
27  ED! ALL the FRAUDULENT STATEMENTS INFLICTING GREAT BODILY
28  INJURY! 4 BROKEN RIBS! AND CMF PRISON OFFICIALS TRYING TO
29  COVER IT UP! DELIBERATELY BEAT ALL OVER MY BODY! I COULDN'T S-
30  SGT(S) that DAY! BUT TO TELL 60 WITH those PRISON OFFICIALS IN
31  RITE VIOLATION! DESPITE AND DELIBERATELY FINDING ME GUILTY
32  WHEN I DENIED FRAUDULENT STATEMENTS THRU CUT. IT
33  EVEN STATES (SHU) TERM!
34       CMF- PRISON OFFICERS IN MAILROOM, LOGGED MAILING
35  TO GOV. CLAIMS, ON 7/25/2022 AND 8/24/2022. I have
36  this! NO RESPONSE! by GOV. Claims PROGRAM!
37
38            (CONTINUED)
39       (ASSAULT AND BATTERY, STATE VIOLATIONS)
                P. II OF II

## CLAIM III

1. State the constitutional or other federal civil right that was violated: Eighth amendment "cruel and unusual punishment" failure to protect from prisoner physical abuses, deliberate indifference.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer    ☒ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

on orders of warden T. Cisneros, I was cell extracted, by a R.R.P. on 2/18/2021, to CSP-Corcoran (active yard) because I wouldn't give up my rights to access the courts, petition government & redress of my grievances, be free of retaliation (was doing something I had a right to do!) T. Cisneros had a chrono put in my 602 cell 128, lying to appeal to go access street to CSP-Cor# which is false documentary evidence (it fraud)! I never recc'd to anything! when will I agree then be cell extracted, R.R.P.'ed/excessive force'd to do it! orders put to my life in danger. To be attacked & killed/to cover up, her 602 officers destroyed evidence, had against her, fraud of prison grievance system (sposes), she tried to get me to file another 602, to stall lawsuit, suing to Kings County superior court claim # 20007BCO= and #20008XX6 at CSP-Cor 3 Building officers told prisoners I'm a rat, child molester, rape, I'm in mcl to cf! and will pay to! I was in this building 2 weeks, prisoner cebrerros BF5371, followed me to pull cell, he threw my hoc! his meds, a black prisoner was waiting for me to go back up, so he, cebrerros can't get me, 2 chi, if they had weapons, (continued) P. 5A - p.5B

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

chemicals in eye's 3 times, intentional physical attacks against me, to me T. Cisneros tried to have me killed at csp-cor; fabricated/achieving is stating I agreed to go to active yard! physical, mental trauma to me! making up meds. icon mafia crap! this wished me killed/uncovering, place protective custody! deliberate indifference to my safety issues, correctly on!

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No

b. Did you submit a request for administrative relief on Claim III?  ☒ Yes  ☐ No

c. Did you appeal your request for relief on Claim III to the highest level?  ☒ Yes  ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. repeatedly grievanced, recc thereof to safety, protection, from gassed, active prisoners, grievanced at csotf/cc2s csp-cces muled recc's, cmf's vacaville, can prove all grievances, with warden's names on my grievances! active prisoners, grievanced at csotf/cc2s csp-cces muled recc's, cmf's

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.
-- putting defendants on notice, they chose to ignore! deliberate indifference to my safety concerns, they choose to ignore my issues!

5

see it! the day prior to this day, I was not be taken to custody,
classification (Safety issues), in which its mandatory! per title
15, D.O.M., I was set up, as cell/re-assce T.Cisneros, she has long
fingers (so I attacked) first, before it was 2 on 1, this was
march 26, 2021 on march 24, 2021 at (IDTT) mental health com-
mittee, I told prison officials, I will not go it, till I'm
attacked! they told me, I will go to custody committee,
march 25, 2021! in which prison officials, deliberately did not
take me! they set me up for T.Cisneros! I told (IDTT) I
won't, need protection! they will attack me, here! they
failed to protect! they knew, my commitment offense,
rape I'm innocent of & been to known cke/rifee, will get
me killed! here! I was denied protection, protective
custody, willfully, maliciously, corruptly did! prison of-
ficials had evil intentions, for me, defendant(s) T.Cisneros
with SGT S.meelino, CO T.salama, co-conspirators, put
my life in danger, threat to my safety! (SGT S.meelino
told me to sign safety chrono, go back in the 3 BCU, I refused!
told her, her to him 3 BCU is nothing census was only CF this!
I told her, her officers set me up! in that building, told
active prison were, I'm rat, child molester, rape, she tried
to get me to go back in there! I refused! (C/O (s)) in 3BCU
took all documentation I had! of what I brought from
CSOTP/CCR, no siege/legs by force! I lost control in this
building, put no, seg, CSP-CC8 on march 29, 2021 officer
A.xxxx came with lock up order is to me & told (SGT) S.
meelino, I'm not 'say' no need! to cover up for her officers,
setting me up! in RVR, page 4, it cites, I'm in prohibiting-
them as mexican mafia, FBI, will tell you this is false!
no name, on request, so I can't hold nobody liable! like
A.Tarrant here, at CMF, this is threat to my safety, this
kind of crap will get me killed! this is also based on retal-
iation, pages 9-11! *all defendants guilty of putting my life
in danger, threat to my safety! deliberate acts!

_____

took to mule creek prison, I would write the law office
of ellis e.s.p. solano two lakes county superior court x 7.8
FBI 45 xx oroville oreal soc, co 958418 govelive, state!
3. supporting facts ∘ threat to safety   pg 5 A

