1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    EDWARD PHILLIP MCKENNA,                No.  2:22-cv-01294-KJM-CKD P

12                Plaintiff,

13          v.                               ORDER

14    T. CISNEROS, et al.,

15                Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19    by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On October 25, 2022, the Magistrate Judge filed an order and findings and

21    recommendations.  F&R, ECF No. 26.  The Magistrate Judge granted plaintiff's motion to

22    proceed in forma pauperis, dismissed the complaint with leave to amend under the screening

23    provisions of 28 U.S.C. § 1915A, imposed filing and page limit restrictions on further pleadings,

24    and permitted plaintiff to add claims or defenses to his amended complaint.  *Id.* at 11–12.  The

25    Magistrate Judge also recommended denying plaintiff's motions for injunctive relief without

26    prejudice.  *Id.* at 12.  The order and findings and recommendations were served on plaintiff and

27    contained notice that any objections to the findings and recommendations were to be filed within

28    fourteen days.  Plaintiff has filed objections to the findings and recommendations, ECF No. 31,

                                               1

1    and two motions for emergency injunctive relief, ECF Nos. 29, 35.  He has also requested

2    reconsideration of this court's and the Magistrate Judge's orders denying his request to appoint

3    counsel.  *See* Mots., ECF Nos. 22, 30; Orders, ECF Nos. 15, 25.

4         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

5    court has conducted a *de novo* review of the pending motions for injunctive relief and related

6    filings.  The court agrees with the Magistrate Judge that plaintiff has not shown he is "likely to

7    succeed on the merits" and has not raised "serious questions going to the merits."  F&Rs at 9–10

8    (first quoting *Stormans, Inc. v. Selecky*, 586 F.3d 1109, 1127 (9th Cir. 2009), then quoting *All. for*

9    *the Wild Rockies v. Cottress*, 632 F.3d 1127, 1131 (9th Cir. 2011)).  That shortcoming suffices to

10   show the pending motions must be denied.   *See Winter v. Nat. Res. Def. Council*, 555 U.S. 7, 20

11   (2008).  The court need not and does not consider whether a federal court may restrain or enjoin a

12   non-appearing defendant in these circumstances.  *See* F&Rs at 10 ("At this stage in the

13   proceedings, injunctive relief is also premature since no defendant has been served."); *but cf.*

14   Fed. R. Civ. P. 65 (b)(1) (establishing procedure for issuing temporary restraining orders without

15   notice).

16        Plaintiff does not expressly request reconsideration of the Magistrate Judge's order

17   limiting his filings and motions.  If he intended to make that request, the court would deny it.  The

18   Magistrate Judge's orders were not "clearly erroneous" or "contrary to law."  Fed. R. Civ. P.

19   72(a).  The filings at ECF Nos. 29 and 35 are therefore stricken as unauthorized.

20        The court also denies plaintiff's motions to reconsider its previous orders on the

21   appointment of counsel.  *See Leslie Salt Co. v. United States*, 55 F.3d 1388, 1393 (9th Cir. 1995)

22   ("[T]he court may reconsider previously decided questions in cases in which there has been an

23   intervening change of controlling authority, new evidence has surfaced, or the previous

24   disposition was clearly erroneous and would work a manifest injustice.").

25        Accordingly, IT IS HEREBY ORDERED that:

26        1.  The findings and recommendations filed October 25, 2022 (ECF No. 26), are adopted

27   in part as described above;

28   /////

2

1          2.  Plaintiff's motions for a preliminary injunction/temporary restraining order and related

2    relief (ECF Nos. 3, 16-17, 21) are denied without prejudice;

3          3.  The filings at ECF Nos. 29 and 35 are stricken as unauthorized;

4          4.  The motions to reconsider at ECF Nos. 22 and 30 are denied; and

5          4.  This matter is referred back to the assigned magistrate judge for all further pretrial

6    proceedings, including plaintiff's motions for extensions of time and page limits at ECF Nos. 32

7    and 34.

8    DATED:  December 14, 2022.

9

10   _____
     CHIEF UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28