EDWARD Phillip McKENNA T-52447
Name and Prisoner/Booking Number

Mule Creek STATE PRISON
Place of Confinement

PO BOX 409040
Mailing Address

IONE, CAL, 95640
City, State, Zip Code

**FILED**

FEB 27 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD Phillip McKENNA,
(Full Name of Plaintiff)          Plaintiff,

v.

(1) T. CISNEROS
(Full Name of Defendant)

(2) (AND others)

(3)

(4)
                    Defendant(s).
☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-CV-01294-KJM-CKD
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**
"JURY TRIAL DEMANDED"
☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint
"AMENDED COMPLAINT"

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

    ☒ Other: The COURT has supplemental JURISDICTION over
plaintiff state law claims, under 28 USC 1367 assault, battery to me

2. Institution/city where violation occurred: CSATF/STOP, PRISON AT CORCORAN'S ALIC COP-
CORCORAN ALIC MULE CREEK STATE PRISON AND CMF VACAVILLE &
4 PRISONS JURISDICTION EASTERN DISTRICT OF CALIFORNIA &
CONSOLIDATION, (SAME ISSUES) RETALIATION-COMPAIN OF MORE

ASSMENT.    1    COVERING UP FOR EACH OThERS

ADDITIONAL DEFENDANT(S) (1-A)

(2) (JOHN DOE) (LT) OCT 25, 2020, who FABRACATED MED-
ICAL SLIP, STATING IM GOING TO STAB COP, UNTIL I
LEARN OFFICIAL NOME: AT CSATF-CORCORAN:

(3) (SGT) J. LEAHY; (SGT) J. GARCIA; (LT) N. TYLER; (C/O) J.
FAGUNDES; R. GOVEA; L. SILVA; (LT) S. TUMACDER;
(C/O) D. CORONADO; (C/O) T. SAYAMA; (C/O) E. DIAZ;
LT) C. BROWN; (AW) T. DUNN; 2/10/2021: AT
CSATF-CORCORAN, T. CISNEROS PRISON:

(4) (SGT) S. MEDINA; (C/O) T. SAYAMA, T. CAMPBELL
3/26/2021 AT CSP-CORCORAN: T. CAMPBELL: WARDEN

(5) (C/O) MILLER; (JONE DOE) MISS B. Who RUNS
B6 MULE CREEK, ECP. MIXED) YARDS, ACTIVE
PRISONERS: UNTIL I LEARN HER REAL NOME:
WARDEN MULE CREEK PRISON  PATRICK COVELLO;
B. STACY (STBRON) CDW:

(6) CMF-VACAVILLE, WARDEN (JONE DOE) UNTIL I
GET OFFICIAL NOME: (SGT) SWEETEN; (SGT) TROTH;
(SGT) HEATH; (C/O) C. AGUIRE; (C/O) J. ROTA; (SGT) A.
TORRANT: 5/28/2022 CAL MEDICAL FACILITY (CMF)
* IN COMPLAINT, I'M USE, ABBREVIATION(S)

(RVR) • RULES VIOLATION REPORT); (C/O) • CORRECTIONAL
OFFICER)
(LT) • LIEUTENANT) ; (SGT • SERGEANT);
(AW) • ASSOCIATE WARDEN); (CDW • WARDEN)
(DOM) • DEPARTMENTAL OPERATIONS MANUAL)

1 - A

## B. DEFENDANTS

1. Name of first Defendant: T. CISNEROS . The first Defendant is employed as:
   WARDEN                              at CSATF/CORCORAN .
   (Position and Title)                              (Institution)

2. Name of second Defendant: John Roe until I leorn his real Name. The second Defendant is employed as:
   LIEUTENANT (LT)                     at CSATF/CORCORAN .
   (Position and Title)                              (Institution)

3. Name of third Defendant: J. LEAhy . The third Defendant is employed as:
   SERGENANT (SGT)                     at CSATF/CORCORAN .
   (Position and Title)                              (Institution)

4. Name of fourth Defendant: J. GARCIA . The fourth Defendant is employed as:
   SERGEANT (SGT)                      at CSATF/CORCORAN .
   (Position and Title)                              (Institution)
   ADDITIONAl DEFENDANT(S) ON SEPARATE PAGE'S (2-A,2B)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? 7 ? Describe the previous lawsuits: ?

   a. First prior lawsuit:
      1. Parties: Edware) philip MCKenno    v. GARYSTEWARD, LORRE/BOR/LEOMA
      2. Court and case number: USDC-CRNDROL DISTRICT, N0# UNKNOWN
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) DISMISSEL), DIDNT
      KNOW whoT I WOS DOING. kept REFILING, 5 times, PLRA 3-STRIKES!

   b. Second prior lawsuit:
      1. Parties: Edware) P. MCKENNO     v. ORANGE COUNTY
      2. Court and case number: US DC-CENDROL DISTRICT, UNKNOWN UUMBER
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) I NEVER RECEIVEL)
      any ANSWER to tho D Complaint

   c. Third prior lawsuit:
      1. Parties: Edware) P. MCKENNO     v. Michael ROMUS, J. MCMOHON
      2. Court and case number: SON BERNARD, US JUSTICE CENTER, CIV D5 7CU 58853 .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) pending, How Ub
      READ wxand Respond to me, hT CME, and) MCSP, GIVE INComplete Ueld
      DOCUMENTS, COPIES, YOU DON'T GET BACK WHAT YOU GIVE THEM!

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

B. DEFENDANTS

CONTINUED

(5) Name, N. Tyler, employed as ~~Sergeant~~, LIEUTENANT, at CSATF/CCRCCRON:

(6) Name, J. Fagundes, employed as Correctional Officer, at CSATF/CCRCCRON:

(7) Name, R. Goves, employed as Correctional Officer, at CSATF/CCRCCRON:

(8) Name, L. Silva, employed as, Correctional Officer, at CSATF/CCRCCRON:

(9) Name, S. Tumacder, employed as Lieutenant, at CSATF/CCRCCRON:

(10) Name, D. Ccronodo, employed as Correctional Officer, at CSATF/CCRCCRON:

(11) Name, T. Sayoma, employed as, Correctional Officer, at CSATF/CCRCCRON:

(12) Name, E. Diaz, employed as, Correctional Officer, at, CSATF/CCRCCRON:

(13) Name, C. Brown, employed as, Lieutenant, at, CSATF/CCRCCRON:

(14) Name, T. Dunn, employed as, Associate Warden, at, CSATF/CCRCCRON:

(15) Name, M. Volckz, employed as, Correctional Officer, at, CSATF/CCRCCRON:

(16) Name, D. Knudscn, employed as, Correctional Officer, at, CSATF/CCRCCRON:

(17) Name, S. Medina, employed as, Sergeant, at, CSP-CCRCCRON:

(18) Name, T. Sayoma, employed as, Correctional Officer, at, CSP-CCRCCRON:

(19) Name, Miller, employed as, Correctional Officer, at, Mule Creek Prison:

(20) Name, (Jane Doe), employed as, Correctional Officer, at, Mule Creek Prison: mixed Yards, active: (2-A)

(ADDITIONAL PAGE)
B. DEFENDANT(S)

(21) NAME, WARDEN, EMPLOYEE AS WARDEN AT MULE CREEK
PRISON   PATRICK COVELLO ° B. STACY (STABRUT) CDW °

(22) NAME (JANE DOE) WARDEN, EMPLOYEE, AT CMF PRISON

(23) NAME, SWEETEN, EMPLOYEE SERGENT AT CMF PRISON

(24) NAME, FROTH, EMPLOYEE AS SERGEANT AT CMF-PRISON

(25) NAME, HEATH, EMPLOYEE AS SERGENANT AT CMF-PRISON

(26) NAME, C. AGUIAR, EMPLOYEE AS CORRECTIONAL OFFICER AT
CMF-PRISON,

(27) NAME, J. ROTA, EMPLOYEE AS CORRECTIONAL OFFICER AT
CMF-PRISON,

(28) NAME, A. TORRANT, EMPLOYEE AS SERGEANT, AT CMF-
PRISON.

