EDWARD Phillip MCKENNA T-52447
Name and Prisoner/Booking Number

Mule Creek STATE PRISON
Place of Confinement

PO BOX 409040
Mailing Address

Ione, CAL, 95640
City, State, Zip Code

**FILED**

MAR 0 6 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD Phillip MCKENNA,
(Full Name of Plaintiff)           Plaintiff,

v.

(1) T. CISNEROS,
(Full Name of Defendant)

(2) (AND Others),

(3) _____,

(4) _____,
                    Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:22-CV-01294-KJM-CKD
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**
"JURY TRIAL DEMANDED"

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

"AMENDED COMPLAINT"

### A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

    ☒ Other: The COURT has supplemental JURISDICTION OVER PLAINTIFF STATE LAW Claims, UNDER 28 USC 1367's as well, BOTTERY TO ME!

2.  Institution/city where violation occurred: CSOTF/STOP. PRISON AT CORCORAN's AND CSP-CORCORAN AND MULE CREEK STATE PRISON AND CMF-VACAVILLE 4 PRISONS; JURISDICTION EASTERN DISTRICT OF CALIFORNIA, CONSOLIDATION, (SAME ISSUES) RETALIATION-COMAIN OF HARR ASSMENT! COVERING UP FOR EACH OTHERS

ADDITIONAL DEFENDANT(S) (1-A)

(2) (John Doe) (LT) OCT 25, 2020, who FABRACATED med-
ICAL SLIP, STATING IM GOING TO STAB COP, UNTIL I
LEARN OFFICIAL NAME: AT CSATF-CORCORAN:

(3) (SGT) J. LEAHY; (SGT) J. GARCIA; (LT) N. TYLER; (C/O) J.
FAGUNDES; R. GOVEA; L. SILVA; (LT) S. TUMACCER;
(C/O) D. CORONADO; (C/O) T. SAYAMA; (C/O) E. DIAZ;
LT) C. BROWN; (AW) T. DUNN; 2/18/2021: AT
CSATF-CORCORAN, T. CISNEROS PRISON:

(4) (SGT) S. MEDINA; (C/O) T. SAYAMA, T. Campbell
3/26/2021 AT CSP-CORCORAN; T. campbell WARDEN

(5) C/O MILLER; (JANE DOE) MISS B. WHO RUNS
B6 MULE CREEK, ECP. MIXED YARDS, ACTIVE
PRISONERS; UNTIL I LEARN HER REAL NAME:
WARDEN MULE CREEK PRISON PATRICK COVELLO;
B. STACY (STBROTH) CDW:

(6) CMF-VACAVILLE, WARDEN (JANE DOE) UNTIL I
GET OFFICIAL NAME; (SGT) SWEETEN; (SGT) TROTH;
(SGT) HEATH; (C/O) C. AGUIRE; (C/O) J. ROTA; (SGT) A.
TORRANT: 5/28/2022 CAL MEDICAL FACILITY (CMF)

**\* IN COMPLAINT, I'LL USE abbreviation(s)**

(RVR•RULES VIOLATION REPORT); (C/O• CORRECTIONAL OFFICER)
(LT•LIEUTENONT) ; (SGT• SERGEANT);
(AW•ASSOCIATE WARDEN); (CDW•WARDEN)
(DOM•DEPARTMENTAL OPERATIONS MANUAL)

1-A

## B. DEFENDANTS

1. Name of first Defendant: T. CISNEROS . The first Defendant is employed as:
   WARDEN at CSATF/CORCORAN .
   (Position and Title)                                      (Institution)

2. Name of second Defendant: (John DOE) UNTIL I LEARN his real name. The second Defendant is employed as:
   LIEUTENANT (LT) at CSATF/CORCORAN .
   (Position and Title)                                      (Institution)

3. Name of third Defendant: J. LEAhy . The third Defendant is employed as:
   SERGENANT (SGT) at CSATF/CORCORAN .
   (Position and Title)                                      (Institution)

4. Name of fourth Defendant: J. GARCIA . The fourth Defendant is employed as:
   SERGEANT (SGT) at CSATF/CORCORAN .
   (Position and Title)                                      (Institution)
   ADDITIONAL DEFENDANT(S) ON SEPARATE PAGE'S (2-A, 2B)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? 7 ? Describe the previous lawsuits: ?

   a. First prior lawsuit:
      1. Parties: Edward Phillip McKLEANO v. CORY STEWART, LOCKEY BOK, YEROMA
      2. Court and case number: USDC-CENTRAL DISTRICT, NOT UNKNOWN .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) DISMISSED, DIDNT
      KNOW WHAT I WAS DOING: KEPT REFILING, 5 TIMES, PLUS 3-STRIKES!

   b. Second prior lawsuit:
      1. Parties: Edward P McKLEANO v. ORANGE COUNTY
      2. Court and case number: USDC-CENTRAL DISTRICT, UNKNOWN NUMBER
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) I NEVER RECEIVED
      ANY ANSWER TO THIS D COMPLAINT

   c. Third prior lawsuit:
      1. Parties: Edward P. McKLEANO v. Michael RAPTUS, J. McMAHON
      2. Court and case number: SAN BERNARDO, WD JUSTICE CENTER, CIV DS 2005 5833
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) PENDING, WON'T
      RESP WANT RESPOND TO ME OR CNF, AND MCSP, GIVE INCOMPLETE USED
      DOCUMENTS, COPIES! YOU DONT GET BACK WHAT YOU GIVE THEM!

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

B. DEFENDANTS

CONTINUED

(5) Name, N. TYLER, employed AS LIEUTENANT, SERGEANT, OT CSOTF/CCRCCRON;

(6) Name, J. FAGUNDES, employed AS CORRECTIONAL OFFICER, OT CSOTF/CCRCCRON;

(7) Name, R. GOVEA, employed AS CORRECTIONAL OFFICER, OT CSOTF/CCRCCRON;

(8) Name, L. SILVA, employed AS, CORRECTIONAL OFFICER, OT CSOTF/CCRCCRON;

(9) Name, S. TUMACDER, employed AS LIEUTENANT, OT CSOTF/CCRCCRON;

(10) Name, D. CCRONDDO, employed AS CORRECTIONAL OFFICER, OT CSOTF/CCRCCRON;

(11) Name, T. SAYOMA, employed AS, CORRECTIONAL OFFICER, OT CSOTF/CCRCCRON;

(12) Name, E. DIAZ, employed AS, CORRECTIONAL OFFICER, OT, CSOTF/CCRCCRON;

(13) Name, C. BROWN, employed AS, LIEUTENANT, AT, CSOTF/CCRCCRON;

(14) Name, T. DUNN, employed AS, ASSOCIATE WARDEN, OT, CSOTF/CCRCCRON;

(15) Name, M. VALDEZ, employed AS, CORRECTIONAL OFFICER, OT, CSOTF/CCRCCRON;

(16) Name, D. KNUDSON, employed AS, CORRECTIONAL OFFICER, OT, CSOTF/CCRCCRON;

(17) Name, S. MEDINA, employed AS, SERGEANT, OT, CSP-CCRCCRON;

(18) Name, T. SAYOMA, employed AS, CORRECTIONAL OFFICER, OT, CSP-CCRCCRON;

(19) Name, MILLER, employed AS, CORRECTIONAL OFFICER, OT, MULE CREEK PRISON;

(20) Name, (JANE DOE), employed AS, CORRECTIONAL OFFICER, OT, MULE CREEK PRISON; MIXED YRDCS, ACTIVE; (2-A)

(ADDITIONAL PAGE)

## B. DEFENDANT(S)

(21) NAME, WARDEN, EMPLOYED AS WARDEN AT MULE CREEK PRISON  PATRICK COVELLO; B. STACY (STBRUN) CDW;

(22) NAME (JANE DOE) WARDEN, EMPLOYED, AT CMF PRISON

(23) NAME, SWARDEN, EMPLOYED SERGENT AT CMF PRISON

(24) NAME, TROTH, EMPLOYEE AS SERGEANT OT CMF-PRISON

(25) NAME, HEOTH, EMPLOYEE AS SERGENANT AT CMF-PRISON

(26) NAME, C. AGUIAR, EMPLOYEE AS CORRECTIONAL OFFICER AT CMF-PRISON,

(27) NAME, J. ROTA, EMPLOYEE AS CORRECTIONAL OFFICER AT CMF-PRISON,

(28) NAME, A. TORRANT, EMPLOYEE AS SERGEANT, OT CMF PRISON.

(29) NAME, T. CAMPBELL, EMPLOYEE AS WARDEN AT CSP-CORCORAN.

* DEFENDANT (22), WARDEN (JANE DOE), UNTIL I LEARN OF OFFICIAL NAME OT CMF-VACAVILLE PRISON.

