Edward Phillip MCKENNA T-52447
Name and Prisoner/Booking Number

Mule Creek State Prison
Place of Confinement

PO Box 409040
Mailing Address                    Prisoner

Ione, CA  95640
City, State, Zip Code

FILED

NOV 30 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Edward Phillip MCKENNA ,
(Full Name of Plaintiff)          Plaintiff,

v.

(1) T. CISNEROS ,
(Full Name of Defendant)

(2) "and others" ,

(3) _____ ,

(4) _____ ,
                    Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-CV-01294-KJM-CKD
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**
"JURY TRIAL Demanded)"

☐ Original Complaint

☐ First Amended Complaint

☐ Second Amended Complaint

☒ Third amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

    ☒ Other: "Assault and Battery" the court has supplemental juris-
    diction over plaintiff state law claims under 28 USC 1367B

2.  Institution/city where violation occurred: CSATF-CORCORAN STATE PRISON

1  (2) SERGEANT   J. LEAHY
2  (3) SERGEANT   J. GARCIA
3  (4) LIEUTENANT  N. TYLER
4  (5) CORRECTIONAL OFFICER  D. CORONADO
5  (6) CORRECTIONAL OFFICER  T. SAYAMA
6  (7) CORRECTIONAL OFFICER  E. DIAZ
7  (8) LIEUTENANT   C. BROWN
8  (9) ASSOCIATE WORDEN   T. DUNN
9  (10) CORRECTIONAL OFFICER  VALDEZ
10 (11) CORRECTIONAL OFFICER  D. KNUTSON
11
12
13
14  * IN COMPLAINT, I'll USE ABBREVIATIONS
15  FOR THE FOLLOWING IN THIS COMPLAINT:
16  (C/O) = MEANS; CORRECTIONAL OFFICER
17  (LT) = MEANS; LIEUTENANT
18  (SGT) = MEANS; SERGEANT
19  (AW) = MEANS; ASSOCIATE WORDEN
20  (COW) = MEANS; WORDEN
21
22  (RVR) = MEANS; RULES VIOLATION REPORT
23  (TITLE 15) = MEANS; STATE OF CALIFORNIA
24        CODE OF REGULATIONS, TITLE 15,
25        CRIME PREVENTION AND CORRECTIONS,
        PRISONERS RIGHTS IN CALIFORNIA PRISONS
26  (DOM) = DEPARTMENTAL OPERATIONS MANUAL
27
28

PAGE 1-A
CV-127 (09-09)        **PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**

## B. DEFENDANTS

1. Name of first Defendant: TCISNEROS_____. The first Defendant is employed as:
   WARDEN_____ at CSATF-CORCORAN STATE PRISON.
   (Position and Title)                    (Institution)

2. Name of second Defendant: J. Leahy_____. The second Defendant is employed as:
   SERGEANT_____ at CSATF-CORCORAN STATE PRISON
   (Position and Title)                    (Institution)

3. Name of third Defendant: J. GORCIA_____. The third Defendant is employed as:
   SERGEANT_____ at CSATF-SATE PRISON CORCORAN
   (Position and Title)                    (Institution)

4. Name of fourth Defendant: N. TYLER_____. The fourth Defendant is employed as:
   LIEUTENANT_____ at CSATF-CORCORAN STATE PRISON
   (Position and Title)                    (Institution)
   ADDITIONAL DEFENDANTS (2-A)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☒ Yes     ☐ No

2. If yes, how many lawsuits have you filed? 7?. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Edward Phillip McKenna     v. GORY STEWORT, WORDY BOKKEROMD
      2. Court and case number: USDC-CENTROL DISTRICT, N# WNKNWN
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) DISMISSED, DIDNT
      KNEW WHAT I WAS DOING, KEPT REFILLING, 5 times, PLED 3-STRIKES.

   b. Second prior lawsuit:
      1. Parties: Edward Phillip McKenna     v. ORANGE COUNTY
      2. Court and case number: USDC-CENTROL DISTRICT (UNKNOWN) NUMBER
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) I NEVER RECEIVED
      ANY ANSWER TO THAT COMPLAINT!

   c. Third prior lawsuit:
      1. Parties: Edward Phillip McKenna     v. Michel PORUS, J.M CUGHLIN
      2. Court and case number: SAN BERNARDINO JUSTICE CENTER; CIV-DS 2008833
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) PRETRAL, LOW UB
      BODY, WONT RESPOND TO ME OT CMF ANY MCSP, GIVE INCOMPLETE, VEGA,
      DOCUMENTS, COPIES, YOU DON'T GET BACK WHAT YOU GIVE THEM AN NOW, I

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.
REFERENCE INTO C-STOTUS, 602 & MY STUFF, 1073 & 1073 ML ACCESS, LAW LIBRARY!
SIMPLE RETALIATION FOR THIS 2 COMPLAINT! ALSO LOSE OF PROPERTY
DELIBERATE DESTRUCTION OF THESE DOCUMENTS, BY PRISON OFFICIALS! IS
WHY I DON'T COPIES OF THESE AND GRIEVANCES!

