UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PHILLIP MCKENNA, | No. 2:22-cv-01294-KJM-CKD P |
| Plaintiff, | |
| v. | |
| T. CISNEROS, et al., | ORDER |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  By order dated September 29, 2023, plaintiff's second amended complaint was dismissed, and he was granted leave to amend only with respect to the Eighth Amendment excessive force, failure to protect, and state law assault and battery claims against certain defendants.  ECF No. 68.  Following an extension of time, plaintiff filed a third amended complaint.  ECF No. 71.

In accordance with this screening order, the third amended complaint narrows the alleged violations of plaintiff's civil rights to only those defendants employed at the California Substance Abuse Treatment Center ("CSATF") in Corcoran, California.  These alleged violations took place in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

1

division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated:  May 20, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/mcke1294.22.TAC

2