1. CE COCH, DERKS, CEUFES, CATERY, PUTTING IN THE.'S POSTAL, (CA) 5/
2. 18/2/2021 & 6/9/2021; 6/14/2021 & 6/14/2021 & 6/14/2021 & 6/14/2021 & telling them
3. whose defendant(s) did to me, at birth, cesceroans prison, in
4. axcw Startago in, all CE a sudden, prisoners calling me,
5. Rot, child, molester, Rapist, officers in B6, R(w) prisoners
6. This STUFF, to new, nobody's alot big hopper, buttem going
7. to cover lost day in B6 w)refendants, c/o miller, c/o (Jone,
8. Boe) miss B, who ran B6-PCs, mixed, talking, on c)uardlen
9. CE mule cReek, who I repeatedly wrote, telling reserves,
10. his officers were setting me up, with active Gang members,
11. c/o miller, c/o Jone, Boe), see B, defendant(s) (19), (20), (21),
12. set me up, to move in with active gang, members, in which I
13. told (both) No's, he said, we have to get into, we could cell
14. up, I told c/o miller, miss B, they told me to go in, cell up,
15. when we get into it, they would roll my property, seal
16. it to act, see with me, because CE on the Fokc, (RUR(s)
17. Issued, It was a (shu) treen it was told, I refused, this
18. a threat to safety, c/o miller, miss B, would cuff me,
19. throw me med's in trash, I spen to retaliate, grab
20. a bag CE my property, officers told me, Fuck my pro-
21. perty, officers in B6 were setting me up, excock
22. notes, I didn't know, It was before year of the year,
23. x then, defendants here, CME-Vacaville, officers
24. in SZ, I wrote the courts, Filed grievances, and it
25. would start here too, all CE a sudden, prisoners coll-
26. ing me rot, etc, I wrote, warden at CME, telling
27. him this stuff, never received response, opprox
28. 3 months ago, in a), see, max custody, I told (wardrn)
29. in committee, his officers were setting me up, he
30. made no comment to my issues, Failing to protect,
31. which is a threat to my safety, see, retaliation,
32. DOGES 19-21        & warden here knows my safety
33. issues, refuses to respond, in Seand with 602 For
34. protection, I have, a right to be Free, From physical
35. assault, battery, by prisoners, violating the Following
36. US supreme court case, Former U Brennan, 511 US 825
37. (1994), they were deliberately indifference, prison off-
38. icials knew of my issues, For protection, by officials

3. SUPPORTING FACTS = threat to safety  P.5-B

1. PRISON OFFICIALS, AND ACTIVE GANG MEMBERS, & THEY DELIBERAT-
2. LY SWEPT ALL MY GRIEVANCES UNDER THE RUG, TO BURY T HAVE
3. WARDENS NAMES ON THEM! AT CSATF/CCR& CSP-CCR& MULE
4. CREEK, °CMF: * THEY WOULD INSTIGATE THE VIOLENCE TO
5. ME, SET ME UP/FOR REFUSING TO GIVE UP MY FIRST AMENDI
6. MENT RIGHT TO PETITION THE GOVERNMENT FOR REDRESS
7. OF MY GRIEVANCES & VIOLATING THE FOLLOWING CASE, FARRETTA
8. U DOURRETTE 107 FED APPX 444 (5TH CIR 2004)& WILSON V
9. SEITER 501 US 294 (1991)& BEING HARMED IN THE FUTURE,
10. HELLING UMCKINNEY 50& US 25 (1983) & MY COMMITTMENT
11. OFFENSE RAPE, I'M INNOCENT OF, AND WILL PROVE, LTIBE
12. INTO A KNOWN DEBRIEFER, RAT, SOURCE, TELLING PRISONERS
13. I'M RAT, CHILD MOLESTER, RAPE! SO I GET ATTACKED!
14.    * SO THEY CAN PLAY DUMB, STATE, THEY, DIDN'T
15.    KNOW! PLAY DUMB!
16.    * ALL DEFENDANTS KNEW THESE, FACTS:
17. SINCE WARDEN T. CISNEROS AT CSATF/CCR& REMOVED THE
18. ® FOR SEX OFFENSE, EVEN THOUGH I'M INNOCENT OF IT & THE
19. FOLLOWING PRISONS, CSP/CCR& MULE CREEK, CMF, THESE
20. PRISON OFFICIAL KNEW IT'S THE LAW, TO PUT THE ®SAN
21. HOUSE ME APPROPRIATELY, THESE PRISON'S KNEW ITS A
22. DEATH SENTENCE, TO HAVE RAPE ON YOUR JACKET& YET
23. AND THEY KNEW MEXICAN GANG MEMBERS, I'M MEXI-
24. CAN! THEY KNOW THESE PRISONERS WILL COME AFTER ME,
25. TO KILL ME IF THEY CAN!, YET THEY ALL FORCE ME INTO THIS,
26. BECAUSE OF WARDEN T. CISNEROS, THIS SHOWS, PROVES, THEY
27. KNEW WHAT HAPPEN TO ME AT HER PRISON & BECAUSE
28. CUSTODY CLASSIFICATION, HAS BEEN DENIED TO ME AT
29. THESE PRISONS! AND THEY (ALL) REFUSE TO HOUSE ME,
30. APPROPRIATELY, FOR MY SAFETY & ITS MANDATORY TO
31. DO THIS BY ALL PRISON CLASSIFICATIONS IN THE STATE
32. OF CALIFORNIA! SEE TITLE 15 AND THERE ROOM! THIS
33. SHOWS THEY ARE, ALL RETALIATING TO SHUT ME UP & CPS
34. I REFUSE TO GIVE UP MY FIRST AMENDMENT RIGHT,
35. FOR EVIDENCE COVERUP OF MY TRIALS, TO SHOW, GET
36. ALL STRIKES STRIKEN IN RIVERSIDE, 118 TO LIFE, AND TO SHOW
37. PROVE MY INNOCENCE OF THAT RAPE, IN ORANGE COUNTY!&