(29) NAME, T. CAMPBELL, EMPLOYEE AS WARDEN AT CSP-
CORCERAN.

* DEFENDANT (22), WARDEN (JANE DOE), UNTIL I LEARN
OF OFFICIAL NAME AT CMF-VACOUVIC PRISON.

* DEFENDANT (20) (JANE DOE) UNTIL I LEARN OF HER
OFFICIAL NAME, MULE CREEK STATE PRISON,

* ALL DEFENDANT(S) SUED IN
(INDIVIDUAL CAPACITY FOR MONEY DAMAGES)

(2-B)

B. CAUSE OF ACTION

<u>CLAIM I</u>

**1:** STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED? RETALIATION, VIOLATED MY FIRST OMENDMENT RIGHTS. TO PET-ITIONS THE GOVERNMENT FOR REDRESS OF MY GRIEVANCES- UNITED STATES CONST!

**2:** CLAIM I . IDENTIFY THE ISSUE INVOLVED . STATE ADDITIONAL ISSUES ON SEPERATE CLAIMS. IMMINENT DANGER OF MORE SERIOUS PHYSICAL × RETALIATION   "COMPAIGN OF HARASSMENT" INJURY.

**3:** SUPPORTING FACTS.——————————
①
I WAS GIVEN PERMISSION TO SUE THE (CDCR), STATE/FEDERAL VIOL-ATIONS, by KELLI MINYATA, CLAIM NO#20007300, GOV. CLAIMS ANALYIST, 9-15-2020, WENT THRU SLOT OF ABUSES, NOT COVERED, (25 OR LESS), GOV. CLAIMS PROGRAM

②
I WOULD GO TO LAW LIBRARY, AT CSATF/CCR: F/G LAW LIBRARY, TO GET THE FORMS TO SUE THE (CDCR), ON A TUESDAY, -ON THURSDAY OF SOME WEEK, THRU INSTITUTIONAL MAIL, RECEIVE, 5 PAGES, NAME ON IT, T. CIS-NEROS (CIM-A004), TITLE CDW: 8/27/2020: IT WAS FRAUD OF THE PRISON GRIEVANCE SYSTEM, IT WAS TRYING TO MAKE ME, SUB-MIT MORE ADMINISTRATIVE REMEDIES, TO STALL LAW SUIT! ALL LAYED OUT, IN GOV. CLAIMS, NUMBERS, 20007300 AND 20003-COG, I HAD EVIDENCE, TO PROVE FRAUD OF GRIEVANCE PROCESS, AND PRISON OFFICIALS DESTROYING MY ADMINISTRATIVE RE-MEDIES! ALL GRIEVANCES, AND IS WHY I WAS GIVEN PERMIS-SION TO SUE CDCR, GOV. CLAIMS PROGRAM ACKNOWLEDGED THIS!

③
IT WOULD LEAD TO OCT. 25, 2020 AT CSATF/CCR "G-YARD", IN MY CELL, FIRST, I WAS IN DAYROOM, WRITING GOV. CLAIMS PROGRAM, OFFICER WATCHED ME, DO THIS, FOR AWHILE, I WAS CLOSE, WENT TO CELL, LAY DOWN, TO WATCH FOOTBALL, APPROXIMATELY 6 OF- <span>CONTINUED 13-12</span>

**4:** INJURY. EVIL INTENT! DELIBERATE ACTS! REPEATDLY SPRAY CHEMICALS IN EYES BAD! 3 TIMES! HIT WITH FORCE, IN FACE, CHEST, STOMACH WITH BOTHERING PAIN! GRENADES EXPLODING ON MY ARM, BURNING IT! PARTS OF BODY TO! BURNTD LIKE HELL! GASED, BRUTALITY! EXCESSIVE FORCE! ASSAULTD AND BATTERY! BEATEN ALL CAPED! MALICIOUSLY, SADISTICALLY, CORRUPTLY, BAD! EVIL INTENT! PHYSICAL, MENTAL-TO RTURE THEY MEANT TO HURT ME! (& NOT GIVING UP FIRST AMENDMENT! RIGHTS! 4 BACKEN) RIBS! <span>CONTINUED 4-11</span>

**5:** ADMINISTRATIVE REMEDIES?
A. ADMINISTRATIVE REMEDIES                                    YES
B. SUBMIT RELIEF                                                          YES
C. HIGHEST LEVEL                                                         YES
DO I DID ADMINISTRATIVE REMEDIES AT CSATF/CCR: CSP-CCR: MULE CREEK PRISON: CMF UACAVILLE? RETALIATE ON, HARASSMENT! PRISON OFFICIALS CARE! UP PER EACH OTHER! CODE OF SILENCE, WONT RETURN THEM, DESTROY EVIDENCE, APPEAL, ALOT OF MY PROPERTY MISSING! CDC#455931  ③ I have RECEIPTS, ALOT MISSING FROM MULE CREEK, I SEE OFFIC-ERS GRAB SOME OF MY PROPERTY! AND   FROM CMF WHEN I WAS SET UP BY COMMITTEE!

1  Officers point to me, (to me), cell, fabricate, I have pushife on me,

2  in property, I tell them, you here to destroy evidence,

3  to gov. claims, 2000730D and 2000B006. Cuff me, take me

4  to program office, a male, oriental nurse, tells me to

5  strip, I told him no, you trying to mark fake injuries,

6  to place me on seg, destroy evidence, he told (LT) (LT) would

7  come with 4 boxes of my property, told me to sign, it said,

8  nothing taken, I told him no, you took, destroyed, the

9  evidence to both claims, no# 2000730D and 2000B006, I told

10 him to give me, a property receipt, he refused, hours later,

11 some, (LT), comes, tells me, McKenna, someone in yard,

12 does not like you, put medical slip in, stating I'm go-

13 ing to stab cop, that I told someone in yard, I'm

14 going to stab cop, this (LT) fabricated this, to destroy

15 all evidence to both claims (he retaliated), to place me,

16 on seg, to destroy what I use to have, to prove everything,

17 the evidence, both claims# 2000730D, 2000B006, at the time,

18 I didn't know, defendant (1), T. Cisneros, was the warden

19 of this prison, (LT) falsely imprison me, in ad seg, to de-

20 stroy, what I had against his boss, warden Cisneros!

21 and rest! I'm suing him, for retaliation, for exercising

22 my first amendment rights! (John Doe), until I learn of

23 his real name, discovery, he is defendant (2).