* DEFENDANT (20) (JANE DOE) UNTIL I LEARN OF HER OFFICIAL NAME, MULE CREEK STATE PRISON,

* ALL DEFENDANT(S) SUED IN
(INDIVIDUAL CAPACITY FOR MONEY DAMAGES)

(2-B)

D. CAUSE OF ACTION

## CLAIM I

**1:** STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED? RETALIATION, VIOLATED MY FIRST AMENDMENT RIGHTS. TO PETITION THE GOVERNMENT FOR REDRESS OF MY GRIEVANCES-UNITED STATES COURT.

**2:** CLAIM I. IDENTIFY THE ISSUE INVOLVED. STATE ADDITIONAL ISSUES ON SEPERATE CLAIMS. IMMINENT DANGER OF MORE SERIOUS INJURY!
X RETALIATION    "COMPOIGN OF HARRASSMENT"

**3:** SUPPORTING FACTS. ———— ①
I WAS GIVEN PERMISSION TO SUE THE (CDCR), STATE/FEDERAL VIOLATIONS, by KELLI MIYOTA, CLAIM NO #2XXX7300, GN. CLAIMS ANALYIST, 9-15-2020, WENT THRU ALOT OF ABUSES, NOT COVERED, (25 CE LESS), GN. CLAIMS PROGRAM

②
I WOULD GO TO LAW LIBRARY, AT CSATF/CCR: F/G LAW LIBRARY, 6PT THE PERMS TO SUE THE (CDCR) ON A TUESDAY. — ON THURSDAY, OF SOME WEEK, THRU INSTITUTIONAL MAIL, RECEIVE, 5 PAGES, NAME ON IT, T. CLS NEEDS (CIMACCH), TITLE CDW: 8/27/2020: IT WAS FRAUD OF THE PRISON GRIEVANCE SYSTEM, IT WAS TRYING TO MAKE ME, SUB-MIT MORE ADMINISTRATIVE REMEDIES, TO STALL LAW SUITS! ALL LAYED OUT, IN GN. CLAIMS, NUMBERS, 2XX7300 AND 2XXX8-COG, I HAD EVIDENCE, TO PROVE FRAUD OF GRIEVANCE PROCESS, AND PRISON OFFICIALS DESTROYING MY ADMINISTRATIVE RE-MEDIES! ALL GRIEVANCES, AND IS WHY I WAS GIVEN PERMISSION TO SUE CDCR, GN. CLAIMS PROGRAM ACKNOWLEDGED THIS!

③
IT WOULD LEAD TO OCT 25, 2020 AT CSATF/CCR '3G-YARD', IN MY CELL, FIRST, I WAS IN DAY ROOM, WRITING GN. CLAIMS PROGRAM, OFFICER WATCHED ME, ON THIS, FOR AWHILE, I WAS CLOSE, WENT TO CELL, LAY DOWN, TO WATCH FOOTBALL, APPROXIMATELY 5 OF-

**4:** INJURY. EVIL INTENT! DELIBERATE ACTS! REPEATEDLY SPRAY CHEMICALS IN EYES, BODY! 3 TIMES! HIT WITH FORCE, IN FACE, CHEST, STOMACH WITH BATTERING RAM! GRENADES EXPLODING IN MY OWN, BLINDS IT! PARTS OF BODY TO! BURNED LIKE HELL! GASED! BRUTALITY! EXCESSIVE RAPE! ASSAULT AND BATTERY! BEATEN, ALL CUFFED! MALICIOUSLY, SADISTICALLY CORRUPT, OLD! EVIL INTENT! PHYSICAL, MENTAL TORTURE, THEY MEANT TO HURT ME! RE-NOT GIVING UP FIRST AMENDMENT RIGHTS! 4 BACKED RIBS!
CONTINUED 4-11

**5:** ADMINISTRATIVE REMEDIES?
A. ADMINISTRATIVE REMEDIES                        Yes
B. SUBMIT RELIEF                                  Yes
C. HIGHEST LEVEL                                  Yes
D: I DID ADMINISTRATIVE REMEDIES AT CSATF/CCR: CSP-CCR: MULE CREEK PRISON, CMF UNTIL I WAS RETALIATED, HORRASSMENT, PRISON OFFICIALS CAN'T UP REREAL OTHER COURT OF SILENCE / DON'T RETURN THEM, DESTROY THEM! DESTROY EVIDENCE, APPROVED! IT'S ALOT OF MY PROPERTY MISSING! LOG#55931 ← I HAVE RECEIPTS, ALOT MISSING FROM MULE CREEK, I SEC. PRISON RE-SEND SOME OF MY PROPERTY! AND ③ FROM CIME WHEN I WAS SET UP BY COMMITTEE!

1 OFFICERS COME TO MY CELL, FABRACATE, I HAVE KNIFE ON ME,
2 IN PROPERTY, I TELL THEM, YOU'RE HERE TO DESTROY EVIDENCE,
3 TO GOV. CLAIMS, 20007300 AND 20008006. CUFF ME, TAKE ME,
4 TO PROGRAM OFFICE, A MALE, ORIENTAL NURSE, TELLS ME TO
5 STRIP. I TOLD HIM NO, YOU'RE TRYING TO MAKE FAKE INJURIES,
6 TO PLACE ME AD. SEG, DESTROY EVIDENCE. HE TOLD (LT), (LT) WOULD
7 COME WITH 4 BOXES OF MY PROPERTY, TOLD ME TO SIGN, IT SAID,
8 NOTHING TAKEN, I TOLD HIM NO, YOU TOOK, DESTROYED THE
9 EVIDENCE TO BOTH CLAIMS, NO# 20007300 AND 20008006 & I TOLD
10 HIM TO GIVE ME A PROPERTY RECEIPT, HE REFUSED. HOURS LATER,
11 SOME (LT), COMES, TELLS ME, MCKENNA, SOME ONE IN YORE,
12 DOES NOT LIKE YOU, PUT MEDICAL SLIP IN, STATING I'M GO-
13 ING TO STAB COP, THAT I TOLD SOME ONE IN YORE, I'M
14 GOING TO STAB COP. THIS (LT) FABRACATED THIS, TO DESTROY
15 ALL EVIDENCE TO BOTH CLAIMS (HE RETALIATED), TO PLACE ME,
16 AD. SEG, TO DESTROY WHAT I USE TO HAVE, TO PROVE, EVERYTHING,
17 THE EVIDENCE, BOTH CLAIMS# 20007300, 20008006, AT THE TIME,
18 I DIDN'T KNOW, DEFENDANT (1), T. CISNEROS, WAS THE WARDEN
19 OF THIS PRISON. (LT) FASLEY IMPRISON ME, IN AD. SEG, TO DE-
20 STROY WHAT I HAD AGAINST HIS BOSS, WARDEN CISNEROS!
21 AND REST! I'M SUEING HIM, FOR RETALIATION, FOR EXERCISING
22 MY FIRST AMENDMENT RIGHTS! (JOHN DOE), UNTIL I LEARN OF
23 HIS REAL NAME, DISCOVERY, HE IS DEFENDANT (2).
24
(4)
25 PLACED AD. SEG. CELL# 186, by (LT) (2), AT CSOTF/CCR. ALOT OF AD. SEG TOOK
26 PLACE TO ME, I CAN'T CARE, 25 OR LESS. THEY, THE OFFICERS WENT
27 ALL OUT TO BREAK ME, FIVE UP MY FIRST AMEND. RIGHTS! TRY
28 TO FORCE ME, AD PROPERTY, BACK TO YORE, STATING NOTHING
29 TAKEN, I NEVER DRANKED STAB COP ETC, YET THEY TRY TO FORCE
30 ME BACK! I WENT (2) CLASSIFICATIONS, LOST ONE SPEAKER PHONE
31 IN FRONT OF MY CHAIR, THIS LADIES VOICE, COMES ON, STATES THIS
32 IS WARDEN CISNEROS, ONE, I TOLD HER, I TOLD KINGS COUNTY
33 SUPERIOR COURT, ALL EVIDENCE, TO LAWSUIT GONE, CLERK MICHELLE
34 SUMERTINEZ, THE AB. SES I WAS SUFFERING BY OFFICERS, CRIMINAL
35 DIVISION, 1640 KINGS COUNTY DR. HANFERD, CA. 93230, PHONE, 559
36 582.1010 XD 6002, RETALIATION, FOR NOT GIVING UP MY FIRST
37 AMENDMENT RIGHTS. WARDEN CISNEROS GOT REALLY UPSET! WENT
   RETALIATION                    4        COMPLAIN OF HARASSMENT

off on me! months prior to this, I sent the following entities, copies of both Gov. claims, N#2000730 and 2000808, informing them, I do have this evidence, to prove state/federal violations! Superior court Monetere, Supreme court San Francisco. Notes by prison officers, in mailroom, putting in mail, 10/6/26, 10/6/20; Superior court Monetere 10/7/20; dawn Hoos lawyer, Calif. rural legal assistance 10/7/20; Michelle S. Martinez, clerk of superior court, Monetere, mailed them back to me, while I was falsely imprison in AD.SEG USG, to destroy that evidence! thats how she got involved, I told her all the abuses that took place to me! I told her, Cisneros, her officers could justify this! will do something really bad to me! Sawell or later, her, Mears chambers, clerk of criminal division, mailed me to clerk of habeas corpus, Sacto, I might want to file this! I did, with copies of all administrative remedies! Cisneros had, destroyed, that will go into detail of everything, case no# 2000-cr274808, except last 30 days, when officers banded on me, told me they would kill me, to keep property, go back to SCC! It leads to excessive force, 2/18/21, orders of Cisneros, defendants (Sgt) J.Leahy, J.Garcia; (Lt) N.Taylor, (C/O) D.Coronado, T.Salomon, E.Diaz, (Lt) G.Brown (OW) T.Dunn, (C/O) M.Valdez, D.Knudson; would go to cell(s), repeatedly hit me in face, chest, stomach, bottering room, bruises! threw grenades, blew up on my arm! burned