P. 2-A ADDITIONAL DEFENDANT(S)

1  5. NAME OF DEFENDANT  D. CORONADO EMPLOYED AS
2  CORRECTIONAL OFFICER AT  CSOTF-CORCORAN PRISON.
3  6. NAME OF DEFENDANT  T. SOYOMA  EMPLOYED AS
4  CORRECTIONAL OFFICER AT CSATF-CORCORAN PRISON.
5  7. NAME OF DEFENDANT  E. DIAZ  EMPLOYED AS
6  CORRECTIONAL OFFICER AT  CSOTF-CORCORAN PRISON
7  8. NAME OF DEFENDANT  C. BROWN  EMPLOYED AS
8  LIEUTENANT AT  CSOTF-CORCORAN PRISON.
9  9. NAME OF DEFENDANT  T. DUNN  EMPLOYED AS
10  ASSOCIATE WARDEN AT  CSOTF-CORCORAN PRISON
11  10. NAME OF DEFENDANT  VALDEZ  EMPLOYED AS
12  CORRECTIONAL OFFICER AT  CSATF-CORCORAN PRISON
13  11. NAME OF DEFENDANT  D. KNUTSON EMPLOYED AS
14  CORRECTIONAL OFFICER AT  CSATF-CORCORAN PRISON
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(2-A ADDITIONAL DEFENDANT(S))

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: EXCESSIVE FORCE, WAS USED TO PUNISH ME FOR NOT GIVING (I.P.M) FIRST AMENDMENT RIGHTS! (IT WAS USED MALICIOUSLY AND SADISTICALLY TO CAUSE ME PAIN, VIOLATING THE EIGHTH AMENDMENT, BECAUSE I REFUSED, TO GIVE UP MY FIRST AMENDMENT RIGHTS!!

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities   ☐ Mail   ☐ Access to the court   ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
   ☒ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   (1) I WAS GIVEN PERMISSION TO SUE THE CDCR, BY THE GOVERN-MENT CLAIM PROGRAM, ANALYIST KELLI MINATA, NO# 20007300, 9-15-2020, I WOULD BE, ABUSED, REPEATEDLY BY PRISON OFFICIALS FOR DOING THIS, NOT COVERED, 25 PAGES OR LESS.
   (2) I WOULD BE FALSELY IN PRISON, IN AD.SEG TO DESTROY THE EVIDENCE, TO LAWSUIT AGAINST THE CDCR, MAINLY 5 PAGES I HAD AGAINST WARDEN T. CISNEROS, IT WAS FRAUD OF THE PRISON-ER GRIEVANCE SYSTEM! (SHE WAS TRYING TO MAKE ME KEEP GRIEV-ENCING THE ISSUES TO LAWSUIT, AGAINST THE CDCR, TO STALL LAW SUITS!) NOT COVERED, 25 OR LESS! OCT 25, 2020, OFFICERS MAKE UP I HAVE KNIFE, ON ME, IN PROPERTY, CUFF ME, TAKE ME TO PROGRAM OFFICE, AT CSATF-CORCORAN PRISON, 6-YARD, PUT ME IN CAGE, A MALE, ORIENTAL NURSE, TELLS ME TO STRIDE, (TO MARK ME WITH FAKE INJURIES, PLACE ME, IN AD.SEG. TAKE MY PROPERTY, TO DESTROY (ALL) THE EVIDENCE TO LAWSUIT!) 6) I TELL HIM, I'M NOT GOING TO LET YOU MARK FAKE INJURIES, TO PLACE ME AD.SEG.
   3. SUPPORTING FACTS:CONTINUED

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). PHYSICAL AND MENTAL TORTURE! BURNT FLESH FROM GRENADES BLOWING UP ON MY ARM! CHEMICALS, REPEATEDLY SPRAYED IN MY EYE'S! BODY! HIT, REPEATEDLY IN FACE, CHEST AND STOMACH! BRUISING ME! TOOKEN BY AMBULANCE TO HOSPITAL, SCARED, HEAD INJURIES, AS RESULT OF THIS! MALICIOUSLY AND SADISTICALLY DID TO ME, PUNISH ME! GLAUCOMA!

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I GRIEVANCED, TOOKEN BY FORCE, BY OFFICERS! CSATF-CCR, AND CSP-CCR, PRISON, DESTROYING MY GRIEVANCES! BOXES OF DOCU-MENTS-DELIBERATLY DESTROYED BY PRISON OFFICIALS! TO COVER THIS UP! PRISON OFFICIALS LIEING ABOUT THE ISSUE'S AND MY ADMINISTRATIVE REMEDIES!

### 3. SUPPORTING FACTS - CONTINUED.

To simply destroy evidence, to lawsuit. Officers come, with 4 boxes of property, tell me to sign I refuse, I tell them, you destroyed the evidence, A (LT) come to my cage, tells me, McKenna, someone on yard, does not like you, put medical slip in box, saying I'm going to stab cop, I told someone on yard, I'm going to stab cop, I told (LT) your destroying the evidence, to lawsuit, (* I did have the evidence, to state/federal violations, against me, - All - destroyed this day/s) taken to AD.seg. cp.11#185, went go thru a lot of abuses, by officers & conscience shocking stuff, (not covered, 25 or less!