3. SUPPORTING FACTS. THREAT TO SAFETY P.5-C

1. REFUSE TO STOP THAT. I REFUSE THIS. EVEN IF THEY
2. SUCCEED IN KILLING ME! I REFUSE TO GIVE UP THE WOR-
3. DEN'S AT CSP-COR'S MULE CREEK, CMF, KNEW ABOUT ME, AS
4. FOR WHAT HAPPEN TO ME, by WARDEN CUSEECS! THEY ACTED DIR-
5. ECTLY OR IMPLICITLY, TITLE 15, SUBCHAPTER 5, PERSONAL, 3382. IN IN-
6. MATES REPORTS, CITES IF SENT TO ANOTHER GOVERNMENTAL AGENCIES,
7. (WHICH MEANS THE DISTRICT ATTORNEYS, OR COURTS) IT CITES THEY
8. MUST BE NOTIFIED! 3316 REFERRAL CRIMINAL PROSECUTION, THE
9. WARDEN TO BE NOTIFIED! 3377.1 INMATE CUSTODY DESIGNATIONS,
10. (R)SUFFIX, IS MANDATORY FOR PC 290 PRISONERS(ME)! CITES
11. WHEN TRANSFERRED, OR WHEN EVER CUSTODY COMMITTEE, HAPPENS,
12. TO PUT THE (R)SUFFIX, WHICH MEANS THE RAPE. I'M INNOCENT
13. OF! ITS MANDATORY! TO PUT IT! AND TO HOUSE ME, OR PROPERLY!
14. IN OTHER WORDS, HOUSE ME, WHERE I'LL BE SAFE! X NOT WITH
15. THESE, ACTIVE, PRISONERS! WHO WILL ATTACK ME! TRY TO KILL
16. ME! ANOTHER WORDS, CSP-COR, MULE CREEK, CMF, DELIBERATELY
17. NOT DOING THIS, PUT MY LIFE IN DANGER, SOONER OR LATER,
18. ONE OF THESE PRISONERS WILL COME AT ME WITH A KNIFE, TRY
19. TO KILL ME! AND ALL THESE PRISON OFFICIALS KNEW THIS! IT
20. SHOWS THEY ALL KNEW, TO DELIBERATELY DENY ME, CUSTODY
21. CLASSIFICATION, FOR THREATS TO SAFETY, SHOWS, THEY ALL KNEW!
22. WARDENS OF CSP-COR, MULE CREEK, CMF, REFUSE TO PRO-
23. TECT ME! FAILURE TO PROTECT FROM PRISONERS ASSAULTS, OR
24. WORSE, WARDEN(S), PRISON OFFICIALS ARE (DELIBERATE INDIFF-
25. ERANCE) THEY KNEW OF THE SUBSTANTIAL RISK OF SERIOUSLY
26. HARM TO ME, AND REFUSE TO RESPOND TO PROTECT ME!
27. PRISON OFFICIALS ARE VIOLATING THERE OWN POLICYS, PER
28. TITLE 15, RULES, REGULATIONS, TO CALIFORNIA STATE PRISONS!
29. EVERY PRISON SINCE OCT 25, 2020, TO PRESENT CMF, DENYING
30. ME, MY CUSTODY CLASSIFICATIONS, CSP-CORS, MULE CREEK,
31. CMF-SHOWS, PROVES, THEY ALL KNEW, WHAT BOTH THE CORCORAN
32. PRISONS DID TO ME! AND ARE SETTING ME UP! TITLE 15, CITES, ALL
33. THESE ISSUES ARE MANDATORY! OTHER WISES, THEY HAVE TO
34. DO IT! SHOWS THEY ARE ALL INDIFFERENT TO MY SAFETY ISSUES!
35. DOING IT ON PURPOSE! WITH EVIL INTENTIONS FOR ME! VIOLATING
36. THE CASE'S, IV CITED EARLEY IN THIS COMPLAINT! THESE TITLE 15, SECTIONS,
37. SHOWS, PROVES THESE WARDENS DO KNEW ABOUT EVERYTHING! THERE ALL

3. SUPPORTING FACTS • THREAT TO SAFETY P. 5-D

INVOLVED!(ITS A COMPAIN OF HARASSMENT) RETAL-
IATION! WHICH leads TO THE THREAT TO MY SAFETY!
BREACH OF DUTIES! I'M ATTACHING, BOTH, CLASSIFICATION
CHRONOS by WARDENS, T.CISNEROS, T.CAMPBELL, IN
THE MOTION FOR INJUNCTION, TRO, PLEASE PUT IN THE
COMPLAINT, TO! ITS GO along, WITH RETALIATION,
EXCESSIVE FORCE, ASSAULT BATTERY AND THREAT TO
MY SAFETY! SHOWING HOW WARDEN T.CISNEROS, (DE-
LETES) THE (R) SUFFIX, TO SET ME UP! TO BE ATTACKED,
OR WORSE KILLED! THEY BOTH CONTAIN FRAUDULENT STATE-
MENTS! by BOTH WARDENS! THEY LIED! ALL WARDENS PUT
MY LIFE IN DANGER, WITH REMOVING THE R-SUFFIX! AND DELETING ME
★ THE (2) CLASSIFICATION COMMITTEE, CHRONO(S) by committee!
★WARDEN (S), T.CISNEROS AT CSATF/(CCR°, AND)
T.CAMPBELL CSP-CCR° IN THE INJUNCTION, TRO,
TO GO WITH THREAT TO SAFETY, RETALATIONS,
TO ME, GOES WITH THIS ENTIRE COMPLAINT!
THEY WILL TRY TO COVER IT UP! WATCH!
TRY COVER UP, SETTING ME UP!
   ★ ALL THESE PRISON(S), DENYING ME CUSTODY CLASSIFICATIONS,
FOR THREATS TO MY SAFETY, WITH WARDENS NAMES ON CHRONO'S,
WITH WARDENS NAMES ON MY GRIEVANCES (SAFETY CONCERNS),
AT CSATF/CCR°,CSP/CCR°, MULE CREEK°,CIMF, SHOWS THAT THESE
WARDENS ARE, DIRECTLY, INVOLVED IN DENYING ME, MY CONST-
ITUTIONAL RIGHTS, TO be FREE FROM PHYSICAL ASSAULTS, OR WOR-
SE BEING KILLED! ITS A FAILURE TO PROTECT!

<u>3. SUPPORTING FACTS · THREAT TO SAFETY</u>
<u>P.5 - E</u>

(THREAT TO SOFETY)