24                              ④

25 placed, ad.seg.cell#186, by (LT)(2), at CSOTF/CCR's, a lot of ad seg took

26 place, to me, I can't cover, 25 or less, they, the officers went

27 all out to break me, five up my first amend. rights! try

28 to force me, ad property, back to yard, stating nothing

29 taken. I never denied stab cop etc, yet they try to force

30 me back! I went (2) classifications! Lost cane speaker phone

31 in front of my chair, this ladies voice comes on, states this

32 is warden Cisneros, once I told her, I told Kings County

33 superior court, all evidence to lawsuit gone, clerk Michelle

34 Simootivez, the ad ses I was suffering by officers, criminal

35 division, 1640 Kings County Dr. Hanford, cal, 93230, phone, 559

36 582.1010 ext 6002, retaliation, for not giving up my first

37 amendment rights, warden Cisneros got really upset, went

   retaliation          4       complain of harassment

OFFCN me: months prior to this, I sent the following entities, copies of both GOV. Claims, N# 20007300 and 2000806, informing them, I DO have this evidence, to prove STATE/FEDERAL violations! SUPERIOR COURT HANFORD, SUPREME COURT SAN FRANCISCO, DATES by PRISON OFFICERS, IN MAILROOM, putting in mail, 10/6/20, 10/6/20; SUPERIOR COURT HANFORD 10/7/20; DAVID HOOS LAWYER, CALIF RURAL LEGAL ASSISTANCE, 10/7/20; michelle S. martinez, CLERK OF SUPERIOR COURT, HANFORD, mailed them back to me, while I was falsely imprison in SCI.SCC veg to DESTROY that evidence! Thats how SHE GOT INVOLVED, I told her all the abuses that took place to me! I told her, CISNEROS, her OFFICERS could JUSTIFY this! will do something really (BAD) to me! SOONER OR LATER, tell her, mark chambers, CLERK OF CRIMINAL DIVISION, mailed me to WRIT OF HABEAS CORPUS, STATE, I might want to FILE this! I DID, with copies of all ADMINISTRATIVE REMEDIES! CISNEROS had, DESTROYED. That wont go into detail of everything, case N#2018-0224108; except last 30 days when OFFICERS bombed on DARE itold me they were kill me, to keep paperwork (go back to before)! From excessive force, 2/18/20 creates of CISNEROS, DEFENDANTS (SGT)J.Leahy, J.Garcia; (LT) N.Tyler, (CO) D.Coronado, T.Salcido, E.Diaz, (LT) C.Breen (OW)T.Dunn, (CO) M.Valdez, D.Jacobson; would go to CELLS repeatedly hit me in face, chest, stomach, BATTERING room! BRUISES! THREW GRENADES, blew up on my arm! BURNED

4-A

it's spray chemicals in cell, both, choking me, at, I thought I would die! ended at night. The defendant(s) OCT 25, 2020, (LT), defendant(2), defendant(s)(3), CN 2-13-21, did it, to punish me, for something I had a right to do! it stop me, from having the evidence, to both, claims, 20007300, and, 20008006, state - federal violations! kings county, superior court, and california supreme court, new, I had this evidence, I mailed (both) courts, copies of claims, 20007300 + 20008006, telling them, I had this evidence! michelle s. martinez, clerk, mailed me my copies back, while in AD. see #18858 we correspanded thru out this ordeal! can verify, abuses! her mona chavarria in criminal writ, has destroyed over lawyers, case, No# 20W-0224A, it has evidence! warden cisneros, fabracated, fraudulent statements, in chrono, stating I agreed to go to CSP-COR, active, yard! she tried to have me killed! that chrono is in first amenden complaint, you struck! its evidence, please, put it in this complaint! retaliation was did to me, because of what I was doing! I was thrown in ad!

(5)

at CSP-CORCORAN, about 2 days later, I had chest pains, tooken by ambulance, to CSP-COR, prison hospit- al! I thought it was my heart, it wasn't, it was from batteries, room, 2/18/22, AD. see # 1858! I was threatend at hospital, to stop what I was doing! by, officers! a "campain of horrassment" retaliation, sent to yard, (3801), I submitted grievances, safety, attack by prisoners, on these, yard)s! further casual connections, that warden cisneros, access street, told warden T. com- bell, to set me up! I would be denied custody, class- ification, safety, to keep me quit! officers in (3801) told prisoners, I'm a rat, child molester, rapist, to get me! classification is mandatory! per title 15, D.O.M! I would be set up, they open my cell door, a active mexican prisoner, following me to pill call, a
retaliation                    5                    campain of horrassment

black prisoner, stop working, went to 2x) tier, so he, mexican could attack me, 2cn), if they had knife, I didnt see! he waited) or drinking fountain, I got pills, started to go back, he stop, to follow, I said, fuck this, I hit him, before it was 2cn)! it was did by me, in self defense! before, I got attacked! I had (RVR) for cell, extraction in cell at x) content! in my pocket, I had grievances, duplicates, mail room loggings, showing, legal mail, incoming, never given to me! its also in criminal writ, #20(w)-02240, michelle S. mortinez, clerk sent me, they took by force, these, documents! officers, I couldnt see, sprayed) in face with chemicals! officers said, I had nothing! I wrix) to) grievance! CSP-corcoron), the administrative remedies, 602 for inspection of property, to show, prove, state/federal violations, to see court, they took that grievance by force, this day, log no# 55931, to inspect property, to show I was placed) ad) seg, 106 cn false fraudulent statements, why I was really put in ad) seg, oct 26, 2020, to destroy evidence, to gov. claims, no#(s) 20007300 and 20008006, thats why, cisneros sent me, to T-campbell prison, to shut me up! I was token to program office, (sgt) simed)ing)(clu)t. son)oma, I toll) these, prison officials, officers in 3801, toll) these, active, prisoners, im a rat, child molester, rapest, to get me, I toll) them, he follawel me to pill coll, the black prisoner, went to) 2no) tier, to get me, 2cn), so I had) no choice, I was never it safety classification, which is mandatory for all prisoners! I was set up, simed)ing) toll) me to sign safety chrono), go back, I said, im signing, nothing, concerning any of this! im 'sny', not active! if your active, you have to always sign these, chronos, go back, toke, care of business! or you will be, lock) a cell door), get dealt with! also more, took place, 25 cell less! this took place, on a friday, march 26, 2021, simed)ing, T. son)oma retoliated, for, telling, the truth, there, cops set me, up, in (3801), complain of harrassment continued) on monday, retoliation                   6      complain of harrassment

march 29, 2021, while in ad/seg, an officer wanted come to my cell door, open ta, tict, tell me, mckenna sign this, I said, I'm not signing anything till I read it, I read it, it stated, (sgt) s.medina, so it, I told her I'm active, mexican mofia shit, I told officer, I'm not signing this Fraud, when I lock up crook, he laugh at me left! The issued (RVR) to this incident, was a folsification of what I told s.medina, T.sayoma, they used Fraudulent facts, to cover up for there officers set- ting me up in (3801), in (RVR) for cell extraction to, classwork, her officers, see n#(4), and this (RVR) have, mexican mofia, that I'm in Federal system as one, the local FRT field office will tell you thats false, the FRT is the federal system, making this fraudulent stuff up, will get me killed! my commitment offense, being a known bel/pf- er, ROT, will get me killed by them, its a set-up! I want be sent to an 'snY'yard'more of it's happen, 25cr less!