4-A

IT'S SPRAY CHEMICALS IN CELL, BOTH, CHOKING ME, AT, I
THOUGHT I WOULD DIE! ENDED OF NIGHT! THE DEFENDANT(S)
OCT 25, 2020, (LT), DEFENDANT(2), DEFENDANT(S)(3), CN 21-1374,
DID IT, TO PUNISH ME, FOR SOMETHING I HAD A RIGHT TO DO!
IT STOP ME, FROM HAVING THE EVIDENCE, TO BOTH, CLAIMS,
20007300, AND, 2000806, STATE - FEDERAL VIOLATIONS!
KINGS COUNTY SUPERIOR COURT, AND CALIFORNIA SUPREME, COURT,
NOW, I HAD THIS EVIDENCE, I MAILED (BOTH) COURTS, COPIES
OF CLAIMS, 20007300 + 20008006, TELLING THEM, I HAD
THIS EVIDENCE! MICHELLE S. MARTINEZ, CLERK, MAILED ME
MY COPIES BACK, WHILE IN AD. SEG #18558 WE CORRES-
PONDED THRU OUT THIS ORDEAL! CAN VERIFY ABUSES! HER
MONA CHAVARRIA, IN CRIMINAL, WRIT, HAS DESTROYED GRIEV-
ANCES, CASE, ND# 20W-0224A, IT HAS EVIDENCE! WARDEN
CISNEROS FABRICATED, FRAUDULENT STATEMENTS, IN CHRONO,
STATING I AGREED TO GO TO CSP-COR, ACTIVE, YARD!
SHE TRIED TO HAVE, ME, KILLED! THAT CHRONO IS IN FIRST
AMENDED COMPLAINT, YOU STRUCK! ITS EVIDENCE, PLEASE,
PUT IT IN THIS COMPLAINT! RETALIATION WAS DID TO ME,
BECAUSE OF WHAT I WAS DOING! I WAS THROWN IN VAN!

(5)

AT CSP-CORCORAN, ABOUT 2 DAYS LATER, I HAD CHEST
PAINS, TOOKEN BY AMBULANCE, TO CSP-COR, PRISON HOSPIT-
AL! I THOUGHT IT WAS MY HEART, IT WASN'T, IT WAS
FROM BATTERING ROOM, 2/18/22, AD. SEG #1856! I WAS THREATEN
AT HOSPITAL, TO STOP WHAT I WAS DOING! TO, OFFICERS!
A "CAMPAIN OF HARRASSMENT" RETALIATION, SENT TO YARD,
(3801), I SUBMITTED GRIEVANCES, SAFETY, ATTACK BY PRISONERS,
ON THESE, YARD'S! FURTHER CAUSAL CONNECTIONS, THAT
WARDEN CISNEROS, ACCROSS STREET, TOLD WARDEN T. COMP-
BELL, TO SET ME UP! I WOULD BE DENIED CUSTODY, CLASS-
IFICATION, SAFETY, TO KEEP ME, QUIT! OFFICERS IN (3801)
TOLD PRISONERS, IM A RAT, CHILD MOLESTER, RAPIST, TO
GET ME! CLASSIFICATION IS MANDATORY! PER TITLE 15,
D.O.M! I WOULD BE SET UP, THEY OPEN MY CELL DOOR,
A ACTIVE MEXICAN PRISONER, FOLLOWING ME TO PILL CALL, A
RETALIATION          5          COMPAIN OF HARRASSMENT

bLACK PRISONER, STOP WORKING, (went to 2un) tier, so he,
mexican COULD ATTACK me, 2cn), if they had knife, I
DIDNT see! he waited, OT DRINKING FOUNTAIN, I got pills,
STARTED TO GO bACK, he STOP, TO FOLLOW, I SOW, FUCK THIS,
I hit him, before it was 2cnk! it was DID by me, in self
DEFENSE! before I GOT ATTACKED! I had (RVR) FOR Cell, EXTRA
CTION IN Cell LOX) CONTEEN! IN my POCKET, I had GRIEVANCES,
DUCATES, mail room LOGGINGS, showing, legal mail, in-
coming, never given to me! ITS ALSO IN CRIMINAL WRIT,
#20W-02244 michelle S. martinez, clerk SENT me, they
took bY FORCE, these, DOCUMENTS, OFFICERS, I COULD'NT
see, sprayed) IN FACE WITH chemicals, OFFICERS SOLD,
I had nothing! I written) GRIEVANCE! CSP-corcoran),
the ADMINISTRATIVE remedies, 602, FOR INSPECTION OF PROPERTY,
to show, prove, STORE/FEDERAL VIOLATIONS, to see COER, they
took that grievance bY FORCE THIS day, LOG No# 55931, TO
INSPECT PROPERTY, TO show I was placed in) seg, 1885 CN FALSE-
FRAUDULENT STATEMENTS, why I was REALLY put in ad-seg,
OCT 25, 2020, TO destroy evidence, to gov. claims, No#(s)
20007300 AND 20008006: thats why CISNEROS sent me,
TO I-Campbell prison, to shut me up! I was tooken to
PROGRAM OFFICE, (SGT) S.medina, (C/O) T.Sayoma, I told these
PRISON OFFICIALS, OFFICERS IN 3BO1, told these, ACTIVE, PRISONERS,
Im A RAT, ChilD molester, RApest, TO get me, I told them,
he FOLlowed me TO PILL COLL, the bLACK PRISONER WANT TO
2NU tier, TO get me, 2cn), SO I had NO Choice, I was
never IS80FETY CLASSIFICATION, which is monDODORY FOR
All PRISONERS! I was SET UP, S.medina told me TO S(GN)
SOFETY CHRERY), GO bACK, I SOW, IM SIGNING, nOTHING,
concearing any OF THIS! I'm 'SAY!, NOT ACTIVE! IF YOU
ACTIVE, YOU have TO always SIGN these, CHRERYS, GO bACK,
TAKE COER OF buSSINESS! OR YOU WILL be, LATE, A COUPLE),
GET DEALT WITH! ALOT more TOOK place, 25CR less! THIS
TOOK PLACE, ON A FRIDAY, morch 26, 2021, S.medina, T.Say-
oma RETALIATED), FOR TELLING the TRUTH, there cops SET me, up,
IN (3BO1), COMPOIN OF horRASSMENT CONTINUED) CN monDAY,
RETALIATION                    6    COMPOIN OF horRASSMENT

march 29, 2021, while in a)seg, an officer wa)w come to my cell door, open ta, slot, tell me, mckea w a sign th d, I sai), Im not signing any thing till I rea) it, I rea) it, it started, (sgt) s.mecha, so ic), I told her Im active, mexican mofia shit/ I tok) officed, Im nott signing this frai)wea) lock up cree2, he laish ot med left! the issuee)(Rur) to this incident, was a folsificotian of what I tok) s.mecin, t.sayama, they usee) frai)wea)t facts, to care up for there officers seft-ting, me up in (3801)din(Rur) for cen extractica) ta, (cisieeas, her officers, see n#(4), an) this (Rur), have mexican mofia, that Im in fee2ea). systrem as ave, the local, frt fie ic) office will tell you thats false, the frt is the federal system! mokny this fraudulent steff up, will get me kille)! my commutment ceerse, trills o known beleife-er, rot, will get me kille) by them, its a set-up, I war) be sent to on 'shy' yare)! more ot ses happen, 25 celess!