(3) It would lead, to 2-18-2021, where prison officials, would use (excessive force), and (assault and battery) and, Worden J.Cisneros, would use, calculated, campaign of harassment, to put my life in danger, and failure to protect me, (by prison officials, and) general population prisoners.90 days prior to 2-18-2021, officers would bang, kick my door, tell me, they are going to kill me, to take my property, go back to 6-yard, I was scared, fear for my life, would breakdown, hear people from my past, voices, someone, would come to my door, tell me, I'm going across street, CSP-Corcoran State prison * I told him, No I'm NOT, I'll be killed there, he laughed, told me, I'm going! I covered my door, windows, they kicked my door, it went on all day, I don't know, who was hitting me in face, chest and stomach, with a battering rod, a huge, metal pipe, metal, it hurt like hell, I thought I was going to die, I was hit repeatedly in the face, chest, stomach, with some kind of metal battering rom, went on all day, someone would throw grenades in cell, they blew up on my left arm, burnt like hell, someone sprayed chemicals in thru tray slot and hole in the wall, above the toilet, it hurt me, burned me, choked me, the hell out of me, thought I was going to die, worst day of my life, couldn't breath, it went on all day, they would cuff me, throw me in van, take me across street to CSP - Corcoran prison, to active yards, to be killed, attacked, this day, (All) prison officials were, some kind of white covering, of face, body, couldn't see, grenades, chemicals, thought I die, I couldn't see, plus they concealed themselves, this was excessive force and assault and battery, deliberate, acts, by offici-

### 3 SUPPORTING FACTS, CONTINUED, P. 3 - A

3. SUPPORTING FACTS - CONTINUED:

AIS! CN CROERS OF THERE BOSS, WORREN T. CISNEROS! WHO FAB-
ROCATED IN A CHRGON 128-5, THAT I AGREEED TO GO ACROSS
STREET TO CSP-CORCORAN, WHERE I WOULD BE KILLED! I SENT
YOU THIS CHRON D 128-5, IN CRININUAL COMPLAINT, FILED
JULY 24, 2022, NO# 2:22-CV-01294-CKD? SHE WOULD FABROCATE
THIS, TO START A COMPAIN OF FAILURE TO PROTECT ACTIONS,
USED TOWORDS ME! TO ME! BY PRISON CFFICIALS! THE RVR, I
SENT YOU TO, T. CISNEROS HAD ONE OF HER EMPLOYEES FAB-
RACOTE, IM IN THE FEDERAL SYSTEM AS MEXICAN MOFIA,
TO JUSTIFY SEND ME TO CSP-CORCORAN, MY COMMITMENT
CFFENSE, ROPE, WILL GET ME KILLED BY THOSE PRISONERS!
PLUS ME BEING A KNOWN ROT, BOTH, WILL GET ME KILLED
BY THOSE PRISONERS! X KNOWN, PRISON CFFICIALS, THEY
TRIED TO HAVE ME KILLED! X CALL THE LOCAL FBI, THEY
SEE THE FEDERAL SYSTEM, THEY WILL TELL YOU THIS IS
FRAUDULENT FACTS! (THE ROPE-IM INNOCCENT CF ONE) WILL
PROVE/AT THE CA. SUPREME CT.!) THE DEFENDANTS, PUT
THERE NAMES ON THE RVR, TO 2-18-2021, WHICH MAKES
THEM LIABLE, TO THESE STATE/FEDERAL VIOLATIONS! AND
WHO EVER FABRACOTED IM IN FEDERAL SYSTEM AS MEXICAN
MOFIA, DELIBEROTLY DIDNT PUT THERE NAME, ON RECHESTER,
SO THEY CAN LIE, FABRACOTE, THEY DIDNT DO THIS! IT
WAS ALL DONE TO ME, ON CRDERS OF THERE BOSS T. CISNEROS!
SHE TRIED TO HAVE ME KILLED! BECAUSE I WOULDNT BOW
DOWN, GIVE UP MY FIRST AMENDMENT RIGHTS!
* DEFENDONT T. CISNEROS ORDED THIS USE OF EXCESSIVE
FORCE, AND STATE VIOLATION OF ASSAULT AND BATTERY! FORCE
ME TO CSP-CORCORAN PRISON TO BE ATTACKED OR WORSE,
KILLED! SHE KNEW MY COMMITMENT CFFENSE OF ROPE,
(THAT IM INNOCENT CF,) I WILL PROVE THAT! SHE
KNEW THAT PRISON GANGS WILL TRY TO KILL ME! SHE
HAD ONE CF HER COPS, FABRACOTE IM IN FEDERAL SYSTEM,
AS MEXICAN MOFIA-SHE DID THIS, OR HAD IT DONE, TO
JUSTIFY SENDING ME TO THESE YORDS! SO WHEN IM AT-
TACKKED OR WORSE, KILLED, SHE, HER COPS COULD SIT
BACK, LOUGH, PLAY A MB, ACT INNTOENCE, LIKE THEY
DIDNT KNOW THIS WOUD HOPPEN! SHE SET ME UP!
SHE HAD HER FELLOW CFFICERS AT CSP-CERCORON PRISON
AND CMF-VACAVILLE PRISONS, WHERE I WAS SENT TO
BE ATTACKKED, ONE BY PRISONERS, ONE BY COPS, BECAUSE