2 WORDEN T. CISNEROS, REMUED THE (R) SUFFIX, TO PLACE ME IN A
3 YARD TO BE OTTACKED, OR WORSE, KILLED! ACROSS THE STREET AT CSP
4 CER'S PER TITLE 15, ART. 10 CLASSIFICATION 3375, REGRESS, IT CITES
5 WHEN PLACEMENT OF NEW PRISONS, TO BE TRANSFERRED TO CUSTODY
6 CLASSIFICATION, SOFETY ISSUES, IT CITES SEX RELATED OFFENSES, ADD-
7 RESSED ALL 11 CLASSIFICATION, ALL THREATS TO SOFETY: (IM INNOCENT
8 OF THE ROPE, ONE WILL PROVE IT!) SHE, WORDEN CISNEROS REMUED
9 THE (R) FROM MY COMMITTEE RECORDS, TO SED ME UP ACROSS THE
10 STREET, OT CSP-CER'S, KNOWING FULL WELL ILL BE OTTACKED!
11 TITLE 15, 3377.1 INMATE CUSTODY DESIGNATIONS, (R) SUFFIX, STRANDED
12 FOR SOFETY OF INMATE, STAFF, RECEIVING INSTITUTIONS WILL FOLL-
13 CLASSIFICATION COMMITTEE, SHOW OFFIX (R) SUFFIX * THIS MEANS
14 CSP/CCR'S MULE CREEK, CMF-VACAVILLE, WITH CLASSIFICATION,
15 TO OFFIX (R), FOR SAFETY CONCERNS FOR EVERY BODY, INMATES,
16 STAFF, INMATE WITH (R) SUFFIX: FOR THE THREATS TO SOFETY! TO ALL!
17 CSP-CCR'S MULE CREEK ICMF, PRISON(S), CONSPIRED, THEY SE-
18 CRETLY PLOTTED TO HAVE ME OTTACKED OR WORSE KILLED! REMUED
19 THE (R)'S THIS IS MANDATORY, OLLEA DUTY TO DO! TO PLACE THE (R)
20 SUFFIX, PLACE ME IN SOFE ENVIRONMENT! WITH THEN THE PRISON
21 SYSTEM! THIS IS LINKAGE, TO CSP-CCR'S MULE CREEK, CMF'S THAT
22 ITS IN MY FILE, BEFORE THEM, OF WHAT T. CISNEROS, HER OFFICERS
23 DID TO ME! OT CSSTF/COR'S, THEY DONT ACCRESS THE (R) SUF-
24 FIX TO ME! ITS MANDATORY TO DO THIS BY THESE PRISON(S), CLAS-
25 SIFICATION(S), IT HAVE WORDENS NAMES ON MY GREIVIONCES,
26 FOR MY SOFETY CONCERNS (TO PLACE ME PROTECTIVE CUSTODY)
27 TO SOFE ENVIRONMENT! T. CAMPBELL (CDTO CCIIB), TITLE CDW, WHO
28 NO#1174HB; STAFF MISCONDUCT, CSP-CCR, 3004-1129 B. HOLMES
29 (HOBROIB), TITLE CDW, STAFF MISCONDUCT #130250; PATRICK
30 COVELLO WORDEN, MULE CREEK, MY SOFETY, STAFF MISCONDUCT
31 #2004118; 6/7/2022 CLASSIFICATION HEARING WORDEN PRESENT,
32 (JOHN DOE), HE NEVER STATED) HIS NAME, OTHER THAN TELL ME,
33 HE IS THE WORDEN OF CMF, I TOLD HIM, I WANT TO BE PRO-
34 TECTED, PROTECTIVE CUSTODY OT TOLD) HIM WHAT HIS COPS
35 DID TO ME IN CELL 452-221, WHEN THEY BEAT ME THE HELL, MY
36 BROKEN RIBS! 5/28/2022; I TOLD HIM WHAT REALLY HOPPEN, NOT
37 THE FABRICATED STATEMENTS THEY (SEO)! HIS OFFICERS!*

THREAT TO MY SOFETY         P.5F

all committee, commitment offenses! To know their even prisoners commitment offenses! Thats the main part of committee! * all wardens, there prison staff, as have a code of silence! protect each other no matter what!

* when CMF-Vacaville makes me, to another prison will only go protective custody! Be it will be by force! And I'll only go, if all my property comes with me! I'm taking no chance of losing my legal documents, until my appeals are handled, all of the courts!

* These prisons, are deliberately indifference to my safety issue's, concerns! they are setting me up! they maliciously, willfully, knowingly-corruptly setting me up! they conspire with D. Cisneros, her officers, to set me up! to be attacked or worse killed!

* Im innocent of the rape, and I'll prove it, in the conf. supreme court! these officials knew about my safety issues, refuse to protect! and doing this to me, for doing something I have a right to do! protected conduct!

when this complaint gets issued to the defendants, they will clean up this, they will exterpole I do have a (R) suffix in my case! there is no way you have D. Cisneros, D. complaw screens, checks's in injunction, it's to go to this to! they will try to clean this all up! lie!

Thread to my safety  p. 6

## E. REQUEST FOR RELIEF

State the relief you are seeking: _GREAT bodily injuries, mental emotional damages! compensotory damages ($500,000.00) 18 punitive damages, (2 million) o(injuction)=(temporary restraining crder) protection, follow rules, regulations, pes title 15, based in motion for injuction-TRO, and crder to show cause for a preliminary injunction and temporary restraining & state violation, assault and battery, with great bodily injuries and pain. Deliberately, micullosly, sociotically violates taking to carelwlp! fraud, crcent third part (RLRF (4.5 million. state violation) punitive & mental-emotional! per title 16! great bodily in-_

I declare under penalty of perjury that the foregoing is true and correct. _Jleres!_

Executed on _NOV 27, 2022_       _Edward J.P. McKenna_
      DATE                          SIGNATURE OF PLAINTIFF

_____

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____
_____
_____
_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

_I know I'm asking for alot of money, but these petsra officials, have lied (used) fraud in the whole process of this! I can prove it, I want to go in front of the jury and tell them every-thing! the truth! I'll prove all of this! thank you, all the fraudulent statements by prison officials, its why I'm asking for so much money! To punish them! I dont have paper to write extra copies, low library, refuses to make copie, I have to write in blue pen!_ ⎯⎯⎯⎯ 6

DATE: 12-20-2021

TO: UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF CALIFORNIA

FROM: Edward P. McKenna T-52447
      MULE CREEK STATE PRISON
      B6-135L
      PO BOX 409040
      IONE   CALIF  95640
      — STATE PRISONER —

RE: CLERK OF COURT, JUDICIAL OFFICER. I'm
    IN SERIOUS TROUBLE AT THIS PRISON! I'm
    UNDER IMMINENT DANGER OF SERIOUS
    physical injury! by PRISON OFFICIALS.
    Known by warden at this PRISON, who
    I PUT ON NOTICE OF preliminary injunc-
    tion, motion FOR EMERGENCY RELIEF. TRO.
    who has all OFFICERS denying me to make
    copies! As got to you the US DISTRICT
    COURT! who I sent a order to show
    cause FOR A, injunction and TEMPORARY

    ①

RESTRAINING ORDER! What I'm trying to get to you, in which I've been thru conscience shocking acts by prison officials, FOR wardens T. CISNEROS OT CSOTE/ STATE PRISON OT CORCORAN, who mentoivly, physically, mentally tortured me to cover up destroying evidence to a lawsuit, I had her for fraud kidnapping me, sent to your, prison across street CSP-CORCORAN state prison, which wardens there, had cops set me up to be killed! mental health sent me here, before I got killed by cops, Active prisoners new cops here, with wardens knowledge are setting me up! To be attacked, possibly killed and clearly me Low Library to get cops, send to you! mental health logged this stuff! I need court intervention to get this to you! they are going all out to stop me! cover up illegal actions! I need help! bad stuff is going to happen to me! please help! do something! ②

Edward P. McKenna T-52447
Mule Creek State Prison
B6-135L
12-20-2021

③

# UNITED STATES DISTRICT COURT
Eastern District Court of California

Keith Holland, Clerk

Jenna Nelson, Chief Deputy

☐ **REPLY TO:**
Divisional Office
2500 Tulare St. #1-500
Fresno, California 93721

## CLERK'S NOTICE

☒ **REPLY TO:**
Office of the Clerk
501 I Street #4-200
Sacramento, CA 95814

TO:

> Edward P. Mckenna T-52447
> Mule Creek State Prison
> P.O. Box 409040
> Ione, CA  95640

Case Number:  | n/a |

RE:  Pleadings and/or Correspondence received on :   | 12/20/2021 |

☒   **E-FILING** : Pursuant to Standing Order of the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission of Prisoner Litigation filed by Plaintiffs Incarcerated", the document(s) can not be filed because your institution participates in the e-filing program with the court. Per the Standing Order, the document(s) is (are) returned unfiled and must be filed under E-Filing procedure with the Librarian/Litigation Coordinator. When filing documents under E-Filing procedures, please include this document (Clerk's Notice) with the e-filing documents.