(6)

sent to mule creek state prison, nobody knew me, counsel or shorpe, told me, because of couid, I couldn't go to class- ification, so I signed slip, stating I refused, next day, avery cae, who was ourrating with me. went, but me! shorpe. did this, so I would not state, what happen to me at both corcoran prisons, its in my files! I would be denied my classiel, classifications, my analosis, the most important to all colif, state, prisoners! safety issues! I would write the following entities, ellis esg, lawyer, kings county superior court x2, FBI 4500 crange, grove, sac, ca, 95814; event of colif. dores, mule creek prison officials put in us prstol; 5/14/21°6/9/21°, 6/14/71° 6/14/71° 6/14/71° informing them of what took place by cor'vets, her officers, or csoff/ccr; or csp-cor. attempt(ee) murder! being set-up! it would start again! retoliotion! compain of further horrassment! I was in bg-135, the next day, prison- ers, colling me, ROT, chilc molester, roplst! only the of- ficers know prisoners commitment offense! I'm in- need of that rope! and I will prove it! I went thru slot of abuses here, by officers, prisoners! I greivanted repeatchp! in cell, last day, only, 25 cr less! I have used- cras, nomes on my greivances, denying prison officials misconducts! while here at mule creek! I wrote you 2 court, retoliotion    7    compain of horrassment

Reporting, Clerk, cited, submit, when complaint filed, I did to the original complaint, Filed July 14, 2022) and I First Amended, you struck, 2822-CV-1294 CKD P, and 2822-CV-01294-KJM-CKD.' that's everone, please attach to this complaint.' Last day in BG-135, Date (unknown) I was told to cell up, with prisoner on 2nd tier, I went, talked to him, he was active, he told me, we can't cell up! he'll do something to me, I went, told officers, C/o miller, C/o miss B (Jane Doe), they told me to cell up with him, when we get in to, they will roll up my property, send to ad seg. with me, so I refused to do it! they would cuff me, when I was being escorted out, I seen prisoners, grab some of my property, officers told me Fuck my property! C/o miller, C/o (miss B), Worden Patrick Covello, B Stacy (Sgt Brown) Cdw(s), Defendant(s) (5) "4-A", did further retaliate, "campain of further harrasment" be cause, I refused to give up my first amendment rights. 'be free of retaliation I went thru alot of abuses here, 25 or less! its in my prison C-File, of what Cisneros, her officers at CSATF/COR, and prison officials at CSP-COR did to me! its why I would be denied custody classification! (its all a causal connection) they set me up to be attacked! 'tried to! 

⑦

transfered to CMF-Vacaville, prison, slash hospital, unknown date! (oh) Feb 15, 2022. 'Sorry! First, everything ok, no one messing with me! my annual classification hearing, I would never be tooken, counsel Tennert and officers in building, would deny me it' to keep me quit 'all these abuses are in my C-File! its why I would be denied my custody classification's! this a "causel connection" (to CSATF/COR) and (CSP/CCR) and (mule creek prison) and (CMF/vacaville), knowing everything stated in this complaint, on April 7, 2022 I would write your court, next day on yard), prisoners calling me child molester, Rat, Rapist, the officers told these prisoners this! retaliation, further "campain of harrasment" for refusing to give up my first amendment rights! be free of retaliation! I did administrotive reme-dies for this, I gave to officer on tier, it would never be answer-ed! 'alot of abuses did take place to me! 25 or less! it would lead to Saterday May 28, 2022, water off in cell, 6 days prior to this day, nurse, y has tell me to weigh myself, I tell them no, not tell you tier worker on in cell! yard 'Dorm, I have headphones on, my next door neighbor, Lorry menjivac, N#640040, tells me, I'm not going to yard, I tell him yes, tell officer to let me out, officer tells him, not tell I weigh myself, he went to yard, he swore ox to a declaret-ion to these Facts! I bang on door, tell officers to let me out for yard! they say not, tell I weigh myself! so I cover window's in cell, RETALIATION                   ⑧    COMPAIN OF HARRASMENT

Banded, 5 SGT, 6 SGT officers, I won't uncover windows, till I get YARD,
and water in cell they call (SGT), 5 SGT(S) come, I take window covering off,
I counted(5 SGT(S)), I tell them, YOU CAN'T take my YARD for not wash-
ing MYSELF, a nurse can't take my YARD! you can't turn off my water in
cell, it violates BASIC necessities, violates the eighth amendment,
cruel and unusual punishment, FILE is, and your DOM cite a
prisoner can refuse, no retaliation, you can't do this! they tell
me, so what, I tell them, IM GOING to cover windows, till I get
water in cell, YARD, I cover windows, officer with shield opens
cell door, (SGT) takes window covering off, I tell them, I'M GO-
ing to keep doing it, till I get water in cell, YARD, they shut
door, I do it again, this time officer with shield, opens door,
comes in cell, he bum rushes me, I turn head a little, they slam
me to floor, pin me, face down, I can't move, they only (SGT)
I know for a fact, had tatoos, he was on my back, punching
me in back of head, they all beat me, till they ran out of gas!
I couldn't move! they only stopped, because they got tired! they
someone was kicking me, stoping on me, stated, I like to tell
on cops! he kicked, stomped on me, till he ran out of gas!
they went all out to hurt me! they intentionally, maliciously,
knowingly, corruptly, used excessive force, assault and battery, to
retaliate, for exercising my FIRST amendment rights! the following
prison officials, names are in the (RVR), Liable! on may 28, 2022 in
cell, at CMF, S2-221, warden (Jane Doe), till I get real name, I
wrote her, repeatedly, telling her about her officers, setting me up!
may 28, 2022, in cell S2-211, they retaliated, used excessive force,
did assault and battery, my person (SGT(S)) sweeten; troth; Heath;
(C/O(S)) Carquior; T.Rota; (SGT) A.Torrant conspired to justify the
beating, fabricated, I'm in federal system as mexican mofia, in
which the FBI, who is the federal system, will tell you this is
fraudulent, not true!, in (RVR), one prison official stating I trip
over toilt, one stating I went against wall, another stating I
went straight to floor, 3 different versions! lies! different on this
page 1-A, N#(6). they all made fraudulent, inconsistance, state-
ments' contradicted each other, to justify not video recording it'
when people live, they do this! one officer put some of the truth in (RVR),
stated I couldn't go, upset over water restrictions, thats why I was
denied YARD! they all lied to cover up for these yahos, because they
knew a nurse can't take our YARD! no nurse or doctor is going to come
persuade, state it couldn't go to YARD, because of water restrictions! I

RETALIATION                    9             COMPLAIN OF HARRASSMENT

was going to ysee, & ca, is aware, I'm under water
restrictions! they (1,000,911) prisoners who go to yard! I would be
several witnesses! documentation to prove this! I would be attacked
3 times after this, set up by prison officials, to take my property,
destroy documentation to these facts! 25 or less, so I can't cover it!
or you won't accept my first amend complaint! it is a "compain
of harresment" the causal connection is simply, custody classificat-
ions! its in my files, of what C is aware, her officers at CSDTE/CCS, on
CSP-COR, T.Campbell officers did to me! one! what C.W.Miller, miss B,
(Jane Doe) did to me at MuleCreek, setting me up! 3(RVR's) have the
fabracated mexican mofia in it, which is fraud! Falsification of re-
cords or documents! that will get me killed! the FBI will tell you,
I'm in no federal system, as mexican mofia, thats fraud! being set
up! by prison officials! deliberate! intentional acts by California prison
officials! its not going to stop, till you make it stop!



(8)

1-31-2022, transferd back to MuleCreek prison, B6-127, miss B, (Jane
Doe) is here! she will retoliate, once she gets served with this! these
prison officials will come after me! ordered me protected! I'm not
starting trouble! I just refuse to give up first amendment rights!
to be free of retoliation! I refuse to give up my constitutional rights!
they are going to do something to me, or have prisoners do it! watch!

(9)

these following federal, and state, cases, were violated again st me! state,
what is happening to me! its violates, retoliation, compain of harros-
ments, against me! these cases violated!
*Sprou v Coughlin (1998) 977 F Supp 396; Rizzo v Dawson (9th cir 1996) 778 f2d
257; Bradley v Hall (9th cir 1995) 64 F3d 1276; Boxer v Harris (1990) 741
F supp 436; Lawrence v Coughlin (NDNY) 862 F.supp 1090; "prisoners convict in
threating to file a complaint against prison officials is protected by
the first amendment guarantee of the right to petition the government
for redress of grievances" others cases too!" retoliation!!
(all defendants, did retoliate! violating these cases!)