sent to mule creek store, prison, nodsol, new me, counser or shorpe, tok) me, because of coil), I coulan)t go to class-ificotica), so I signee) slip, statng I refusee), next day, every cae, who was quarratine with me, went, but me! shoepe did this, so I woych a t state, whot hopper) to me at both corporal prisas! its in my files! I wrap be denuee) my classice), classificotica)s, my aun uols, the most importan t to all calif, store, prisavers! safety issues! I wrap wirte the followng entities, ellis esg, lourer, kings caunty s perior co rt x2, frt 4500 cronse, grae, sar, co, 95814; everal cecalif° dotes, mule, creek prisa) officials put in us postal "5/14/21°, 6/9/21° 6/14/71° 6/14/71° 6/14/71°, in form ng them of whot took place b, ceners, her officers, or csote/cor, or csp-cor.! attemptee) murce! being set-up! it wrap store again, retaliotica)! compan) of further horrassment!, I was in bg135, the next day, presen-ers, collin I, me rot, chic) molester, rapist! cnly the officers knw prisavers commutment ceerse, im in-nuceer) of thot rope, an) will prae it! I wear thre) alot of bs ses here, b, officers, prisavers! I grievanbee) repeatca)! I care loot day cnly, 25 cr less! I have usa-cer s nomes a m, oriebances, benin I, prison officials miscanicts! while here ot mule creek! x I wrote yer corty
RETALIATICA)      7       compan) of horrassment

, reporting it, they know to keep some kind of record, you, your clerk, cited, submit, when complaint filed, I did to the original complaint dated, filed (July 14, 2022) and first amended you struck, 2022-CV-1294 CKD P. and 2022-CV-01294-KJM-CKD. Thats everone, please attach to this complaint! Last day in BG-135, date (unknown) I was told to cell up, with prisoner on 2nd tier, I went, talked to him, he was active, he told me, we cant cell up! he'll do something to me, I went, told officers, c/o miller, c/o miss B (Jane Doe), they told me to cell up with him, when we get into, they will roll up my property, send to ad seg with me, so I refused to do it! they would cuff me, when I was being escorted out, I seen prisoners, grab some of my property. officers told me Fuck my property! c/o miller, c/o (miss B), warden patrick covello, B. stacy (strmon) cdw(s), defendant(s) (5) "1-A", did further retaliot, "compain of further horassment" because, I refused to give up my First amexdment rights! be free of retaliotion I went thru alot of abuses here, 25 or less! its in my prison c-file, of what cisneros, her officers at csatf/cor, and prison officials at csp-cor did to me! its why I would be denied custody classificotion! (its all a causal connection) they set me up to be ottacked! tried to!

(7)

transfered to cmf-vacaville prison, slash hospital, unknown date! (oh) Feb 15, 2022! sorry! first, everything ok, no one messing with me! my annual classification hearing, I would never be tooken, counsel tennent and officers in building, would deny me it' to keep me quit. all these abuses are in my c-file! its why I would be denied my custody classificotions! this a "causel connection" (to csatf/cor) and (csp/cor) and (mule creek prison) and (cmf/vacaville), knowing everything stated in this complaint, on april 7, 2022 I would up file your court, next day, on yard, prisoners calling me, child molester, rot, ropist, the officers told these prisoners this! retaliotoin, Further "compain of horrosment" For refusing to give up my First amexdmend rights! be free of retaliotion! I did adminstrotive remedies for this, I gave to officer on tier, it would never be answered! alot of abuses did take place to me! 25 or less! it would lead to saterday may 28, 2022, water off in cell, 6 days prior to this day, nurse yu has tells me to weigh myself, I tell them no, not till you tell warder on yard, its cell! yard 'c am, I have head phones on, my next door neighbor, larry mendjuse, w#Ghcoho, tells me, im not going to yard, I tell him yes, tell officer to let me out, officer tells him, till I weigh myself, he went to yard, he swore ox to a declaration to these facts! I bang on door, tell officers to let me out for yard! they say not, till I weigh myself! so I cover windows in cell,

RETOLIOTION                    (8)    COMPOIN OF HORRASSMENT

'Banged on cell door, tell officers, I want in-cover windows, till I get yard, and water in cell, they call (Sgt), 5 Sgt(s) come, I take window covering off, I counted(5 Sgt(s)), I tell them, you can't take my yard) for not weighing myself, a nurse can't take my yard) you can't turn off my water in cell, it violates basic necessities, violates the eighth amendment, cruel and unusual punishment, Fute is, and your DOM cite a prisoner can refuse, no retaliation, you can't do this! they tell me, so what, I tell them, I'm going to cover windows, till I get water in cell, yard) I cover windows, officer with shield opens cell door, (sgt) takes window covering off, I tell them, I'm going to keep doing it, till I get water in cell, yard) they shut door, I do it again, this time officer with shield, opens door comes in cell, he bum rushes me, I turn head) a little, they slam me to floor, pin me, face down, I can't move, the only (Sgt) I knew, as a fact, had tattoos, he was on my back, punching me in back of head), they all beat me, till they ran out of gas) I couldn't move! they only stopped) because they got tired! they someone was kicking, me, stoping on me, stated, I like to tell on cops! he kicked), stomped) on me, till he ran out of gas! they went all out to hurt me! they intentionally, maliciously, knowingly, corruptly, used excessive force, assault and battery, to retaliate, for exercising my first amendment rights! the following prison officials, names are in the (RVR), liable! on may 28, 2022 in cell, at CMF, S2-221, warden (jane doe), till I get real name, I wrote her, repeatedly, telling her about her officers, setting me up! may 28, 2022, in cell S2-211, they retaliated), used excessive force, did assault and battery, my person (Sgt(s)) sweeden; troth; heath; (C/O(s)) conquior; J. rota: (Sgt) a. torrant conspired) to justify the beating, fabricated I'm in federal system as mexican mofia, in which the FBI, who is the federal system, will tell you this is fraudulent, not true!, in (RVR), one prison official stating I trip over wall, one stating I went against wall, another stating I went straight to floor, 3 different versions! lies! different day(s) page 1-A, N#(6), they all made fraudulent, inconsistence, statements' contradicted) each other, to justify, not video recording it! when people lie, they do this! one officer at scene of the truth in (RVR), stated) I couldn't go, (used over water restrictions, thats why I was denied) yard! they all lied) to cover up for these y/has, because they knew a nurse can't take our yard)! no nurse or doctor is going to come perjure), state I couldn't go to yard), because of water restrictions! I

RETALIATION                    9              comoin of HORRASSMENT

WAS GOING TO STATE, B CMO'S BEFORE MAY 20, 2022, WHILE I WAS ON WATER
RESTRICTIONS! THEY (CSP/CCR) PRISONERS WHO GO TO YARD?! I WOULD BE
DENIED WITNESSES! DOCUMENTATION TO PROVE THIS! (I WOULD BE ATTACKED)
3 TIMES AFTER THIS, SET UP BY PRISON OFFICIALS, TO TAKE MY PROPERTY,
DESTROY DOCUMENTATION TO THESE FACTS! 250R LESS, SO I CANT COVER IT!
OR YOU WONT ACCEPT MY FIRST AMENDED COMPLAINT! IT IS A "CAMPAIGN"
OF HARRASMENT" THE CAUSAL CONNECTION IS SIMPLY, CUSTODY CLASSIFICAT-
IONS! ITS IN MY FILES, OF WHAT C1 SWEARS, HER OFFICERS AT CSOTF/CCR, AND
CSP-CCR, T, CAMPBELL OFFICERS DID TO ME! AND WHAT C/O MILLER, MISS B
(JANE DOE) DID TO ME AT MULE CREEK, SETTING ME UP! 3(RUPS) HAVE THE
FABRACATED MEXICAN MAFIA IN IT, WHICH IS FRAUD! FALSIFICATION OF RE-
CORDS OR DOCUMENTS! THAT WILL GET ME KILLED! THE FBI WILL TELL YOU,
IM IN NO FEDERAL SYSTEM, AS MEXICAN MAFIA, THATS FRAUD! BEING SET
UP! BY PRISON OFFICIALS! DELIBERATE, INTENTIONAL ACTS BY CALIFORNIA PRISON
OFFICIALS! ITS NOT GOING TO STOP, TILL YOU MAKE IT STOP!

(8)

1-31-2022, TRANSFERD BACK TO MULE CREEK PRISON, B6-127, MISS B, (JANE
DOE) IS HERE! SHE WILL RETALIATE, ONCE SHE GETS SERVED WITH THIS! THESE
PRISON OFFICIALS WILL COME AFTER ME! ORDER ME PROTECTED! I'M NOT
STARTING TROUBLE! I JUST REFUSE TO GIVE UP FIRST AMENDMENT RIGHTS!
TO BE FREE OF RETALIATION! I REFUSE TO GIVE UP MY CONSTITUTIONAL RIGHTS!
THEY ARE GOING TO DO SOMETHING TO ME, OR HAVE PRISONERS DO IT, WATCH!