3. SUPPORTING FACTS; CONTINUED: PAGE 3-8

3. SUPPORTING FACTS - CONTINUED:

I wouldn't give up my FIRST Amendment right to petition the government for redress of grievances! 1) For grievancing prison officials misconduct, used against me! 2) For sueing prison officials! (This lawsuit!) I sent you legal mail, copying, showing I submitted to the courts, government entities, CDCR, and to you, and Kings County Superior Court, I have my copies still! I also have the administrative remedies to! Copies! Warden Cisneros had officers at CSP-Corcoran Fabricate I'm in federal system as Mexican Mofia, when I was set up to be attacked by prison offenders and black prisoner, see RVR, violation date. 3/24/2021, (I sent you this RVR) and at CMF-Vacaville prison when officers, SGT(S), Rushee) me in cell, one of them kicking, stomping on me, breaking 4 of my ribs, yelling I like to tell on cops. 3 officers stating different versions of what happen, clearly showing, proving they are lieing! They used excessive force, and assault and battery, violation date 5/28/2022, in which more, force, Clearly was used, in the RVR, more is, P.I.O. (SGT) A. Tarrant, Fabricated) I'm in federal system as Mexican mofia, at least she had the heart to put her name! You the courts, have these documents, I sent them, to you! (You just have to call the local FBI field office, they are the federal system! They will tell you, I'M (NOT) in no federal system!) Warden Cisneros had this done, to justify, sending me to those, places) to be attacked by gang members, where I had) to attack first, or be attacked), or possibly killed! T. Cisneros set me up to be killed! Failed) to protect me! Place, in, your, where prisoners are in the same situation as me! Commitment, offense, rape, I'm innocent of, and being a known debriefer, PC, she tried to have me killed! That is why I was deny custody classification, per title 15, to place me in safer prison setting! Where I'll be safe, what T. Cisneros did to me is known! in my C-file, why MCSP, CMF, MCSP, CSP-COR, all denied me money to me; per title 15, classification, safety from attacks, physical assault by incarcerated people, they have, a right to protect! (they knew I would be attacked, or even killed!) and failed to protect! my commitment offense, rape, I'm innocent! and being a known rat, would get me killed, by other prisoners! They refused me protective custody! (safety!) T. Cisneros did this! with Fraudulent custody classification

3. SUPPORTING FACTS - CONTINUED: P. 3-C

CHRONO, she RETALIATED, CITING I AGREED TO GO TO CSP-CORCORAN, THAT FRAUD, DECEIT (she used excessive FORCE, assault, battery to do this!), I SENT YOU, the courts to think complaint, this is CHRONO TO DEFEND but T.CISNEROS when I WILL be attacked OR killed at CSP-CORCORAN! she TRIED TO have me killed! The other PRISONS, DIDN'T RESPOND to my RISKS OF being attacked! To cover up FOR CISNEROS, Leahy, GARCIA, TYLER, CORCORAN, SALOMON, DIAZ, BROWN, ANN, VOLMER, KNUTSON, CSP-CORCORAN, mule creek PRISON, CMF incomplete, SO WANTED me ATTACKED OR even killed, to cover up FOR the DEFENDANT(S) IN this complaint! (Code of SILENCE) IS WHY I WAS DENIED custody, classification at said PRISONS! shut my ass up! I WAS DENIED mandatory safety rights at said PRISONS!! IT WAS DENIED FOR the sole purpose, SO I DON'T STATE ANYTHING! CISNEROS and certain PRISON OFFICIALS WHO LIVE by their code of SILENCE, KNOW, ALL, PRISON OFFICIALS WILL NOT let IT go by, me, being set-up ON these YARDS, my RISKS, let IT go by! SO I WAS DENIED safety settings! So I DONT say anything! she, CISNEROS NEW of my RISKS of being attacked OR WORSE, KILLED! SET me up to be KILLED! deliberate, intentional acts by her!

_____

(4) I SENT YOU ALL These FRAUDULENT RVR's, WARDEN T.CISNEROS FAILED TO PROTECT me, SET me up to be ATTACKED OR KILLED, had PRISON OFFICIALS AT CSP-CORCORAN, had FELLOW PRISON OFFICIALS FABRICATE IN RVR, DATED, 3-26-2024, when I WAS SET up to be ATTACKED by, PRISONER (FABRIC) and BLACK PRISONER, FRAUDULENT, FABRICATE, page 14, I'M IN FEDERAL SYSTEM AS MEXICAN MOFIA, IN which the, LOCAL FBI FIELD OFFICE, WILL TELL YOU THATS FALSE! conveniently put (NO) name! also at CMF-VACAVILLE, PRISON, CISNEROS had (SGT) A. TORRONT, when 5 SGT(s) RUSHED me, KICKED, STOMPED ON me, said I LIKE TO TELL ON COPS, 2-18-2021, page 20, FRAUDULENT, put, I'M IN FED-ERAL SYSTEM AS MEXICAN MOFIA. CISNEROS DID THIS, TO HELP VALIDATE, having her OFFICERS USE excessive FORCE, assault and battery on 2-18-2021, cell# 165. she 3. SUPPORTING FACTS: CONTINUED: R 3-D