Thank you for your future attention to this matter.

| lms | | 12/20/2021 |

Deputy Clerk            Date

CLERK OF COURT                    DEC 19, 2021    DEC 20 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

I need to file a section 1983, its saying on the person form, I need court authorization to exceed the 25 page limit, it does not state how to do this, get court authorization? its approx 40 pages, I need an emergency injunction, cops are setting me up on this yard to be attacked, or killed! it involves concise schocking acts, done to me by warden T. Cisneros all her cops at her person satff/state prison at Corcoran, to address the street at the other corcoran, where cops set me up to be killed, mental health moved me here, before I got killed warden there knew, it was happening rights here at mule creek, B6 136, warden here knows cops are setting me up, destroyed grievances, they set me up such of to be attacked, I need emergency help! how do I get permission, it involves cruel and unusual acts done to me then and now! by all cops and warden here knews, they destroyed my grievances! it involes schocking acts done to me, to destroy evidence to a lawsuit I had agoinst warden T. Cisneros, how do I get permission; cued authorization for 40 pages? once the E-Filing program you have to us at this prison, these cops are going to read it and fabracote

other side

evidence to coverup mental/psyical torture
of a state prisoner me! warden on down is
going to cover stuff up! and go all out to shut
me up! you want beleve what I been threw over
trying to access the courts in a lawsuit I was given
permission to do by gov. claims program!
tell me what to do before I get set up, sent
to (shu) or worse! please!


            Calif State Prisoner
         Edward P. McKenna T-52447
         Fac. B. Building G. cell 136L
         PO Box 409040
         Ione Calif 95640
    —Mule Creek State Prison—

# UNITED STATES DISTRICT COURT

Eastern District Court of California
Keith Holland, Clerk
Jenna Nelson, Chief Deputy

## CLERK'S NOTICE

☐ **REPLY TO:**
Divisional Office
2500 Tulare St. #1-500
Fresno, California 93721

☒ **REPLY TO:**
Office of the Clerk
501 I Street #4-200
Sacramento, CA 95814

TO:
Edward P. McKenna / T-52447
Mule Creek State Prison
P.O. Box 409040
Ione, CA 95640

Case Number: | n/a

RE: Pleadings and/or Correspondence received on : | 12/27/2021

☒ **E-FILING** : Pursuant to Standing Order of the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission of Prisoner Litigation filed by Plaintiffs Incarcerated", the document(s) can not be filed because your institution participates in the e-filing program with the court. Per the Standing Order, the document(s) is (are) returned unfiled and must be filed under E-Filing procedure with the Librarian/Litigation Coordinator. When filing documents under E-Filing procedures, please include this document (Clerk's Notice) with the e-filing documents.

Thank you for your future attention to this matter.

| ER | 12/29/2021 |

Deputy Clerk        Date

# UNITED STATES DISTRICT COURT

Eastern District Court of California

Keith Holland, Clerk

Jenna Nelson, Chief Deputy

## CLERK'S NOTICE

☐ **REPLY TO:**
Divisional Office
2500 Tulare St. #1-500
Fresno, California 93721

☒ **REPLY TO:**
Office of the Clerk
501 I Street #4-200
Sacramento, CA 95814

TO:
Edward Phillip McKenna T-52447
MCSP
P.O. Box 409040
Ione, CA 95640

Case Number: | n/a

RE: Pleadings and/or Correspondence received on : | 1/04/2022

☒ **E-FILING** : Pursuant to Standing Order of the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission of Prisoner Litigation filed by Plaintiffs Incarcerated", the document(s) can not be filed because your institution participates in the e-filing program with the court. Per the Standing Order, the document(s) is (are) returned unfiled and must be filed under E-Filing procedure with the Librarian/Litigation Coordinator. When filing documents under E-Filing procedures, please include this document (Clerk's Notice) with the e-filing documents.

Thank you for your future attention to this matter.

lms | 01/04/2022

Deputy Clerk | Date

# UNITED STATES DISTRICT COURT

Eastern District Court of California
Keith Holland, Clerk
Jenna Nelson, Chief Deputy

## CLERK'S NOTICE

☐ **REPLY TO:**
Divisional Office
2500 Tulare St. #1-500
Fresno, California 93721

☒ **REPLY TO:**
Office of the Clerk
501 I Street #4-200
Sacramento, CA 95814

TO:
Edward McKenna
T-52447
Mule Creek State Prison
PO Box 409020
Ione, CA 95640

Case Number: | n/a

RE:  Pleadings and/or Correspondence received on : | 2/3/22

☒  **E-FILING** : Pursuant to Standing Order of the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission of Prisoner Litigation filed by Plaintiffs Incarcerated", the document(s) can not be filed because your institution participates in the e-filing program with the court. Per the Standing Order, the document(s) is (are) returned unfiled and must be filed under E-Filing procedure with the Librarian/Litigation Coordinator. When filing documents under E-Filing procedures, please include this document (Clerk's Notice) with the e-filing documents.

Thank you for your future attention to this matter.

| hk | 2/3/22 |

Deputy Clerk       Date

# UNITED STATES DISTRICT COURT
### Eastern District Court of California
### Keith Holland, Clerk
### Jenna Nelson, Chief Deputy

## CLERK'S NOTICE

☐ **REPLY TO:**
Divisional Office
2500 Tulare St. #1-500
Fresno, California 93721

☒ **REPLY TO:**
Office of the Clerk
501 I Street #4-200
Sacramento, CA 95814

TO:
Edward McKenna
T-52447
P.O. Box 409040
Ione, CA 95640

Case Number: n/a

RE: Pleadings and/or Correspondence received on : 2/9/22

☒ **E-FILING** : Pursuant to Standing Order of the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission of Prisoner Litigation filed by Plaintiffs Incarcerated", the document(s) can not be filed because your institution participates in the e-filing program with the court. Per the Standing Order, the document(s) is (are) returned unfiled and must be filed under E-Filing procedure with the Librarian/Litigation Coordinator. When filing documents under E-Filing procedures, please include this document (Clerk's Notice) with the e-filing documents.