RETOLIATION
put into ad seg for filing lawsuit to government claims! to sue the off-
Oct 25, 2020 to destroy evidence (violating *Gipbert v Pare 729 F supp B19
(ND NY '94)" I was transferd to CSP-cor coran to active, violate a NEH
me for filing lawsuit! *Thomas v Hopper 173 F3d 379 (9th cir 1999)
it violated that case! it all added up to a "compain of harrasment"!!
RETOLIATION          10          COMPAIN OF HARRASMENT

1: violating rules + Colean v Horgue 312 F3D 730 (5th cir

2: 2002); whit v winceaton Dept of Corrections 4384 F3D 1031

3: (6th cir 2006); Bown v telfaire 677 F2D 672 (9th cir 1982);

4: I was doing something I had a right to do! (protected)

5: conduct) First Amendment right!! and prison of-

6: ficias did to me, on "adverse action" to stop me from

7: doing continueing lawsuit destroyed the evidence! prison

8: officials did this, because of what I was doing!

9: prison officials "adverse action" were directly

10: related to my (protected) conduct/as all defendents

11: abhored my First Amendment rights/to retaliation

12: the government for redress of me grievances!

13: all defendents retaliated, in both/all those

14: cases! * also more retaliotion took place to

15: me! but because you limited my page count, I

16: cant go into detail! and the whole thing,

17: I'm back with (miss B), in mulecreek, she al-

18: ready talked shit to me! prisoners to! she

19: is going to retaliate! worch! protect me, your

20: honer (I need) protection! its a myth, if

21: you dont think, they dont do this! this retaliation

22: is to be taken with excess we force, assault, battery!

23: threat to safety! all taken together!! be-

24: cause of my glaucoma, its really hard for

25: me to see! excuse my writing! I'm going

26: blind!! I know its because of all the chemicas

27: sprayed in my eyes, retaliation is why!

28: RETALIATION        11        COMPLAINT OF HARRASMENT

(CONCLUSION)

RETALIATION LEAD TO EXCESSIVE FORCE, ASSAULT AND BATTERY AND THREAT TO SAFETY! IT IS NOT GOING TO STOP! I'M CAUSING NO TROUBLE! I HAVE NO CONTRABAND! THESE PRISON OFFICIALS ARE GOING TO COME AFTER ME! MAKE ACTIVE PRISONERS ATTACK ME! TRY TO CELL ME UP WITH PRISONERS WHO WILL ATTACK ME! IT IS A MYTH IF YOU DON'T THINK THESE OFFICERS DON'T RE-TALIATE! BAD THINGS ARE GOING TO HAPPEN TO ME! ORDER ME PROTECTED! IT IS A NOT GOING TO STOP! MY GLAUCOMA IS MAKING ME BLIND! WHEN I WAS ATTACKED AT CMF-VACAVILLE, I DIDN'T SEE THE ATTACKERS OR THERE PUNCH-ES! UNTIL THEY STOP MOVING! ITS ON RECORD WITH ME-DICAL IN PRISON (DOCUMENTED!). I CAN SUPPLY MEDICAL REPORTS VERIFYING THESE FACTS! I WAS DEFENSELESS AGAINST THOSE ATTACKERS! RETALIATION, EXCESSIVE FORCES, ASSAULT, BATTERY AND THREAT TO SAFETY IS TO BE TAKEN TOGETHER, SUPPORTING FACTS! THE FACTS THAT TIE IT ALL TOGETHER, CAUSAL CONNECTION TO ALL 4 PRISONS, WARDENS ON DOWN, IS CLASSIFICATION COMMITTEES, MANDATORY FOR ALL PRISONERS! (THREATS TO SAFETY! IS THAT ALL THESE PRISON OFFICIALS USED SOME SORT OF FRAUD, DECEIT TO DENY ME MY CLASSIFICATION COMMITTEES, CLASSIFICATION AND COUNSELORS, AND OFFICERS USED SOME KIND OF FRAUD DECEIT TO DENY IT TO ME! SO THAT I COULDN'T PUT ANY-THING ON RECORD OF WHAT WARDEN CISNEROS, HER OF-FICERS AND T.CAMPBELL, HER OFFICERS DID TO ME, AT CSATF/CORCORAN PRISON AND CSP-CORCORAN PRISON ON RECORD, KEEP IT COVERED UP! IT IS IN MY C-FILE, WHAT THEY DID TO ME! THESE PRISON OFFICIALS DO KNOW WHAT HAPPEN TO ME! THEY DO KNOW, THAT THOSE ARE CRIMES! KIDNAPPING BY FORCE BY CISNEROS, HER OFFICERS, AND ATTEMPTED MURDER BY HER AND T.CAMPBELL HER OF-FICERS AT CSP CORCORAN, SET UP ¢ 3801-CSP-CCR5 THEY DO KNOW WHAT HAPPEN TO ME, WAS, IS, ILLEGAL! CRIMES, IN VIOLATION OF THE CAL.PENAL CODE! UNDER COLOR OF AUTH-ORITY! I WILL FILE A MOTION, WITH DECLARATION FOR A LAWYER AND I'M MISSING ALL KINDS OF PROPERTY, EVEN DOCUMENTS OVER THIS CASE! I WAS SET UP AT CMF-VACAVILLE, TO DO THAT!

RETALIATION          12          COMPLAIN OF HARRASMENT

## CLAIM II

1. State the constitutional or other federal civil right that was violated: EIGhth AmeNdmeNT "CRUEl AND UNUSUAl PUNIShmeNT" "US CONSTITUTION" PHYSICAL GUARD bRUTALITY! supplementAl JURISDICTION OVER PlAINTIFF STATE LAW CLAImS UNDER 28 USC 1367 ASSOULT AND BAT-TERY STATE LAW!

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care

☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation

☒ Excessive force by an officer    ☐ Threat to safety    ☒ Other: Assoult ANd c) BATTERy TO/the COURT hAS SupplemeNtAl JURISdICTION OVER plAINTIFF STATE LAW ClAIms, UNdER 28 USC 1367 ASSOULt ANd bATTERy ON mAy 28 2022.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. (2021) ①

THURSdAy, FebRUARy 18, 2021, DEFENdANT(S) "(SGT) S. LEAHy, "J. GARCIA" (LT) N. TYlER; S. TUMACKER "C. bOUN" "C/O J. FAGUNdES, R. GOVEA, L. SIlVA, O. COR-ONAdO, T. SAyomA, E. DIAZ, m. VAldEZ, O. KNUC)SCI) DEFENdANt(S) LISTEd) IN 1-A, ③, ON CROKERS OF there bOSS, WORE PA T. CISNEROS, DID USE EXCESSIVE FORCE, IN AS SES, CPU #185, hIT me IN FACE, CHEST AND STOMACH WITH bATTERING ROOM, REPEATEdly! THREW GRENadES IN CEll, ThAt blEW UP ON my LEFT ARM, blEWING me! it hURT! DID SPRAy CHEmICALS IN CEll, ThAt CHOKEd) The hEll OUT OF me! I thought I WAS GOING TO DIE, TO FORCE me ACROSS the STREET TO CSP-COR (ACTIVE yARD) TO be ASSOULTEd), POSSIbly KIllEd! ON CROKERS OF UORdEN! CISNEROS! becA SE I WOUld hT GIVE UP my FIRST AmENdmeNT RIGHTS! IT WAS DID MALICIOUSly ANd SAd)-ISTICAlly TO hARm me! becOUSE I REFUSEd) TO GIVE UP my FIRST AmEN)-mENT RIGHTS! bOW DOWN TO there bOSS, CISNEROS, the NEW WHAT they WERE DOING, delibERATly, INTERUATIONAlly, CORRECTly DID this, be-CAUSE OF WhAT I WAS DOING! SOmethINS I hAd) A RIGHT TO DO! EXCES-SIVE FORCE by THESE OFFICERS! 2-18-2021 AN SEG#1858 2-18-2021 TOKE WITH RETAlIATION, THREOD TO SAFETy, Oll BROKEN TOGETHER! REPORT!!