(9)

THESE FOLLOWING, FEDERAL, AND STATE, CASES, WERE VIOLATED AGAINST ME, STATE,
WHAT IS HAPPENING TO ME! IT VIOLATES, RETALIATION, CAMPAIN OF HARRAS-
MENTS, AGAINST ME! THESE CASES VIOLATED!
*SPROU V COUGHLIN (99B) 977 F SUPP 390: R1770 V DOWSON (9th CIR 1996) 778 F2d)
257; BRADLEY V tsll (9th CIR 1996) 64 F3d 1726; BOKER V ZUERCHAWON (1990) 741
F SUPP 436; (LAWRENCE V COUGHLIN (PA4) 1362 F SUPP 1050; "PRISONERS CONDUCT IN
THREATING TO FILE A COMPLAINT AGAINST PRISON OFFICIALS IS PROTECTED BY
THE FIRST AMENDMENT GUARANTEE OF THE RIGHT TO PETITION THE GOVERNMENT
FOR REDRESS OF GRIEVANCES" OTHERS CASES TO! !" RETALIATION!!
(ALL REFERANDOUTS, OLD RETALIATE! VIOLATING THESE CASES!)
RETALIATION
PUT INTO A) SEG FOR FILING LAWSUIT, TO GOVERNMENT CLAIMS, TO SUE, THE OFF.
OCT 25, 2020 TO DESTROY EVIDENCE, (VIOLATING *GLEEST V POTE 729 F SUPP B13
(WD VIII 1764)) I WAS TRANSFERD TO CSP-CORCORAN TO ACTIVE VIOLATE, ATTACK
ME FOR FILING LAWSUIT! *THOOMUS V GLOTTER 176 F3d 3791 (9th CIR 1999)
TO VIOLATE, THAT CASE! IT ALL ADDED UP TO A "CAMPAIN OF HARRASSMENT"!
RETALIATION          10          CAMPAIN OF HARRASMENT

1: voloritts noses & Colhown v Horbare. 312 F3C) 730 (5th cir

2: 2002); wutt vwinceasw Dept of Correchon s y3y f3c) 103;

3: (5th cir 2116); Bow v releroe) 677 F2c) 672 (ttheirt 1982);

4: Iwas donb something I har) o allow to Do! (protecover)

5: conJuct) First omenoment right!! anod presen of

6: ficiars Did to me, on "adverse action" to stop me from

7: cowsont destroyed the wide expr! prison [continuing]

8: crticins did this, because of what I was donb!

9: prison efficials "adverse action" were directly

10: relorter) to my (protecore) concedes on defendonts

11: awored my First omend ment rights to retaliation

12: the government for redness of me (greevonces!

13: for defencons retaliated, undouh t"oll these "

14: coses! * o leg more retaliation took dloce to

15: me! but because you limited my pose cowt, I

16: conto go into DC foll! an the whole taith h

17: Im back with miss B), in more creper, she ch-

18: leoch tooked chro to me! prisoners to! she

19: is goind to retaliware! worh! protecto me, Your

20: hauer, I neer) protection! its o myth, If

21: you don't think they don't do this! this retaliation

22: is to be tooken with excess use force, ossault, hottery,

23: threat to sofery! oll tooken togethir!! be-

24: couse of my GLoucoma, its really hord for

25: me to see! excuse my writing! Im going

26: blind! I know its because of oll the chemicals

27: sproyed in my eyes, retaliation is why!

28: ·resto liation    | |    compoint Harrasment

(CONCLUSION)

RETALIATION LEAD TO EXCESSIVE FORCE, ASSAULT AND BATTERY, AND THREAT TO SAFETY! IT IS NOT GOING TO STOP! IM CAUSING NO TROUBLE! I HAVE NO CONTRABAND! THESE PRISON OFFICIALS ARE GOING TO COME AFTER ME! MAKE A CAUSE PRISONERS ATTACK ME! TRY TO CELL ME UP WITH PRISONERS WHO WILL ATTACK ME! IT IS A MYTH IF YOU DONT THINK THESE OFFICERS DONT RE-TALIATE! BAD THINGS ARE GOING TO HAPPEN TO ME! KEEP ME PROTECTED! IT IS NOT GOING TO STOP! MY GLAUCOMA IS MAKING ME BLIND! WHEN I WAS ATTACKED AT CMF-VACAVILLE, I DIDNT SEE THE ATTACKERS OR THERE PUNCH-ES! UNTIL THEY STOP MOVING! ITS ON RECORD WITH ME-DICAL IN PRISON (DOCUMENTED!). I CAN SUPPLY MEDICAL REPORTS VERIFYING THESE FACTS! I WAS DEFENSELESS AGAINST THOSE ATTACKERS! RETALIATION, EXCESSIVE FORCES, ASSAULT, BATTERY AND THREAT TO SAFETY IS TO BE, TIED TOGETHER, SUPPORTING FACTS! THE FACTS THAT TIE IT ALL TOGETHER, CASUAL CONNECTION TO ALL 4 PRISONS, WARDENS AND CHAIN, IS CLASSIFICATION COMMITTEE, MANDATORY FOR ALL PRISONERS! (THREATS TO SAFETY) IS THAT ALL THESE PRISON OFFICIALS USED SOME SORT OF FRAUD, CREATED TO DENY ME MY CLASSIFICATION COMMITTEES, CLASSIFICATION AND COUNSELORS, AND OFFICERS USED SOME KIND OF FRAUD KEEP IT TO DENY IT TO ME! SO THAT I COULDN'T PUT ANY THING ON RECORD OF WHAT WARDEN CISNEROS, HER OF-FICERS AND T. CAMPBELL, HER OFFICERS DID TO ME, AT CSATF/CORCORAN PRISON AND CSP-CORCORAN PRISON ON RECORD, KEEP IT COVERED UP! IT IS IN MY C-FILE, WHAT THEY DID TO ME! THESE PRISON OFFICIALS DO KNOW WHAT HAPPEN TO ME! THEY DO KNOW, THAT THESE ARE CRIMES! KIDNAPPING by FORCE by CISNEROS, HER OFFICERS, AND ATTEMPTED MURDER by HER AND T. CAMPBELL HER OF-FICERS AT CSP-CORCORAN SET I UP BY 3801-CSP-COR they DO KNOW WHAT HAPPEN TO ME WAS, IS, ILLEGAL! CRIMES, IN VIOLATION OF THE CAL. PENAL CODE! UNDER COLOR OF AUTH-ORITY! I WILL FILE A MOTION, WITH DECLARATION FOR A LAWYER AND IM MISSING ALL KINDS OF PROPERTY, LEGAL DOCUMENTS OVER THIS CASE! I WAS SET UP AT CMF-VACAVILLE TO DO THAT!

RETALIATION          12          COMPLAIN OF HARRASMENT

## CLAIM II

1. State the constitutional or other federal civil right that was violated: EIGhth AmenDmenT "Cruel AND UNUSUAL PunishmenT" US ConsTiTuTion; physical GUArd bruTALiTy! supplemenTAL JurisDiCTion over plainTiff State Law claims under 28 USC 1367 AssAulT AND bATTery STATE LAW.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities   ☐ Mail   ☐ Access to the court   ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
   ☒ Excessive force by an officer   ☐ Threat to safety   ☒ Other: AssAulT AND BATTery To the courT has supplemenTAl JurisDiCTion over plainTiff STATE LAW claims, UTAH 28 USC 1367 AssAulT AND bATTery on mAy 18, 2021.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   (2021) ①
   ThursDAy, FebruAry 18, 2021, DefenDAnT(S) "(SGT)S. J. LeAhy, "J. GArciA" (LT) N. Tyree, S. TumACCEr "C. BoLIN", "(LT) J. FAGUNDES, B. GArciA L. SILVA, O. COr-oNADO, T. SAyomA E. DIAZ, M. VALDEZ, O. KNOX (Sgt) DefenDAnT(S) LisTeD IN 1-A, ③, on orDers of there boss warDen T. Cisneros, DID use excessive force, IN ALL SEG, CELL #185, hiT me IN FACE, ChesT AND STomACh with bATTering rAm, RepeaTedly! Threw GrenADes IN cell, ThAT BLew up on my LEFT ARm, bLuING me! iT hurT! DiD spray chemicals IN cell, ThaT ChokeD The hell ouT of me! I thoughT I wAS GoING To Die! To force me ACross the STreeT To CSP-CCR (ACTive yArD!) To be AssAulTTeD, possibly killeD! on orDers of warDen! Cisneros! because I wouLDNT GIVE up my FIrST AmenDmenT RiGhTs! iT wAS DoNe mAliciously AND sAd- isTicaLly To hArm me! because I refuseD To GIve up my FIrsT AmenD- menT RiGhTs! brun DowN To there boss, CISNEros. ThA knew whAT They were DoING, deliberaTly, inTenTionAly, correcTly DID this, be- cAuse of whAT I wAs DoING! Something I hAD A RiGhT To Do!excessiVe force by These, OFFICErs! 2-18-2021 AN SEG #1853 2-18-2021 Took with reTAliaTion, THreaD To sAfeTy, oN TAkeN Together! DeLiborey! ②

   CONTINUED 4-A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). BuiLL inTenTs De- liberate ACTs! RepeaToly sprayeD IN eye's, chemicals! hiT with bATTering rAm, IN FACE, STomach, chesT with bATTering rAm! hiT with GrenADes, BLew up on ARm, burnT Like hell! pArTs of boDie To! GUArD bruTALiTy, excessive force, assAult, bATTery, beaT- en All over! mAliciously, sadisTicaly, correpTly, DID! evil inTenT! physical, menTAl Tor- Ture! ThA meanT To huRT, punish me! for exerCising my FIrsT AmenDmenT RiGhTs! for noT boWING DowN! 4 HRDED

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your RIPS institution?   ☒ Yes   ☐ No

   b. Did you submit a request for administrative relief on Claim II?   ☒ Yes   ☐ No

   c. Did you appeal your request for relief on Claim II to the highest level?   ☒ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I AppeAL whAT warDen Cisneros, her officer DiD To me on 2-18-21, CSP-CCR woulD use FrAuD To coVer iT up! ALL AppeALeD To highesT LeVeL!