3. SUPPORTING FACTS: CONTINUED:

KNEW, MY COMMITTMENT OFFENSE, IM IN XCEPT OF 6 AN)
BEING A KNOWN ROT, WILL GET ME, KILLED) by THESE PEOPLE,
AND) ALL GENERAL POPULATION PRISONERS, SHE ALSO FAILED
TO PROTECT, IN CSP-COR-PRISON/MCSP/CMF-VACAVILLE, ALL
DENY ME CUSTODY CLASSIFICATION, TO SIMPLE KEEP MY
ASS SHUT UPS WHAT CLEVERES, AND) REST OF DEFENDANTS
IN THIS COMPLAINT, IT IS IN MY C-FILE, ALL PRISON OF-
FICIALS AT SAID PRISONS, * THEY KNOW, WHY IM DENY
CUSTODY CLASSIFICATION, FOR MY SAFETY, SHE TRIED)
TO HAVE ME KILLED,

3. SUPPORTING FACTS CONTINUED

IN RVR, DEFENDANT(S)(SGT(S)) T. LEAHY, T. GARCIA, (LT) TYLER, ARC CARES WHO OVERSAW), GRENADES THROWN IN MY CELL, BLOWING UP ON MY RIGHT ARM - BURNING THE HELL OUT OF IT, OVERSAW - OR PARTICIPATED IN SPRAYING CHEMICALS IN MY CELL, CHOKEING THE HELL OUT OF ME! OVERSAW - ME BEING HIT IN - FACE - CHEST ONE) STOMACH WITH A BOTTERING RAM (HURTING THE HELL OUT OF ME! * MORE GRENADES - CHEMICALS, WERE THROWN - SPRAYED) IN MY CELL, THAN WHAT IS BEING REPORTED! WORST DAY OF MY LIFE! THOUGHT I WAS GOING TO DIE! THESE PRISON OFFICIALS KNEW WHAT THIS WAS ABOUT, EVIDENCE, DESTROYED), TO PROTECT THERE BOSS! THEY HELP TO PUNISH ME! FOR WARDEN T. CISNEROS! 2 DAYS LATER, I WOULD BE TAKEN by AMBULANCE, TO HOSPITAL (PAIN!), AT CSP- CORCORAN PRISON!

DEFENDANT D. CORONADO IS, WAS, THE ASSIGNEE), AS MY INVESTIGATIVE EMPLOYEE FOR THIS RVR, he WROTE FRAUDULENT FACTS! * I NEVER TALKED OR SEEN him OR hER, PERIOD! I DON'T KNOW WHO THIS IS! he SIMPLE PUT STATEMENTS I DIDN'T STATE! TO COVER UP WHAT REALLY TOOK PLACE, IT WAS ABOUT DESTROYING EVIDENCE TO LOSE SUIT, I WAS AGAINST HIS, hER, BOSS - CISNEROS! help COVER UP EXCESSIVE FORCE, AND STATE - ASSAULT AND BOTTERY! being SET UP TO be KILLED!

DEFENDANT T. SAYONNA WAS THE STAFF ASSISTANT, ASSIGNED TO THIS RVR, I NEVER TALKED, OR SEEN THIS PERSON! I DON'T KNOW WHO THIS IS! USED FRADU- LENT STATEMENT TO RVR, TO COVER UP, IT WAS ABOUT DESTROYING EVIDENCE TO LOSE SUIT I HAD AGAINST CIS- NEROS! CURED UP EXCESSIVE FORCE, STATE, ASSAULT - BOTTERY! being SET UP TO be KILLED!

3. SUPPORTING FACTS: CONTINUED:

DEFENDANT E. DIAZ, WAS STAFF ASSISTANT I NEVER TALK-ED TO CR. KNOW WHO IS THIS PERSON! KNOWING, COVER(ED) UP WHAT HAPPEN TO ME, (AND) SET ME UP TO BE KILLED! ORDERS OF WORDEN T. CISNEROS!

DEFENDANT C. BROWN THREATEN ME WITH C-STOTUS, LOSE MY PROPERTY, IF I DON'T PLEAD GUILTY, THE (LT) WHO WAS THE HEARING OFFICIAL (COVER(ED) UP FER HIS BOSS T. CISNEROS, he THREATEN TO MAKE MY PRO-PERTY DISAPPEAR! TO HURT ME,

DEFENDANT T. DUNN IS THE (AW) WHO COVER(ED) UP THE ABUSES, FER HIS OR HER BOSS T. CISNEROS! KNOWINGLY RAIL ROAD(E)D ME TO COVER UP THE TRUTH!

DEFENDANTS M. VOLCEZ (C/O) AND (C/O) D. KNUTSON KNOWINGLY LET ME BE ASSAUTTED, BATTERY, WITH EXCESSIVE FERCE, TO COVER UP WHAT THIS WAS REALLY ABOUT! DESTROYING EVIDENCE TO LAWSUIT, MAINLY 5 PAGES I HAD) AGAINST THERE BOSS WORDEN T. CISNEROS!