Thank you for your future attention to this matter.

AK

2/9/22

Deputy Clerk          Date

# UNITED STATES DISTRICT COURT

Eastern District of California

Keith Holland, Clerk

Jenna Nelson, Chief Deputy

### CLERK'S NOTICE

☐ **REPLY TO:**
Divisional Office
2500 Tulare St. #1-500
Fresno, California 93721

☒ **REPLY TO:**
Office of the Clerk
501 I Street #4-200
Sacramento, CA 95814

TO: Edward McKenna T-52447
CMF
PO Box 2000
Vacaville CA 95696

Case Number: 

RE: Pleadings and/or Correspondence received on : 4/15/2022

☒ **CASE NUMBER:** The Eastern District case number could not be identified for the attached filing. You must write your case number on all documents submitted to the court.

☐ **FILING FEE:** The filing fee of $402.00 was not received ($5.00 for habeas petitions), nor was an application to proceed In Forma Pauperis. Enclosed is an Application to Proceed In Forma Pauperis along with your original documents. Please resubmit your documents with the completed application or filing fee.

☐ **COPYWORK:** The Clerk's Office will provide copies of documents and of the docket sheet at $0.50 per page. Checks in the exact amount are made payable to "Clerk, USDC." Please Note: In Forma Pauperis status does not include the cost of copies. Copies of documents in cases may also be obtained by printing from the public terminals at the Clerk's Office or by contacting Cal Legal Support Group at: 3104 "O" Street, Suite 291, Sacramento, CA 95816, phone 916-822-2030, fax 916-400-4948.

☐ **NAME SEARCHES:** The Office of the Clerk requires a $31.00 charge, per name, to perform a records/name search. This fee must be paid in advance by check or money order to "Clerk, USDC." The search covers 1976 to present and includes civil, criminal, miscellaneous, and magistrate cases.

☐ **CONFORMED COPIES:** The Court requires the original plus one copy of most pleadings. See Local Rule 133 (d) (2). If you wish to have a conformed copy returned to you, you must file an original plus two copies and provide the court with a self-addressed stamped envelope with the correct postage.

☐ **CASE STATUS INQUIRES:** The Court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRIES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case.

☐ **DISCOVERY DOCUMENTS:** Pursuant to Local Rule 250.2 (c), Interrogatories, responses and proofs of service shall not be filed with the clerk of court until there is a proceeding in which the interrogatories, production of documents or requests for admission are AT ISSUE.

☐ **LOCAL RULES:** The Eastern District of California Local Rules are available on the court website at www.caed.uscourts.gov.

☐ **LEGAL ADVICE:** The court can not give legal advice.

☐ **EVIDENCE SUBMITTED:** The court cannot serve as a repository for the parties' evidence. The parties may not file evidence with the court until the course of litigation brings the evidence into question.

☐ **CHECKS SUBMITTED TO THE COURT:** We are returning your check or money order for the following reason:

    ☐ We have no record of your case. Please return the funds with the appropriate case number, new complaint or petition.

    ☐ Your check or money order is not complete. Please return the check made payable to "Clerk, USDC" and the appropriate and exact amount for the item requested.

    ☐ The Clerk's office is not able to accept post-dated or altered checks. Please return payment made with an appropriately dated and/or unaltered check or money order.

☐ **REQUESTED FORMS:** Your requested forms are enclosed.

☐ **DOCUMENTS NOT SUBMITTED IN ENGLISH:** All documents submitted for filing must be written in English. Documents submitted in a language other than English cannot be translated.

☐ **E-FILING** : Pursuant to Standing Order of the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission of Prisoner Litigation filed by Plaintiffs Incarcerated at [Selected Institutions]", the document(s) can not be filed because your institution participates in the e-filing program with the court. Per the Standing Order, the document(s) is (are) returned unfiled and must be filed under E-Filing procedure with the Litigation Coordinator.

☒ **OTHER:**

A Prisoner Civil Rights Packet is enclosed if you wish to file a new case.

Thank you for your future attention to this matter.

AMC

4/15/2022

Deputy Clerk      Date

Revised 01/06/2020

DF CAL...
EVANCE
R 602-1 0 ...

OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| | Date Received:_____ |
|---|---|
| ... | _____ |
| ... | _____ |
| ... | _____ |

*is the p... ss to ... ...*

nant ... : **Edward McKenna** DOCK # **T-5244** Current Housing/Parole Unit: **52-221**

tution/Facility/... ...: **CMF-Vacaville**

order for the ... ... ... your complaint, make sure you have **answered** the
wing questions:

*What is the na... ... you... ...?*
*When and when ... the ac... oc...*
*Who was involv...*
*Which specific ... ... can ... you ...plain?*
*Did you try to ... ...ally ... ... co... ...?*
*What ... le or ... ... on ... le your complaint?*
*Are ... docu... ... ... ... hel... support your position? List the documents if you do not have them.*
*Please note that ... ...ents ... ...ted ... his form will not be returned.*
*What specific ac... ... ... you ...plain?*

N April 7, 2022, I wrote the District Court, Eastern Dis-
trict of Calif. Then on April 8, 2022 yard, everybody turned
on me, saying child molester, rapist, rat, this happened to
me at CSP-Corcoran, then Mule Creek State Prison,
Because I refuse to give up my right to access the
courts and grievance prison officials misconduct,
be free from prison officials retaliation, can
the cops tell this stuff to prisoners, so they can
get back, yet prisoners come after me, act like
they don't know whats going on, and Mule Creek
prison officers have my property and are going
make it disappear, because I put them on
just for doing this! I have legal document to
innocence in one conviction, to have all strikes
taken in other, and when they do find it
kill me they lost it, I will go all out on them!
I'd go to death row than die slowly in prison!
Until then I want to be housed in protective
custody sending copy to Eastern District Court,
9th Circuit of this appeal.

**BUTION**   Original: Claimant's File   Co... : DAI, ..APO, and Claimant

STATE OF CALIFORNIA Case 2:22-cv-01294-KJM-CKD   Document 33   Filed 12/05/22   Page 52 of 63 CORRECTIONS AND REHABILITATION
GRIEVANCE
CDCR 602-1 (03/20)

Page 2 of 2

NINTH CIRCUIT—
No: 22-70009 J. Edward MCKENNO v
USDC-SAC.
Sunday April 13, 2022, Legal mail—

NO CONTRABAND IN CELL!
HAVEN'T HAD PROPERTY FOR 5 MONTHS NOW!