②

CONTINUED 4-A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). RUILINTENT! DE-LIBERATE ACTS! REPEATOIY SPRAyED) IN EyE's, CHEmICALS! hIT WITH bATTERING ROOm, IN FACE, STOmACH, CHEST WITh bATTERING ROOm! hIT WITH GRENades, blEW UP ON ARm, hURNT LIKE hEll! PARTS OF bODY TO! GUARD) bRUTALITY, EXCESSIVE FORCE, ASSOULT, bATTERy, bEAT-EN All OVER! mALICIOUSly, SADISTICALy, CORRUPTly "DID" EVIL INTENT! PHYSICAl, mENTAl TOR-TURE, ThA I mEANT TO hURT, PUNISH mE! FOR EXERSINS my FIRST AmENdmeNT RIGHTS! FOR NOT bOWING DOWN! THRUCHy)

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No

b. Did you submit a request for administrative relief on Claim II?    ☒ Yes    ☐ No

c. Did you appeal your request for relief on Claim II to the highest level?    ☒ Yes    ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I APPEAl WHAT WORdEN CISNEROS, hER OFFICER DID TO mE, ON 2-18-21, CSP-COR WOUld USE FORCE) TO COVER IT UP! ANd OPPREssEd) TO hIGhEST LEVEl!

4

the following officers at CMF-Vacaville, on May 28, 2022, in cell # S2-221, did use excessive force, and state violation, assault and battery, to my person, names in (RVR), Warden (Jane Doe), Sgt(s) sweeten, Troth, Heath, CO(s) C. Aguilar, J. Rota, did come in my cell, pin me, to floor, face first, (Sgt) on my back, did punch me in back of head, till he ran out of gas, the rest, beat me from toe to head, till they ran out of gas, one of them stomping, kicking me, said I like to tell on cops, they willfully, corruptly, "maliciously and sadistically did do this, to hurt me." for standing up for my rights, my first amendment rights to petition the government for redress of my grievances to US Constitution, no legitimate penolo-gical purpose! they did it to hurt me! when people lie, they make inconsistance statements, they contradict each other, one officer stateing I tripped over toilet, contradicted by an other who said, I went against the wall, contradicted by an-other who said I went straight to floor, intentional misrep-presentation, suppression of facts, to cover up for these who's, these officers know, who's cant take my word, falsification of (RVR), denied me an investigation to cover up for there corrupt acts to me, medical records contradict there actions, fractures of my right, eighth, ninth, 10th and 11th ribs, exam note, 6/14/2022 11:29 am, ordering provider W. McAllister, MD, signed by David Goller, MD, 6/14/2022 1:37 pm, results of x-rays, taken at CMF hospital, I dont know, who was kicking, stomping on me, said I like to tell on cops, they pinned me, I could not move, I was to be refused medical attention by nurses in S2, they wanted no one to see my injuries, I had to go to (IDTT), weeks later, put in CPEN, to get medical treat-ment, I was spitting blood, I couldn't move, breath, it was pain like I never experienced before, Sgt A. Torrent, she would fabricate in (RVR), opld, I was in federal system, as Mexican Mafia, FBI will tell you thats fraud, of being in there sys-tem, this was excessive force, assault, battery, by these of-ficers, supplemental jurisdiction over my state law claims, under 28 USC 1367 assault and battery to my person, this to be taken with retaliation, "complain of further harass-ment," number (4) and (7) - taken together, im no lawyer, submitted to office of risk and insurance, gov. claims program, twice, assault and battery, prison officers put in mail on 7/25/22 and 8/24/22,
EXCESSIVE FORCE                    4-A          ASSAULT AND BATTERY

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: Eighth amendment, disregarded substantial risk of harm! by other prisoners, failure to protect! knew I was at risk, set-up by prison officials, deliberate indifferent!

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
☐ Excessive force by an officer  ☒ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. ①

threat to my safety started at CSATF/COR, defendant T. Cisneros, fabricated! I agreed to go to CSP-COR, access street, she would force me there, cell extract from ad seg 1850, to yard! I will be attacked at! because I refused to give up my first amendment rights, broke down to her, you have the threat in first amended complaint! you struck, thats evidence, attach to this complaint! that falsification of records, documents! fraud, deprive by warden Cisneros! she tried to have me killed! she set me up with her officers! thats a threat to my safety & deprivation, 1st & 2nd [?]

②

at CSP-Corcoran access street, I will be denied custody classification, its threat to my safety! in first amended complaint, you struck, you have, warden T. Campbell, threat, she is to conspire[?] acy, to have me attacked, even killed! that custody classification (threats to my safety! I am under duress or deprived) first, before, it was adult, by prisoner Cabrera, black prisoner, on Friday, march 26,

CONTINUED 5A-5E

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s) misrepresentation, intentional, by prison officials, sprayed with chemicals, in eyes, body, to rent, blew up, on my arm, body! grenade[?] shit in face, chest, stomach, with battering ram! I've been attacked, 6 times! beaten savagely by officers, prisoners, chemicals in eyes, body! for defending myself! 4 broken ribs, 4 broken ribs! mental, physical torture, all for not giving up my first amendment rights, US Constitution!

5. **Administrative Remedies.** For not giving up my first amendment rights. Prison officials denying me protection, see first, 1st, 2nd, D.O.M!

    a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

    b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No

    c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No

    d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Repeatedly grievanced at CSATF-COR, CSP-COR, Mule Creek prison, CMF-Vacaville! There is laws, all I'm required to do is ask for protection from staff, prisoners, denied protection, staff is covering, for each other, highest level!

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

2021, in (3BCU) CSP-CORCORAN! Title 15, there DOM, STATE, its mandatory to take me to custody classification, for threats to my safety! Attack by prisoners (woodon) T. Campbell sed me, up for fellow war-den T. Cisneros! because I wouldn't give up my First Amendment, rights! After this, I was sent to 'SNY' YARD! Per courts (4)(SEP) Smelling, C/o I. Sayomo, page 1-A"woodo" use Frau), decent, made up a lock up order, stating I said I was not 'SNY', to cover up what I really told her, her officers, in (3BCU-TUK) active prisoners I'm a rat, child molester, rapist, to attack me, possible kill me! she (sep) Frau) decent, to cover up for her officers! Falsification of records! Wardens T. Cisneros, T. Campbell removed the 'R' suffix from my records, committee chrono, so they (could send) me to these yards, have me killed! sent to Mule Creek State Prison.