4

(CONTINUED)

The following officers at CMF-Vacaville, on May 28, 2022, in cell # S2-221, did use excessive force, also state violation, assault and battery, to my person. Names in (RVR), Warden (Jane Doe); SGT(S) Sweeten; Troth; Heath; CO(S) C. Aguior; J. Rota; did come in my cell, pin me, to floor, face first, SGT on my back, did punch me in back of head! till he ran out of gas! the rest, beat me from toe to head, till they ran out of gas! one of them stomping, kicking me, said I like to tell on cops! they willfully, corruptly, "maliciously and sadistically did do this, to hurt me." for standing up for my rights! my First Amendment rights to petition the government for redress of my grievances to US constitution! no legitimate penological purpose! they did it to hurt me! when people lie, they make inconsistance statements! they contradict each other! one officer stating I trip over toilet, contradicted by another who said, I went against the wall, contradicted by another who said I went straight to floor. intentional misrepresentation, suppression of facts! to cover up for nurses, these officers know, nurses cant take my word! falsification of (RVR), denied me an investigation to cover up for there corrupt acts to me! medical records contradict there actions, fractures of my right, eighth, ninth, 10th and 11th ribs, exam date, 6/14/2022 11:29 am, ordering provider W. McAllister, MD, signed by, David Goller, MD, 6/14/2022 4:37pm!, results of x-rays, taken at CMF hospital! I dont know, who was kicking, stomping on me, said I like to tell on cops! they pinned me! I could not move! I would be refused medical attention by nurses in S2, they wanted no one to see my injuries! I had to go to (TTA), weeks later, put in open, to get medical treatment, I was spitting blood! I couldnt move, breath, it was pain like I never experienced before! SGT A. Torrant, she would fabricate in (RVR), and C/S, I was in federal system, as mexican mafia, Frst will tell you thats fraud of being in there system! this was excessive force, assault, battery, by these officers! supplemental jurisdiction over my state law claims, under 28 USC 1367 assault and battery to my person! this to be taken with retaliation!" complain of further harrassment!" number ④ and ⑦ - taken together! I'm no lawyer! submitted to office of risk and insurance, gov. claims program, twice, assault and battery, prison officers put in mail on 7/25/22 and 8/24/22's

EXCESSIVE FORCE              4-A              ASSAULT AND BATTERY

## CLAIM III

1. State the constitutional or other federal civil right that was violated: Eighth amendment, disregarded substantial risk of harm! by other prisoners, 'Failure to protect! new & was at risk, set-up by prison officials, deliberate indifference!

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care

   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation

   ☐ Excessive force by an officer    ☒ Threat to safety    ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ① threat to my safety/started at CSATF/COR. Defendant T. Cisneros, Fabricated, I agreed to go to CSP-COR, across street, she would force me there, cell extract from ad.seg 185, to yard, I would be attacked! on! because I refused to give up my First amendment rights, back down to her. 'you have the chronos in First amended complaint! You struck. That's evidence, please attach to this complaint! That Falsification of records, documents! Fraud, deceit by warden Cisneros: She tried to have me killed! She set me up with her officers! That's a threat to my safety/Defendant I.Cisneros

   ② at CSP-Corcoran across street, I would be denied custody classification, Fts threat to my safety! in First amended, you struck, you have warden T. Campbell chronos, she was to conspire act to have me, attacked! even killed! That custody classification! Threats to my safety! I, under duress at Folsom First, before, it was 2 cwi, by prisoner cellmates, black prisoner, on Fri./March 26,

   CONTINUED 5A—5E

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s) misrepresentation, intentional by prison officials, 'sprayed with chemicals, in eyes, body, 'by riot, blew up, on my room, body, 'grenades! hit in face, chest, stomach with bottle, ran! I've been attacked 6 times, 'beaten savagely by officers, prisoners, chemicals in eyes, body! for defending myself. 4 broken ribs, 4 broken ribs! mental, physical torture, 'all for not giving up my First amendment rights, US Constitution!

5. **Administrative Remedies.** prison officials deny, I, me protection, else, fire is all! DD.m's

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No

   b. Did you submit a request for administrative relief on Claim III?    ☒ Yes    ☐ No

   c. Did you appeal your request for relief on Claim III to the highest level?    ☒ Yes    ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Repeatedly grievanced! at CSATF-COR, CSP-COR, Mule Creek prison, CMF-Vacaville! This is times, all I'm required! to do is ask for protection, from staff, prisoners! Denied protection, staff is covering up! each other! higher level!

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

. 2021, in (3801) CSP-Corcoran! Title 15, there, Doctn, state, its mandatory! to take me to Custody Classification, for threats to my Safety! attack by prisoners! Warden T. Campbell set me up for fellow Warden T. Cisneros! because I wouldn't give up my First Amendment, rights! After this, I was sent to 'SHU' 'YARD'! Defendants (4) (5 EP) SAMEdIMING, C/o I. Sayama, page 1-A! wouldn't use Fraud, deceit, made up a Lock up order, stating I said I was not 'SHY', to cover up What I really told her, her Officers, in (3801) C/o active prisoners I'm a RAT, child molester, rapist, to attack me, possible, kill me! She, (5EP) Fraud, deceit, to cover up for her Officers! Falsification of records! Warden T. Cisneros, T. Campbell removed the 'R' suffix, from my records, committee chrono, so they could send me to these yards, have me killed! Sent to Mule Creek State Prison.

(3)

Mule Creek, State Prison, I was placed @ Quarantine 2 weeks, covid virus, during the 2 weeks, Counsel Sharpe came to my cell, told me I can't go to custody classification committee; because I was on Quarantine (covid) told me to sign paper, stating, I didn't want to go, I believed him, so I signed! Next day, taken to committee, prisoners on Quarantine with me, Sharpe lied, everybody taken! Sharpe didn't want me to put in the open, what Cisneros, there, Officers and T. Campbell her Officers did to me at both Corcoran prisons! It in my C-File! I would be willed to, repeatedly! A lot of abuses took place to me here at Mule Creek, set up repeatedly by Officers! I can't cover everything, 25 pages or less! I have a Warden Robert Burton on my grievances, a C/o Minister the, Reynolds, Patrick Cuello, Bistany Defendants (5) on 1-A! Stating, Denying misconduct grievances by these Officers! telling prisoners I'm a RAT, child molester, rapist! quashing Officers misconduct directed towards me! It stated! After, I wrote, Ellis Esp, Lawyer, to Kings County, Superior Court, Criminal Division, 1640 Kings County Drive, Hanford, Co. 93230, Case No# 2020-07240, In re Edward Phillip Mckenno, the WARden & FBI, The Governor of Cal, Notes put in the US Postal Service, by, mail room Officers 5/14/2021; 6/3/2021; 6/14/2021; 6/14/2021; 6/14/2021! It would, start again, Officers telling prisoners I'm a RAT, child molester, rapist! So I could be attacked, so Officers could sit back, play dumb, they didn't know! In those letters, it tell what Cisneros, Campbell, their Officers did to me! Failure to protect from prisoner physical abuse! being set-up! Defendant(s) (5) page 1-A! would try to make me to go M.

P. 5-A   Threat to Safety (Continued)

with active prisoner, it opens to keep to him, refused me, wouldn't even cell up, we have to get into it! I repeat, told committee, miss B (Jone die), they told me to cell up with him, when we get into it, they would roll up my property, sear) it to N.SEG with me, so I refused to cell up with him! I seen prisoners grab some of my property, officers told me, fuck my property! I'm missing legal documents to my cases! officers would deliberately break my broom/ well tr! destroy some of my property! I respectfully grieance) being set up by officers in B6! I send letters to axd clerk of Eastern district, Keith Holland clerk, Treana Nelson, chief clerk, try to get court protection! Yale clerk Gate) when complaint filed, send these documents with it, so I told you I struck it! that's evidence, please attach to this complaint! please! defendant(s) (5) pose 1-A; put my life in danger, threat to my safety! failure to protect from prisoner physical abuse/ custody/ classification, denice), so to cover up everything, set me up to be attacked! title 15, there dum, cite they have to protect, its monds to torr! Taken to custody/ classification committee, threats to my safety! its in countless grievances filed by me! miscarried by officers!