ALL THESE DEFENDANTS, KNOWINGLY, COVER(ED) UP THE EXCESSIVE FERCE, STATE, ASSAUTT(ION) BATTERY! FER THERE BOSS WORDEN T. CISNEROS! (SEE) FRAUDULENT FACTS, ISSUES IN THIS RVR, TO COVER IT UP, it WAS MALICIOUSLY AND SADISTICALLY DONE TO HARM ME, FER EXCERCISING MY FIRST AMENDMENT RIGHT! TO SUE, THE CVDCR! They KNOWINGLY USE(D) EXCESSIVE FERCE, PHYSICAL ABUSE) BRUTALITY, AND) TRY TO MAKE IT LOOK LIKE IT WAS WORRONTE(D), TO COVER UP DESTROYING EVIDENCE TO LAWSUIT! AGAINST THE CDCR!

3. SUPPORTING FACTS: CONTINUED: P.3-5

(ADMINISTRATIVE REMEDIES) ARE, IN THE CDCR, CDCR 602 GRIEVANCES! I DID DO THE GRIEVANCES TO THESE 3. SUPPORTING FACTS! EXCESSIVE FERCE, STOP-ASSAULT AND BOTTERY AT, CSP-CORCORAN PRISON, 5 PRISON OFFICIALS WOULD COME IN MY CELL, AT HOSPITAL AT SAID PRISON, THREATEN ME WITH HARM! TOLD ME, TO DROP THIS! I ALSO, IS, SCARED FER MY SOFETY! WILL I WILL NO BE SET UP TO BE BEAT, OR WORSE, BY PRISONERS CDCR.RCS, BLACK IN-MATE, 3-26-2021, CAVE CF THE GUARDS, AFTER CHEMICALS WERE SPRAYED IN MY EYES, TO X, B, FERCE, THE GRIE-VANCES TO EXCESSIVE FERCE, ASSAULT, BATTERY, AND GRIE-VANCE, TO HAVE PROPERLY IN SPECTED FER DESTRUCTION CF EVIDENCE, WHY I WAS FALSELY IMPRISON IN AD. SEG, TO DO THAT! KNOS CUART, SUPERIOR COURT, HAS COPIES CF THIS IN WRIT, FILED AT THERE COURT (3-26-2021) OFFICERS TOOK ALL DOCUMENTATION I HAD TO THIS! GUARDS WILL FRAUDULENTLY CUTE, I HAD NO PROPERTY IN CELL, CAME! I REFUSED TO SIGN PAPER WERK TO PROPERLY RE-CVET THAT DAY! AT CMF UNDA WILR, CLASSIFICATION WILL SET ME UP TO BE ATTACKED BY PRISONER MIR-ANDA'S, THEY TOOK 6 BOXES, SCF LEGAL DOCUMENTS, ONLY 1 WAS RULED, RETURNED! * INTERNAL AFFAIRS TOOK COPIE CF RECORDS TO THIS, BUT THERE CEPS TO, THEY ARE NOT GOING TO DO ANYTHING! THEY ARE GOING TO CUVER IT UP! THEY DO HAVE A COCE CF SILENCE! I DO HAVE GRIEVANCE, LOG NUMBERS, SHOWING, I DID DO THIS! THERE IS NO GRIEVANCES FER THIS, CEPS, DO CUVER UP FER EACH OTHER! THATS FER REAL! COCE CF SILENCE! I CAN PRUVE, ALL CF THIS, NOTHING AVAILABLE FER MY SIT MOTION! THEY DO CUVER FER EACH OTHER!!
3. SUPPORTING FACTS' CONTINUED P. 3-H

## CLAIM II

1. State the constitutional or other federal civil right that was violated: the court has supplemental jurisdiction over plaintiff state law claims under 28 USC 1367 assault and battery.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care

   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation

   ☐ Excessive force by an officer    ☐ Threat to safety    ☒ Other: ASSAULT AND BATTERY

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   DEFENDANTS, T. CISNEROS, LEAHY, GARCIA, TYLER, CORONADO, SAY-AMA, DIAZ, BROWN, QUIN, VALDEZ AND KNUTSON, DID DO ASSAULT AND BATTERY TO MY PERSON, BOTH PHYSICALLY AND MENTALLY, ON 2-18-2021 AT CSATF-CORCORAN STATE PRISON, AD. SEG. CELL# 185. ALL BASED ON SAME FACTS AS =
   O. CAUSE OF ACTION
   CLAIM I
   3. SUPPORTING FACTS PAGE 3 THRU 3-6

   (25 PAGES OR LESS IS WHY ITS BASED ON P.3-36)

   The COURT has SUPPLEMENTAL JURISDICTION OVER MY STATE LAW CLAIM UNDER 28 USC. 1367 = ASSAULT AND BATTERY, ON 2-18-2021 AD SEG 185. ORDERED DONE by DEFENDANTS TO ME, by WARDEN T. CISNEROS.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). PHYSICAL AND MENTAL TORTURE! BURNT FLESH! FROM GRENADES BLOWING UP ON ARM! CHEMICALS REPEATLY SPRAYED IN EYE'S-BODY! HIT REPEATDLY IN FACE, CHEST, ANI STOMACH! BRUISING ME! TOOKEN OWN WORDS TO HOSPITAL! SCARED! HEADAGUACHES, AS RESULT! MALICIOUSLY AND SADISTICALLY DID TO ME, TO PUNISH ME! GAVE ME GLAUCOMA!!