**Reminder:** Please attach all documents in your possession that ____ . yo

Please note that this form and supporting documents will not be r____ to.

**Claimant Signature:** _Edward P. McKenna_                    4-10-22

TO 8 NINTH CIRCUIT AND    DATE: 4-10-2022
EASTERN DISTRICT

FROM: EDWARD MCKENNA T-52447
CMF - 82-221
PO BOX 2000
VACAVILLE, CALIF, 95696
PRISONER-

RE: ON APRIL 7, 2022 I WROTE TO US DISTRICT COURT
EASTERN DISTRICT, THEN FOLLOWING C/ROU PERSONES
ON VIDREO, STOERTED TALKING, SHIT TO ME, RIOT,
CHILD MOLESTEE, RAPIST, TOLD THEM BY GUARDS,
PRISON OFFICIOLS, SO THEY COULD TOKE CORE OF
ME, SO THAT GUARDS CAN SIT BACK, ALOU IT OFF,
THEY KNOW NOTHING! NOT DUMB! THIS HOPPEN
TO ME AT, CSP-CORCORAN THEN MULE CREEK PRISON,
BECAUSE I REFUSE TO GIVE UP MY RIGHT TO ACCESS
THE COURTS, TO BE FREE OF RETALIATION! BY GUARDS!
FOR GRIEVANING THERE MISCONDUCT! TO TOKE
THEM TO COURT FOR DOING IT! MULE CREEK PRISON
GUARDS, HOVE MY PROPERTY ARE GOING TO LOSE
IT BECAUSE I GRIEVANCED THEM, IN IT IS MY
COURT DOCUMENTS TO PROVE INNOCENCE IN ONE
CONVICTION AND TO HAVE ALL STRIKES STRUKEN IN
OTHER'S TO EXPOSE THE TRUTH! WHEN THEY FINDIAN
TELL ME ITS LOST, I WILL GO ALL OUT TO GO TO
DEATH ROW THAN DING SLOWLY IN PRISON, I
TRIED TO GET HELP BY YOU COURTS, BUT YOU
         1 OF 2

OTHER SIDE-

didn't care, let prison officials do whatever they wanted to me, you helped them!

* Attached is my grievances I submitted here!

date: 4-10-2022        Edward R. McKenna
                       Cal State Prison

No: 22-70009
Short Title: Edward McKenna v. USDC-SAC.

2 of 2

DATE: APR 7, 2022

TO: UNITED STATES DISTRICT COURT
EASTERN DISTICT OF CALIF

FROM: EDWARD MCKENNA F-52447
CMF-S2-221
VACAVILLE, CA, 95696
STATE PRISONER-

RE: ON FEB 15, 2022 I WAS TRANSFERD
TO CMF-VACAVILLE STATE PRISON.
ON FEB 8, 2022 AT IDTT COMMITTEE,
AT MULE CREEK STATE PRISON, CTC,
SINF CELL 4, I WAS TOLD BY COUNSELER,
SORGENT, APPROX 8 PEEPLE AT THAT IDTT,
2-8-22 PROPERTY IN RIR, WOULD COME
WITH ME TO VACAVILLE STATE PRISON, ON
2-15-22 IT DID NOT! I IED TO AGAIN, BY
PRISON OFFICIALS, THEY ARE GOING TO DE-
LIBEROTLY LOSE MY PROPERTY FER GRIEVANC-
ING PRISON OFFICIALS MISCONDUCT! AND
FILING SECTION 1983 AGAINST THEM! I
GRIEVANCED THEM HERE FER PROPERTY, THIS
PRISON SENT IT TO MULE CREEK PRISON,
PRISON LOG NUMBER 22G-818, 228-773,
I THEN MAILED IT TO OFFICE CE APPEALS,
CHEAT OF CERR, ANDI RCHO6, PO BOX 942883
SACROMENTO CA, 95811. NO RESPONSE BY
THEM! FROM THIS POINT ON, I WILL REFUSE
TO MOVE, I WILL FORCE THEM TO CELL EXTRACT
ME! EVERYTHING, WILL BE BY FORCE! I BOTHER

1 OF 3        OTHER SIDE!

go to death row, than die in prison slowly! In that property, I have evidence of innocents in one life sentence, and to have a 0/1 strikes striken in other no life sentence, once my lawsuit for probable cause for arrest and judicial proceedings! At Sacramento Justice Center! Active! With evidence to prove everything! * I rather die now, than slowly in prison! Prison officials are deliberately destroying, losing, my property, for grievancing prison officials corrupt acts to me! And there is proof to this in my property!

* I tried to tell you to let me file my section 1983, without the E-filing program, it goes to these litigation coord., who gives copies to warden and CDO's at these prison, in which, they will cover up evidence, falsy evidence to cover up, mental, physical torture to my, my self, for simply trying to access the courts! And to exceed the 25 pgs limit, but you cannot care, and basically helping fellow gov. entities cover up what they did to me, and are still doing to me!

* It has not stopped! These officers here, are continueing, it's because I refuse to give up my right, to grievance

2 of 3

PRISON OFFICIALS MISCONDUCT! AND NOT
GIVE UP MY RIGHT TO ACCESS the COURTS!
TO GOV, CLAIMS, AND SUPPLEMENTAL, EVEN,
GIVEN PERMISSION TO GO TO COURT, YEAR,
2020, TO WRIT OF HABEAS CERPUS, DEC
2020 BY KING, S COUNTY, SUPERIER COURT,
CRIMINAL DIVISION, 1640 KINGS COUNTY DRIVE,
HANFORD, CAL, MICHELLE S, MARTINEZ
CLERK OF COURT, MEN A CHANDRRA, DEPUTY
CLERK.. I HAVE, NO PROPERTY, TO, PUT
OFFICIAL document NUMBERS! I WOULD
be PSYCHOLLY, MENTALLY, TORTURED, I
WOULD be SET UP TO be KILLED! IT WOULD,
CONTINUE AT MULE CREEK, TO HERE NOW!
FROM this POINT ON, EVERYTHING WILL
be by FORCE! WHEN these COPS COME TO
GET ME! I WILL DEFEND MYSELF, TRY
TO GO TO death ROW! THAN DIE SLOWLY
IN PRISON! BECAUSE they DESTROYED, KILL ON
MY PROPERTY!
X I TRIED! TO TELL YOU! but YOU DIDN'T
 CARE! I TRIED TO GET COURT HELP! but
 YOU DIDN'T CARE! AND TODAY, ON YARD,
I WAS TOLD I WAS A piece SH*T, by SOME
GANG MEMBERS, ONLY the OFFICERS KNEW I
WAS ANY' PC, THEY TOLD PRISONERS this!
ITS WILL GET bad, WATCH!