③

Mule Creek State Prison, I was placed Quarantine 2 weeks, covid virus, during the 2 weeks, counsel Sharpe came to my cell, told me I can't go to custody classification committee, because I was on quarantine (covid), told me to sign paper, stating, I didn't want to go, I believe him, so I signed?! Next day, taken to committee, prisoners on quarantine with me, Sharpe tell, everybody, taken! Sharpe didn't want me to put in the open, what Cisneros, there, officers and T. Campbell her officers did to me, to both Corcoran prisons! it in my C-file! I would be ill to, repeatedly! out of abuses took place to me here at Mule Creek, set up repeatedly by officers! I can't cover everything, 25 pages can't! I have a Warden Rome on my grievances, administrative remedies, Patrick Cunello, Bistany defendants (5) on 1-A, stating, DPayne's misconduct, grievances by these officers! telling prisoners I'm a rat, child molester, rapist! quashing officers misconduct directed towards me! it started after I arose, Ellis Esq, lawyer! to Kings County Superior Court, Criminal Division, 1640 Kings County Drive, Hanford, Ca. 93230, case no# 2000-007240, in re Edward Phillip McKenno, the World of Rat, the Governor of Cal, order put in the US postal service, by mailroom officers 6/14/2021; 6/9/2021; 6/14/2021; 6/14/2021; 6/14/2021; it would start again, officers telling prisoners I'm a rat, child molester, rapist! so I can't be attacked, so officers could set me up, play dumb, they didn't know in those letters, it told what Cisneros, Campbell, there officers did to me! Failure to protect from prisoner physical abuse! being set-up! defendants (c)(5) page 1-A"woodo" try to make me to a cell, threat to safety (continued)

with or cell up, we have to get into it! I wen't, told Chumuler, Mrs B (Jone Doe), they told me to cell up with him, when we get in to it, they would roll up my property, send it to N. Seg with me, so to be, see to cell up with him! I seen prisoners grab some of my property, officers told me, fuck my property! I'm missing legal documents to my cases! Officers would deliberately break my bones, well to destroy some of my property! I repeatedly, grievance being set up by officers in B6! I sent letters to gov., clerk of Eastern District, Keith Holland clerk, Jenna Nelson, chief clerk, trying to get court protection! Your clerk cited when complaint filed, send these documents with it, so I did, you struck it! That's evidence, please attach to this complaint! please; defendant(s) (5) page 1-A; put my life in danger, threat to my safety! failed to protect from prisoner physical abuse! custody classification, denied, so to cover up everything, set me up to be attacked! Title 15, there D.O.M., cite they have to protect, it's mandatory! Not taken to custody classification committee, threats to my safety! it's in countless grievances filed by me! Miscarried by officers!

(4)

Taken to CMF-Vacaville, Feb 15, 2022, here I would be denied custody classification, by officers and/or counselor Tennant! I would be attacked by defendant(s) (6). Do 1-A, also from an active prisoner! I would be, the one sprayed with chemicals in face, B-5's, body! defending myself, would be attacked on the yard! in the dayroom, I repeatedly did administrative remedies for threat to my safety! (Dr. Ca) officer 10 & would repeatedly set me up! on April 7, 2022, I wrote your court, the next day, it started! Again, prisoners calling me rat, child molester, rapist! officers told prisoners this! I would grievance it, 47 would never be a known-leaker! by CMF prison! it goes to officers to turn in! I proved destruction of my grievances or both corporation because given permission to sue the CDCR! by gov. claims program! Claim #2007730??? stop/freeze violations! when I was set up, sprayed with chemicals, in eyes, body, by active prisoner, it would be granted for excessive force! LOG #303 003 at CMF-Vacaville! in which officers gave him extra food! for doing it! when I was attacked on yard, that prisoner got a (RVR) for battery to me! I would tell my mental health worker, that miracles, prisoners on SLS, units, said they were going to attack me! she reported it, got a transfer, she would refer

P5-B Threat to safety continued

...me me... Case 2:22-cv-01294-KJM-CKD Document 16 Filed 03/27/23 Page 22 of 26 LINS... they were going to attack me! For safety, threats to my safety! The following week, out of the blue that P. coll me P.er custody classifica- tion, associate warden, counselors, mental health, he took me off CRF custody, I told them, get a tailraord job me, max custody, pending investigation, and I) protection, to investigate Miranda, prisoners in S1, S2 or CMF stating they were going to get me, attack me! committee didn't care about my safety, protection from prisoner physical abuse attack me, CRF! I told committee there going to attack me, Miranda said he will attack me! prisoners in S1, S2, I wrote you all scared, telling you these facts! Thats why I write you all scared, when things happen to me, I write about it, I do it to get cell red protection. 's when this gets served, there going to retaliate against me! I wouldn't go to dayroom, officer, lock the door, Miranda unlocked up to me, and attacked me! They would take my property, put me max-custody, protection, Miranda's will attack another prisoner in the yard, the first week I grievance this, case # 35903), being set up by committee to take my property, retaliatory evidence, like counselor and her officers did not certify cancellation! Oct 25, 2020, Miranda and the prisoner who at- tacked me in the yard, Grancerson, were max-custody, but they only took my property! I wouldn't receive my property, here at mule creek prison, my to they broke, I'm missing! legal documents, cancelling this case, not # 2:22-cv-01294-KJM-CKD and legal documents to my Cronoe county conviction! I have to receive, everything I'm missing all kinds of property! Its a myth if you do it think, they don't do this kind of stuff! They don't leave you alone! I don't file frivolous motions etc! I say you everything is for real as I can, to get protection! no other reason! For the courts to help protect! From "a campaign of further harassment" Its not going to stop! at CMF-Vacaville, classification would not call me, Its in my file, what wardens counselors, here, of- ficers, and C.Sp-Corcoran, V. Campbell, her officers did to me, thats why they make frivilous statements, say I refused! when not at CMF, her name is something like Beutter? I reported all, wrote, Wal, to stop her officers from sedating me cp! she was at my lost committee, I didn't have supplies to write the date, it was approximately the last 2 weeks of december of 2622! I told her, her committee set me up! to

P. 5-C     Threat to safety

DESTROY MY PROPERTY, TO TAKE, PLAO) MY LEGAL DOCUMENTS! THEY WERE
ORDER) THIS COMPLAINTS, N#2:22-CV-01294-KJM-CKD; PRISCAYER'S
IN MY UNIT, WERE TALKING SHIT TO ME! CPFICERS TOLD ME, DISCHARGED)
FROM MENTAL HEALTH, SENT HERE, BACK TO MULE CREEK PRISCO) SOME
UNIT, GB-124, MISS R IS STILL HERE, I'M GOING TO TRY TO FIND)
OUT HER REAL NAME, TODAY! SHE, THESE OFFICERS HERE ARE, GOING
TO RETALIATE, ON SETHIS GETS SERVED! I CAME TO MULE CREEK CA)
1-31-2023 A FEW PRISCOVERS TALKED SHIT TO ME ORREADY!
WHEN I WAS ATTACKED) ATCMF, I COULDN'T SEE THE PRISCOVERS
WHO ATTACKED) ME, I SPRAWLED OUT OF THREE PUNCHES, 2 IN AT THS
AGO, I WAS TRYING TO SEE SPECIALISTS IN PLACERVILLE, FOR MY
GLAUCOMA, ITS BLIND CATARACT, OPTIC NERVE DAMAGE! PERIPHERAL
VISION SHOT! THATS WHY I DIDN'T SEE THE ATTACKERS OF THOSE
PUNCHES! I'M GOING BLIND/SIGN) I KNOW, ITS BECAUSE OF BEING
SPRAYED IN EYES WITH THOSE CHEMICALS, REPEATEDLY! DEFEND
IN MY SELF! I'M A SITTING DUCK! CON'T SEE, STUFF!
WORDEN CISNEROS, HER OFFICERS OT CSOTF/CORCORAN
WORDEN T. CAMPBELL, HER OFFICERS OT CSP/CORCORAN
WORDEN'S POTRICK, CUMBO, B, STACY, MULE CREEK PRISCO)
CORDER) OT CMF-SHE, KNEW) OBOUT ME BEING SENT PUT AT HER
PRISCA! I WROTE HER, TWO) HER PERSONALLY OT COMMITTEE!
ARE IN A CONSPIRACY, TO DENY ME MY CUSTODY
COMMITTEE'S, THEY REMOVED) THE "R" SUFFIX TO MY
CASE, TO PLACE, ME WITH PRISCAYERS WHO ATTACK
PRISCAYERS FE? RAPE! I'M INNOCENT, BUT THAT MEANS
NOTHING, I'LL REFUSE TO (WORDEN CISNEROS, IN THE
(RLP) FOR THE CELL EXTRACTION, WHEN SHE, FORCED) ME
TO CSP-CORCORAN, IN THAT (RLP), SHE HAD ONE OF HER
OFFICERS, PUT ME IN FEDERAL SYSTEM, AS MEXICON MAFIA (P.C.)
NO NAME, CA) WHO DID LY, THEN) AT CSP-CORCORAN, IN
THE (RLP) WHERE, I ATTACKED) FIRST, BEFORE LY WAS 2011),
WITH PRISCAYER CEBREROS (B55321) CA (P.14), HAS ME IN FEDERAL)
SYSTEM OS MEXICON MAFIA, NO NAME CA) WHO PUT LY, AT
CMF-BECAUSE, WHERE, RETALIATION, EXCESSIVE FORCE, ASSAULT
BATTERY TO ME, BY OFFICERS, SGT A. TOO BAND FY NIM, IN
THE FEDERAL SYSTEM AS MEXICON MAFIA CA (P.10) WORDEN
CISNEROS DID THIS, TO JUSTIFY, FORCEING ME TO CSP-CLR,
A) OUT AVE, YOU'LL TO BE, ATTACKED) KILLED, MAYBE! MY CON-
WITMER TO OFFENSE, RAPE, BEING A KNOWN, RAT, WILL GET
ME KILLED) IN STOMS TH #3 CRISCA IS PUT LY, MADE BLACKLISTED
POPLE WORK, THE FBT WON'T TELL YOU, I'M WORKING A) FED
FEDERAL SYSTEM! KNOWN AS (SNG PROUD), DECEIT! THIS IS A
'COUSAL CONNECTION' LINKS THESE PRISONS, IN KNOWINGLY
(SNG PROUD), DECEIT, IN THESE POPLE WORK, ABOUND ME!
FOR WOOD BROWN & BAILS), GIVING UP MY FIRST AMENDMENT)
RIGHTS! (US CONSTITUTION)! TOTALLY! OF THESE, ACTS, IS
A THREAT TO MY SAFETY! LY WILL GET ME KILLED! I'M STILL
IN DANGER OF MORE, SERIOUS PHYSICAL INJURY!