④

Taken to CMF-VACAVILLE, Feb 15, 2022, here I would be denied custody/ classification, by officers and) counselor Tennant! I would be attacked) by defendant(s) (6), Do 1-A also from an active prisoner! I would be the case, sprayed) with chemicals in face, eyes, body! defending my self! I would be attacked) on the yard! in the dayroom, I repeatedly did administrative remedies for threats to my safety! (prison) officers would) repeatedly set me up! on April 7, 2022, I wrote Yale court, the next day it started) again, prisoners calling me, rat, child molester, rapist! officers told prison- ers this! I would) grievance, it's it would) never be a knowl- ledge) by CMF prison! it gave to officer 3 to turn in! I prov- e) destruction of my grievances or both correction) persons, given permission to sue the CDCR! by GOV. claims program, claim No.# 20073028 stole/ff red violations! when I was set up, sprayed) with chemicals, in eyes, body, by active prisoner, it would) be granted for excessive force, LOG# 303-0033 at CMF-Vacaville, in which officer gave him extra FOOD) for doing it! when I was attacked on yard), that prisoner got a (RR) for battery to me! I would tell my mental health worker, that miracca, prisoners on SI, S2, white said they were going to attack me! she reported) it, got a transfer, she would) refuse.

P5-B   Threat to safety   continued

me, me they were going to attack me! For safety, threats to my safety! The following week, out of the blue they come for custody classification, associate warden, counselors, mental health, he took me off of max custody, I told them, sgt a torrant and me, max custody, penwin & investigation and protection, to investigate miranda, prisoners in S1, S2 or CMF stating they were going to get me, attack me! committee did not care about my safety, protection from prisoner physical abuses (took me off! I told committee there re going to attack me, miranda said he will attack me! prisoners in S1, S2, I write, Axxe court, telling you these facts! thats why I write, Axxe court, when things happen to me, I read it, I do it to get Ce set protection like something if you want think they don't retaliate, so when this gets served, there going to retaliate against me! I would go to dayroom, officer, lock the door, miranda walked up to me, and attacked me! they would take my property, put me max-custody, protection, miranda will attack another prisoner on the yard, the 1st week & I grievanced this, log # 35 0031 being set up by committee to take my property, to destroy evidence, like cusneses and her officers did or else of cenceron! Oct 25, 2024, miranda and the prisoner who at-tacked me on the yard, francerson, were max-custody, but they only took my property! I will receive, my property, here at mule creek prison, my to they broke! I'm missing legal documents, concerning this case, no# 2322-cv-01294-KTM-CKD, and legal documents to my orange county conviction! I have to receive, everything! I'm missing all kinds of property! its a myth if you don't think, they won't do this kind of stuff! they don't leave you alone! I don't file frivolous motions etc! I seek you everything as fast as I can, to get protection! no other reason! For the courts to help protect! from "a campaign of further harassment" its not going to stop! or cmf-vacaville, classification would not call me, its in my file, I wrote woden/cusneses, here of-ficers, and c/o cenceron, T. campbell, her officers did to me! thats why they make false/near statements, say I refused woden or not cmf, her name, is something, like Benitez? I repeatedly wrote her, to stop her officers from setting me up! she was at my last committee, I didn't have supplies to write the door, it was approximately the last 2 weeks of december of 2022! I told her, her committee set me up! to

P. 5 - C        THREAT TO SAFETY

"destroy my property, to take, rec) my legal documents! She were about this complaint to N#2:22-cv-01294-JTM-CKD° prisoners in my unit, were talking shit to me! officers to/I was discharged) from mental health, sent here, but he to mule creek prison some unit, GB-127, miss B is still here, I'm going to pay to find) out her real home, today! She, these officers here are going to retaliate, once this gets served) I came to mule creek on 1-31-2023° a few prisoners talked shit to me already! when I was attacked) at cmf, I couldn't see the prisoners who attacked) me, I seen none of their punches, 2 months ago, I was too weak to eye special ists in placerville, for my glaucoma, its by/because, optic nerve damage, peripheral vision shot! thats why I didn't see the attackers or their punches! I'm going blind/sic) I know, its because of being sprayed in eyes with those chemicals, repeatedly! defend into myself, I'm a sitting duck, can't see stuff!

warden cisneros, her officers at CSATF/CORCORAN warden v. campbell, her officers at CSP/CORCORAN warden's patrick, cervello, B, stacy, mule creek prison corrected) at cmf, she, knew) about me being setup at her prison! I wrote her, twice her personally or committee!

see in a conspiracy, to deny me, my custody committee's, they removed the "R4" SUFFIX to my case, to place me with prisoners who attack prisoners r-2 rope! I'm innocent, but that means nothing, I'll prove it to warden cisneros, in the (RVR) for the cell extraction, when she released me to CSP-CORCORAN, in that (RVR), she had one of her officers, put I'm in federal system, as mexican mafia (R.10) no home, ca) who did it, then at CSP-CORCORAN, in the (RVR) where, I attacked) first, before it was zen), certh prisoner cerveros (RES32) on (P.14), has me in federal system as mexican mafia, no home ca) who put it at cmf-woodville, where, retaliation, excessive force, assault, bottery to me by officers, sgt & too many to name in the federal system as mexican mafia/sic) on (P.10), warden cisneros did this, to justify forcing me to cspcir, on offensive, role) to be attacked) killed maybe! my custome)to defense rope, being a known rat, will get me killed, in that the #3 prisons put it's mac'le, thru warden paperwork, the FBI will tell you, I'm not in no federal system! know I'm abusing fraud, deceit! this is a 'causal connection' links these prisons, in knowingly, being fraud, deceit, in their paper work, about me! for not being a bally, giving up my first power) meant, rights! us constitution)! totality, of those acts, is a threat to my safety! it will get me killed! I'm still in danger of more serious physical injury!

P.5-D    threat to safety!

1: DEFENDANT, MISS B, P.1-A,(5), IS HERE IN BG WITH ME, SHE

2: ALREADY TALKED SHIT TO ME, I WAS THREATEN BY PRISONERS!

3: SHE IS GOING TO SET-ME UP! ESPECIALLY WHEN HER, WARDEN

4: PATRICK COVELLO, STRO, (ST BROWN) GET SERVED WITH THIS

5: COMPLAINT! IM NOT THE WARDEN PLEASE ME PROTECTED!! IM DO-

6: -NOTHING WRONG! STARTING NO TROUBLE! HAVE NO CON-

7: -TROBAN'S! YOU BETTER PROTECT ME! BAD THINGS ARE GO-

8: -ING TO HAPPEN TO ME! ALOT MORE ABUSES HAVE HAPPEN

9: TO ME, BUT BECAUSE YOU LIMITED MY PAGE COUNT, I

10: CANT ADD ALL THE CONSTITUTIONAL, CIVIL RIGHTS, FACTS,

11: WRONGS DID, DONE, AND ARE GOING TO KEEP HAPPEN-

12: -ING TO ME! I SWEAR, WATCH! PAGE COUNT, COND GO

13: INTO DETAIL, 25 OR LESS!

14:

15: ⑤

16: PRISON OFFICIALS VIOLATE THE EIGHTH AMENDMENT WHEN THEY

17: ACT WITH "DELIBERATE INDIFFERENCE" TO A PRISON CONDITION,

18: THAT EXPOSES A PRISONER TO AN UNREASONABLE RISK OF SER-

19: -IOUS HARM! X HELLING V MCKINNEY 509 US 25 33 (1993)!

20: PRISON OFFICIALS ACT WITH DELIBRATE INDIFERENCE WHEN

21: THEY IGNORE AN OBVIOUS AND SERIOUS DANGER. X FARMER

22: V BRENNAN 511 US 825 836 (1994)!

23: X I WAS REPEATDLY SET UP, TO BE ATTACKED, FOR REFUS-

24: -ING TO GIVE UP MY FIRST AMENDMENT RIGHTS, US

25: CONSTITUTION! BY OFFICERS AND PRISONERS! IM TOO

26: MUTECORDER, MISS B IS HERE, SHE AND HER OFFICERS

27: ARE GOING TO DO SOMETHING TO ME! SET ME UP!

28: WATCH! HELP ME! PROTECTION!

P. 5-E   THREAT TO SAFETY

## E. REQUEST FOR RELIEF

EVIL INTENT! maliciously correctly DID TO me!