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes   ☐ No

   b. Did you submit a request for administrative relief on Claim II?    ☒ Yes   ☐ No

   c. Did you appeal your request for relief on Claim II to the highest level?    ☒ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I GRIEVANCED, TOOKEN by FORCE, by GUARDS, AT CSATF-CORC, CSP-CORC PRISONS, DESTROYING MY GRIEVANCES & BOXES OF DOCU-MENTS-DELIBERATLY DESTROYED by GUARDS! TO COVER THIS UP! DID GOV. CLAIMS, AND 714 INS RESPONSES!

## CLAIM III

1. State the constitutional or other federal civil right that was violated: Eigth amendment, deliberate indifference to my safety! willfully, corruptly, maliciously and deliberatly oin by worden cisneros, I refused to stop, so she punished me!

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - [ ] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [x] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Defendant worden T. Cisneros failure to protect, started) when I was given permission to sue the CDCR, by 602 claims program, numbers 20007800 and 2013B006, she had her officers falsy imprison oct 25, 2020 to destroy 5 pages of evidence I had against her, that was all fraud of the grievance process, she tried to make me file, more administrative remedies, to stall lawsuit! she had her prison officials, keep destroying them! (approved by 602 claims program!) she started a chain of events! that would lead me to where Im at now! 20 yrs in prison, (no) rvr's, get permission to sue her, now, I have 10 rvr's, been abused by prison officials, because of her, her other defendants in this complaint! and several pop-prisoners! set up to be attacked or killed! by them! because I wont stop! FIRST, in rvr dated 2/18/2021, where she had the other defendants) use excessive force, assault and battery, she had one, of her gaurds, fraudulently put, on page 20 of rvr, Im in ___CONTINUED)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s) physical and mental torture, (chemical, grenades, burnt eyes! and flesh! beaten by prison officials and 602c member prisoners, hit with metal battering ram, face, chest, stomach! I know I have glau coma, because of chemicals, repeatdly spead in my eyes! I got poss attacked) and beatens, deliberatly-corruptly oid to me!

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   [x] Yes  [ ] No
   b. Did you submit a request for administrative relief on Claim III?   [x] Yes  [ ] No
   c. Did you appeal your request for relief on Claim III to the highest level?   [x] Yes  [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. IV repeatdly grievanced threats to my safety! at all said prisons, (denied) to cover up what all these defendants did to me! IV been threaten by prison officials to not exercise my first amendment

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page. rights, stop grievancing, stop administrative remedies, at said prisons, I do fear for my safety! Im scared! (to cover this up!)

3. SUPPORTING FACTS: CONTINUED:

Federal system as mexican mofia, to worrant, support, setting me up to be attacked, across the street at CSP-Corcoran prison, on one of there yards, where I had no choice, but to attack prisoner Cebreros on 3/26/2021, he, a black prisoner, were waiting on the 2nd tier, to get me, 2021, I don't know if they had a knife, or not, she had prison official. Frouduently put, on page 14, I'm mexican mofia, to support, placing me, there, with them, she has long fingers, had/of frouduently put in RJR, at CMF-Vacaville prison, on 5/28/2022, where 5 SGT(S) rush me in cell, slam to floor, beat me, till they ran out of gas! one stomping on me, kicking me, state, I like to tell on cops! SGT A. Torront, frouduently put, I'm in federal system as mexican mofia. *All you have to do, is call the local FBI Field office, they are the Federal system, they will tell you, I'm (no) mexican mofia, that they want me dead! she had this done, to support, worront, putting me with these people, prison officials will get some of the rats in here, fabracate, I told them, I'm mexican mofia, plus with that trash in there, 3 RJR'S, worront, cisnerces, corcoran, the excessive force, assault on/d battery, to me, on, 2-18-2021, its to make it appear, legitimate, lawful, reasonable, its just dirty cop games! to make it look legit, deliberate, indifference, to my safety, willfully, corruptly, maliciously, knowingly, deliberately done, to me, to punish me, for refusing to give up my first amendment rights! per constitution!

Defendant cisnerces, further, had meset (p, deliberatly failed to protect me, she had following persons, deny me, custody, classification, to keep housing me attacked by general population, prisoners!

3. Supporting facts: continued: P.5 - A

### 3. SUPPORTING FACTS: CONTINUED:

Websters Dictionary, cite. (calculated) means, un-
certaken after careful consideration of the risks, (thats
what certain but CISNEROS did to me.) she calculated,
these other persons, deny me, something I have, coming
per Title 15, fear threats to safety, custody, classifi-
cation, so no one heres, what happen to me! whot-
her, the other defendants did to me! to place me, in
yards, with active Gang members, who attack prison-
ers like me! In been, set up at MCSP, I was
set up, at CMF, (kkk) 4 times at CMF I couldve, oll stop-
ed in original, complaint, July 14, 2022, NO# 2:22-
cv-1294-CKO P. 1/10 all named men, with dates, times, etc.!
IF I would of been assigned to a prison, with prison-
ers, who are in the same situation as me! I would
have no! R.R's, I wouldnt of been attacked, set up!
beaten! with injuries! CISNEROS has prison officials
from Mearthy at I, in R.R, dated 3-26-2021, Fobrocote,
Im mexican mafia (x this shit will get me killed!)
They will Fobrocote, down the, line, from here, to
have, a snake ass prisoner, work with them, to
Fobrocote, I told them, Im mexican mafia! x these
prison officials do do this kind of stuff! these
people, will do this shit, in the line! up time, go bye,
then do this! * there is administrative remedies, I did
do, to get protective custody! I was for 20 yrs,
till I was given permission to sue the CDCR,
this is all deliberate, indifference, to my
safety! they, she, want me hurt, of even, erase,
killed! because I want to give up my First amend-
ment rights! US Constitution! deliberate acts!!