DATE: 4-7-2022          Edward P, MCKINNY
                         STATE, PRISONER—

                3 OF 3

TO: CLERK US DISTRICT COURT          2-6-2022
        EASTERN DISTRICT OF CALIF
        501 'I' STREET, SUITE 4200
        SACRAMENTO CALIF 95814


FROM:
EDWARD Phillip MCKENNA T-52447
MULE CREEK STATE PRISON
 CRISIS BED CELL#4
 PO BOX 409040
 IONE CAL 95640
 PRISONEE

REF: IN been AT CRISIS bed, CELL4, FEE
    OVER 6 MONTH. OFFICERS IN building
    B6-135 SET ME UP, TO be ATTACKED.
    TRIED TO FORCE ME IN CELL, WITH active
    gang members, TO FIGHT OR WORSE!
    OFFICERS Miller, MISS B, other OFFICERS
    TOLD ME TO get INTO. THEY WILL ROLL MY
    PROPERTY UP, MAKE SURE it GOES TO AD. SEG
    WITH ME! I REFUSED. the doctor here
    keeps telling me DIFFERENT STUFF EVERY
    TIME I see him! I GRIEVANCED IT here,
    OFFICE OF GRIEVANCES AT MULE CREEK, STATE
    PRISON, LOG NUMBER #209181 EMERGENCY
    APPEAL, TO date NOTHING, OVER being SETUP
    by Miller, MISS B, OTHERS, there SUPERVISORS
    KNOW this is HAPPENING! bUT COVER IT UP
    WARDEN ON DOWN! Here there telling ME
    I have TO go back there, I TOLD them all this,
    THEY STATE, SO WHAT! I WILL go back, ON
            PAGE 2

The day this took place, they let the officers have my property, I'm going to go back, and get my property, I'll have to get into with everybody, but no one seems to care! I refuse to bow down, I did nothing wrong!

please help in any way possible!
this is all true!
I told IDTT committee here, they say so what, you have to go back, I will, I'll probably get jumped, because I'm going to go get my property back by officers to, who seed this up in that building!

DATE 2-6-2022                    Edward Mckinney
                                SINCERELY

                Pg 2 of 2

TO? Clerk of the US DISTRICT COURT

FROM?
Edward Phillip MCKENNA T-52447
MULE CREEK STATE PRISON
CTC - Cell 4
PO BOX 409040
Ione CALIF 95640
- PRISONER -

RE: PRISON OFFICIALS SET ME UP, TO FIGHT, OR
WORSE BY ACTIVE GANG MEMBERS. APPROX.
3½ WEEKS AGO, IN B6-135, OFFICERS MILLER,
AND MISS B, AND OTHER OFFICERS, TOLD ME
TO MOVE TO B6-242, ACTIVE PRISONER, HE TOLD
ME, WE CAN'T CELL UP, WE GOT TO GET INTO IT,
I TOLD OFFICERS THIS, THEY SAID GO INTO
CELL, GET INTO IT, WE WILL PACK YOUR PROPERTY,
THEY DID THIS ON PURPOSE, MY PROPERTY WAS
IN FRONT OF CELL 135, THEY WOULD ROLL ME
UP, PUT IN CELLS BED 4. I SEEN PRISONERS
GET MY PROPERTY, COPS GAVE ACTIVE
PRISONERS MY LEGAL STUFF, BEFORE I
COULD FINISH APPEAL HABEAS CORPUS,
I DON'T KNOW WHAT DATE THIS IS, BUT
ITS WEDSDAY, AND DOCTERS SAID I
GO BACK TO B6-242 FRIDAY, 2 DAYS

FROM NOW, I WILL REFUSE, AND
Something bAd is going to hAppEN
To me Friday, buy Cops! All becAuse
I griEvAnced them, For prisoN
OffiCiAl miscoNducT! I wrote you
3 times, telling you this! I NEED
some kind of help( I will diE in
prisoN, becAuse, I cANT prove ANy-
thing iN my writ of hobEas corpus
NOW!

Please help
Edward P. McKenny
WeCASDO/
UNKNOWN dAtE!

DEAR CLERK,

CAN YOU FILE THESE LEGAL DOCUMENTS,
ITS, A) MOTION TO EXCEED 25 PAGES POLCEI
B) MODICN, INJUNCTION, TRO, 12 PAGES
C) CORRESPONDENCE, BETWEEN YOUR
CURT AND ME! I WANT ON RECCRD)
D) FIRST AMENDED COMPLAINT
E) PROOF OF SERVICE BY MAIL
PS I CAN ONLY SEND 1 COPY, IM OUT OF POPER,
PLEASE ALLOW THIS TO BE FILED!

SINCERELY,

Cleveland P McKenna
PLAINTIFF / PRISONER

11-25-2022

IM NOT ALLOWED TO USE STAPLER OR ANYTHING, TO
SEND TO YOU THE RIGHT WAY, SORRY! I CANT GET
COPIES, SORRY! IM DOING MY BEST!

Case Name: EP MCKENNA V. T. CLARKROS ET AL's

Case Number: 2022-CV-01294-KTM-CKD's

Court: US DC. EASTERN DISTRICT CF COLIF's

## PROOF OF SERVICE BY MAIL

I, EDWARD MCKENNA declare:

That I am over the age of eighteen years of age and am not a party to the above entitled cause of action. That I reside in Solano County, California at the California Medical Facility, at 1600 California Drive, P.O. Box 2500, Vacaville, California, 95696-2500.

That on SUNDAY 11-27-2022 I served the attached: a true copy of the attached:

FIRST AMENDED COMPLAINT
MOTION INJUNCTION STROS
ORDER TO SHOW CAUSE FER A PRELIMINARY
INJUCTION & TEMPORARY RESTRAINING
LETTER TO CLERK 1 PAGE
MOTION TO EXCEED 25 PAGES, IN THE INTERESTS
OF JUSTICE TO STATE THE TRUTH!

by placing a true copy there of 1 enclosed in a sealed envelope with postage thereon fully prepaid, in the internal legal mail collection system a t the California Medical Facility, Vacaville, California, addressed as follows:

TOB OFFICE CF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT CF COLIFORNIA
501 "I" STREET, SUITE 4-200
SACRAMENTO, COLIF, 95814

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct. That this proof of service was executed on 11-27-2022 at the California Medical Facility, Vacaville, California.

EDWARD PHILLIP MCKENNA
Declarant

Edward Phillip McKenna
Declarant's Signature