1: DEFENDANT, MISS B, p.1-A, (5), is here IN B6 with me, she

2: ALREADY TALKED SHIT TO ME, I WAS THREATEN by pr1soners!

3: she is GoiNG TO SET me up! especially when her, uncle, en

4: PATRICK oveNG, STACY (STEVEN) GET SERVED WITH this

5: complaint! I'M NoT HAVING people me protected! I'M DO-

6: NOTHING WRONG! STARTING NO TRouble! have NO COUNT-

7: TROUble! you better protect me! bad thing are Go-

8: iNG to happen to me! oloT MORE abuses have happen

9: To me, but because you Limited my page Count, I

10: CANT put all the CoNSTiTATIONAL CiViL RiGHTS, FACTS,

11: WRONGS DID, DONE, AND ARE GoiNG TO keep happen-

12: iNG To me! I SWEAR, WATCH! PAGE COUNT, CoNFiNED

13: iNTO DETAIL, 25 or LESS!

⑤

15: PRISON OFFICiALS violate the eigth omendment when they

16: ACT WITH "DELiberate iN DiFFerence" To a PRiSON CONDiTiON,

17: that exposes a prisoNER to an unreasonable RiSK of SERi-

18: ous harm! KHELMiNGV mcKiNNeY 509 US 25 33 (1993)!

19: PRiSON officials ACT WITH DELiberate iNdiFference when

20: they iGNORE AN obvious AND SERiOUS DANGER to PrisoNER

21: V GReNNO 511 US 825 836 (1994)!

22: ✱ I was repeatidly SET UP, To be attacked, FOR REFUS-

23: iNG TO GiVE up my FiRST OMENDMENT RiGHTS, US

24: CONSTiTuTiON! by OFFiCERS AND PRiSoNERS! I'M NOT

25: MUTECOTOR, MiSS B iS HERE, she and her OFFiCERS

26: aRE GoiNG TO Do something to me! SET ME up!

27: WATCH! help me! PROTECTiON!

28: P. 5-E    THREAT TO SAFETY

## E. REQUEST FOR RELIEF

EVIL INTENT, maliciously corruptly DID TO ME!

State the relief you are seeking: GREAT BODILY INJURIES! mental AND EMOTIONAL! DAMAGES! *compensatory DAMAGES ($500,000°°) AND PUNITIVE DAMAGES ($2 million dollars), ORDER PRISON OFFICIALS TO PROTECT ME (NOT RETALIATE ANY MORE (EVIL INTENT! *(STATE VIOLATION) ASSAULT AND BATTERY WITH GREAT BODILY INJURIES! AND PAIN! PHYSICAL, SEVERE PSYCHOLOGICAL harm! DELIBERATELY, maliciously, SADISTICALLY DID TO ME! because I WOULDNT GIVE UP MY FIRST amendment RIGHTS! US CONSTITUTION, AND TRYING TO COVER IT UP! FRAUD, deceit USED AGAINST ME! by prison OFFICIALS! DELIBERATE, INTENTIONAL ACTS! (4.5 million)+

I declare under penalty of perjury that the foregoing is true and correct. STATE VIOLATION, punitive! physical, mental injuries!

Executed on __2-21-2023__
DATE

_Edward Phillip McKenna_
SIGNATURE OF PLAINTIFF

_____

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____

_____
(Signature of attorney, if any)

_____

_____

_____
(Attorney's address & telephone number)

*ORDER me PROTECTED, GIVE me A chance to prove my innocence is that ROPE at ORANGE county CENTRAL JUSTICE CENTER! I I CAN PROVE THIS! GIVE me A chance to prove I should of had ALL STRIKES STRICKEN at RIVERSIDE SUPERIOR COURT! please! Thank you!

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

*I KNOW IM ASKING FOR ALOT OF money! BUT its A JUST compensation! IT WAS DID TO HURT me! prison OFFICIALS USED FRAUD/unlawful actions AGAINST me! I CAN prove THIS! I WANT TO GO before A JURY AND tell them, please torture to me, by these STATE ACTORS! (they need) to be punished)! FOR FRAUD/DELIBERATE actions by them, to me/ maliciously/corruptly DID TO me! because I wouldnt give up my FIRST amendment RIGHTS! US const°! "EVIL INTENT" mental/PHYSICAL   6   TORTURE DELIBERATE ACTS!

## PROOF OF SERVICE BY MAIL

*Ione, MCSP* COUNTY

### STATE OF CALIFORNIA

I, *Edward P. McKenna* declare:

I am a citizen of the United States, a resident of *Ione, MCSP* County, and am over 18 years of age. I am not a party to the within-entitled action. My business/residence address is *PO BOX 409040, Ione, Cal, 95640, Mule Creek State Prison Ione,* California. On *2-21-2023* I served a copy of the attached *First amended* in this action by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at *MCSP, Ione,* California, addressed as follows:

*Office of the Clerk*
*United States District Court*
*Eastern District of California*
*501 "I" Street, Suite 4-200*
*Sacramento, Cal, 95814*
*25 pages, plus proof of service, 1 page*
*Letter to Clerk of Court.*

I declare, under penalty of perjury, that the foregoing is true and correct.

Date *Feb 21, 2023*

*Edward McKenna*
Signature of Declarant

*Edward Phillip McKenna*
Type or Print Full Name of Declarant