State the relief you are seeking: GREAT bodily INJURIES! mental and emotional DAMAGES! *COMPENSATORY DAMAGES ($500,000 °°) AND PUNITIVE DAMAGES ($2 million dollars), ORDER PRISON OFFICIALS TO PROTECT ME/NOT RETALIATE ANY MORE! EVIL INTENT! *(STATE VIOLATION) ASSAULT AND BATTERY WITH GREAT bodily INJURIES! AND PAIN! PHYSICAL, SEVERE PSYCHOLOGICAL harm! DELIBERATELY, maliciously, SADISTICALLY DID TO me! because I WOULDNT GIVE UP my FIRST AMENDMENT RIGHTS! (US CONSTITUTION, AND) TRYING TO COVER IT UP! FRAUD), DECEIT USED AGAINST me! by PRISON OFFICIALS! DELIBERATE, INTENTIONAL ACTS! (4.5 million)+

I declare under penalty of perjury that the foregoing is true and correct. STATE VIOLATION, PUNITIVE! PHYSICAL, mental INJURIES!

Executed on 2-21-2023
DATE

Edward Phillip McKenna
SIGNATURE OF PLAINTIFF

*ORDER me PROTECTED, GIVE me A CHANCE TO PROVE my INNOCENCE IS THAT ROPE AT ORANGE COUNTY CENTRAL JUSTICE CENTER! I CAN PROVE THIS! GIVE me A CHANCE TO PROVE I SHOULD OF HAD 011 STRIKES STRICKEN AT APPELLATE SUPERIOR COURT! PLEASE! Thank you!

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

*I KNOW Im ASKING FOR ALOT OF MONEY! BUT ITS A JUST COMPENSATION! IT WAS DID TO HURT me! PRISON OFFICIALS USED FRAUDULENT ACTIONS AGAINST me! I CAN PROVE THIS! I WANT TO GO BEFORE A JURY AND tell them, PROVE TO THE RE TO me, by these STATE ACTORS! they NEED TO be PUNISHED! FOR FRAUDULENT ACTIONS by them, TO me, maliciously, correctly DID TO me! because I wouldnt GIVE UP my FIRST AMENDMENT RIGHTS! US.CONST! "EVIL INTENT" mental/physical   6   severe deliberate ACTS!

# TRUST ACCOUNT WITHDRAWAL ORDER

Not enough Funds

Date _2 - 21_ 20 _23_

To: Warden                    Approved _____

I hereby request that my Trust Account be charged $_2.46_ for the purpose stated below and authorize
the withdrawal of that sum from my account:    Indigent Postage is for Courts or Attorny Generals only

_T-52447_
NUMBER

_Edward P. McBenna_
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested
(do not use this form for Canteen or Hobby purchase).

PRINT PLAINLY BELOW name and address of person
to whom check is to be mailed.

PURPOSE _Legol moil, postages_

NAME _CDCR, Postage_

ADDRESS _____

_Edward Phillip McKenna_
PRINT YOUR FULL NAME HERE

1   IN THE UNITED STATES DISTRICT COURT

2   FOR THE EASTERN DISTRICT OF CALIFORNIA

3

4

5   EDWARD PHILLIP MCKENNA

6       PLAINTIFF,                    SUMMONS

7           V.

8   T. CISNEROS, WARDEN            CIVIL ACTION NO:
        DEFENDANT(S).            2:22-CV-01294-KJM-CKD:
9   (John Doe) LIEUTENANT (LT)

10  J. LEAHY SERGEANT (SGT)

11  J. GARCIA SERGEANT (SGT)

12  N. TYLER LIEUTENANT (LT)

13  J. FAGUNDES CORRECTIONAL OFFICER (C/O)

14  R. GOVER CORRECTIONAL OFFICER (C/O)

15  L. SILVA CORRECTIONAL OFFICER (C/O)

16  S. TUMACDER LIEUTENANT (LT)

17  D. CORONADO CORRECTIONAL OFFICER (C/O)

18  T. SAYOMO CORRECTIONAL OFFICER (C/O)

19  E. DIAZ CORRECTIONAL OFFICER (C/O)

20  C. BROWN LIEUTENANT (LT)

21  T. DUNN ASSOCIATE WARDEN (AW)

22  all above at: CSOTF-CORCORAN PRISON-

23  S. MEDINA SERGEANT (SGT)

24  T. SAYOMO CORRECTIONAL OFFICER (C/O)

25  T. COMPBELL WARDEN (COW)

26  all above at: CSP-CORCORAN

27  MILLER CORRECTIONAL OFFICER (C/O)

28          SUMMONS
             PG 1 OF 2

(JONE DOE) CORRECTIONAL OFFICER (C/O)

PATRICK COVELLO WARDEN (CDW)

1 | B. STACY WARDEN (CDW)

2 | ALL ABOVE AT EMULE CREEK PRISON

3 | (JONE DOE) WARDEN (CDW)

4 | SWEETEN SERGEANT (SGT)

5 | TROTH SERGEANT (SGT)

6 | HEATH SERGEANT (SGT)

7 | C. AGUIAR CORRECTIONAL OFFICER (C/O)

8 | J. ROTA CORRECTIONAL OFFICER (C/O)

9 | A. TORRENT SERGEANT (SGT)

10 | ALL ABOVE AT SCMF-VACAVILLE PRISON

11 | DEFENDANT (S)

12

13 | TO THE ABOVE-NAMED DEFENDANTS:

14 | YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE

15 | UPON PLAINTIFF, WHOSE ADDRESS IS MULE CREEK STATE PRISON

16 | PO BOX 409040, IONE, CA, 95640: AN ANSWER TO THE

17 | COMPLAINT WHICH IS HEREWITH SERVED UPON YOU, WITH-

18 | IN 20 DAYS AFTER SERVICE OF THIS SUMMONS UPON

19 | YOU, EXCLUSIVE OF THE DAY OF SERVICE, OR 60 DAYS

20 | IF THE US GOVERNMENT OR OFFICER/AGENT THEREOF

21 | IS A DEFENDANT. IF YOU FAIL TO DO SO, JUDGEMENT

22 | BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE

23 | RELIEF DEMANDED IN THE COMPLAINT.

24 | CLERK OF COURT

25

26 | DATE: _____

27 | SUMMONS

28 | P. 2 OF 2

TO: OFFICE OF THE CLERK                    2-23-23

FROM: EDWARD PHILIP MCKENNO T-52447
        MULE CREEK PRISON

RE: CLERK, I TRIED TO GET LEGOL REPRESENTATION
    TO THIS CASE: 2:22-CV-01294-KJM-CKD:
    BUT THIS PRISON STOPPED ME BECOUSE I
    HAVE NO MONEY FEE POSTAGE, POVERTY!
    PLEASE FILE THESE: ITS: 3 PAGE REVOLUTION:
    2 PAGE ASKING FEE A LAWYER AND SUMMONS
    2 PAGES: PLUS 25 PAGES OF FIRST AMENDED
    COMPLAINT D I MAILED YOU 2-21-2023:
    PLEASE FILE ALL DOCUMENTS, AND GET
    TO THE MAGISTRATE FOR HELP! ITS GOING
    TO GET WORSE AND WORSE FOR ME!
        (PLEASE FILE ALL 4 DOCUMENTS)
              AND

    THE LETTER I TRIED TO MAIL WITH TRUST-
    WITHDRAWL, SOME ARE WROTE IN RED!
    MEDICAL OF 4 BROKEN RIBS! MAILROOM
    OFFICERS LOGGING OF MY LEGOL MAIL TO
    MULE CREEK AND CAL MEDICAL FACILITY!
    FILE ALL OF THESE DOCUMENTS, GET THEM
    TO THE MAGISTRATE PLEASE!
        (FILE ALL 5 OF THESE TO PLEASE!)
          3 PAGES, PLUS PROOF OF SERVICE,
              3Z PAGES TOTAL IN ENVELOP!
  *CAN YOU TELL ME, IF FIRST AMENDED FILED, DATE, PLEASE!
          SINCERELY,
          EDWARD MCKENNA,
          2-23-2023
          PLAINTIFF-PRISONER

PROOF OF SERVICE BY MAIL

Lone, MCSP COUNTY

STATE OF CALIFORNIA

I, Edward MCKenna declare:

I am a citizen of the United States, a resident of MCSP-Lone
County, and am over 18 years of age. I am not a party to the within-entitled
action. My business/residence address is MCSP-PO BOX 4090
40, Lone CA 95640
, California. On
2-23-2023, I served a copy of the attached Legal Documents in this
action by placing a true copy thereof, enclosed in a sealed envelope with postage
thereon fully prepaid, in the United States mail at Mule Creek State Prison)
California, addressed as follows:    OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
501 4" St, STE 4-200
SACRAMENTO CO 95814-2822
(39 pages total)

I declare, under penalty of perjury, that the foregoing is true and correct.

Date 2-23-2023

Edward McKenna
Signature of Declarant

Edward Phillip McKenna
Type or Print Full Name of Declarant