## E. REQUEST FOR RELIEF

State the relief you are seeking: COMPENSATORY, IV BEEN PHYSICALLY AND MENTALLY, BEATEN, AND EMOTIONALLY OR SEC)(1million') - CONSEQUENTIAL DAMAGES OF FOR 2-18-2021, BEEN SET UP, IV BEEN ATTACKED, BY BOTH PRISCA PPS-CO RCS(both OSE, OF THE DEFENDANTS)! (2million) - PUNITIVE DAMAGES - I WANT TO TEACH THE DEFENDANT(S) AND FURTHER PRISCA OFFICIALS A LESSON, DON'T INTERFERE WITH A PRISCA PPS RIGHTS TO EXCERCISE OUR FIRST AMENDMENT RIGHTS (3million) - WANT TO OS PRAP, TO ME, (1 AS) DUE DELIBERATLY, TO BODEM ME, I'VE A KILL ME, IT WAS OUR CA PURPOSE TO hoDIM ME, KILL ME, SHUT MY ASS UP, OUR COLOR OF AUTHORITY, IN A NATIONAL ACTS, PENAL CORP. VIOLATIONS-CRIMES!!

I declare under penalty of perjury that the foregoing is true and correct.

Executed on NOV 26, 2023
_____
DATE

_Eleanor Phillip McKenna_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

I KNOW ITS ALOT OF MONEY! BUT I WANT IT THE PRISCA OFFICIALS, TO NEVER DO THIS TO A PRISCAPER AGAIN! THE ONLY WAY I KNOW WILL TO DO IT, IS TO MAKE THE PUNISHMENT, FIT THE CONSTITUTIONAL VIOLATICAS'S CASE CRCS TRIPE) TO HAVE ME KILLED, DIRTY COP STUFF, JUST WU PRISCAS THAT I ARE THE CCPS! IT HAS TO BE EXPOSED!!! STOPPED! NEVER HAPPEN AGAIN!

6

FROM:
Edward Phillip MCKENNA T-52447
MULE CREEK STATE PRISON
PO BOX 409040
IONE, CA, 95640
PLAINTIFF-PRISONER-

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD PHILLIP MCKENNA
PLAINTIFF

V.

T. CISNEROS, WARDEN
J. LEAHY, SERGEANT
J. GARCIA, SERGEANT
N. TYLER, LIEUTENANT
D. CORONADO, CORRECTIONAL OFFICER
T. JOYAMA, CORRECTIONAL OFFICER
E. DIAZ, CORRECTIONAL OFFICER
C. BROWN, LIEUTENANT
T. DUNN, ASSOCIATE WARDEN
VOLCKER, CORRECTIONAL OFFICER
O. KNUTSON, CORRECTIONAL OFFICER
DEFENDANT(S)

SUMMONS
CIVIL ACTION NO:
2022-CV-01294-KJM-CKD.

TO THE ABOVE-NAMED DEFENDANT(S):
YOUR ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON
PLAINTIFF, WHOSE ADDRESS IS MULE CREEK STATE PRISON,
PO BOX 409040, IONE, CAL, 95640 AN ANSWER TO THE
COMPLAINT WHICH IS HEREWITH SERVED UPON YOU, WITHIN

PAGE 1 OF 2
SUMMONS

20 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU,
EXCLUSIVE OF THE DAY OF SERVICE, OR 60 DAYS-IF
THE US GOVERNMENT OR OFFICER/AGENT THERE-
OF IS A DEFENDANT. IF YOU FAIL TO DO SO, JUDGE-
MENT BY DEFAULT WILL BE TAKEN AGAINST YOU
FOR RELIEF DEMANDED IN THE COMPLAINT.

CLERK OF COURT

DATES _____

PAGE 2 OF 2
SUMMONS

1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7               EASTERN DISTRICT OF CALIFORNIA

8   Your Name,
    EdWARD PhilliP MCKEWNA
9            Plaintiff,

10  vs.                                   No. 2:22-CV-01294-KJM-CKD

11  Defendant(s),
    F. CISNEROS et ALo
12          Defendant(s).              **PROOF OF SERVICE**

13  _____ /

14      I, the undersigned, hereby certify that I am over the age of eighteen years and

15  on  NOVember 26 , 20 23, I served a copy of

16  (THIRD AMENDED COMPLAINT) 18pss°

17  by placing a copy in a postage paid envelope addressed to the person hereinafter listed

18  by depositing said envelope in the United States Mail:
                OFFICE OF THE CLERK
19              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
20              501 "I" STREET, SUITE 4-200
21              SACRAMENTO, CALIF, 95814

22  I declare under penalty of perjury that the foregoing is true and correct.

23

24                          edward P. McKenna

25                                (Signed)

26